PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
ZACHARY FAIGEN (SBN 294716)
zachary.faigen@skadden.com
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
*Counsel for Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DOUGLAS BRAY, Individually and on Behalf of All Others Similarly Situated,<br>Plaintiff,<br>vs.<br>ROCKET LAB USA, INC., PETER BECK, and ADAM SPICE,<br>Defendants. | No. 2:25-cv-01733-ODW-KES<br>Judge: Hon. Otis D. Wright, II<br>NOTICE OF RELATED CASES PURSUANT TO C.D. CAL. LOCAL RULE 83-1.3.1 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that, on March 13, 2025, a related shareholder derivative action, *Nagle v. Beck, et al.*, Case No. 2:25-cv-02266-JAK-MBK, was filed in the United States District Court for the Central District of California, and is currently pending before the Honorable John A. Kronstadt (the "Derivative Action").

Local Rule 83-1.3.1 requires "the parties to promptly file a Notice of Related Cases whenever two or more civil cases filed in this District: (a) arise from the same or a closely related transaction, happening, or event; (b) call for determination of the same or substantially related or similar questions of law and fact; or (c) for other reasons would entail substantial duplication of labor if heard by different judges."

That is the case here.

The instant action is a putative securities class action, brought against Rocket Lab USA, Inc. (“Rocket Lab” or the “Company”) and two of Rocket Lab’s officers, Peter Beck and Adam Spice (the "Securities Action"). The Derivative Action was filed shortly after the Securities Action. It is purportedly brought on behalf of the Company and against certain of the Company’s officers and directors. The two actions involve many of the same parties and are based on the same core factual allegations and events. Specifically, both actions arise from the same public disclosures made by Rocket Lab between November 12, 2024, and February 25, 2025, concerning the Company's "plans to develop a reusable-ready medium-capacity launch vehicle” called “the Neutron Launch Vehicle ('Neutron')." (Securities Action Compl. ¶¶ 1, 2; *see also* Derivative Action Compl. ¶¶ 1, 3.) In addition, both cases center on allegations from a February 25, 2025 short-seller report from Bleecker Street Research claiming that Rocket Lab made certain allegedly misleading disclosures. (Securities Action Compl. ¶¶ 1, 2; *see also* Derivative Action Compl. ¶¶ 1, 3).

Further, both actions call for the determination of the same questions of law and fact, including whether the Company "failed to disclose to investors that: (1) the

Company's plans for three barge landing tests were significantly delayed; (2) a critical potable water problem was not scheduled to be fixed until January 2026, which delayed preparation of the launch pad; (3) as a result of the foregoing, there was a substantial risk that Rocket Lab's Neutron rocket would not launch in mid-2025; (4) Neutron's only contract was made at a discount with an unreliable partner; and (5) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis." (Securities Action Compl. ¶ 5; *see also* Derivative Action. Compl. ¶ 11.)

Moreover, the alleged liability in the Derivative Action is premised on liability in the Securities Action. Specifically, the complaint in the Derivative Action alleges that the individual defendants in that action breached their fiduciary duties to the Company, which allegedly resulted in the filing of the Securities Action, subjecting Rocket Lab to potential exposure in the Securities Action. (*See* Derivative Action Compl. ¶¶ 15, 104.)

Notably, the plaintiff in the Derivative Action identified this Securities Action as a related case when he filed the Derivative Action.

For these reasons, the two cases are related, and it appears likely that there will be substantial duplication of labor if the actions are heard by different judges.

DATED: 4/3/25

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ *Peter B. Morrison*

PETER B. MORRISON

*Counsel for Defendants Rocket Lab, Peter Beck, and Adam Spice*