PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
ZACHARY FAIGEN (SBN 294716)
zachary.faigen@skadden.com
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone:   (213) 687-5000
Facsimile:   (213) 687-5600
*Counsel for Defendants*

ROBERT V. PRONGAY (SBN 270796)
rprongay@glancylaw.com
CHARLES H. LINEHAN (SBN 307439)
clinehan@glancylaw.com
PAVITHRA RAJESH (SBN 323055)
prajesh@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:   (310) 201-9150
Facsimile:   (310) 201-9160
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DOUGLAS BRAY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROCKET LAB USA, INC., PETER BECK, and ADAM SPICE,<br><br>Defendants. | No. CV 25-1733-GW-KESx<br><br>Judge:  Hon. George H. Wu<br><br>ORDER REGARDING SERVICE AND EXTENDING DEFENDANTS' RESPONSE DEADLINE PENDING APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL |

This matter comes before the Court on the Parties' Joint Stipulation Regarding Service and Extending Defendants' Response Deadline Pending Appointment of Lead Plaintiff and Lead Counsel (the "Stipulation"). Having considered the Stipulation and good cause appearing therefor:

The Court GRANTS the Stipulation and ORDERS the following:

1. Counsel for Defendants accept service of the Complaint in this Action, without prejudice to or waiver of any of their defenses or objections, except as to absence of a summons or the sufficiency of service of process, and service is deemed effective as of the date of this Order.

2. No Defendant needs to answer, move against, or otherwise respond to the Complaint.

3. Within fourteen days after entry of an order by this Court appointing a lead plaintiff(s) in this Action pursuant to the PSLRA, counsel for lead plaintiff and counsel for Defendants will meet and confer and submit a stipulation to the Court setting out a schedule for the designation of an operative complaint or filing of an amended complaint and a schedule for any motion that Defendants may bring pursuant to Rule 12 of the Federal Rules of Civil Procedure in response to such pleading.

4. Nothing herein shall be deemed to constitute a waiver of any rights, defenses, objections, or any other application to any court that any party may have with respect to the claims set forth in the Complaint filed in this Action.

DATED: April 8, 2025

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE

1