**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS BRAY, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ROCKET LAB USA, INC., PETER BECK, and ADAM SPICE, <br><br> Defendants. | Case No. 2:25-cv-01733-GW-KES <br><br> **[PROPOSED] ORDER GRANTING THE MOTION OF WILLIE CROSKREY FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** |

On April 28, 2025, Lead Plaintiff Movant Willie Croskrey ("Croskrey") filed the Motion of Willie Croskrey for Appointment as Lead Plaintiff and Approval of Lead Counsel (the "Motion"). The Motion seeks appointment of Croskrey as lead plaintiff, and approval of his selection of Glancy Prongay & Murray LLP as lead counsel for the class pursuant to the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B).

The Court, having considered the Motion, and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. The Court appoints Willie Croskrey as Lead Plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B).

1

2.     The Court approves Glancy Prongay & Murray LLP as Lead Counsel for the class Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

2