# EXHIBIT B

**SWORN CERTIFICATION OF PLAINTIFF**

**ROCKET LAB USA, INC. SECURITIES LITIGATION**

I, Willie Croskrey, individually, and as assignee of the claims of Darshana Patel Croskrey, certify that:

1. Darshana Patel Croskrey has assigned to me all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that she has or may have arising from violations of the federal securities laws of the United States of America in connection with her purchase or acquisition of Rocket Lab USA, Inc. securities.

2. I have reviewed the complaint in this action and authorize its filing and the filing of a Lead Plaintiff motion on my behalf.

3. The Rocket Lab USA, Inc. securities that are the subject of this action were not purchased at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

4. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

5. My transactions, including the transactions related to claims assigned to me, in Rocket Lab USA, Inc. securities that are the subject of the complaint during the class period specified in the complaint are as follows:

   (See attached transactions)

6. I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years.

7. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

4/28/2025
_____
Date

*Willie Croskrey*
_____
Willie Croskrey

**Willie Croskrey's Transactions in Rocket Lab USA, Inc. (RKLB)**

**Account 1**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 11/14/2024 | Bought | 125 | $17.9790 |
| 11/14/2024 | Bought | 243 | $17.9850 |
| 11/14/2024 | Bought | 300 | $17.9750 |
| 11/14/2024 | Bought | 582 | $17.9900 |
| 11/14/2024 | Bought | 8,750 | $17.9800 |
| 12/2/2024 | Bought | 2,000 | $24.7278 |
| 12/4/2024 | Sold | -25,000 | $23.0000 |
| 12/9/2024 | Bought | 5,000 | $22.6600 |
| 12/13/2024 | Sold | -7,000 | $24.3000 |
| 12/17/2024 | Bought | 2,000 | $25.0000 |
| 12/17/2024 | Sold | -2,000 | $26.0000 |
| 12/18/2024 | Bought | 8,000 | $25.0000 |
| 12/23/2024 | Sold | -8,000 | $26.0000 |
| 12/30/2024 | Bought | 3,000 | $25.5000 |
| 12/30/2024 | Sold | -3,000 | $26.5000 |
| 12/31/2024 | Bought | 8,000 | $25.5000 |
| 1/3/2025 | Sold | -8,000 | $27.6500 |
| 1/13/2025 | Bought | 8,000 | $23.9850 |
| 1/14/2025 | Bought | 32 | $23.9850 |
| 1/14/2025 | Bought | 7,968 | $24.0000 |
| 1/14/2025 | Sold | -8,000 | $24.5000 |
| 1/15/2025 | Sold | -8,000 | $25.0400 |
| 1/17/2025 | Bought | 9,000 | $24.5000 |
| 1/21/2025 | Sold | -8,900 | $28.0707 |
| 1/21/2025 | Sold | -100 | $28.0850 |
| 1/29/2025 | Bought | 22,000 | $28.4000 |
| 1/31/2025 | Sold | -22,000 | $29.4000 |
| 1/31/2025 | Sold | -50,000 | $30.0100 |
| 2/3/2025 | Bought | 81,400 | $27.0000 |
| 2/4/2025 | Bought | 1,108 | $28.9900 |
| 2/4/2025 | Bought | 81,642 | $29.0000 |
| 2/4/2025 | Sold | -81,400 | $29.5000 |
| 2/10/2025 | Sold | -82,750 | $30.0000 |
| 2/11/2025 | Bought | 85,000 | $29.3000 |
| 2/25/2025 | Sold | -35,000 | $20.5000 |

**Account 2**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/23/2025 | Sold | -4,500 | $30.5801 |
| 1/27/2025 | Bought | 4,750 | $28.9800 |
| 1/30/2025 | Sold | -4,750 | $30.0000 |
| 1/30/2025 | Bought | 4,950 | $28.6550 |
| 1/31/2025 | Sold | -4,950 | $30.0000 |
| 1/31/2025 | Bought | 5,140 | $29.0000 |
| 2/4/2025 | Sold | -5,140 | $30.0000 |
| 2/4/2025 | Bought | 5,350 | $28.7345 |
| 2/10/2025 | Sold | -5,350 | $31.0440 |
| 2/11/2025 | Bought | 5,750 | $28.9800 |
| 2/18/2025 | Bought | 5,800 | $29.0000 |
| 2/18/2025 | Sold | -5,750 | $29.3000 |
| 2/25/2025 | Sold | -5,800 | $20.5000 |

**Darshana Patel Croskrey**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/30/2025 | Bought | 2,025 | $27.9300 |
| 1/31/2025 | Sold | -2,025 | $29.2500 |
| 2/3/2025 | Bought | 2,200 | $27.0000 |
| 2/4/2025 | Sold | -2,200 | $29.5000 |
| 2/4/2025 | Bought | 2,245 | $29.0000 |
| 2/10/2025 | Sold | -2,245 | $29.0000 |
| 2/11/2025 | Bought | 2,250 | $28.9600 |
| 2/18/2025 | Sold | -2,250 | $29.3000 |
| 2/18/2025 | Bought | 2,290 | $28.7500 |

Docusign Envelope ID: AB67AD8B-272B-4DE7-B061-8FD602C9910F

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _____4/7/2025_____ (the "Effective Date"), by and between Darshana Patel Croskrey ("Assignor") and Willie Croskrey ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Rocket Lab USA, Inc. securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment. This agreement shall not be revocable, except by written consent of the Parties.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*Darshana Patel Croskrey*          4/7/2025
_____     _____
Darshana Patel Croskrey          Date

**ASSIGNEE**:

*Willie Croskrey*          4/7/2025
_____     _____
Willie Croskrey          Date