# EXHIBIT C

## Financial Interest Analysis

**Company Name:**  Rocket Lab USA, Inc.
**Ticker:**  RKLB
**Class Period:**  November 12, 2024 to February 25, 2025
**Name:**  Willie Croskrey

### LIFO Retained Shares Method

**Account 1**
**Opening Position:**  65,000

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/11/2025 | 85,000 | $29.3000 | -$2,490,500.0000 | | $0.0000 | -$2,490,500.00 |
| 2/25/2025 | -35,000 | | $0.0000 | $20.5000 | $717,500.0000 | $717,500.00 |
| 3/4/2025 | -50,000 | | $0.0000 | $19.9175 | $995,875.0000 | $995,875.00 |

| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$777,125.00** |
|---|---|---|---|---|---|---|
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.00 |
| | | | $19.0802 | 0 | **Total:** | **-$777,125.00** |

**Account 2**
**Opening Position:**  4,500

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/18/2025 | 5,800 | $29.0000 | -$168,200.0000 | | $0.0000 | -$168,200.00 |
| 2/25/2025 | -5,800 | | $0.0000 | $20.5000 | $118,900.0000 | $118,900.00 |

| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$49,300.00** |
|---|---|---|---|---|---|---|
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.00 |
| | | | $19.0802 | 0 | **Total:** | **-$49,300.00** |

**Darshana Patel Croskrey**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/18/2025 | 2,290 | $28.7500 | -$65,837.5000 | | $0.0000 | -$65,837.50 |
| 3/4/2025 | -2,290 | | $0.0000 | $19.9175 | $45,611.0750 | $45,611.08 |

| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$20,226.43** |
|---|---|---|---|---|---|---|
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.00 |
| | | | $19.0802 | 0 | **Total:** | **-$20,226.43** |

| | **Combined Total:** | **-$846,651.43** |
|---|---|---|

Notes

The Retained Shares Method analysis uses the Last-In, First-Out ("LIFO") method for matching Class Period sales with Class Period purchases, and includes losses (and gains) only on shares that were held as of the corrective disclosure on February 25, 2025. The 90-Day Average Price used in this financial interest analysis is the average closing price between February 25, 2025 and April 24, 2025. Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.