# EXHIBIT A

## Certification of Plaintiff Pursuant to Federal Securities Laws

I, Mohamed Hassan, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action.

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in Rocket Lab USA, Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this:

Date: 03-07-2025

Name: Mohamed Hassan

Signature:

| Case Name | Rocket Lab USA, Inc. |
|---|---|
| Ticker | RKLB |
| Class Period | 11-12-2024 to 02-25-2025 |

**Client Name**

Mohamed Hassan

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 12-09-2024 | P | 100 | $ 24.6700 |
| 12-09-2024 | P | 75 | $ 22.8800 |
| 12-09-2024 | P | 5 | $ 22.4000 |
| 12-09-2024 | P | 45 | $ 22.4000 |
| 12-09-2024 | P | 50 | $ 22.7000 |
| 12-09-2024 | P | 15 | $ 22.0800 |
| 12-09-2024 | P | 50 | $ 22.0000 |
| 12-09-2024 | P | 25 | $ 21.9900 |
| 12-09-2024 | P | 25 | $ 22.0700 |
| 12-09-2024 | P | 50 | $ 22.0600 |
| 12-09-2024 | P | 30 | $ 22.5200 |
| 12-10-2024 | P | 25 | $ 22.5800 |
| 12-10-2024 | P | 5 | $ 22.5700 |
| 12-11-2024 | P | 2 | $ 22.8400 |
| 12-11-2024 | P | 50 | $ 22.8000 |
| 12-11-2024 | P | 50 | $ 22.3500 |
| 12-11-2024 | P | 50 | $ 22.4600 |
| 12-11-2024 | P | 25 | $ 22.2900 |
| 12-11-2024 | P | 8 | $ 22.5400 |
| 12-12-2024 | P | 15 | $ 23.0600 |
| 12-12-2024 | P | 50 | $ 22.9400 |
| 12-12-2024 | P | 150 | $ 22.7000 |
| 12-12-2024 | P | 100 | $ 22.7800 |
| 12-12-2024 | P | 100 | $ 22.7500 |
| 12-12-2024 | P | 100 | $ 22.3900 |
| 12-16-2024 | S | -1199 | $ 24.3100 |
| 12-16-2024 | P | 500 | $ 23.3700 |
| 12-16-2024 | P | 250 | $ 23.9900 |
| 12-17-2024 | P | 4 | $ 25.4800 |
| 12-17-2024 | S | -750 | $ 25.3800 |
| 12-17-2024 | P | 700 | $ 25.5700 |
| 12-17-2024 | P | 50 | $ 25.5200 |
| 12-17-2024 | P | 50 | $ 25.5600 |
| 12-17-2024 | P | 10 | $ 25.4100 |
| 12-17-2024 | P | 10 | $ 25.5600 |
| 12-17-2024 | P | 7 | $ 25.1200 |
| 12-17-2024 | P | 100 | $ 24.9900 |

