# Exhibit 3

**Rocket Lab USA, Inc.**
**Class Period: November 12, 2024 through February 25, 2025**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Richard Slepko | 2/3/2025 | 10,000 | ($27.15) | ($271,500.00) | | | | | | | | $19.06 |
| | 2/20/2025 | 10,000 | ($25.99) | ($259,900.00) | | | | | | | | |
| | 2/20/2025 | 5,000 | ($24.67) | ($123,350.00) | | | | | | | | |
| | 2/21/2025 | 5,490 | ($23.43) | ($128,630.70) | | | | | | | | |
| | 2/21/2025 | 4,510 | ($23.44) | ($105,714.40) | | | | | | | | |
| | 2/24/2025 | 5,000 | ($23.08) | ($115,400.00) | | | | | | | | |
| | 2/24/2025 | 5,000 | ($23.00) | ($115,000.00) | | | | | | | | |
| | | 45,000 | | ($1,119,495.10) | | | | | 45,000 | $857,700.00 | ($261,795.10) | |