ROBBINS GELLER RUDMAN
&  DOWD LLP
JENNIFER N. CARINGAL (286197)
JUAN CARLOS SANCHEZ (301834)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
jcaringal@rgrdlaw.com
jsanchez@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DOUGLAS BRAY, Individually and on Behalf of All Others Similarly Situated, ) | Case No. 2:25-cv-01733-GW-KES |
| Plaintiff, ) | CLASS ACTION |
| vs. ) | DECLARATION OF JENNIFER N. CARINGAL IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |
| ROCKET LAB USA, INC., et al., ) | |
| Defendants. ) | |

DATE:       May 29, 2025
TIME:        8:30 A.M.
CTRM:       9D
JUDGE:      Hon. George H. Wu

4915-9849-4266.v1

I, Jennifer N. Caringal, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel for Joseph L. Coates, and proposed lead counsel for the class in the above-captioned action.  I make this declaration in support of Mr. Coates' Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:    Notice of pendency of class action published in *Business Wire*, a widely circulated national business-oriented publication or wire service, on February 27, 2025;

Exhibit B:    Mr. Coates' sworn Certification;

Exhibit C:    Mr. Coates' estimated losses, prepared by counsel; and

Exhibit D:    Mr. Coates' Declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of April, 2025.

s/ Jennifer N. Caringal
JENNIFER N. CARINGAL

- 1 -

4915-9849-4266.v1