# EXHIBIT C

Movant's Purchases and Losses

Class Period: 11/12/2024 - 02/25/2025

Rocket Lab USA

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Disposed | Price | Total Proceeds | Total Gain (Loss) |
|------|------|-----------------|-------|------------|--------|-----------------|-------|----------------|-------------------|
| Joseph L. Coates | 02/19/2025 | 100 | $27.40 | $2,739.50 | 02/28/2025 | 194 | $20.52 | $3,981.52 | |
| | 02/19/2025 | 900 | $27.39 | $24,646.50 | 02/28/2025 | 200 | $20.52 | $4,104.66 | |
| | 02/19/2025 | 1,504 | $27.39 | $41,194.56 | 02/28/2025 | 6 | $20.52 | $123.14 | |
| | 02/19/2025 | 7,319 | $27.41 | $200,613.79 | 02/28/2025 | 18,100 | $20.52 | $371,471.73 | |
| | 02/19/2025 | 8,677 | $27.40 | $237,749.80 | | | | | |
| **Movant's Total** | | **18,500** | | **$506,944.15** | | **18,500** | | **$379,681.05** | **($127,263.10)** |

*For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price)
 will be used depending on which value is higher.

Prices listed are rounded up to two decimal places.

Exhibit C
005