Robert H. Gruber
**ROBERT GRUBER LAW**
100 Wilshire Blvd., Ste. 700
Santa Monica, CA 90401
(310) 496-7799
rgruber@reitergruber.com

*Local Counsel for Chase Renick and Proposed*
*Liaison Counsel for the Proposed Class*

[Additional Counsel on Signature Block]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS BRAY, Individually and On Behalf of All Others Similarly Situated, | Case No. 2:25-cv-01733-GW-KES |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | **NOTICE OF MOTION OF CHASE RENICK FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF LEAD COUNSEL** |
| ROCKET LAB USA, INC., PETER BECK, and ADAM SPICE, | |
| Defendants. | Judge:   George H. Wu |
| | Date:    May 29, 2025 |
| | Time     8:30 a.m. |
| | Crtrm:   9D |

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that a time convenient for the Court, before the Honorable George H. Wu in Courtroom 9D, 8th Floor, United States District Court, 350 W. 1st Street, Los Angeles, California, movant Chase Renick ("Renick") will, and hereby does, move this Court for an order granting his motion to:

(a)   appoint Renick as Lead Plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B); and

(b)   approve Renick's selection of Bernstein Liebhard LLP as Lead Counsel and Robert Gruber Law as Liaison Counsel.

This Motion is made on the grounds that Renick is the most adequate plaintiff to serve as Lead Plaintiff in the action.  This Motion is supported by the accompanying Memorandum of Points and Authorities, the supporting Declaration of Robert Gruber and exhibits thereto, the pleadings and other filings in this action, and such other written or oral argument as may be permitted by the Court.

Local Rule 7-3 requires a conference of counsel prior to filing motions. Due to the Private Securities Litigation Reform Act of 1995's lead plaintiff procedure, Renick does not yet know what other entities or persons plan to move for appointment as lead plaintiff, and will not know until after any other movants have filed their respective motions. Under these circumstances, Renick respectfully requests that the conferral requirement of L.R. 7-3 be waived.

Dated: April 28, 2025

Respectfully submitted,

/s/ Robert H. Gruber

_____

Robert H. Gruber (Bar No. 301620)
**ROBERT GRUBER LAW**
100 Wilshire Blvd., Ste. 700
Santa Monica, CA 90401
(310) 496-7799
rgruber@reitergruber.com

*Local Counsel for Chase Renick and Proposed Liaison Counsel for the Proposed Class*

**BERNSTEIN LIEBHARD LLP**
Laurence J. Hasson
Joseph R. Seidman, Jr.
10 East 40th Street
New York, NY  10016
(212) 779-1414 (phone)
(212) 779-3218 (fax)
lhasson@bernlieb.com
seidman@bernlieb.com

*Counsel for Chase Renick and Proposed Lead Counsel for the Proposed Class*

## PROOF OF SERVICE

I HEREBY CERTIFY that, on April 28, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 28, 2025.

*/s/ Robert H. Gruber*
Robert H. Gruber