# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DOUGLAS BRAY, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>ROCKET LAB USA, INC., PETER BECK, and ADAM SPICE,<br><br>    Defendants. | Case No. 2:25-cv-01733-GW-KES<br><br>CLASS ACTION<br><br>**(PROPOSED) ORDER APPOINTING CHASE RENICK AS LEAD PLAINTIFF AND APPROVING CHOICE OF COUNSEL**<br><br>Judge:    George H. Wu<br>Date:     May 29, 2025<br>Time      8:30 a.m.<br>Crtrm:    9D |

**Upon Good cause shown, IT IS HEREBY ORDERED THAT:**

I.    The Motion of Chase Renick ("Renick") For Appointment as Lead Plaintiff and Approval of Lead Counsel is granted.

II.   Renick is hereby appointed as Lead Plaintiff for the proposed Class pursuant to 15 U.S.C. § 78u-4, as amended by the Private Securities Litigation Reform Act of 1995.

III.  Bernstein Liebhard LLP is hereby appointed as Lead Counsel and Robert Gruber Law is hereby appointed as Liaison Counsel for the proposed Class.


DATED this _____ day of _____, 2025.


_____
George H, Wu, U.S.D.J.

1