Robert H. Gruber
**ROBERT GRUBER LAW**
100 Wilshire Blvd., Ste. 700
Santa Monica, CA 90401
(310) 496-7799
rgruber@reitergruber.com

*Local Counsel for Chase Renick and Proposed Liaison Counsel for the Proposed Class*

[Additional Counsel on Signature Block]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS BRAY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ROCKET LAB USA, INC., PETER BECK, and ADAM SPICE,<br><br>Defendants. | Case No. 2:25-cv-01733-GW-KES<br><br>CLASS ACTION<br><br>**DECLARATION OF ROBERT H. GRUBER IN SUPPORT OF CHASE RENICK'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF LEAD COUNSEL**<br><br>Judge:   George H. Wu<br>Date:    May 29, 2025<br>Time     8:30 a.m.<br>Crtrm:   9D |

I, ROBERT H. GRUBER, hereby declare under penalties of perjury that:

1. I am the Managing Partner of Robert H. Gruber Law, proposed liaison counsel in this action.

2. Attached hereto are true and correct copies of the following documents:

Exhibit A: The first notice announcing the pendency of the action;

Exhibit B: Chase Renick's sworn certification, with assignment appended thereto;

Exhibit C: Chase Renick's Loss Chart; and

Exhibit D: Firm Résumé of Bernstein Liebhard LLP.

Dated: April 28, 2025          */s/ Robert H. Gruber*
                                Robert H. Gruber

1

**PROOF OF SERVICE**

I HEREBY CERTIFY that, on April 28, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 28, 2025.

/s/ Robert H. Gruber
Robert H. Gruber