**Rocket Lab USA, Inc. (RKLB)**

FIFO/LIFO/DURA Losses
Class Period: 11/12/2024 - 02/25/2025                                                                                      Hold Price:        $19.1305

| | PURCHASE TRANSACTIONS | | | SALES TRANSACTIONS | | | | | | |
| MOVANT | SETTLEMENT DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (1) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHASE RENICK | 02/11/25 | 0.650 | 30.5999 | 19.89 | | | | 0.00 | 0.650 | 12.43 | (7.46) |
| | 02/11/25 | 32.000 | 30.5970 | 979.10 | | | | 0.00 | 32.000 | 612.18 | (366.93) |
| | 02/18/25 | 0.345 | 28.2428 | 9.74 | | | | 0.00 | 0.345 | 6.60 | (3.14) |
| | 02/18/25 | 4.000 | 28.2428 | 112.97 | | | | 0.00 | 4.000 | 76.52 | (36.45) |
| | 02/18/25 | 6,254.000 | 28.2554 | 176,709.27 | | | | 0.00 | 6,254.000 | 119,642.00 | (57,067.27) |
| **CHASE RENICK Totals** | | **6,290.995** | | **$177,830.98** | | **-** | | **$0.00** | **6,290.995** | **$120,349.73** | **($57,481.25)** |

(1) Common Stock held as of the date of this filing are valued using the average price of $19.1305 per share.