POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Jerald Hayes and Millibani Binoua*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS BRAY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ROCKET LAB USA, INC., PETER BECK, and ADAM SPICE,<br><br>Defendants. | Case No. 2:25-cv-01733-GW-KES<br><br>NOTICE OF MOTION OF JERALD HAYES AND MILLIBANI BINOUA FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF COUNSEL<br><br>DATE:  May 29, 2025<br>TIME:  8:30 a.m.<br>JUDGE:  George H. Wu<br>CTRM:  9D (1st Street Courthouse) |

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Jerald Hayes and Millibani Binoua (together, "Hayes and Binoua"), by and through their counsel, will and do hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for the entry of an Order:  (1) appointing Hayes and Binoua as Co-Lead Plaintiffs on behalf of a class consisting of all persons other than the above-captioned defendants who purchased or otherwise acquired Rocket Lab USA, Inc. securities between November 12, 2024 and February 25, 2025, both dates inclusive; and (2) approving Co-Lead Plaintiffs' selection of Pomerantz LLP and Bronstein, Gewirtz & Grossman, LLC as Co-Lead Counsel for the Class.

Hayes and Binoua are aware of Local Civil Rule 7-3, which provides that, "[i]n all cases not listed as exempt in L.R. 16-12, and except in connection with discovery motions (which are governed by L.R. 37-1 through 37-4) and applications for temporary restraining orders or preliminary injunctions, counsel contemplating the filing of any motion shall first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution."  Here, pursuant to the PSLRA, the deadline to file a motion for appointment as Lead Plaintiff in the above-captioned action is April 28, 2025, on which date any member of the putative class may so move. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II) & (a)(3)(B)(i).  Under these circumstances, Hayes

and Binoua respectfully request that compliance with the Local Civil Rule 7-3 be waived in this instance.

In support of this motion, Hayes and Binoua submit a Memorandum of Points and Authorities, the Declaration of Jennifer Pafiti submitted herewith, the pleadings and other filings herein, and such other written and oral arguments as may be presented to the Court.

Dated:  April 28, 2025                     POMERANTZ LLP

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Jerald Hayes and Millibani Binoua and Proposed Co-Lead Counsel for the Class*

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Counsel for Jerald Hayes and Millibani Binoua and Proposed Co-Lead Counsel for the Class*

CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ *Jennifer Pafiti*
Jennifer Pafiti