POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Jerald Hayes and Millibani Binoua*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS BRAY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ROCKET LAB USA, INC., PETER BECK, and ADAM SPICE,<br><br>Defendants. | Case No. 2:25-cv-01733-GW-KES<br><br>DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF JERALD HAYES AND MILLIBANI BINOUA FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF COUNSEL<br><br>DATE:  May 29, 2025<br>TIME:  8:30 a.m.<br>JUDGE:  George H. Wu<br>CTRM:  9D (1st Street Courthouse) |

DECLARATION - 2:25-CV-01733-GW-KES

I, Jennifer Pafiti, hereby declare as follows:

1.      I am a partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Jerald Hayes and Millibani Binoua (together, "Hayes and Binoua"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Hayes and Binoua's motion for appointment as Co-Lead Plaintiffs for the Class and approval of their selection of Pomerantz and Bronstein, Gewirtz & Grossman, LLC ("Bronstein") as Co-Lead Counsel for the Class in the above-captioned action (the "Action").

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:   Loss Chart of Hayes and Binoua;

Exhibit B:   Notice of pendency of the Action;

Exhibit C:   Shareholder Certifications executed by Hayes and Binoua;

Exhibit D:   Joint Declaration executed by Hayes and Binoua;

Exhibit E:   Firm resume of Pomerantz; and

Exhibit F:   Firm resume of Bronstein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on April 28, 2025 at Calabasas, California.

/s/ *Jennifer Pafiti*
Jennifer Pafiti

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti