# EXHIBIT B

Case 2:25-cv-01733-GW-KES   Document 39-2   Filed 04/28/25   Page 2 of 4   Page ID #:504

Feb 27, 2025 8:52 PM Eastern Standard Time

# RKLB CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit On Behalf Of Rocket Lab USA, Inc. Investors

Share

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM") announces that it has filed a class action lawsuit in the United States District Court for the Central District of California, captioned *Bray v. Rocket Lab USA, Inc., et al.*, Case No. 25-cv-1733, on behalf of persons and entities that purchased or otherwise acquired Rocket Lab USA, Inc. ("Rocket Lab" or the "Company") (NASDAQ: RKLB) securities between **November 12, 2024 and February 25, 2025**, inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

**IF YOU SUFFERED A LOSS ON YOUR ROCKET LAB INVESTMENTS, CLICK HERE TO INQUIRE ABOUT POTENTIALLY PURSUING CLAIMS TO RECOVER YOUR LOSS UNDER THE FEDERAL SECURITIES LAWS.**

**What Happened?**

On February 25, 2025, Bleecker Street Research published a report alleging, among other things, that Rocket Lab "has materially misled investors about the likelihood that its Neutron rocket will launch in mid-2025." The report revealed that the Company's plans for three barge landing tests, which were originally scheduled to occur in a window between September 2024 and March 2025, had been pushed back to a window beginning in September 2025 and could occur as late as March

2026. The report further revealed significant delays in preparing the Company's launch pad, including a potable water problem not scheduled to be fixed until January 2026, which would delay launch further. The report also alleged that Company's only Neutron contract so far is with an "unreliable startup" named E-Space which is described as "risk item." The report further alleged this "contract is not a full-price deal, contrary to what Rocket Lab has said."

On this news, Rocket Lab's stock price fell $2.21, or 9.8%, to close at $20.28 per share on February 25, 2025, on unusually heavy trading volume.

**What Is The Lawsuit About?**

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors that: (1) the Company's plans for three barge landing tests were significantly delayed; (2) a critical potable water problem was not scheduled to be fixed until January 2026, which delayed preparation of the launch pad; (3) as a result of the foregoing, there was a substantial risk that Rocket Lab's Neutron rocket would not launch in mid-2025; (4) Neutron's only contract was made at a discount with an unreliable partner; and (5) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

If you purchased or otherwise acquired Rocket Lab securities during the Class Period, you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff.

**Contact Us To Participate or Learn More:**

If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact us:
Charles Linehan, Esq.,
Glancy Prongay & Murray LLP,
1925 Century Park East, Suite 2100,
Los Angeles California 90067
Email: shareholders@glancylaw.com
Telephone: 310-201-9150,

Case 2:25-cv-01733-GW-KES    Document 39-2    Filed 04/28/25    Page 4 of 4   Page ID
#:506

Toll-Free: 888-773-9224

Visit our website at www.glancylaw.com.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you inquire by email, please include your mailing address, telephone number and number of shares purchased.

To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

**Contact Us:**

Glancy Prongay & Murray LLP,

1925 Century Park East, Suite 2100

Los Angeles, CA 90067

**Charles Linehan**

Email: shareholders@glancylaw.com

Telephone: 310-201-9150

Toll-Free: 888-773-9224

Visit our website at: www.glancylaw.com.

**Industry:**       Class Action Lawsuit       Professional Services       Legal



**Glancy Prongay & Murray LLP**

⌁ NASDAQ:RKLB