**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS BRAY, | CASE NUMBER: |
| PLAINTIFF(S) | CV 25-1733-GW-KESx |
| v. | |
| ROCKET LAB USA, INC., et al., | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCES IN FILED DOCUMENT** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| June 6, 2025 | 62 | Letter |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____ .
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

  ECF No. 62 is stricken for the reason(s) stated in the Notice (ECF No. 63) filed on June 9, 2025.

Dated: _____June 11, 2025_____        By: _George K. Wu_

U.S. District Judge / ~~U.S. Magistrate Judge~~

G-112B (08/22)        ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT