Robert V. Prongay (SBN 270796)
   *rprongay@glancylaw.com*
Leanne H, Solish (SBN 280297)
   *lsolish@glancylaw.com*
Charles H. Linehan (SBN 307439)
   *clinehan@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Plaintiff Douglas Bray*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS BRAY, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>        v.<br><br>ROCKET LAB USA, INC., PETER BECK, and ADAM SPICE,<br><br>                Defendants. | Case No. 2:25-cv-01733-GW-KES<br><br>**AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br><u>**DEMAND FOR JURY TRIAL**</u> |

# <u>TABLE OF CONTENTS</u>

I.     NATURE OF THE ACTION AND OVERVIEW ................................................ 1

II.    JURISDICTION AND VENUE ...................................................................... 4

III.   PARTIES ............................................................................................. 5

IV.    SUBSTANTIVE ALLEGATIONS ................................................................. 7

       A.    Background Of The Company And Its Business ................................ 7

       B.    Rocket Lab's Neutron Rocket ...................................................... 7

       C.    The Truth Emerges And Defendants Admit Neutron's Launch Will Be Delayed .......................................................................... 10

       D.    That Defendants Knew Rocket Lab Would Not Be Ready for A Debut Neutron Launch In Mid-2025 Is Supported By Communications To The NASA Wallops Flight Facility Obtained By Plaintiffs, As Well As Former Rocket Lab Employee Accounts ....................................... 14

V.     DEFENDANTS' MATERIALLY FALSE AND/OR MISLEADING STATEMENTS AND OMISSIONS DURING THE CLASS PERIOD ................................... 16

       A.    False And Misleading Statements And Omissions Relating To Neutron's Debut Launch ........................................................... 16

       B.    False And Misleading Statements And Omissions Relating To Neutron's Progress ................................................................... 23

VI.    ADDITIONAL SCIENTER ALLEGATIONS ................................................. 24

       A.    Defendants' Knowledge Of And Access To Information About The Development Timetable For Neutron And Neutron's Material Significance To The Company .................................................... 24

       B.    Corporate Scienter Allegations .................................................. 26

VII.   LOSS CAUSATION ................................................................................ 26

VIII.  CLASS ACTION ALLEGATIONS .............................................................. 27

IX.    APPLICABILITY OF PRESUMPTION OF RELIANCE (FRAUD-ON-THE-MARKET DOCTRINE) ...................................................................... 30

X.     INAPPLICABILITY OF THE STATUTORY SAFE HARBOR AND BESPEAKS CAUTION DOCTRINE .......................................................... 32

XI.    CLAIMS FOR RELIEF ........................................................................... 33

XII.    PRAYER FOR RELIEF .................................................................................... 37

XIII.    JURY TRIAL DEMANDED ............................................................................ 37

Lead Plaintiff Willie Croskrey and Plaintiff Douglas Bray (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, by and through their attorneys, allege the following upon information and belief, except as to those allegations concerning Plaintiffs, which are alleged upon personal knowledge. Plaintiffs' information and belief is based upon, among other things, their counsel's investigation, which includes without limitation: (a) review and analysis of regulatory filings made by Rocket Lab USA, Inc. ("Rocket Lab" or the "Company") with the United States ("U.S.") Securities and Exchange Commission ("SEC"); (b) review and analysis of press releases and other public statements issued by and disseminated by Rocket Lab; (c) analyst and industry reports concerning Rocket Lab; (d) media reports about the Company; (e) interviews of former Rocket Labs employees; and (f) review of other publicly available information.[1]  Plaintiffs believe that certain relevant information is known only by defendants and is exclusively within their custody or control, and that additional evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## I.    NATURE OF THE ACTION AND OVERVIEW

1.    This is a class action on behalf of persons and entities that purchased the publicly traded common stock of Rocket Lab between November 12, 2024 and February 25, 2025, inclusive (the "Class Period"), and who suffered economic losses as a proximate result of the alleged wrongdoing (the "Class").  Plaintiffs pursue claims pursuant to the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against Rocket Lab and two of the Company's senior executives, CEO Sir Peter Beck ("Beck") and CFO Adam Spice ("Spice") (collectively, "Defendants").

2.    Rocket Lab is a space company that provides launch services, spacecraft design services, spacecraft components, spacecraft manufacturing and other

---

[1] Unless otherwise stated, all emphasis in bold and italics hereinafter is added.

spacecraft and on-orbit management solutions.  Since 2017, Rocket Lab has provided launch services through its Electron rocket, a small orbital launch vehicle capable of deploying spacecraft of up to 300 kg to low Earth orbit.  In 2024, Electron was the second most frequently launched orbital rocket in the United States, behind SpaceX's Falcon 9.

3.     In March 2021, Defendants announced plans to develop a reusable-ready medium-capacity launch vehicle to increase the payload capacity of its space launch vehicles.  The Company refers to this vehicle as the Neutron Launch Vehicle ("Neutron").  Defendants intend for the Neutron to break the "medium launch monopoly" held by SpaceX's Falcon 9.  In May 2024, Rocket Lab announced it would conduct a test launch of Neutron in mid-2025, with three commercial launches in 2026 and five in 2027.  Since then, and throughout the Class Period, Defendants regularly made updates concerning the significant progress in Neutron's production, launch infrastructure, and development of the launch pad, while reiterating the mid-2025 debut launch for Neutron.

4.     However, on the morning of February 25, 2025, Bleecker Street Research published a report stating, among other things, that Rocket Lab "has materially misled investors about the likelihood that its Neutron rocket will launch in mid-2025."  Bleecker Street explained that it came to this conclusion after reviewing federal and state filings, technical reports, and conducting 23 interviews with industry experts, including former Rocket Lab engineers and executives, and determined that "[m]any aspects of RKLB's Neutron program remain far behind where they need to be: from engine development, to engine and structure production, to launch pad construction, to rocket transport to the launch site."

5.     On this news, Rocket Lab's share price fell $2.21, or 9.83%, to close at $20.28 per share on February 25, 2025, on unusually heavy trading volume.

6.     Just two days later, Defendants confirmed that the first Neutron launch would be delayed beyond the previously-communicated mid-2025 launch timeline.

---

AMENDED CLASS ACTION COMPLAINT
2

On February 27 2025, Rocket Lab announced its 2024 annual financial results. Within that announcement, Defendant Beck was quoted as saying: "We rounded out the year with significant advancement across the Neutron program ahead of a planned debut launch in the second half of 2025."  Later that day, on an earnings conference call with investors and analysts, Defendant Beck explained that the reason for the delay was "to be as transparent as we can where we see things" and he walked investors and analysts through the causes of delay, explaining that although "[t]here's no one thing[,]" "the most frustrating thing is some of the large structures and third-party providers.  We always end up having to pull stuff in-house because we get let down by a number of providers[,]" and that earlier in Neutron's development, rocket Lab had to deal with COVID issues, such as the inability or long lead times to get parts and materials.

7.     In addition to Defendant Beck's admission that multiple issues occurring over a period of years led to the delay in Neutron's first launch, an October 2024 letter sent to NASA's Wallops Flight Facility from the U.S. National Oceanic and Atmospheric Administration ("NOAA") shows Defendants knew by the beginning of the Class Period that the first test launch was highly unlikely to occur in mid-2025. The NOAA letter summarized that NASA's proposal to conduct three barge landing test events to assess the Neutron rocket parts delivery, construction, and to prepare for rocket launches at the Wallops Flight Facility would occur either between fall of 2024 and March 14, 2025 or between September 1, 2025 and March 14, 2026—*i.e.*, either immediately before, or *after* mid-2025.  Since May 2024, however, Defendants indicated the first test launch would not occur earlier than mid-2025.  This suggests that Defendants knew these test events would not occur in the earlier window (between the fall of 2024 and March 14, 2025), such that the truly available first launch window did not even open until after September 1, 2025 (*i.e.*, well after "mid-" 2025).  Moreover, multiple former Rocket Lab employees confirm that Neutron was not ready for a mid-2025 launch.  As detailed herein, observations from former

employees show that internally within the Company, and from their experience, it was not likely that the Neutron would first launch in mid-2025, citing employee retention issues, various issues in engine development throughout the development process, and problems related to machining engine parts.

