PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
ZACHARY FAIGEN (SBN 294716)
zack.faigen@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone:  (213) 687-5000

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DOUGLAS BRAY, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> v.<br><br>ROCKET LAB USA, INC., PETER BECK, and ADAM SPICE,<br><br>      Defendants. | No. 2:25-cv-01733-GW-KES<br><br>DECLARATION OF ZACHARY FAIGEN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT<br><br>Judge:  Hon. George H. Wu<br>Courtroom: 9D<br>Date:  November 10, 2025<br>Time:  8:30 a.m. |

## <u>DECLARATION OF ZACHARY FAIGEN</u>

1.      I am an attorney admitted to practice before the courts of the State of California. I am a partner in the law firm Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants Rocket Lab USA, Inc. ("Rocket Lab"), Peter Beck and Adam Spice (collectively, "Defendants"). I submit this declaration in support of Defendants' Motion To Dismiss Amended Class Action Complaint. This declaration is based upon my personal knowledge, and if called upon to do so, I could and would testify competently thereto.

2.      Attached to this declaration as **Exhibit 1** is a true and correct copy of a publicly available transcript of Rocket Lab's fourth quarter 2022 earnings call on February 28, 2023.

3.      Attached to this declaration as **Exhibit 2** is a true and correct copy of a publicly available transcript of Rocket Lab's fourth quarter 2023 earnings call on February 27, 2024.

4.      Attached to this declaration as **Exhibit 3** is a true and correct copy of excerpts of Rocket Lab's 2023 Form 10-K, filed with the SEC on February 28, 2024.

5.      Attached to this declaration as **Exhibit 4** is a true and correct copy of a publicly available November 12, 2024 press release issued by Rocket Lab, titled "Rocket Lab Signs Multi-Launch Contract for Neutron with Confidential Commercial Satellite Constellation Operator."

6.      Attached to this declaration as **Exhibit 5** is a true and correct copy of a publicly available transcript of Rocket Lab's third quarter 2024 earnings call on November 12, 2024.

7.      Attached to this declaration as **Exhibit 6** is a true and correct copy of a publicly available slide deck titled "Q3 2024 Investor Update," dated November 12, 2024.

8.      Attached to this declaration as **Exhibit 7** is a true and correct copy of a publicly available January 9, 2025 press release issued by Rocket Lab, titled "Rocket Lab Selected by NASA to Provide Neutron Launch Services Under VADR Launch Contract."

9.      Attached to this declaration as **Exhibit 8** is a true and correct copy of a publicly available transcript of Rocket Lab's Investor Presentation at the 27th Annual Needham Growth Conference on January 14, 2025.

10. Attached to this declaration as **Exhibit 9** is a true and correct copy of a publicly available slide deck associated with Rocket Lab's Investor Presentation at the 27th Annual Needham Growth Conference on January 14, 2025.

11. Attached to this declaration as **Exhibit 10** is a true and correct copy of a publicly available transcript from a January 21, 2025 episode of the *Leading Indicator* podcast, titled "Rocket Lab CEO on New Spacecraft, Trump Presidency, and Mission to Venus," along with the episode's official description.

12. Attached to this declaration as **Exhibit 11** is a true and correct copy of a publicly available transcript of Rocket Lab's Investor Presentation at TD Cowen's 46th Annual Aerospace & Defense Conference on  February 12, 2025.

13. Attached to this declaration as **Exhibit 12** is a true and correct copy of a publicly available slide deck associated with Rocket Lab's Investor Presentation at TD Cowen's 46th Annual Aerospace & Defense Conference on February 12, 2025.

14. Attached to this declaration as **Exhibit 13** is a true and correct copy of a publicly available February 25, 2025 anonymous short-seller report published by Bleecker Street Research, titled "Rocket Lab (RKLB): We Think It's Gonna Be a Long, Long Time."

15. Attached to this declaration as **Exhibit 14** is a true and correct copy of a publicly available transcript of Rocket Lab's fourth quarter 2024 earnings call on February 27, 2025.

16. Attached to this declaration as **Exhibit 15** is a true and correct copy of historical stock price data for Rocket Lab's common stock (ticker: RKLB), from November 12, 2024, the first day of the alleged class period, through July 16, 2025, the day Plaintiffs filed the Amended Complaint. The stock price data was retrieved from the Yahoo! Finance website.

17. Attached to this declaration as **Exhibit 16** is a true and correct copy of a publicly available March 27, 2025 press release issued by the United States Space Force, titled "Space Systems Command On-Ramps Two New Providers to National Security Space Launch Phase 3 Lane 1 Contract."

18.    On August 18, 2025, I met and conferred with counsel for Plaintiffs pursuant to Local Rule 7-3. We discussed the substance of Defendants' Motion to Dismiss but did not reach a resolution that eliminated the necessity for a hearing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on August 27, 2025, in Los Angeles, California.


By:  _____/s/ Zachary Faigen_____
           ZACHARY FAIGEN

3