# EXHIBIT 4

Case 2:25-cv-01733-GW-KES     Document 68-4     Filed 08/27/25     Page 1 of 4   Page ID #:926

7/17/25, 2:0... Rocket Lab Signs Multi-Launch Contract for Neutron with Confidential Commercial Satellite Constellation Operator

Case 2:25-cv-01733-GW-KES    Document 68-4    Filed 08/27/25    Page 2 of 4   Page ID
#:927

Nov 12, 2024 4:17 PM Eastern Standard Time

# Rocket Lab Signs Multi-Launch Contract for Neutron with Confidential Commercial Satellite Constellation Operator

Share       ...

LONG BEACH, Calif.--(BUSINESS WIRE)--Rocket Lab USA, Inc. (Nasdaq: RKLB) ("Rocket Lab" or "the Company"), a global leader in launch services and space systems, today announced it has signed a multi-launch agreement with a confidential commercial satellite constellation operator for its new medium-lift rocket Neutron.

Under the contract, Rocket Lab will launch two dedicated missions on Neutron starting from mid-2026. The missions will launch from Rocket Lab Launch Complex 3 on Wallops Island, Virginia. The launch service agreement for these missions signifies the beginning of a productive collaboration that could see Neutron deploy the entire constellation.

Rocket Lab's Neutron medium-lift reusable launch vehicle will provide both commercial and government customers with an alternative reliable launch service capable of deploying 13,000 kg to low Earth orbit. Neutron is tailored to deploy constellations and national security missions as well as science and exploration payloads. In addition to serving customers, Neutron is key to Rocket Lab's strategy as an end-to-end space company preparing to deploy its own constellations and deliver services from space in the future.

Rocket Lab founder and CEO, Sir Peter Beck, says: "Constellation companies and government satellite operators are desperate for a break in the launch monopoly. They need a reliable rocket from a trusted provider, and one that's reusable to keep launch costs down and make space more frequently accessible – and Neutron is strongly positioned to be that rocket that provides choice and value to the industry. We've changed the game before with Electron for dedicated small launch and HASTE for hypersonic technology tests, and we're looking forward to Neutron doing the same for constellation operators and national security."

Neutron is strongly positioned to capitalize on the medium-lift launch requirements for future commercial and government missions, with more than 10,000 satellites projected to need launch services by 2030 in a total addressable market valued at approximately ~$10 billion*. Neutron's expected debut launch in 2025 also puts the launch vehicle in a strong position to on-ramp onto the U.S. Government's National Security Space Launch (NSSL) Lane 1 program, an indefinite delivery indefinite quantity (IDIQ) contract valued at $5.6 billion over a five-year period. RFPs for the program opened on October 30th 2024 with approved new launch vehicles to be on-ramped to the program in Spring 2025. The NSSL Lane 1 program is designed by the U.S. Space Force to build up a reliable domestic industrial base of commercial launch vehicles to serve national security missions. If on-ramped in 2025, Rocket Lab would be only the fourth launch provider accepted into the program. Neutron is also eligible to compete for missions under the United States Space Force's OSP-4 program, a separate $986m IDIQ contract.

7/17/25, 2:0... PM    Rocket Lab Signs Multi-Launch Contract for Neutron with Confidential Commercial Satellite Constellation Operator

Case 2:25-cv-01733-GW-KES    Document 68-4    Filed 08/27/25    Page 3 of 4    Page ID #:928

*Quilty Space "Satellite Demand Outlook 2023." Excludes Starlink and Chinese and Russian satellite constellations.*

## + About Rocket Lab

Founded in 2006, Rocket Lab is an end-to-end space company with an established track record of mission success. We deliver reliable launch services, satellite manufacture, spacecraft components, and on-orbit management solutions that make it faster, easier, and more affordable to access space. Headquartered in Long Beach, California, Rocket Lab designs and manufactures the Electron small orbital launch vehicle, a family of flight proven spacecraft, and the Company is developing the large Neutron launch vehicle for constellation deployment. Since its first orbital launch in January 2018, Rocket Lab's Electron launch vehicle has become the second most frequently launched U.S. rocket annually and has delivered 190+ satellites to orbit for private and public sector organizations, enabling operations in national security, scientific research, space debris mitigation, Earth observation, climate monitoring, and communications. Rocket Lab's family of spacecraft have been selected to support NASA missions to the Moon and Mars, as well as the first private commercial mission to Venus. Rocket Lab has three launch pads at two launch sites, including two launch pads at a private orbital launch site located in New Zealand and a third launch pad in Virginia. To learn more, visit www.rocketlabusa.com.

## + Forward Looking Statements

This press release contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. We intend such forward-looking statements to be covered by the safe harbor provisions for forward looking statements contained in Section 27A of the Securities Act of 1933, as amended (the "Securities Act") and Section 21E of the Securities Exchange Act of 1934, as amended (the "Exchange Act"). All statements contained in this press release other than statements of historical fact, including, without limitation, statements regarding our launch and space systems operations, launch schedule and window, safe and repeatable access to space, Neutron development, operational expansion and business strategy are forward-looking statements. The words "believe," "may," "will," "estimate," "potential," "continue," "anticipate," "intend," "expect," "strategy," "future," "could," "would," "project," "plan," "target," and similar expressions are intended to identify forward-looking statements, though not all forward-looking statements use these words or expressions. These statements are neither promises nor guarantees, but involve known and unknown risks, uncertainties and other important factors that may cause our actual results, performance or achievements to be materially different from any future results, performance or achievements expressed or implied by the forward-looking statements, including but not limited to the factors, risks and uncertainties included in our Annual Report on Form 10-K for the fiscal year ended December 31, 2023, as such factors may be updated from time to time in our other filings with the Securities and Exchange Commission (the "SEC"), accessible on the SEC's website at www.sec.gov and the Investor Relations section of our website at www.rocketlabusa.com, which could cause our actual results to differ materially from those indicated by the forward-looking statements made in this press release. Any such forward-looking statements represent management's estimates as of the date of this press release. While we may elect to update such forward-looking statements at some point in the future, we disclaim any obligation to do so, even if subsequent events cause our views to change.

Case 2:25-cv-01733-GW-KES   Document 68-4   Filed 08/27/25   Page 4 of 4   Page ID
#:929

# Contacts

**+ Rocket Lab Media Contact**

Murielle Baker

media@rocketlabusa.com