| Date | Type | Quantity | Price |
|---|---|---|---|
| 12-17-2024 | P | 5 | $ 24.8800 |
| 12-17-2024 | P | 5 | $ 24.8900 |
| 12-17-2024 | P | 5 | $ 24.8800 |
| 12-17-2024 | P | 25 | $ 25.1200 |
| 12-18-2024 | P | 1 | $ 26.0400 |
| 12-18-2024 | P | 8 | $ 25.4200 |
| 12-18-2024 | P | 50 | $ 25.6800 |
| 12-18-2024 | P | 50 | $ 25.3600 |
| 12-18-2024 | P | 100 | $ 24.8800 |
| 12-18-2024 | P | 50 | $ 24.9900 |
| 12-18-2024 | P | 50 | $ 24.3600 |
| 12-18-2024 | P | 10 | $ 24.1900 |
| 12-19-2024 | P | 12 | $ 23.0000 |
| 12-19-2024 | P | 25 | $ 23.0200 |
| 12-19-2024 | P | 10 | $ 23.1400 |
| 12-19-2024 | P | 50 | $ 22.7200 |
| 12-20-2024 | P | 4 | $ 22.2300 |
| 12-23-2024 | S | -1392 | $ 25.9000 |
| 12-23-2024 | P | 1 | $ 25.9600 |
| 12-23-2024 | P | 50 | $ 25.0900 |
| 12-23-2024 | P | 50 | $ 25.1800 |
| 12-23-2024 | P | 500 | $ 25.0000 |
| 12-23-2024 | P | 250 | $ 24.9300 |
| 12-23-2024 | P | 200 | $ 24.7200 |
| 12-23-2024 | P | 200 | $ 24.5000 |
| 12-23-2024 | P | 49 | $ 24.4600 |
| 12-23-2024 | P | 50 | $ 24.6400 |
| 12-23-2024 | S | -1 | $ 25.5500 |
| 12-23-2024 | S | -99 | $ 25.5500 |
| 12-23-2024 | S | -1249 | $ 25.5400 |
| 12-23-2024 | P | 50 | $ 25.4000 |
| 12-23-2024 | P | 25 | $ 25.3600 |
| 12-23-2024 | P | 50 | $ 25.4300 |
| 12-23-2024 | P | 25 | $ 25.6100 |
| 12-23-2024 | S | -150 | $ 25.9100 |
| 12-23-2024 | P | 25 | $ 25.7200 |
| 12-23-2024 | P | 50 | $ 25.5000 |
| 12-23-2024 | P | 50 | $ 25.4100 |
| 12-23-2024 | P | 25 | $ 25.6700 |
| 12-24-2024 | P | 5 | $ 25.3800 |
| 12-24-2024 | P | 4 | $ 25.7800 |
| 12-24-2024 | P | 50 | $ 25.5800 |
| 12-24-2024 | P | 100 | $ 25.2500 |
| 12-24-2024 | P | 200 | $ 25.1600 |
| 12-24-2024 | S | -509 | $ 25.6600 |
| 12-24-2024 | P | 100 | $ 25.4000 |
| 12-24-2024 | P | 25 | $ 25.3700 |

| Date | Type | Qty | Price |
|---|---|---|---|
| 12-24-2024 | P | 50 | $ 25.4200 |
| 12-24-2024 | P | 25 | $ 25.3400 |
| 12-24-2024 | P | 150 | $ 25.2000 |
| 12-24-2024 | P | 150 | $ 25.1500 |
| 12-24-2024 | P | 50 | $ 25.2500 |
| 12-24-2024 | P | 50 | $ 25.2800 |
| 12-24-2024 | P | 50 | $ 25.2100 |
| 12-24-2024 | P | 50 | $ 25.1900 |
| 12-24-2024 | S | -200 | $ 25.8600 |
| 12-24-2024 | S | -500 | $ 25.8500 |
| 12-24-2024 | P | 25 | $ 25.8900 |
| 12-24-2024 | P | 50 | $ 26.2400 |
| 12-24-2024 | P | 16 | $ 26.2700 |
| 12-24-2024 | P | 8 | $ 26.2900 |
| 12-24-2024 | P | 50 | $ 26.1200 |
| 12-24-2024 | P | 50 | $ 26.2200 |
| 12-26-2024 | S | -199 | $ 27.4500 |
| 12-26-2024 | P | 50 | $ 26.7400 |
| 12-26-2024 | P | 100 | $ 26.6100 |
| 12-26-2024 | S | -150 | $ 27.7500 |
| 12-27-2024 | P | 25 | $ 27.9600 |
| 12-27-2024 | P | 25 | $ 27.7500 |
| 12-27-2024 | P | 50 | $ 27.6700 |
| 12-27-2024 | P | 25 | $ 27.4800 |
| 12-27-2024 | P | 25 | $ 27.1200 |
| 12-27-2024 | P | 25 | $ 27.0000 |
| 12-27-2024 | P | 25 | $ 27.0200 |
| 12-27-2024 | P | 25 | $ 27.0100 |
| 12-27-2024 | P | 14 | $ 27.0000 |
| 12-27-2024 | P | 10 | $ 26.9400 |
| 12-27-2024 | P | 25 | $ 26.8900 |
| 12-27-2024 | P | 10 | $ 26.9800 |
| 12-27-2024 | P | 25 | $ 26.9800 |
| 12-27-2024 | P | 10 | $ 26.9800 |
| 12-27-2024 | P | 30 | $ 26.9400 |
| 12-27-2024 | P | 10 | $ 27.1600 |
| 12-27-2024 | P | 10 | $ 27.1300 |
| 12-27-2024 | P | 10 | $ 27.1300 |
| 12-27-2024 | P | 20 | $ 27.1000 |
| 12-27-2024 | P | 15 | $ 27.1400 |
| 12-27-2024 | P | 50 | $ 27.0600 |
| 12-27-2024 | P | 25 | $ 27.2400 |
| 12-27-2024 | P | 10 | $ 27.1900 |
| 12-27-2024 | P | 3 | $ 27.1800 |
| 12-27-2024 | P | 25 | $ 27.0300 |
| 12-27-2024 | P | 20 | $ 27.0600 |
| 12-27-2024 | P | 15 | $ 27.0500 |