8.    Throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the timeline for Neutron's debut launch.  Specifically, Defendants failed to disclose to investors that Defendants knew that the debut launch for Neutron would be delayed until after mid-2025 due to many factors that had caused development delays, including issues with large structures, third-party providers performing disappointingly, earlier delays due to COVID, including the ability to purchase necessary parts and equipment, and the timing of test events at NASA's Wallops Island facility.

## II.    JURISDICTION AND VENUE

9.    The claims asserted herein arise under Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

10.    This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and Section 27 of the Exchange Act (15 U.S.C. § 78aa).

11.    Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b) and Section 27 of the Exchange Act (15 U.S.C. § 78aa(c)).  Substantial acts in furtherance of the alleged fraud or the effects of the fraud have occurred in this Judicial District.  Many of the acts charged herein, including the dissemination of materially false and/or misleading information, occurred in substantial part in this Judicial District. In addition, the Company's principal executive offices are in this District.

12.    In connection with the acts, transactions, and conduct alleged herein, Defendants directly and indirectly used the means and instrumentalities of interstate

commerce, including the United States mail, interstate telephone communications, and the facilities of a national securities exchange.

### III.    PARTIES

13.    Lead Plaintiff Willie Croskrey, as set forth in the certification previously filed with the Court, incorporated by reference herein (ECF No. 18-2), purchased Rocket Lab common stock during the Class Period, and suffered damages as a result of the federal securities law violations and false and/or misleading statements and/or material omissions alleged herein.

14.    Plaintiff Douglas Bray, as set forth in the certification previously filed with the Court, incorporated by reference herein (ECF No. 1), purchased Rocket Lab common stock during the Class Period, and suffered damages as a result of the federal securities law violations and false and/or misleading statements and/or material omissions alleged herein.

15.    Defendant Rocket Lab is incorporated under the laws of Delaware with its principal executive offices located at 3881 McGowen Street, Long Beach, California, 90808.  Rocket Lab's common stock trades on the NASDAQ exchange under the symbol "RKLB."[2]

16.    Defendant Sir Peter Beck ("Beck") is Rocket Lab's founder and has served as Rocket Lab's President and Company's Chief Executive Officer ("CEO"), as well as serving on Rocket Lab's board of directors since July 2013.  In May 2021, Defendant Beck was also appointed as Chairman of the Board.  Prior to founding

---

[2]  On May 23, 2025, Rocket Lab announced the completion of a corporate reorganization, pursuant to which Rocket Lab USA, Inc. became a wholly owned subsidiary of Rocket Lab Corporation.  As part of the reorganization, Rocket Lab's shares of common and preferred stock were automatically converted into shares of the new holding company, Rocket Lab Corporation, and Rocket Lab's common stock continues to trade on the NASDAQ under the same ticker symbol.

Rocket Lab in 2006, Defendant Beck served in various engineering roles while building rockets in his own time.

17.    Throughout the Class Period, Defendant Beck spoke to investors and analysts on earnings calls and public interviews.  During the Class Period, Defendant Beck signed and certified the accuracy of Rocket Lab's Form 10-Q for the quarterly period ended September 30, 2024.

18.    Defendant Adam Spice ("Spice") has served as Rocket Lab's Chief Financial Officer ("CFO") since May 2018.  Prior to joining the Company, Defendant Spice served as the Vice President and CFO of MaxLinear, Inc. from January 2011 until May 2018, and the CFO of Symwave Corporation from October 2009 to November 2010.

19.    Throughout the Class Period, Defendant Spice spoke to investors and analysts on earnings and conference calls.  During the Class Period, Defendant Spice signed and certified the accuracy of Rocket Lab's Form 10-Q for the quarterly period ended September 30, 2024.

20.    Defendants Beck and Spice (collectively the "Individual Defendants"), because of their positions with the Company, possessed the power and authority to control the contents of the Company's reports to the SEC, press releases and presentations to securities analysts, money and portfolio managers and institutional investors, *i.e.*, the market.  The Individual Defendants were provided with copies of the Company's reports and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected.  Because of their positions and access to material non-public information available to them, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to, and were being concealed from, the public, and that the positive representations which were being made were then materially false and/or misleading.  The Individual Defendants are liable for the false statements pleaded herein.

## IV.    SUBSTANTIVE ALLEGATIONS

### A.    Background Of The Company And Its Business

21.    Rocket Lab describes itself as an "end-to-end space company with an established track record of mission success."  As part of the Company's business, Rocket Lab designs, manufactures, and launches orbital and suborbital rockets to deploy payloads for a range of commercial and governmental missions.

22.    The Company was founded in 2006 by Defendant Beck in New Zealand, focusing on developing low-cost, small vehicle launches.  In 2009, Rocket Lab made history as the first private company in the Southern Hemisphere to reach space with the Atea-1 sounding rocket.  In 2013, Rocket Lab moved its registration to the United States and established its headquarters in California.

23.    Currently, Rocket Lab's launch services are provided via the Electron, a small orbital launch vehicle capable of deploying spacecraft of up to 300 kg to low Earth orbit.  As of the end of the Class Period, Electron has had 60 successful launches, delivering over 200 spacecraft to orbit for both private and public sector organizations.  Rocket Lab states that "[s]ince its maiden launch in 2017, Electron has become the leading small spacecraft launch vehicle," and that in 2024, Electron was the second most frequently launched orbital rocket by companies operating in the United States, behind SpaceX's Falcon 9.

24.    Rocket Lab went public in August 2021 via a reverse merger with a special purpose acquisition company called Vector Acquisition Corporation, providing the Company with $777 million in gross proceeds.  In announcing the completion of the merger, Rocket Lab stated that the proceeds were expected to, *inter alia*, "fund the development of the new reusable, 8-ton payload class Neutron rocket."

### B.    Rocket Lab's Neutron Rocket

25.    In March 2021, Rocket Lab announced plans to develop a reusable-ready medium-capacity launch vehicle to increase the payload capacity of its space launch vehicles to approximately 15,000 kg for expendable launches to low Earth orbit and

lighter payloads for reusable configurations and into higher orbits. The Company refers to this vehicle as the Neutron. As part of a video announcing the Neutron, Defendant Beck stated that the rocket would be "launching 2024."

26.     Rocket Lab further explained that the Neutron is to be tailored for commercial and U.S. government constellation launches, and ultimately, would be configurable for and capable of human space flight, enabling the Company to provide crew and cargo supply to the International Space Station. Defendants have explained that Neutron would break the "medium launch monopoly" and would be a direct competitor to Falcon 9, SpaceX's medium-lift launch vehicle and currently the most-launched American orbital rocket in history.

27.     In connection with developing Neutron, on February 28, 2022 Defendants announced that Rocket Lab had selected Wallops Island, Virginia as the location for its first launch pad and production facility. Defendants further explained that the launch pad for the Neutron rocket would be within the National Aeronautics and Space Administration's ("NASA") multi-user Wallops Flight Facility and that the Neutron Production Complex would be adjacent to NASA's Wallops Flight Facility.

28.     On May 6, 2024, Defendants announced that among the "major development milestones to date this year" for Neutron was the first assembly of the Archimedes engine, the rocket engine designed by Rocket Lab for the Neutron Rocket, which was now ready for a hot fire engine test, and "major installations at the Neutron launch pad in Wallops, Virginia[.]" Defendants further explained in the May 6, 2024 announcement that because Rocket Lab is "through some of the unknowns in the development program," they were able to update the schedule for the first launch of Neutron, which was "adjusted to no earlier than mid-2025."