| | | | |
|---|---|---|---|
| 12-30-2024 | P | 2 | $ 26.5700 |
| 12-30-2024 | P | 1 | $ 26.3000 |
| 12-30-2024 | P | 5 | $ 26.1500 |
| 12-30-2024 | P | 50 | $ 26.2200 |
| 12-30-2024 | P | 80 | $ 26.6300 |
| 12-30-2024 | P | 50 | $ 25.9300 |
| 12-30-2024 | P | 1 | $ 25.8500 |
| 12-30-2024 | P | 49 | $ 25.8500 |
| 12-30-2024 | P | 100 | $ 25.2500 |
| 12-30-2024 | P | 50 | $ 25.6900 |
| 12-30-2024 | S | -400 | $ 26.7700 |
| 12-30-2024 | S | -550 | $ 26.7800 |
| 12-30-2024 | P | 50 | $ 26.6500 |
| 12-30-2024 | P | 100 | $ 26.6200 |
| 12-30-2024 | P | 200 | $ 26.6100 |
| 12-30-2024 | P | 150 | $ 26.6000 |
| 12-30-2024 | P | 50 | $ 26.5800 |
| 12-30-2024 | P | 50 | $ 26.5300 |
| 12-30-2024 | P | 50 | $ 26.4300 |
| 12-31-2024 | P | 50 | $ 26.5000 |
| 12-31-2024 | P | 50 | $ 25.6300 |
| 12-31-2024 | P | 10 | $ 25.5600 |
| 12-31-2024 | P | 5 | $ 26.2100 |
| 12-31-2024 | P | 1 | $ 26.1500 |
| 12-31-2024 | P | 38 | $ 26.1500 |
| 12-31-2024 | P | 5 | $ 26.1200 |
| 12-31-2024 | P | 20 | $ 25.9900 |
| 12-31-2024 | S | -829 | $ 26.7200 |
| 12-31-2024 | P | 10 | $ 26.6400 |
| 12-31-2024 | P | 50 | $ 26.5600 |
| 12-31-2024 | P | 50 | $ 26.2700 |
| 12-31-2024 | P | 100 | $ 26.0000 |
| 12-31-2024 | P | 500 | $ 25.8000 |
| 12-31-2024 | P | 50 | $ 25.9100 |
| 12-31-2024 | P | 50 | $ 25.8900 |
| 12-31-2024 | P | 50 | $ 25.9000 |
| 12-31-2024 | P | 2 | $ 25.8100 |
| 12-31-2024 | P | 75 | $ 25.4600 |
| 12-31-2024 | P | 2 | $ 25.4400 |
| 12-31-2024 | P | 100 | $ 25.4500 |
| 12-31-2024 | P | 5 | $ 25.4600 |
| 12-31-2024 | P | 10 | $ 25.4400 |
| 12-31-2024 | P | 20 | $ 25.4700 |
| 12-31-2024 | P | 20 | $ 25.5000 |
| 12-31-2024 | P | 5 | $ 25.3200 |
| 01-02-2025 | P | 25 | $ 25.6800 |
| 01-02-2025 | P | 50 | $ 24.3700 |