29.     On August 8, 2024, Rocket Lab announced that it had successfully hot fired the Archimedes engine for the first time, while making significant progress in Neutron production, launch infrastructure, and further developed the launch pad at the NASA Wallops facility. During an earnings call held on August 8, 2024, Defendant

Beck confirmed that Rocket Lab was "on track to first launch for mid next year." Defendants continued to reiterate this mid-2025 launch timeline throughout the Class Period.

30.    Thus, as the Class Period began and throughout the Class Period, investors and analysts were focused on Neutron's development and timeline.  Indeed, Defendant Beck called 2025 the "year of Neutron."  And Defendants explained multiple times that Neutron's success would be critical to the Company's finances. For example, on the first day of the Class Period, November 12, 2024, Defendant Beck explained that the "first launch of Neutron is so important for us because that really has such a tremendous impact on the P&L[.]"  Similarly, on January 14, 2025, Defendant Spice explained that getting Neutron "to the pad"—*i.e.*, launching it— "creates a big inflection point for our P&L" and will be a milestone financially for the Company.

31.    In addition, on the first day of the Class Period, Defendants announced two different opportunities for the Neutron rocket following a successful debut launch.    First, Defendants announced that Rocket Lab signed its first launch agreement with a constellation operator for early Neutron launches.    Under the contract, Rocket Lab will launch two missions on Neutron starting from mid-2026 from the launch pad on Wallops Island, Virginia.   During the earnings call also held on November 12, 2024, Defendant Beck stated that this contract "is in line with our previously discussed ASP [average selling price] for Neutron," which Defendants explained would be about $50-55 million.

32.    Second, Defendants also announced in a November 12, 2024, press release that Neutron's expected debut launch in 2025 puts Neutron in a "strong position to on-ramp onto the U.S. Government's National Security Space Launch (NSSL) Lane 1 program, an indefinite delivery indefinite quantity (IDIQ) contract valued at $5.6 billion over a five-year period."  The press release further explained that the NSSL Lane 1 program is the U.S. Space Force's program to build a reliable

and domestic base of commercial launch vehicles to serve national security missions. The press release stated that the RFPs recently opened, and approved launch vehicles would be on-ramped to the program in Spring 2025. Defendants Beck and Spice further discussed the NSSL opportunity on the November 12, 2024 earnings call, and Spice specifically reiterated a "***mid-2025 launch***" for Neutron.

C.   **The Truth Emerges And Defendants Admit Neutron's Launch Will Be Delayed**

33.    On February 25, 2025, at approximately 10 AM EST, Bleecker Street Research published a report entitled "Rocket Lab (RKLB): We Think It's Gonna Be a Long, Long Time" (the "Report"). The Report alleged, among other things, that Rocket Lab "has materially misled investors about the likelihood that its Neutron rocket will launch in mid-2025." The Report explained that "[m]any aspects of RKLB's Neutron program remain far behind where they need to be: from engine development, to engine and structure production, to launch pad construction, to rocket transport to the launch site" after Bleecker Street reviewed federal and state filings, technical reports, and conducted 23 interviews with industry experts, including former Rocket Lab engineers and executives.

34.    On this news, Rocket Lab's stock price fell $2.21, or 9.8%, to close at $20.28 per share on February 25, 2025, on unusually heavy trading volume.

35.    Yahoo! Finance reported that Rocket Lab "took a hit on Tuesday, with shares falling 10.76% to $20.07 at 10:35 AM ET after a critical short report from Bleecker Street Research cast doubts on the company's Neutron rocket timeline."[3] The aerospace industry also took note, with Space Insider reporting that "new analysis

---

[3] Muslim Farooque, *Rocket Lab Sinks 10% as Short Report Raises Doubts on Neutron Rocket and Financial Health*, yahoo!finance.com, Feb. 25, 2025 (available at https://finance.yahoo.com/news/rocket-lab-sinks-10-short-160950899.html).

suggests the timeline [for Neutron's launch] is unrealistic" and that the Report "may be behind the sudden drop – 9 percent – of Rocket Lab's stock on February 25."[4]

36.     Defendants confirmed that the Neutron launch in fact would be delayed beyond mid-2025 just two days later, on February 27, 2025.   In a press release announcing Rocket Lab's 2024 annual financial results that was attached to an SEC Form 8-K filed on February 27, 2025, Defendant Beck was quoted as saying: "We rounded out the year with significant advancement across the Neutron program ahead of a *planned debut launch in the second half of 2025*."  This was the first time that Defendants stated the debut launch would occur in the second half of 2025.  The press release also listed Rocket Lab's business highlights for the year and updates since December 31, 2024, which included, in relevant part: "Shared progress on Neutron's development ahead of planned debut launch of the new reusable medium-lift rocket *in the second half of 2025*."

37.     Analysts took note of the delayed timeline.   During Rocket Lab's February 27, 2025, earnings call, Defendant Beck was asked about the timing of Neutron's first launch:

> Q: Thanks for taking our questions. One, the first one on Neutron, and to check the language around the timing, I think in the past it's been talked about as mid-2025, now you're saying second half. Is this just kind of semantics, it's a couple of months, or are you trying to maybe put some cushion or take more time with any of the processes?
>
> A - Peter Beck: Yes. Hi, Edison. We've sort of said in the past mid-2025, so, yes, we're taking a -- giving ourselves a little bit more time to get it

---

[4] Matt Swayne, *Rocket Lab Faces Scrutiny Over Neutron Launch Timeline and Financial Viability*, Space Insider, Feb, 27, 2025 (available at https://spaceinsider.tech/2025/02/27/rocket-lab-faces-scrutiny-over-neutron-launch-timeline-and-financial-viability/#:~:text=Bleecker%20Street%20Research%20claims%20Rocket,likely%20requiring%20additional%20capital%20raises.).

to the pad and get the launch. But, I mean, we're talking months here, it's not – it's just not very material.

38.    Analysts were not convinced by Beck's attempt to downplay the delay. A different analyst followed up, asking Defendant Beck: "Peter, just maybe to follow-up on the Neutron question, maybe another way to ask is how confident are you in launching this year?"  Defendant Beck responded:

But I mean, look, we're not tracking any major events that would cause us to be concerned about trying to get this away this year. And always, Kevin[ph], anything that's a rocket program, I mean, we have some major tests to complete. But, at this stage, we are tracking pretty confidently to try and get this launch away.

39.    Later in the earnings call, a third analyst asked for Defendants to walk through the "things that have caused the delays" for Rocket Lab's first Neutron Launch.  Defendant Beck responded:

Well, I mean, firstly, if we stand back and look at the context of the timeline of a rocket program, this is still crazy fast compared to just about any historic rocket program. So, there is there's - that -- it was always good to anchor on that.

But, look, there's no one thing. It's not like we had a giant engine failure or a tank failure or anything like that. There's no one thing. I would say probably the most frustrating thing is some of the large structures and third-party providers. We always end up having to pull stuff in-house because we get let down by a number of providers. And I'd say that that's caused a bit of delay.

Early in the program, it's fair to say that we had to deal with some kind of COVID issues. So, we just couldn't get concrete, and we couldn't get steel, couldn't buy CNC machines, those things that had really long lead times associated with them. Now, of course, that's not the case now, but that sort of got us off to a little bit of a slow start.

But there's no like one big thing that's just sort of got on the road. We continue to push hard. And, like I say, there's no giant thing. And, if something went -- put its leg well out of bed, then of course we would let everybody know. But, at the moment, we're just sort of just eating away at it.

40.     Defendant Beck fielded another analyst question asking how achievable the new "second half of 2025" timeline for Neutron's launch was, *i.e.*, was this a "stretch goal." Defendant Beck responded that "we just want to be as transparent as we can where we see things" and "we're trying to bring here to market and in this vehicle in such a short time frame, … but, yes, we've been transparent."