| Date | Type | Quantity | Price |
|---|---|---|---|
| 01-02-2025 | P | 5 | $ 24.5100 |
| 01-03-2025 | S | -1179 | $ 26.4900 |
| 01-03-2025 | P | 20 | $ 27.3000 |
| 01-03-2025 | P | 25 | $ 26.6000 |
| 01-03-2025 | P | 25 | $ 26.4200 |
| 01-03-2025 | S | -70 | $ 27.6400 |
| 01-03-2025 | P | 25 | $ 27.6000 |
| 01-03-2025 | P | 25 | $ 27.4700 |
| 01-03-2025 | P | 25 | $ 27.4500 |
| 01-03-2025 | S | -75 | $ 27.8700 |
| 01-03-2025 | P | 50 | $ 28.5400 |
| 01-06-2025 | S | -50 | $ 29.3500 |
| 01-06-2025 | P | 50 | $ 29.7400 |
| 01-06-2025 | P | 50 | $ 29.2900 |
| 01-06-2025 | P | 50 | $ 29.2400 |
| 01-06-2025 | P | 50 | $ 29.4300 |
| 01-06-2025 | P | 25 | $ 29.4100 |
| 01-06-2025 | P | 25 | $ 29.2300 |
| 01-06-2025 | P | 49 | $ 29.2500 |
| 01-06-2025 | P | 50 | $ 28.7100 |
| 01-07-2025 | P | 150 | $ 27.7400 |
| 01-07-2025 | P | 150 | $ 27.7500 |
| 01-07-2025 | S | -649 | $ 28.8500 |
| 01-08-2025 | P | 15 | $ 26.8800 |
| 01-08-2025 | P | 10 | $ 26.9800 |
| 01-08-2025 | P | 24 | $ 26.7800 |
| 01-08-2025 | P | 5 | $ 26.8200 |
| 01-08-2025 | P | 3 | $ 26.8600 |
| 01-08-2025 | P | 1 | $ 26.2200 |
| 01-08-2025 | P | 51 | $ 26.2700 |
| 01-08-2025 | P | 10 | $ 26.3700 |
| 01-10-2025 | P | 25 | $ 26.7000 |
| 01-10-2025 | S | -144 | $ 27.3000 |
| 01-10-2025 | P | 50 | $ 26.7600 |
| 01-10-2025 | P | 5 | $ 26.3200 |
| 01-10-2025 | P | 7 | $ 26.1700 |
| 01-10-2025 | P | 2 | $ 26.4700 |
| 01-10-2025 | P | 4 | $ 26.3800 |
| 01-10-2025 | P | 4 | $ 26.4600 |
| 01-10-2025 | P | 15 | $ 26.4100 |
| 01-10-2025 | P | 2 | $ 26.4400 |
| 01-10-2025 | P | 25 | $ 26.6200 |
| 01-10-2025 | P | 2 | $ 26.8800 |
| 01-13-2025 | P | 25 | $ 24.8700 |
| 01-13-2025 | P | 25 | $ 24.8200 |
| 01-13-2025 | P | 23 | $ 24.8300 |
| 01-13-2025 | P | 10 | $ 24.8600 |

| 01-13-2025 | P | 50 | $ 25.1400 |
|---|---|---|---|
| 01-13-2025 | P | 27 | $ 25.0600 |
| 01-13-2025 | P | 23 | $ 25.0700 |
| 01-13-2025 | P | 50 | $ 25.0000 |
| 01-13-2025 | P | 50 | $ 24.8400 |
| 01-13-2025 | P | 150 | $ 24.7500 |
| 01-13-2025 | P | 50 | $ 24.9000 |
| 01-13-2025 | P | 25 | $ 24.6400 |
| 01-13-2025 | P | 25 | $ 24.6900 |
| 01-13-2025 | P | 50 | $ 24.6900 |
| 01-13-2025 | P | 50 | $ 24.4300 |
| 01-13-2025 | P | 10 | $ 24.4800 |
| 01-13-2025 | P | 125 | $ 24.0000 |
| 01-13-2025 | P | 125 | $ 24.0000 |
| 01-13-2025 | P | 3 | $ 24.0100 |
| 01-13-2025 | P | 25 | $ 24.0000 |
| 01-13-2025 | P | 2 | $ 23.9700 |
| 01-14-2025 | P | 60 | $ 24.4700 |
| 01-14-2025 | P | 160 | $ 24.2500 |
| 01-14-2025 | P | 140 | $ 24.0200 |
| 01-15-2025 | P | 1 | $ 25.0000 |
| 01-15-2025 | P | 40 | $ 25.0000 |
| 01-15-2025 | P | 9 | $ 25.0000 |
| 01-15-2025 | P | 25 | $ 25.0300 |
| 01-15-2025 | P | 30 | $ 24.8600 |
| 01-16-2025 | P | 25 | $ 24.5300 |
| 01-16-2025 | P | 50 | $ 24.5700 |
| 01-16-2025 | P | 15 | $ 24.5500 |
| 01-17-2025 | P | 105 | $ 24.7700 |
| 01-17-2025 | P | 300 | $ 24.4000 |
| 01-17-2025 | P | 75 | $ 24.3500 |
| 01-17-2025 | P | 25 | $ 24.3100 |
| 01-17-2025 | P | 250 | $ 24.2000 |
| 01-17-2025 | P | 150 | $ 24.2000 |
| 01-21-2025 | S | -100 | $ 28.3600 |
| 01-21-2025 | S | -1 | $ 28.1000 |
| 01-21-2025 | S | -10 | $ 28.1100 |
| 01-21-2025 | S | -72 | $ 28.1000 |
| 01-21-2025 | S | -7 | $ 28.1000 |
| 01-21-2025 | S | -78 | $ 28.1000 |
| 01-21-2025 | S | -43 | $ 28.1000 |
| 01-21-2025 | S | -12 | $ 28.1000 |
| 01-21-2025 | S | -15 | $ 28.1000 |
| 01-21-2025 | S | -72 | $ 28.1000 |
| 01-21-2025 | S | -2090 | $ 28.1000 |
| 01-23-2025 | P | 50 | $ 28.9200 |
| 01-23-2025 | P | 2 | $ 28.8300 |