41.     Analyst reports discussed the delay. For example, a February 27, 2025, TD Cowen report titled "Neutron Timing Slip to Weigh on Stock" commented that "Neutron launch slipped to H2:25 vs. prior indication of 'mid-2025.' … Expect stock will be soft near term, and PT is under review."

42.     Similarly, a February 28, 2025, Citizens JMP Securities report noted:

> Heading into earnings, investors seemed to be becoming more anxious around the highly anticipated launch of Rocket Lab's medium-lift launch vehicle, the Neutron. At least some of those fears were realized as the company revised its estimated launch timing for *"the second half of 2025"* versus the previously stated *"mid-2025"* target. Delays aside, Founder and CEO Peter Beck reiterated the historic nature of Neutron's development/production timeline and described the shift as *"we are taking a little more time, we're talking months here. A few months here and there is really in the noise."* Mr. Beck advised there was no one single setback or failure that caused the delay and further explained management is not currently tracking any major impediments that would cause the launch to push beyond 2025 …. As explained on the earnings call (and confirmed during our conversations with management), third-party dependencies have been a major source of the delays around Neutron, although we understand those types of issues will abate after the first launch. On the positive side, management unveiled its "Return on Investment," or the ocean landing platform for Neutron return missions. (Emphasis in original).

43.     A February 28, 2025, Morgan Stanley report titled "Neutron Now Eyeing 2H25 Liftoff" observed "RKLB reported 4Q24 results slightly ahead of estimates. 1Q25 guidance, however, came in light vs. expectations while Neutron's development drives accelerated cash consumption. **Mgmt. is now targeting 2H25**

for Neutron's debut launch (vs. prior mid-2025 target); we note Neutron timelines were a focus heading into the print." (Emphasis in original.)

**D.     That Defendants Knew Rocket Lab Would Not Be Ready for A Debut Neutron Launch In Mid-2025 Is Supported By Communications To The NASA Wallops Flight Facility Obtained By Plaintiffs, As Well As Former Rocket Lab Employee Accounts**

44.     On October 15, 2024, as part of NASA's proposal to conduct three barge landing test events on Wallops Island beach and within NASA's Wallops Flight Facility, NASA requested an essential fish habitat consultation by submitting an essential fish habitat assessment worksheet to the National Marine Fisheries Service ("NMFS"), a service within the National Oceanic and Atmospheric Administration ("NOAA"). On October 17, 2024, the NMFS/NOAA sent a letter with its essential fish habitat conservation recommendations to Lori Levine, NASA's WFF (Wallops Flight Facility) Natural Resources Manager. This October 17, 2024 letter summarized NASA's explanation of the purpose of its proposal to conduct three barge landing test events at its Wallops Fight Facility for the Neutron rocket:

> The purpose of the project is to perform test events to assess the Neutron rocket parts delivery, rocket construction, and to prepare for the rocket launches from the Mid-Atlantic Regional Spaceport (MARS) on the eastern coast of Virginia from the WFF. ***The three test events would occur between fall of 2024 and March 14, 2025 or September 1, 2025, and March 14, 2026.***

45.     Thus, as early as October 15, 2024, NASA had confirmed that these test events would be taking place during the period of the then-present through March 14, 2025 (which, based on information and belief, did not occur), or else, well after mid-2025. That Defendants knew the test events would not occur in the earlier window (between the fall of 2024 and March 14, 2025) is further confirmed by Defendants' other public statements indicating that the Neutron test launch would not occur earlier than mid-2025.

46. In addition, former Rocket Lab employees stated that, in their experience working at Rocket Lab, Neutron would not be ready for launch by mid-2025.

47. FE1 was a Fluid Components Manufacturing and Test Engineer II at Rocket Lab from 2023-2024, where FE1 was a manufacturing engineer for the Company's engine development program and worked on building the Neutron engine. At the top of FE1's reporting chain was Cesar Marte, Director of Manufacturing Engineering. FE1 also regularly interacted with Jacob Rendon, Senior Director of Neutron Development. FE1 stated he was "not surprised" by the delay in Neutron's debut launch. FE1 also explained that, from the onset of FE1's employment in 2023, it was anticipated that readying Neutron for launch would be a "multi-year engine development."

48. FE1 further stated that the engineering team listened to earnings calls where they heard C-suite leaders discuss the goal to conduct a test launch in mid-2025, but that internally, this was understood as a "green light schedule," elaborating that "the mid-2025 launch date was akin to driving a car to a specific destination while expecting to hit only green traffic lights along the way." FE1 stated that Rocket Lab management was not "grilling" FE1 for being behind on any "made up" schedule and that "reality dictated the schedule, not the other way around." While Rocket Lab engineers were made aware of the Company's public deadline for Neutron's launch, "Rocket Lab engineers felt no pressure to meet development milestones or deadlines." FE1 explained that "Management, they weren't being unreasonable with their expectations with the engineers. They're all ex-engineers, they know [the public schedule] is a green light schedule."

49. FE1 further stated that, at first, the engine parts were "not made correctly and did not function properly," but that this was "part of the normal rocket development process," and "there's always going to be lessons and improvements," which was the case with Neutron.

50.     FE2 was a CNC Mill Machinist at Rocket Lab from December 2019 through December 2024, and reported to Machine Shop Senior Supervisor, Jonathan Benevente.  As a machinist, FE2 worked on building parts for the Neutron rocket. FE2 stated that there were "many issues making the engine parts," starting with the engine build, as well as a lot of issues printing and machining the parts.  FE2 mentioned that FE2 personally saw engines melting when they hot fired them, which FE2 explained was a consequence of machining bad parts.  FE2 stated that the problems related to machining first arose "sometime between July and November 2024," and that "by then, it was understood within the Company that," when it came to the Neutron, "there was no way we're going to fly next year."  Also, according to FE2, Rocket Lab employees with more talent started to leave for other companies, and Rocket Lab began hiring people that "didn't have the right experience in the rocket industry."

51.     FE3 was a Talent Acquisition Partner at Rocket Lab from November 2024 through March 2025.  FE3 was a recruiter for production and manufacturing. FE3 described Neutron's target launch date as "a bit of an ambitious goal."  FE3 explained that this impression was formed based on FE3's work alongside Rocket Lab's manufacturing teams, including machinists producing rocket components, and further, that a lot of the individuals contributing to the project and closer to the "bottom of the totem pole" were unsurprised that Neutron's target launch date was pushed back during FE3's tenure.

## V.    DEFENDANTS' MATERIALLY FALSE AND/OR MISLEADING STATEMENTS AND OMISSIONS DURING THE CLASS PERIOD

### A.    False And Misleading Statements And Omissions Relating To Neutron's Debut Launch

52.     On November 12, 2024, the first day of the Class Period, Rocket Lab issued a press release announcing that it had signed a multi-launch agreement with a

confidential commercial satellite constellation operator for the Neutron rocket.   In discussing the Neutron rocket, the press release stated, in relevant part:

> **Neutron's expected debut launch in 2025** also puts the launch vehicle in a strong position to on-ramp onto the U.S. Government's National Security Space Launch (NSSL) Lane 1 program, an indefinite delivery indefinite quantity (IDIQ) contract valued at $5.6 billion over a five-year period. RFPs for the program opened on October 30th 2024 with approved new launch vehicles to be on-ramped to the program in Spring 2025.

53.     Also on November 12, 2024, Rocket Lab held an earnings call to discuss the Company's third quarter of 2024 financial results.  During his prepared remarks, Defendant Beck noted that **"[k]eeping our schedule for the first launch next year"** puts Rocket Lab into the timeline for Space Force's next on ramp for the NSSL program.

54.     During Defendant Spice's opening remarks on the November 12, 2024 earnings call, he reiterated the mid-2025 launch date, stating in relevant part:

> [W]e do expect to pick up in cash consumption in the next few quarters, owing to an increased expected increase in Neutron spending ahead of **our mid-2025 launch** and lumpiness in large space systems milestone payment collections.