| Date | Type | Quantity | Price |
|---|---|---|---|
| 01-23-2025 | P | 2 | $ 28.8300 |
| 01-23-2025 | P | 2 | $ 28.8300 |
| 01-23-2025 | P | 44 | $ 28.8300 |
| 01-23-2025 | S | -99 | $ 29.6000 |
| 01-23-2025 | S | -1 | $ 31.3500 |
| 01-24-2025 | P | 1 | $ 32.2700 |
| 01-24-2025 | P | 49 | $ 32.2800 |
| 01-24-2025 | P | 50 | $ 31.6600 |
| 01-24-2025 | S | -99 | $ 30.7400 |
| 01-27-2025 | P | 200 | $ 28.8800 |
| 01-27-2025 | P | 50 | $ 28.9200 |
| 01-27-2025 | S | -250 | $ 29.6000 |
| 01-27-2025 | P | 50 | $ 29.4400 |
| 01-27-2025 | P | 50 | $ 29.1400 |
| 01-27-2025 | P | 50 | $ 29.2200 |
| 01-27-2025 | P | 49 | $ 28.7200 |
| 01-27-2025 | P | 50 | $ 28.8800 |
| 01-27-2025 | P | 50 | $ 28.8900 |
| 01-27-2025 | P | 10 | $ 28.7400 |
| 01-28-2025 | P | 50 | $ 29.3300 |
| 01-28-2025 | P | 50 | $ 28.6800 |
| 01-28-2025 | P | 50 | $ 28.6600 |
| 01-28-2025 | P | 15 | $ 28.6700 |
| 01-28-2025 | P | 25 | $ 28.7600 |
| 01-28-2025 | S | -499 | $ 29.1200 |
| 01-29-2025 | P | 50 | $ 29.2400 |
| 01-29-2025 | P | 50 | $ 28.7900 |
| 01-29-2025 | P | 50 | $ 28.4900 |
| 01-29-2025 | P | 50 | $ 28.5800 |
| 01-29-2025 | P | 50 | $ 28.4900 |
| 01-29-2025 | P | 1 | $ 28.5300 |
| 01-29-2025 | P | 49 | $ 28.6000 |
| 01-30-2025 | P | 100 | $ 28.5200 |
| 01-30-2025 | P | 150 | $ 28.3600 |
| 01-30-2025 | P | 49 | $ 27.9400 |
| 01-30-2025 | P | 50 | $ 27.9900 |
| 01-31-2025 | S | -650 | $ 29.8700 |
| 01-31-2025 | P | 50 | $ 29.9400 |
| 01-31-2025 | S | -49 | $ 30.2900 |
| 01-31-2025 | P | 50 | $ 29.1500 |
| 01-31-2025 | P | 49 | $ 28.9600 |
| 02-03-2025 | P | 100 | $ 26.9200 |
| 02-03-2025 | P | 50 | $ 26.9700 |
| 02-03-2025 | S | -249 | $ 28.4300 |
| 02-03-2025 | P | 100 | $ 28.3200 |
| 02-03-2025 | S | -100 | $ 28.5900 |
| 02-04-2025 | P | 50 | $ 28.9900 |