55.     During the Q&A portion of the November 12, 2024 earnings call, Defendant Beck responded to a request to clarify the Neutron launch schedule:

> Q: So well done. I guess first question just on the Neutron, I just wanted to clarify. So **it sounds like your -- the target for the first launch is unchanged for mid-2025**, but the multi-launch agreement that you disclosed today, that targeted for, I believe, to start in middle of 2026. So I guess, a, just wanted to confirm that ….
>
> A: ….Happy to take that question. So **I think we've been pretty clear about what we expect for Neutron's launch cadence to be**. **So obviously, one test flight in the following year** three and then five and then continue to seven and beyond.

56.    Rocket Lab also published an investor presentation entitled "Q3 2024 Investor Update" on November 12, 2024.  The presentation noted, in relevant part: "***Neutron on track for expected first launch in 2025***, meeting on-ramp requirements."

57.    The November 12, 2024 investor presentation also discussed updates for Launch Complex 3, noting in relevant part:

> **Launch site construction on schedule *for first launch next year***. Long-lead infrastructure items being installed and completed, including:
>
> •    **Completed installation of two 90,000 gal. propellant tanks.**
>
> •    **Concrete poured** for the Neutron flame trench at the launch site.
>
> •    Launch mount installation expected in the coming weeks.

(bold/italic emphasis added; bold only emphasis in original).

58.    The foregoing statements about Neutron's first launch timing as emphasized in bold italics at ¶¶52-57 above were materially false and/or misleading when made and/or omitted to state material facts necessary to make the statements not misleading, because they failed to disclose that by the time these statements were made, Defendants knew that the debut launch for Neutron would be delayed until after mid-2025 due to many factors that had caused development delays, including issues with large structures, third-party providers performing disappointingly, earlier delays due to COVID, including the ability to purchase necessary parts and equipment, and the timing of test events at NASA's Wallops Island facility.

59.    On January 9, 2025, Rocket Lab issued a news release announcing that it had reached a mutual agreement with NASA to include Neutron launch services through Rocket Lab's existing VADR (Venture-Class Acquisition of Dedicated and Rideshare) contract with NASA.  The January 9, 2025 news release also stated:

> Significant progress continues to be made on the rocket's launch site on Wallops Island, Virginia, with the site's completion expected in the coming months. Production, infrastructure scaling, and both Archimedes

engine and full-scale components testing is continuing at pace across Rocket Lab's various production and test facilities throughout the United States. ***Neutron is scheduled for its debut launch from Rocket Lab Launch Complex 3 in Virginia from mid-2025.***

60.    On January 14, 2025, Defendant Spice participated in the 27th Annual Needham Growth Conference.  During his opening remarks at the Needham Growth Conference, Defendant Spice recounted his first conversations with Defendant Beck, who explained his vision for Rocket Lab.  Defendant Spice mentioned Neutron while recounting this conversation, stating, in relevant part: "That's ***Neutron***, which is a direct competitor to Falcon 9, ***that's going to have its first launch later this year.***" He later continued to discuss Neutron's launch schedule, stating:

> And fortunately, we've so far been pretty good on holding the schedule. When we came public in 2021, we put an end of 2024 launch window. We since had to push that to ***the middle of 2025.***  But six months is painful.  But in the grand scheme of traditional rocket program delays, we're very much still in the sweet spot. And we're also doing it on a cost point that has never been done before.

61.    Also during the January 14, 2025 Needham Growth Conference, when discussing the Company's financials, Defendant Spice stated, in relevant part: "We'll continue to invest again aggressively.  We're not going to really get the benefit of lifting our foot off the R&D process for Neutron ***until we get that first test launch off the pad middle of this year***."

62.    On January 21, 2025, the podcast Leading Indicator released an episode entitled "Rocket Lab CEO on New Spacecraft, Trump Presidency, and Mission to Venus" in which Defendant Beck was interviewed.[5]  As part of the January 21, 2025 podcast, at approximately 4:50 into the interview, Defendant Beck stated: "***we're***

---

[5] This podcast is available at https://www.youtube.com/watch?v=mvhF8tZitug (last accessed June 24, 2025).  The podcast, as well as a transcript of the podcast, is also available at https://open.spotify.com/episode/3lXZgJ3mMh0Y0DCN4L1kU7 (last accessed June 24, 2025).

*looking to try and fly the, the neutron vehicle by the middle of the year* and, you know, get that, that first successful flight.  And then the following year we'll do another three flights and then following year another five."

63.    On February 12, 2025, Defendant Spice participated in TD Cowen's 46th Annual Aerospace & Defense Conference ("TD Cowen Conference").  In the opening of his prepared remarks, Defendant Spice mentioned Neutron, stating in relevant part: "As many people are aware, we're developing a medium launcher called Neutron, and *Neutron is starting to be brought to the market later this year*."  Later in the call, Spice reiterated, in relevant part: "Then I mentioned *Neutron, that will be coming to market later this year.*"

64.    The foregoing statements about Neutron's first launch timing as emphasized in bold italics at ¶¶59-63 above were materially false and/or misleading when made and/or omitted to state material facts necessary to make the statements not misleading, because they failed to disclose that by the time these statements were made, Defendants knew the debut launch for Neutron would be delayed until after mid-2025 due to many factors that had caused development delays, including issues with large structures, third-party providers performing disappointingly, earlier delays due to COVID, including the ability to purchase necessary parts and equipment, and the timing of test events at NASA's Wallops Island facility.

65.    During the question-and-answer portion of the February 12, 2025 TD Cowen Conference, Defendant Spice was asked the following question:

Q: "And just looking forward, you have Neutron coming up here hopefully *mid-25*. How do we think about the cadence and ultimate split between Electron and Neutron at steady state?

A: The market opportunity for those vehicles are quite different, right?

So if you -- if you think about -- Neutron is really developed as a constellation deployer, and Electron was really developed as a more of bespoke mission support, where you're testing new technologies out in orbit.

We call them Pathfinder-type of technology missions. Although there are some constellations that can deploy their constellations in their totality, in a small launch vehicle like -- particularly the Earth observation market is a pretty good market for that, and we've got a lot of customers across the Earth observation market that uses for that.

But really, if you think about the scale opportunity for Neutron, it's really -- we don't plan on doing ride shares like a transporter.

We don't think that's the right approach for this vehicle. It's really going after large constellations that -- we don't want to speak names at this point because it'll be too early.

Other the fact that there's -- obviously there's the government NSSL program opportunities, there's government launch opportunities outside of NSSL, like with NASA.

Of course, ultimately, we hope that the satellites that we're building for SDA will ultimately launch on Neutron. So we think the market opportunities are similar.

We think that -- I think if you look out in time and you lay a Neutron and an Electron long, a scaling history, they're going to look very similar. You could probably lay them over top of each other pretty easily.

66.    The next question asked to Defendant Spice during the February 12, 2025 TD Cowen Conference also concerned Neutron:

Q: Got it. On Neutron, because it's very topical. What should we be looking for, I guess, going forward?

**What needs to happen for you guys to hold that mid-25**, and maybe any updates on demand?

I'm sure demand is still strong, but how should we think about maybe future bookings that you got in Q3?

And maybe talk about that.

A: Yes, look, I'll save some of that for the -- for the earnings call.

But I would say that demand -- the demand environment, stays very, very strong. I think Pete and I have said before that we worry about a lot of things, running a rocket company, but demand is not one of them, right?

So we think there's a -- there's healthy demand for that. It's all about bringing the vehicle to market. And bringing a rocket to market is a very, very -- I mean, I wasn't around for when they did -- when we brought Electron to market. I joined after the first test launch back in 20 -- first test launch in late 2017. I joined in 2018.

But watching it and being involved from the -- from the -- from a greenfield, it's absolutely astonishing what it takes to bring a program like that together.