| Date | Type | Quantity | Price |
|---|---|---|---|
| 02-04-2025 | P | 50 | $ 28.7400 |
| 02-04-2025 | P | 50 | $ 28.8400 |
| 02-04-2025 | P | 100 | $ 28.5700 |
| 02-04-2025 | P | 50 | $ 28.6000 |
| 02-04-2025 | P | 50 | $ 28.6100 |
| 02-04-2025 | P | 49 | $ 28.6100 |
| 02-05-2025 | P | 100 | $ 28.1300 |
| 02-05-2025 | P | 5 | $ 28.1200 |
| 02-05-2025 | P | 95 | $ 28.1300 |
| 02-05-2025 | S | -600 | $ 28.8600 |
| 02-05-2025 | P | 20 | $ 28.8600 |
| 02-06-2025 | P | 1 | $ 28.7600 |
| 02-06-2025 | P | 20 | $ 28.7600 |
| 02-06-2025 | P | 50 | $ 28.7100 |
| 02-06-2025 | P | 50 | $ 28.4500 |
| 02-06-2025 | P | 50 | $ 28.5500 |
| 02-06-2025 | P | 150 | $ 28.3900 |
| 02-06-2025 | P | 150 | $ 28.0000 |
| 02-06-2025 | P | 100 | $ 28.0200 |
| 02-06-2025 | P | 100 | $ 28.0800 |
| 02-06-2025 | P | 9 | $ 28.0900 |
| 02-06-2025 | P | 300 | $ 27.4400 |
| 02-06-2025 | P | 100 | $ 27.4700 |
| 02-07-2025 | P | 50 | $ 28.0300 |
| 02-07-2025 | P | 50 | $ 27.5300 |
| 02-10-2025 | S | -1200 | $ 28.7000 |
| 02-10-2025 | P | 25 | $ 28.9300 |
| 02-10-2025 | S | -25 | $ 29.1400 |
| 02-10-2025 | P | 25 | $ 29.7700 |
| 02-10-2025 | S | -15 | $ 30.2000 |
| 02-10-2025 | S | -9 | $ 30.2000 |
| 02-11-2025 | P | 5 | $ 29.9800 |
| 02-11-2025 | P | 4 | $ 29.6100 |
| 02-11-2025 | P | 20 | $ 29.5000 |
| 02-11-2025 | P | 50 | $ 29.5100 |
| 02-11-2025 | P | 20 | $ 29.3400 |
| 02-11-2025 | P | 25 | $ 29.5900 |
| 02-11-2025 | P | 25 | $ 29.3200 |
| 02-11-2025 | P | 150 | $ 28.5200 |
| 02-11-2025 | P | 50 | $ 28.5700 |
| 02-11-2025 | S | -349 | $ 28.9100 |
| 02-11-2025 | P | 200 | $ 28.5600 |
| 02-12-2025 | P | 50 | $ 27.8200 |
| 02-12-2025 | P | 49 | $ 27.8200 |
| 02-12-2025 | P | 50 | $ 27.7800 |
| 02-12-2025 | P | 50 | $ 27.8400 |
| 02-12-2025 | P | 100 | $ 27.7100 |