So we do incredibly ambitious things. We've got ambitious targets. I -- we've made steady progress. I think people can see almost on a daily basis, the infrastructure coming together at Wallops, for example, which gives an indication where we're ready on that work stream, because people fly over, take pictures and so forth.

I think we provide pretty steady updates on where we are with propulsion testing and so forth.

So it's – again, it's a -- we like to say it's a rocket program. It's very difficult. If you look at, for example, New Glenn that launched, what, maybe a month ago, for the first time? I mean, that was supposed to launch in 2020.

67.    Defendant Spice's response in ¶¶65 and 66 above were materially false and/or misleading when made and/or omitted to state material facts necessary to make the statements not misleading, because Spice failed to correct, in the questions he was asked, the mid-2025 timeline for the debut launch of Neutron.

68.    On February 18, 2025, Rocket Lab issued a news release announcing its successful launch of its 60th Electron to deploy.  The news release also discussed the Company's "busy launch year," including launch of the Neutron rocket, stating in relevant part:

Today's mission was the latest in a busy **launch year for Rocket Lab in 2025**, including more dedicated Electron launches to build out BlackSky's constellation, missions from Rocket Lab Launch Complex 2 in Virginia, and the **debut launch of its new medium-lift reusable rocket Neutron.**

69.     The foregoing statement about Neutron's first launch timing as emphasized in bold italics at ¶68 above, which must be read in conjunction with Defendants' earlier statements about mid-2025 launch timing, was materially false and/or misleading when made and/or omitted to state material facts necessary to make the statements not misleading, because they failed to disclose that by the time these statements were made, Defendants knew that the debut launch for Neutron would be delayed until after mid-2025 due to many factors that had caused development delays, including issues with large structures, third-party providers performing disappointingly, earlier delays due to COVID, including the ability to purchase necessary parts and equipment,  and the timing of test events at NASA's Wallops Island facility.

**B.     False And Misleading Statements And Omissions Relating To Neutron's Progress**

70.     On November 12, 2024, the first day of the Class Period, Rocket Lab issued a press release announcing its financial results for the quarter ended September 30, 2024.  On the same day, the press release was also filed with the SEC as exhibit 99.1 to Form 8-K, which was signed by Defendant Spice.  The press release reported the Company's highlights for the third quarter 2024, plus updates since September 30, 2024, which included the following Neutron update: "***Significant progress made across Neutron's structures and infrastructure,*** including the completion of construction on the rocket's Assembly, Integration, and Test (A.I.T.) facility in Virginia."

71.     Also on November 12, 2024, Rocket Lab issued its report of financial results for the third quarter of 2024, ended September 30, 2024 on a Form 10-Q filed with the SEC (the "3Q24 10-Q"), which was signed by Defendants Beck and Spice. Therein, 3Q24 10-Q reported the Company's recent developments, including the following Neutron Update: "***We have made significant progress across Neutron's***

*structures and infrastructure*, including the completion of construction on the rocket's Assembly, Integration, and Test (A.I.T.) facility in Virginia."

72.    The foregoing statements emphasized in bold italics at ¶¶70-71 above were materially misleading when made and/or omitted to state material facts necessary to make the statements not misleading, because they failed to disclose that by the time these statements were made, despite any such progress made, Defendants knew that delays and disruptions in that progress had caused delay in the development schedule for Neutron, including later-admitted issues with large structures, third-party providers performing disappointingly, and earlier delays due to COVID, including the ability to purchase necessary parts and equipment.

## VI.    ADDITIONAL SCIENTER ALLEGATIONS

### A.    Defendants' Knowledge Of And Access To Information About The Development Timetable For Neutron And Neutron's Material Significance To The Company

73.    As alleged herein, Defendants acted with scienter since Defendants knew that the public documents and statements issued or disseminated in the name of the Company were materially false and/or misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the federal securities laws.  As set forth elsewhere herein in detail, the Individual Defendants, by virtue of their receipt of information reflecting the true facts regarding Rocket Lab, their control over, and/or receipt and/or modification of Rocket Lab's allegedly materially misleading misstatements and/or their associations with the Company which made them privy to confidential proprietary information concerning Rocket Lab.

74.    Indeed, Defendants admitted just two days after the Class Period that they knew about delays *throughout* Neutron's development process.  When asked what caused the launch delay during the February 27, 2025 earnings call, Defendant Beck cited multiple issues that occurred over a period of years, including issues with

"large structures", third-party dependencies and being "let down" by these third parties, as well as earlier COVID-related issues, including delays in the ability to purchase necessary parts and equipment.  Importantly, Defendant Beck did not say that these issues were unexpected, or emerged as last-minute problems impacting the launch timeline.

75.    In addition, the October 17, 2024 NOAA letter suggests that NASA and Defendants knew that barge landing test events as part of the Neutron development process likely would not occur until after September 1, 2025 (*i.e.*, well after "mid-" 2025).  Defendants' admissions and the alleged inference drawn from the timing-related statements in the October NOAA letter are buttressed by former Rocket Lab employees confirming that Neutron was not ready for a mid-2025 launch, noting employee retention issues, various issues in engine development throughout the development process, and problems related to machining engine parts.

76.    Despite knowing by the start of the Class Period that the mid-2025 launch date was not realistic or attainable, Defendants did not want to publicly push out the launch date again.  As Defendant Spice admitted, Rocket Lab's earlier-announced (in May 2024) delay of Neutron's launch to mid-2025 was "painful."  And the launch of Neutron was of huge importance to the Company and investors. Defendant Beck called 2025 the "year of Neutron" and explained that the first launch of Neutron "is so important for us because that really has such a tremendous impact on the P&L[.]"  During the January 14, 2025 Needham Growth Conference, Defendant Spice stated that the Neutron is a "huge enabler on a few fronts," citing commercial (*i.e.*, paid) Neutron launches as the path to "very healthy margins," that commercial launches will "create[] a big inflection point for our P&L," and that they will be a financial milestone for the Company.  And, the commercial opportunities Rocket Lab did have for Neutron, and discussed in detail on the first day of the Class Period, including two commercial launches and the U.S. Space Force's National

Security Space Launch Lane 1 program, were dependent on a Neutron successfully first launching in 2025.

**B. Corporate Scienter Allegations**

77. The Company is liable for the acts of Defendants Beck and Spice and its other employees and agents under the doctrine of *respondeat superior* and common law principles of agency because all of the wrongful acts complained of herein were carried out within the scope of their employment and/or agency.

78. The scienter of Defendants Beck and Spice and other employees and agents of the Company is similarly imputed to the Company under the corporate scienter doctrine, *respondeat superior*, and agency principles.

79. Aside from the scienter of Defendants Beck and Spice, the facts alleged herein raise a strong inference of corporate scienter as to Rocket Lab as an entity. Corporate scienter may be alleged independent of individual defendants where a statement is made or approved by a corporate official sufficiently knowledgeable about the company to know the statement was false or misleading. Here, the statements alleged were made to the investing public regarding the Company's operations, finances, and business practices—all important topics that would necessarily require approval by appropriate corporate officers.

## VII. LOSS CAUSATION

80. The market for Rocket Lab's common stock was open, well-developed, and efficient at all relevant times. During the Class Period, as detailed herein, Defendants made false and misleading statements and omissions that artificially inflated the price of Rocket Lab's publicly-traded common stock. The price of the Company's shares of common stock significantly declined when the misrepresentations made to the market, and/or the information alleged herein to have been concealed from the market, and/or the effects thereof, were revealed, causing investors' losses.

81.    During the Class Period, Plaintiffs and members of the Class purchased publicly traded shares of Rocket Lab common stock at artificially inflated prices and were damaged thereby.   Accordingly, Defendants' wrongful conduct, as alleged herein, directly and proximately caused the economic loss suffered by Plaintiffs and the Class.

82.    Artificial inflation in Rocket Lab's stock price was removed when concealed risks partially materialized and/or the truth about the material misrepresentations and omissions was revealed to the public on February 25, 2025. As a direct result of these partial disclosures, the price of Rocket Lab's publicly traded shares of common stock declined precipitously on heavy trading volume, causing economic injury to Plaintiff and other members of the Class.