| Date | Type | Qty | Price |
|---|---|---|---|
| 02-12-2025 | P | 25 | $ 27.6900 |
| 02-12-2025 | P | 75 | $ 28.0000 |
| 02-12-2025 | P | 100 | $ 27.9900 |
| 02-12-2025 | P | 100 | $ 28.0400 |
| 02-12-2025 | P | 100 | $ 27.9600 |
| 02-12-2025 | P | 100 | $ 28.0000 |
| 02-12-2025 | P | 50 | $ 27.9200 |
| 02-12-2025 | P | 50 | $ 27.8200 |
| 02-12-2025 | P | 100 | $ 27.8500 |
| 02-12-2025 | P | 50 | $ 27.7900 |
| 02-12-2025 | P | 250 | $ 27.6400 |
| 02-12-2025 | P | 200 | $ 27.4900 |
| 02-13-2025 | P | 50 | $ 28.0000 |
| 02-13-2025 | P | 150 | $ 27.7800 |
| 02-13-2025 | P | 100 | $ 27.6700 |
| 02-13-2025 | P | 500 | $ 27.4700 |
| 02-13-2025 | P | 500 | $ 27.5400 |
| 02-13-2025 | P | 100 | $ 27.6200 |
| 02-13-2025 | P | 100 | $ 27.2800 |
| 02-13-2025 | P | 50 | $ 27.3200 |
| 02-13-2025 | P | 50 | $ 27.1600 |
| 02-14-2025 | P | 200 | $ 27.8300 |
| 02-14-2025 | S | -3500 | $ 28.1900 |
| 02-14-2025 | P | 50 | $ 28.2900 |
| 02-14-2025 | P | 50 | $ 28.2500 |
| 02-18-2025 | P | 150 | $ 28.7800 |
| 02-18-2025 | P | 50 | $ 28.7700 |
| 02-18-2025 | P | 100 | $ 28.4800 |
| 02-18-2025 | P | 50 | $ 28.8100 |
| 02-18-2025 | P | 50 | $ 28.6700 |
| 02-18-2025 | P | 250 | $ 28.4600 |
| 02-18-2025 | P | 50 | $ 28.0000 |
| 02-18-2025 | P | 208 | $ 28.0500 |
| 02-18-2025 | P | 50 | $ 27.9500 |
| 02-18-2025 | P | 100 | $ 27.8900 |
| 02-18-2025 | P | 250 | $ 27.6300 |
| 02-18-2025 | P | 92 | $ 27.5800 |
| 02-18-2025 | P | 50 | $ 27.4300 |
| 02-18-2025 | P | 150 | $ 27.6000 |
| 02-19-2025 | P | 50 | $ 27.4200 |
| 02-19-2025 | P | 50 | $ 27.4700 |
| 02-19-2025 | P | 50 | $ 27.2600 |
| 02-19-2025 | P | 100 | $ 27.2700 |
| 02-19-2025 | P | 50 | $ 27.2600 |
| 02-19-2025 | P | 50 | $ 27.2600 |
| 02-19-2025 | P | 50 | $ 27.1900 |
| 02-19-2025 | P | 500 | $ 27.1000 |

| Date | Type | Quantity | Price |
|---|---|---|---|
| 02-19-2025 | P | 50 | $ 27.0800 |
| 02-19-2025 | P | 50 | $ 26.4000 |
| 02-19-2025 | P | 50 | $ 26.4200 |
| 02-19-2025 | P | 50 | $ 26.5800 |
| 02-19-2025 | P | 50 | $ 26.4200 |
| 02-19-2025 | P | 50 | $ 26.3600 |
| 02-19-2025 | P | 100 | $ 26.1500 |
| 02-19-2025 | P | 50 | $ 26.0000 |
| 02-19-2025 | P | 50 | $ 25.9500 |
| 02-19-2025 | P | 50 | $ 25.9700 |
| 02-19-2025 | P | 50 | $ 25.8300 |
| 02-20-2025 | P | 50 | $ 25.6900 |
| 02-20-2025 | P | 50 | $ 25.4500 |
| 02-20-2025 | P | 5 | $ 25.5200 |
| 02-20-2025 | P | 50 | $ 24.6100 |
| 02-20-2025 | P | 75 | $ 24.4500 |
| 02-20-2025 | P | 100 | $ 24.3500 |
| 02-20-2025 | P | 20 | $ 24.1500 |
| 02-20-2025 | P | 4 | $ 24.0100 |
| 02-20-2025 | P | 200 | $ 24.1600 |
| 02-20-2025 | P | 250 | $ 24.0600 |
| 02-20-2025 | P | 200 | $ 24.1000 |
| 02-20-2025 | P | 50 | $ 24.1200 |
| 02-20-2025 | P | 100 | $ 24.1400 |
| 02-20-2025 | P | 50 | $ 24.1300 |
| 02-20-2025 | P | 50 | $ 24.4200 |
| 02-20-2025 | P | 50 | $ 24.1800 |
| 02-20-2025 | P | 20 | $ 24.1800 |
| 02-20-2025 | P | 40 | $ 24.1400 |
| 02-20-2025 | P | 75 | $ 24.1600 |
| 02-20-2025 | P | 50 | $ 24.2700 |
| 02-20-2025 | P | 20 | $ 24.3400 |
| 02-20-2025 | P | 21 | $ 24.7400 |
| 02-20-2025 | P | 50 | $ 24.7000 |
| 02-21-2025 | P | 20 | $ 24.8700 |
| 02-21-2025 | P | 15 | $ 24.8200 |
| 02-21-2025 | P | 85 | $ 24.7600 |
| 02-21-2025 | P | 50 | $ 24.6800 |
| 02-21-2025 | P | 100 | $ 24.7200 |
| 02-21-2025 | P | 50 | $ 24.7900 |
| 02-21-2025 | P | 8 | $ 24.6900 |
| 02-21-2025 | P | 150 | $ 24.3200 |
| 02-21-2025 | P | 3 | $ 24.2200 |
| 02-21-2025 | P | 50 | $ 24.2200 |
| 02-21-2025 | P | 20 | $ 24.2400 |
| 02-21-2025 | P | 10 | $ 24.2800 |
| 02-21-2025 | P | 3 | $ 24.3300 |