83.    On February 25, 2025, at approximately 10 AM EST, Bleecker Street Research published a report entitled "Rocket Lab (RKLB): We Think It's Gonna Be a Long, Long Time."  The Report stated, among other things, that Rocket Lab "has materially misled investors about the likelihood that its Neutron rocket will launch in mid-2025."

84.    Following this news, the price of Rocket Lab's common stock fell 9.83%, or $2.21per share, from a closing price of $22.49 on February 24, 2025 to close at $20.28 per share on February 25, 2025, on unusually heavy trading volume.

85.    The Report's conclusion that the launch of Neutron would be delayed beyond mid-2025 was subsequently partially confirmed by Defendants' February 27, 2025, announcement that the launch was now anticipated to occur in the second half of 2025 (as opposed to mid-2025) and their related admission that issues with "some of the large structures and third-party providers" had "caused a bit of delay," in addition to earlier COVID-related supply delays.

## VIII.  CLASS ACTION ALLEGATIONS

86.    Plaintiffs bring this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a class, consisting of all persons and

entities that purchased the publicly traded common stock of Rocket Lab between November 12, 2024 and February 25, 2025, inclusive, and who suffered economic losses as a proximate result of the alleged wrongdoing (the "Class"). Excluded from the Class are: (a) persons and entities that suffered no compensable losses; and (b)(i) Defendants; (ii) present and former parents, subsidiaries, assigns, successors, predecessors and affiliates of Rocket Lab or Defendants, as applicable; (iii) any person who served as an officer and/or director of Rocket Lab during the Class Period and their Immediate Family Members; (iv) any entity in which the Defendants have or had a controlling interest, including, but not limited to, family foundations; (v) any trust of which a Defendant is the settler or which is for the benefit of a Defendant and/or their Immediate Family Members; (vi) Defendants' D&O liability insurance carriers; and (vii) the legal representatives, heirs, successors, and assigns of any person or entity excluded under provisions (i) through (vi) hereof. For the avoidance of doubt: (a) "affiliates" are persons and entities that directly or indirectly through one or more intermediaries, control, are controlled by, or are under common control with one of the Defendants; and (b) "Immediate Family Members" are children, stepchildren, parents, stepparents, spouses, siblings, mothers-in-law, fathers-in-law, sons-in-law, daughters-in-law, brothers-in-law, and sisters-in-law; with "spouse" meaning a husband, a wife, or a partner in a state-recognized domestic relationship or civil union.

87. The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, Rocket Lab's shares actively traded on the NASDAQ. While the exact number of Class members is unknown to Plaintiffs at this time and can only be ascertained through appropriate discovery, Plaintiffs believe that there are at least hundreds or thousands of members in the proposed Class. Over 1.5 billion shares of Rocket Lab common stock were traded publicly during the Class Period on the NASDAQ. As of February 21, 2025, Rocket Lab had 453,545,095 shares of common stock outstanding. Record owners and other members of the Class

may be identified from records maintained by Rocket Lab or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

88.    Plaintiffs' claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

89.    Plaintiffs will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation.

90.    Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

a.    whether the federal securities laws were violated by Defendants' acts as alleged herein;

b.    whether statements made and disseminated by Defendants to the investing public during the Class Period omitted and/or misrepresented material facts about the business, operations, and prospects of Rocket Lab;

c.    whether Defendants knew or deliberately disregarded that their statements were false and misleading;

d.    whether the price of shares of Rocket Lab common stock were artificially inflated because of Defendants' conduct complaint of herein; and

e.    what extent the members of the Class have sustained damages and the proper measure of damages.

91.    A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable.  Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation makes it

impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

## IX.   APPLICABILITY OF PRESUMPTION OF RELIANCE (FRAUD-ON-THE-MARKET DOCTRINE)

92.     The market for Rocket Lab's common stock was open, well-developed and efficient at all relevant times.  As a result of these materially false and/or misleading statements, and/or failures to disclose, the shares of Rocket Lab's common stock traded at artificially inflated prices during the Class Period.  On January 23, 2025, the Company's share price closed at a Class Period high of $31.57 per share, and the following day, January 24, 2025, the Company's share price hit an intraday Class Period high of $33.34 per share.  Plaintiffs and other members of the Class purchased or otherwise acquired shares of Rocket Lab's common stock relying upon the integrity of the market price of the shares of the Company's common stock and market information relating to Rocket Lab, and have been damaged thereby.

93.     During the Class Period, the artificial inflation of Rocket Lab's shares was caused by the material misrepresentations and/or omissions particularized in this Complaint causing the damages sustained by Plaintiff and other members of the Class. As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements and omissions about Rocket Lab's business, prospects, and operations.  These material misstatements and/or omissions created an unrealistically positive assessment of Rocket Lab and its business, operations, and prospects, thus causing the price of the Company's shares of common stock to be artificially inflated at all relevant times, and when disclosed, negatively affected the value of the Company shares.  Defendants' materially false and/or misleading statements and omissions during the Class Period resulted in Plaintiffs and other members of the Class purchasing the Company's common stock at such artificially inflated prices, and each of them has been damaged as a result.

94.    At all relevant times, the market for Rocket Lab's common stock was an efficient market for the following reasons, among others:

a.    Rocket Lab shares met the requirements for listing, and was listed and actively traded on the NASDAQ, a highly efficient and automated market;

b.    As a regulated issuer, Rocket Lab filed periodic public reports with the SEC and/or the NASDAQ;

c.    Rocket Lab regularly communicated with public investors via established market communication mechanisms, including through regular dissemination of press releases on the national circuits of major newswire services and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services, and by directly emailing its financials to investors who requested such alerts on Rocket Lab's website; and/or

d.    Rocket Lab was followed by securities analysts employed by brokerage firms who wrote reports about the Company, and these reports were distributed to the sales force and certain customers of their respective brokerage firms. Each of these reports was publicly available and entered the public marketplace; and/or

e.    The average daily trading volume for Rocket Lab's common stock during the Class Period was approximately 23.1 million shares with 453,545,095 shares of common stock outstanding as of February 21, 2025 and a market capitalization high reaching over $15.782 billion during the Class Period on January 23, 2025. On February 25, 2025, following the release of the Bleecker Street Report, the market capitalization fell to $11.17 billion—a more than $4 billion drop from the Class Period high just one month earlier.

95.    As a result of the foregoing, the market for Rocket Lab's common stock promptly digested current information regarding Rocket Lab from all publicly available sources and reflected such information in Rocket Lab's share price. Under these circumstances, all purchasers of Rocket Lab's common stock during the Class

Period suffered similar injury through their purchase of shares of Rocket Lab's common stock at artificially inflated prices and a presumption of reliance applies.

96.     A Class-wide presumption of reliance is also appropriate in this action under the Supreme Court's holding in *Affiliated Ute Citizens of Utah v. United States*, 406 U.S. 128 (1972), because the Class's claims are, in large part, grounded on Defendants' material misstatements and/or omissions.  Because this action involves Defendants' failure to disclose material adverse information regarding the Company's business operations and financial prospects—information that Defendants were obligated to disclose—positive proof of reliance is not a prerequisite to recovery.  All that is necessary is that the facts withheld be material in the sense that a reasonable investor might have considered them important in making investment decisions. Given the importance of the Class Period material misstatements and omissions set forth above, that requirement is satisfied here.

## X.     INAPPLICABILITY OF THE STATUTORY SAFE HARBOR AND BESPEAKS CAUTION DOCTRINE

97.     The statutory safe harbor and/or bespeaks caution doctrine applicable to forward-looking statements under certain circumstances do not apply to any of the allegedly false statements pleaded in this Complaint.