| Date | Type | Quantity | Price |
|---|---|---|---|
| 02-21-2025 | P | 5 | $ 24.3100 |
| 02-21-2025 | P | 5 | $ 24.3100 |
| 02-21-2025 | P | 10 | $ 24.2900 |
| 02-21-2025 | P | 10 | $ 24.0500 |
| 02-21-2025 | P | 5 | $ 24.0400 |
| 02-21-2025 | P | 25 | $ 23.8900 |
| 02-21-2025 | P | 20 | $ 23.8800 |
| 02-21-2025 | P | 100 | $ 23.7600 |
| 02-21-2025 | P | 7 | $ 23.8500 |
| 02-21-2025 | P | 12 | $ 23.8000 |
| 02-21-2025 | P | 30 | $ 23.7400 |
| 02-21-2025 | P | 25 | $ 23.6600 |
| 02-21-2025 | P | 200 | $ 23.6500 |
| 02-21-2025 | P | 40 | $ 23.7900 |
| 02-21-2025 | P | 25 | $ 23.6000 |
| 02-21-2025 | P | 7 | $ 23.4700 |
| 02-21-2025 | P | 75 | $ 23.4000 |
| 02-21-2025 | P | 35 | $ 23.4300 |
| 02-21-2025 | P | 20 | $ 23.4000 |
| 02-24-2025 | P | 4 | $ 22.9800 |
| 02-24-2025 | P | 40 | $ 23.0300 |
| 02-24-2025 | P | 3 | $ 22.8500 |
| 02-24-2025 | P | 30 | $ 22.9000 |
| 02-24-2025 | P | 10 | $ 22.8200 |
| 02-24-2025 | P | 35 | $ 22.6300 |
| 02-24-2025 | P | 10 | $ 22.6300 |
| 02-24-2025 | P | 3 | $ 22.5300 |
| 02-24-2025 | S | -500 | $ 22.1800 |
| 02-24-2025 | P | 150 | $ 22.3000 |
| 02-24-2025 | P | 450 | $ 22.4700 |
| 02-24-2025 | P | 25 | $ 22.4500 |
| 02-24-2025 | P | 250 | $ 22.2000 |
| 02-24-2025 | P | 25 | $ 22.1600 |
| 02-24-2025 | P | 25 | $ 22.1400 |
| 02-24-2025 | P | 2 | $ 21.9700 |
| 02-24-2025 | P | 100 | $ 21.9500 |
| 02-24-2025 | P | 100 | $ 21.9200 |
| 02-24-2025 | P | 25 | $ 21.8900 |
| 02-24-2025 | P | 100 | $ 21.9000 |
| 02-24-2025 | P | 50 | $ 21.9000 |
| 02-24-2025 | P | 150 | $ 22.0300 |
| 02-24-2025 | P | 150 | $ 21.9800 |
| 02-24-2025 | P | 15 | $ 21.9900 |
| 02-24-2025 | P | 150 | $ 21.9700 |
| 02-24-2025 | P | 150 | $ 21.9800 |
| 02-24-2025 | P | 50 | $ 22.0200 |
| 02-24-2025 | P | 3 | $ 22.0400 |

| 02-24-2025 | P | 2   | $ 22.0700 |
|------------|---|-----|-----------|
| 02-24-2025 | P | 150 | $ 22.6400 |
| 02-24-2025 | P | 50  | $ 22.6200 |
| 02-24-2025 | P | 4   | $ 22.6400 |
| 02-24-2025 | P | 289 | $ 22.7200 |
| 02-24-2025 | P | 80  | $ 22.4800 |
| 02-25-2025 | P | 200 | $ 20.8800 |
| 02-25-2025 | P | 50  | $ 20.8800 |
| 02-25-2025 | P | 2   | $ 21.0000 |
| 02-25-2025 | P | 4   | $ 20.4000 |
| 02-25-2025 | P | 50  | $ 20.0500 |
| 02-25-2025 | P | 4   | $ 20.0600 |