98.     The statements and omissions alleged to be false and misleading herein all relate to then-existing facts and conditions.  In addition, to the extent certain of the statements alleged to be false may be characterized as forward looking, they were not identified as "forward-looking statements" when made and there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements.

99.     In the alternative, to the extent that the statutory safe harbor is determined to apply to any forward-looking statements pleaded herein, Defendants are liable for those false forward-looking statements because at the time each of those forward-looking statements was made, the speaker had actual knowledge that the

forward-looking statement was materially false or misleading, and/or the forward-looking statement was authorized or approved by an executive officer of Rocket Lab who knew that the statement was false when made.

## XI.    CLAIMS FOR RELIEF

**COUNT I**
**Violation of Section 10(b) of The Exchange Act**
**And Rule 10b-5 Promulgated Thereunder**
**Against All Defendants**

100.    Plaintiffs repeat and re-allege each and every allegation contained above as if fully set forth herein.

101.    During the Class Period, Defendants carried out a plan, scheme and course of conduct which was intended to and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiffs and other Class members, as alleged herein; and (ii) cause Plaintiffs and other members of the Class to purchase Rocket Lab's shares of common stock at artificially inflated prices.  In furtherance of this unlawful scheme, plan and course of conduct, Defendants, and each defendant, took the actions set forth herein.

102.    Defendants (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and/or (iii) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of the Company's common stock in an effort to maintain artificially high market prices for Rocket Lab's common stock in violation of Section 10(b) of the Exchange Act and Rule 10b-5.  All Defendants are sued either as primary participants in the wrongful and illegal conduct charged herein or as controlling persons as alleged below.

103.    Defendants, individually and in concert, directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or of the mails, engaged and participated in a continuous course of conduct to conceal adverse material

information about Rocket Lab's financial well-being and prospects, as specified herein.

104.   Defendants employed devices, schemes and artifices to defraud, while in possession of material adverse non-public information and engaged in acts, practices, and a course of conduct as alleged herein in an effort to assure investors of Rocket Lab's value and performance and continued substantial growth, which included the making of, or the participation in the making of, untrue statements of material facts and/or omitting to state material facts necessary in order to make the statements made about Rocket Lab and its business operations and future prospects in light of the circumstances under which they were made, not misleading, as set forth more particularly herein, and engaged in transactions, practices and a course of business which operated as a fraud and deceit upon the purchasers of the Company's common stock during the Class Period.

105.   Each of the Individual Defendants' primary liability and controlling person liability arises from the following facts: (i) the Individual Defendants were high-level executives and/or directors at the Company during the Class Period and members of the Company's management team or had control thereof; (ii) each of these defendants, by virtue of their responsibilities and activities as a senior officer and/or director of the Company, was privy to and participated in the creation, development and reporting of the Company's internal budgets, plans, projections and/or reports; (iii) each of these defendants enjoyed significant personal contact and familiarity with the other defendants and was advised of, and had access to, other members of the Company's management team, internal reports and other data and information about the Company's finances, operations, and sales at all relevant times; and (iv) each of these defendants was aware of the Company's dissemination of information to the investing public which they knew and/or recklessly disregarded was materially false and misleading.

106.    Defendants had actual knowledge of the misrepresentations and/or omissions of material facts set forth herein, or acted with reckless disregard for the truth in that they failed to ascertain and to disclose such facts, even though such facts were available to them. Such defendants' material misrepresentations and/or omissions were done knowingly or recklessly and for the purpose and effect of concealing Rocket Lab's financial well-being and prospects from the investing public and supporting the artificially inflated price of its common stock. As demonstrated by Defendants' misrepresentations and/or omissions of the Company's business, operations, financial well-being, and prospects throughout the Class Period, Defendants, if they did not have actual knowledge of the misrepresentations and/or omissions alleged, were reckless in failing to obtain such knowledge by deliberately refraining from taking those steps necessary to discover whether those statements were false or misleading.

107.    As a result of the dissemination of the materially false and/or misleading information and/or failure to disclose material facts, as set forth above, the market price of Rocket Lab's common stock was artificially inflated during the Class Period. In ignorance of the fact that market prices of the Company's common stock were artificially inflated, and relying directly or indirectly on the false and misleading statements made by Defendants, or upon the integrity of the market in which the securities trades, and/or in the absence of material adverse information that was known to or recklessly disregarded by Defendants, but not disclosed in public statements by Defendants during the Class Period, Plaintiffs and the other members of the Class acquired Rocket Lab's common stock during the Class Period at artificially high prices and were damaged thereby.

108.    At the time of said misrepresentations and/or omissions, Plaintiffs and other members of the Class were ignorant of their falsity, and believed them to be true. Had Plaintiffs and the other members of the Class and the marketplace known the truth regarding the problems that Rocket Lab was experiencing, which were not

disclosed by Defendants, Plaintiffs and other members of the Class would not have purchased or otherwise acquired their Rocket Lab common stock, or, if they had acquired such shares during the Class Period, they would not have done so at the artificially inflated prices which they paid.

109.    By virtue of the foregoing, Defendants violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

110.    As a direct and proximate result of Defendants' wrongful conduct, Plaintiffs and the other members of the Class suffered damages in connection with their respective purchases and sales of the Company's common stock during the Class Period.

## COUNT II
### Violation of Section 20(a) of The Exchange Act
### Against The Individual Defendants

111.    Plaintiffs repeat and re-allege each and every allegation contained above as if fully set forth herein.

112.    Individual Defendants acted as controlling persons of Rocket Lab within the meaning of Section 20(a) of the Exchange Act as alleged herein.  By virtue of their high-level positions and their ownership and contractual rights, participation in, and/or awareness of the Company's operations and intimate knowledge of the false financial statements filed by the Company with the SEC and disseminated to the investing public, Individual Defendants had the power to influence and control and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements which Plaintiff contends are false and misleading. Individual Defendants were provided with or had unlimited access to copies of the Company's reports, press releases, public filings, and other statements alleged by Plaintiff to be misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

113. In particular, Individual Defendants had direct and supervisory involvement in the day-to-day operations of the Company and, therefore, had the power to control or influence the particular transactions giving rise to the securities violations as alleged herein, and exercised the same.

114. As set forth above, Rocket Lab and Individual Defendants each violated Section 10(b) and Rule 10b-5 by their acts and omissions as alleged in this Complaint. By virtue of their position as controlling persons, Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act.

115. As a direct and proximate result of Defendants' wrongful conduct, Plaintiffs and other members of the Class suffered damages in connection with their purchases of the Company's common stock during the Class Period.

## XII. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for relief and judgment, as follows:

(a) Determining that this action is a proper class action under Rule 23 of the Federal Rules of Civil Procedure;

(b) Awarding compensatory damages in favor of Plaintiffs and the other Class members against all defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

(c) Awarding Plaintiffs and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

(d) Such other and further relief as the Court may deem just and proper.

## XIII. JURY TRIAL DEMANDED

Plaintiffs hereby demand a trial by jury.

1

DATED:  July 16, 2025

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**GLANCY PRONGAY & MURRAY LLP**

By:   */s/ Leanne H. Solish*
Robert V. Prongay
Leanne H. Solish
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160
Email:  info@glancylaw.com

*Counsel for Plaintiffs and Lead Counsel*

1      **<u>PROOF OF SERVICE BY ELECTRONIC POSTING</u>**

2          I, the undersigned say:

3          I am not a party to the above case, and am over eighteen years old.  On July 16,

4      2025, I served true and correct copies of the foregoing document, by posting the

5      document electronically to the ECF website of the United States District Court for the

6      Central District of California, for receipt electronically by the parties listed on the

7      Court's Service List.

8          I affirm under penalty of perjury under the laws of the United States of America

9      that the foregoing is true and correct.  Executed on July 16, 2025, at Los Angeles,

10     California.

11

12                                          */s/ Leanne H. Solish*
                                            Leanne H. Solish
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

AMENDED CLASS ACTION COMPLAINT