# EXHIBIT 8

FINAL TRANSCRIPT
Rocket Lab Corp (RKLB US Equity)

2025-01-14

# 27th Annual Needham Growth Conference

## Company Participants

- Adam Spice, Chief Financial Officer

## Other Participants

- Ryan Koontz, Analyst, Needham
- Unidentified Participant, Unknown, Unknown

## Presentation

### Ryan Koontz   {BIO 20532280 <GO>}

Great. Welcome to the 27th Annual Needham Growth Conference. I'm Ryan Koontz. My team covers the space and communication sectors here at Needham. Really excited to have Rocket Lab here presenting to us today. Our CFO is Adam Spice.

Welcome Adam, how are you?

### Adam Spice   {BIO 16552299 <GO>}

Thank you for having me.

Test. Yeah. Thanks.

### Ryan Koontz   {BIO 20532280 <GO>}

Okay. Thanks, Adam.

### Adam Spice   {BIO 16552299 <GO>}

Yeah, thanks for having me. I feel like a little bit of a Willy Wonka making my way up here with the cane and stuff, but apologizing. Had some Achilles surgery a few weeks ago, so still trying to bounce back from that. But excited to have a chance to speak with everybody today about Rocket Lab and what we're doing.

We're a very unique story in the fact that we're trying to do quite a bit as a small company. You'll see, I think some parallels with what maybe some other companies are aware of. But SpaceX is probably the most obvious compare that we obviously get to get looked at from time to time. But why don't we run through some prepared materials and then we'll save some time at the end for some Q and A.

Is there a clicker? Perfect, thank you.

All right, so I'll skip through the disclaimer forward looking statements. I think the biggest thing to say about Rocket Lab when we talk about forward looking statements is it's a rocket company. Right. There's a lot of risks, a lot of things can happen in our business and I think I just always make sure that people understand that huge opportunity but also not a trivial amount of risk involved in what we do on a day to day basis.

I think the most important thing to really understand about what we're doing at Rocket Lab is we're known for launch. So we are the leading player in the small dedicated launch portion of the

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Bloomberg

market. We'll talk a little bit about what that really is in more detail, a little bit. But the vision for the company is much. much broader than that. It's really all about creating an end-to-end space company that takes advantage or builds a synergistic story where if you have all these building blocks, you create a much more, I would say moat around the business that's harder to disrupt. Creates a bigger set of opportunities.

I remember when I was interviewing for this role about seven years ago, I'd spent the prior 25 years in the semiconductor world and was looking to make a move into doing something a little bit different. I sat down with Peter Beck, the founder CEO and said, what are you really trying to create here? Is your vision to be -- because at the time we'd had one test launch of our Electron launch vehicle that we've now had almost 60 launches of -- actually it's 58 launches. And you know, if Pete had said, look, I want to create the most dominant small dedicated launch business and you know, that's really my vision, I probably would have passed on the opportunity. But when he said, look, I'm going to start with Electron, we're going to create a beachhead and a legacy in a very difficult market and form a launch with that.

After that, we're going to start building our ability to actually build spacecraft, our own spacecraft at scale being very vertically integrated. And then ultimately, we're going to basically build a bigger rocket, which is now, we'll talk about that a little bit later. That's Neutron, which is a direct competitor to Falcon 9, that's going to have its first launch later this year. And then what we're going to do is once we have that capability, we're going to basically create our own infrastructure on orbit so that we can create recurring revenue streams and be an end-to-end space play. And so, with that I thought, well, that's bold enough, it's ambition enough and it creates a big enough tam where I think it's an interesting opportunity to attract attention and justify the requisite number of investor dollars it would take to execute that vision.

So at this point, you know, we have a rocket, we'll have two rockets a little bit later on this year. We've got spacecraft that we're building. We have customers that range from customers like NASA. We built a couple spacecraft that are ultimately going to map the magnetic poles of Mars. They were supposed to launch last year, but the launch vehicle in the form of New Glenn wasn't ready. So the planetary window shut for efficient transport of those spacecraft to Mars.

So those are pending a launch date. We secured Constellation builds with MDA globalstar for the direct to mobile opportunity that they're enabling. And then most recently we won a $515 million contract with the DOD for the SDA proliferated LEO constellation with 18 spacecraft that we'll be delivering to the U.S. government customer in 2027. It's the first time were actually awarded as a prime. So we've been subs like we're a subcontractor on many things. But this was the first time we actually became a prime contractor to the U.S. Government for this opportunity.

And we'll talk about the space data and services opportunity a little bit more as we work through this. But for those that aren't familiar. So we've put over 200 satellites in orbit, over 58 launches. We actually have a lot of technology on orbit, not only from Rocket Lab organic development, but also through acquisitions. We've acquired four companies in our history to really build out our space systems portfolio of capabilities for subsystems. And we'll talk more about that later, about what that represents in the grand scheme of the business.

You know, we've got over 2,000 employees, we've got three launch pads. You know, we're bringing this new launch vehicle to market. So I think it's a much more diversified business. When people think of Rocket Lab, they think of rockets because that's the sexiest part of the business. But at the end of the day, we generate 70% to 80% of our revenue from non-launch related activities. So it's a much more diversified business than I think people normally appreciate.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.
Printed on 07-17-2025 Page 2 of 12

We are a globally diversified company as well. The company got its origins in New Zealand, but we've since branched out and now we have majority of our employees in the United States. We're spread across California, Colorado, Albuquerque, Maryland, Virginia, Mississippi. So we do a lot of things in a lot of different places. We still have a very significant presence in New Zealand.

New Zealand is a very interesting market for us, not only because that's where we started from, but it provides very unique orbital access from the Southern hemisphere. And last quarter we actually showed the capability to launch from two different hemispheres within 24 hours. So, I think the diversification across geographies is very important.

Also from a very competitive workforce environment that we deal with, the war for talent is real. Space is certainly a very attractive area for engineering talent and we compete with the likes of SpaceX and some of these new commercial space station companies, plus the traditional primes and so forth. But New Zealand actually represents a very interesting opportunity to acquire talent from around the world at a pretty advantaged price point relative to the U.S.

So if you look at our customer roster, it's going to look pretty familiar. All the logos you'd expect to see, we've launched for most of the U.S. government organizations that you'd expect, NASA, NRO, DARPA, Space Force and so forth. And then you also see some commercial customers in there.

At the surface you'll see that it's 50% commercial and then the remaining 50% split government across civil and I would say defense. But really if you peel the onion back one more layer, you'll find that it's probably closer to 90% of our revenues are really tied to the U.S. government in one-way, short form or another. Because if you look at our commercial customers, pick whether that's a customer like a BlackSky, a Capella, HawkEye 360, their customers are predominately U.S. government, right? So yes, they're commercial entities, but their end customers are really U.S. government. So I think that's a very comfortable foundation, we think, to build the business because there are a lot of hockey stick opportunities represented by commercial space. But really foundational, where the real money has been spent and continues to be spent that's reliable and targetable is really on the government side of the house, both civil and defense.

So we'll spend a little bit more time talking about the launch business. So we've got three different capabilities on the launch side. Electron, again is the launch vehicle that's launched 58 times. We have a variant of that rocket called HASTE, which is targeted at the hypersonics test platform market. We had two of those launches for government customers in fourth quarter of 2024.

So the way to think about Electron is Electron is the vehicle that delivers dedicated launch services for small satellites into LEO. So the vehicle can take 300 kg to low earth orbit. HASTE is different. It doesn't actually deliver a payload to orbit. It delivers a different capability for the government to do hypersonics testing on.

And then Neutron is the new vehicle that I mentioned earlier that's coming to market. So you go from 300 kg on Electron to 13,000 kg on Neutron in a reasonable configuration. So this really is our answer to the Falcon 9. And the market desperately needs choice.

Right now, if you look at the medium launch category, it really is dominated by Falcon 9. And certainly the U.S. government customer wants and needs choice. And in the commercial market they also need choice, but for different reasons. With the commercial market, there are some customers that compete with Starlink. And it gets increasingly uncomfortable to have your launch dependency upon an application that competes directly with your business. So having some

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

separation there is a healthy thing and something that the market is showing a strong demand for.

This is just again, the pictorial of all the launches that we've gotten off. Again, if you look at the pecking order of launch providers, SpaceX launched, I think 134, 135 missions last year. We were the second most frequently launched vehicle in the Western world with 16 launches. So, there's still a fairly large gap between that. But when you look at the number of Falcon 9 launches, the vast majority of those were actually Starlink. So internal consumption of their own service provision.

So we are continuing to narrow that gap. But we've got a very capable competitor that we're chasing in this market in SpaceX. When you look at the broader set of competitors, obviously have SpaceX, we've talked about ourselves, Rocket Lab, you've got ULA, you've got Blue Origin with New Glenn, and then Ariane 6 would probably be the one to round out that set of competitors on the western side of launch market, across medium and larger launch.

We have a unique set of infrastructure capabilities. We have a privately owned controlled launch range in New Zealand. And some people think that, well, why New Zealand? Part of it's a function of the fact that the company was founded there and our founder CEO is a Kiwi. But it also provides very unique access. So you don't have the range congestion.

Obviously with a privately controlled range, you also don't have a lot of air traffic and sea traffic to clear when you want to launch in New Zealand. So we have the ability to launch 128 times a year from our New Zealand facility. We've got two pads. So that's really unparalleled launch access compared to what most people have to deal with when they're competing for slots on U.S. government-controlled ranges.

And then we also have a range at Wallops Island, Virginia. It's NASA controlled range and that's primarily focused on our U.S. government customers where in an ideal situation they prefer to have their payloads never leave U.S. soil. It's also right in the backyard of the U.S. government customer as well. You don't have to travel 16 hours across the Pacific to get there.

But having that New Zealand and Virginia presence is actually a very strategic asset. You can think also scenarios in which the U.S. government is very interested in having launch capability out of the South Pacific. So very strategically located and a lot of capacity to grow into.

So Neutron, as I mentioned, that's the next vehicle that's coming into our quiver. Very different in some ways, but very similar in other ways. So we're leveraging a lot of the technology that we brought to market with Electron on Neutron to buy down risk. So, there's a few areas that are very clear de risking capabilities. One is the fact that Electron was the first carbon composite structured vehicle. So our tanks are made out of carbon composite materials, much lighter than stainless steel or aluminum tanks, about 40% lighter, which allows you to do obviously for everything you save on the vehicle mass, you can put that towards payload capability.

So very important. And Then avionics is something that we're also carrying forward largely from Electron to Neutron. So buying down a couple of the real key risk areas. Probably the biggest difference between the vehicles other than one is capable of carrying 300 kilogram versus 13,000 kilograms is the propulsion side. And propulsion is typically the long pole in any rocket development program.

The engine's got to work. It's the trickiest piece of technology. And last summer we got through one of the major risk items and de risking with our Archimedes engine hot fire results. So, I think that started also get a lot of attention from people who were following us was just the fact that

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Bloomberg

okay, once you have an engine that seems to be working, then you've crossed a major point of risk and you can start to have a lot more line of sight towards when the vehicle could ultimately hit the pad.

That also tends to unlock customers commitment to building your manifest. Until you have at least a working engine, it's very difficult to get customers to commit to it. Because the one thing when you're in this business, the customer and the launch provider are doing this very codependent dance, right? If you're the launch provider, what you don't want to do is fill up a manifest with risky customers that might not deliver spacecraft on time. Because the last thing you want to do is spend hundreds of millions of dollars in years to bring a vehicle to market only to be waiting on the pad for the spacecraft to arrive.

And on the other side of that, if you are a satellite operator, you don't want to commit to a rocket, pay deposits, build your commercial model on getting your assets put into operation only to wait for years for that rocket to be it to be delivered. And unfortunately, the nature of our business is such where rocket delays are frequent. If you look at the New Glenn rocket that's sitting on the pad right now for Blue Origin, that was supposed to launch in 2020, right? We're in 2025 and it still hasn't launched. So that gives you an indication that things can have long development tails and have risk entail.

And fortunately, we've so far been pretty good on holding the schedule. When we came public in 2021, we put an end of 2024 launch window. We since had to push that to the middle of 2025. But six months is painful. But in the grand scheme of traditional rocket program delays, we're very much still in the sweet spot. And we're also doing it on a cost point that has never been done before.

We're bringing this rocket to market for around $300, $350 million. And when you compare that to other vehicle programs that are in the billions of dollars and take a lot longer, I think we're doing some pretty amazing things.

So we're very excited about Neutron. It's a huge enabler on a few fronts, and we'll talk about that a little bit more in the following slides. So again, this is just a little bit more color on how we compare to some other programs that we've seen historically come to market. And again, we think we stack up very favorably there. And when we get Neutron to the pad later this year, it's going to set a new standard for the cost effectiveness and timeliness on the development side of new rocket.

At Rocket Lab, one thing that I think is distinguishing for us versus some others is that we're very vertically integrated. We're not just a technology integrator, we're a technology developer. So, if you look at our electron launch vehicle, you know, carbon composite, powders come in the factory and metal printing powders like Inconel and so forth come in, and then out the back end comes a rocket, right? So we're probably 90% vertically integrated, which is very different from most other models that have a lot of dependency upon subsystem providers delivering, which can often lead to schedule delays and cost overruns and so forth. We really own all of this.

So everything you see here, we build stuff ourselves. We have very little dependence on third parties. And I think that's one of the key factors that gives us confidence in our roadmap and our being able to deliver to our customers.

So as I mentioned, one of the key unblockers of schedule for Neutron and bringing that to market was really getting that Archimedes hot fire engine test behind us in August of last year. So that was a very big deal. And what that again, it allowed customers to start working with conviction towards launch dates. And so, recently we did announce our first two launches for Neutron with a

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Bloomberg

commercial customer. And again, I think as we progress and knock down more of these development milestones, you'll see more customer commitments coming forward.

And now the goal is just about selling out the manifest that we've published where our schedule is we'll have a test launch this year which won't be carrying customer payload. And then you'll have three commercial launches or paid launches in 2026 and then five in 2027. So it's just building into the rockets cadence.

And one thing that we've learned is that in our business it's a very high fixed cost-oriented business. So cadence is very, very important to absorb all those fixed costs. And that's really what's helped SpaceX build their dominant position in launch is the fact that when you're launching something 135 times and you're reusing boosters up to 25 times per, that really brings a lot of economic power to their model. I did see a report the other day that was pointing to estimated and I can't tell a lot about SpaceX because they're private, but one estimate was that they're generating about 70 points of gross margin on their Falcon 9 launches at this point.

So, I think there's definitely a path to very healthy margins. And we'll talk about where we're at right now in our progression and where we think those are headed.

But before we get into the financial details, I want to talk about the other segment of our business, which is space systems. So again, this represents 70% to 80% of our total corporate revenue comes from space systems. And that really comes from a few different elements.

Today we have two of these three pieces in place and we're working on the third. But if you think about our business, we have a subsystem business where we sell picks and shovels to the other satellite manufacturers. So customers like Lockheed, Northrop, Airbus, York, all these folks that buy things like solar cells and solar panels and reaction wheels and star trackers and radios and battery systems and so forth. So that's about half of that 70 to 80% of the revenue mix is coming from that merchant market for space subsystems.

The other half of the business comes from actually selling more platform solutions. So when I say a platform, that's where we deliver either a complete satellite bus or we sell as a prime, the complete satellite solution to the end customer. An example of each would be for customers, for example, we've acted as a prime for NASA for several missions on building full spacecraft solutions. Our DoD contract for the SDA Tranche 2 beta award, that's as a prime, as I mentioned before. Others where we provide a bus would be example into Globalstar MDA where we have a contract to deliver full bus solutions to those folks.

So about half of our space system comes from selling picks and shovels. The other half comes from selling complete solutions to the customer. And then the third leg of the stool that we're working towards is again similar to what you see in the progression from SpaceX where they got themselves in a position because they had the ability to manufacture spacecraft at a cost point and pace and launch those spacecraft. Because of their unique capabilities in the launch side, they actually have come in very strongly to create a new application to grow their business. Once we have similar pieces in place with Neutron, we believe we'll have all the similar capability to do the same thing and build a recurring revenue stream third leg to our space systems business.

Across our space systems family, we have a variety of spacecraft. It's not just one size fits all. You'll see that explorer version of our platform, that was the version that's interplanetary. We were actually the first part of the Artemis mission where we sent a comms relay into an orbit around the moon to establish the fact that there is a stable environment to put a space gateway, if you will, a lunar gateway. And then there's different variants. Pioneer is an experimentation

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

platform where actually this is what's being used by Varda Space to do in space manufacturing of pharmaceuticals.

And so I believe today actually the second Varda spacecraft that we manufactured was being launched on a SpaceX Transporter 12 mission. So I haven't seen the status of that if that has been in these meetings all day. Hopefully that went off successfully. It did? Excellent.

And so we're responsible for not only building the spacecraft, but actually operating it on orbit and then reentering the capsule with the produced materials on orbit. We returned the first capsule, I think it was in the first half of last year, successfully into the Utah desert. And we're looking to return this next capsule as well sometime probably in the next several months.

Lightning represents our comms platform and that's the variant that's being used for not only the Globalstar MDA that I mentioned earlier, but also the sda. So that's the primary foundation for that.

And then Photon is really more for hosted payload, small platforms that you can actually use our kick stage or electron rocket and turn that into a satellite very cost effectively.

I mentioned earlier, one of the key differentiators for us is the level of vertical integration. We believe this is the model for success going forward. We think that just being an integrator of other people's technology is not the winning solution, particularly as the government pivots increasingly towards commercial acquisition strategy. We're finding that we're positioned very well relative to our, I'd say our legacy primes that really rely on other people to provide them the subsystems. They just literally just pull everything together, bundle it together and package it. Oftentimes we find ourselves competing for platform opportunities against those customers that have to come to us for subsystems into their bids. So it gives us a very unique perspective about how to position ourselves relative to competition to win some of these opportunities.

So, not only are we very vertically integrated on building rockets, but we're very vertically integrated on building the spacecraft as well. And again, we think that provides a huge advantage. It's not easy. I think it's required several acquisitions and a lot of organic internal development, but we really see it paying dividends now. If you look, I'd say five years ago, it would have been very unlikely that a company as young as Rocket Lab would be given and a $500 million DOD satellite build contract. And the primary reason we believe that we won that was because of our level of vertical integration.

So ironically, a newer, younger company represented less risk than the more established traditional primes as far as delivering to those programs.

Through our organic development plus the acquisitions we've got, over 1700 missions in our history. It goes all the way to some of the most challenging missions, the James Webb and the Mars Rover programs and so forth. So, we've picked up decades of legacy technology through acquisitions. And then over the course of the last five years, we've really developed a lot of our own capabilities organically. So we cover a lot of space literally.

So we also have a lot of missions that are in formulation right now. A lot of work that you can see the backlog here. We've got over 40 satellites in backlog right now. If you look at the dollar value in our backlog, we've got over $700 million of contracted backlog for the satellites. And then of course we have the subsystems backlog and of course our launch backlog as well. This is just a view of what our space systems satellite business itself from a platform solution looks like.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

So I'll briefly talk about some of our financial highlights and what our profile is. A lot of people are not that familiar. So, these are the results that we posted for our Q3 quarter. So we're able to crest $100 million per quarter revenue threshold. We're increasing our gross margin profile as well. So we've been successful in, as we gained leverage in the business to deliver not only an expanding gross margin, but help fund a lot of that heavy R&D lift that's going on right now through our Neutron development program.

So we're spending about $150 million a year on Neutron, bringing that to market. And again, that sounds like a lot. It is a lot. I don't want to diminish that investment level, but it really is very, I would say, modest in comparison to pretty much anything else anybody's ever tried to bring to market before. So we've got expanding top line. We've got an expanding gross margin line.

And as we get Neutron delivered to the pad, we will pass this big R&D bubble, which creates a big inflection point for our P&L. Because now you go from flowing a tremendous amount of our R&D through the model to now you've got revenue cover as this goes into production. And, of course, once you get to minimum viable product on the rocket, where you've got a pad that can support a launch and you've got a vehicle that can go into production, R&D gets cut pretty dramatically.

So I think we've got an upcoming inflection and milestone financially once we get Neutron to the pad later this year.

Little bit on the backlog, we exit the quarter with over a billion dollars of backlog. The split of that backlog looks very similar to our current revenue split where, call it 75% of our backlog or more is tied to Space Systems and the rest to launch. I think we had a very good year in 2024 for building our launch backlog. We exited 20, sorry, Q3 of 2024 with 39 launches and backlog with an expanding average selling price. So we've been able to grow our backlog and launch while actually expanding our ASP as well, which I think just speaks to our position in the market.

A lot of people five, six years ago were saying launch was going to become a commodity. It's done the exact opposite. When I joined, we were marketing Electron at about a $4.9 million price, and now our backlog is priced around $8.4 million. And we see upside to that over time as well. We have been investing at a pretty aggressive rate. Almost all of this R&D intensity that you see in our model is really coming from Neutron. Fortunately, if you look at Electron, it's now a pretty mature product having launched almost 60 times. So that's got very low R&D commitment to it.

Space systems in general doesn't have the same level of R and D intensity as the Neutron development program does. Most of the R&D associated with our space systems business is customer funded. So again, most of this R&D is going to get, I would say lightened once we get past that first test launch of Neutron.

Our cash flow and adjusted EBITDA track pretty closely. Our biggest non-GAAP exclusion would be our stock-based compensation. We do run about $60 million a year of SBC. The war for talent is real. Compensation is a key part of how we attract and retain our team.

And we also like to make sure that everyone's interests are aligned. So we're a very equity centric company where if shareholders do well, employees do well as well.

And then the guide that we provided for Q4 was very strong growth off of Q3. So revenue between 125 and 135 million, continued expansion on the gross margin line on a non-GAAP basis. We'll continue to invest again aggressively. We're not going to really get the benefit of lifting our foot off the R&D process for Neutron until we get that first test launch off the pad middle of this year.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

But I think fortunately for us, we're in a very enviable cash position. We exited Q3 with over $500 million of liquidity. So, we feel like we're financed to the point where we can continue to invest in all the right areas and not have to make some of those difficult choices that would maybe cannibalize some of the longer-term growth due to lack of capital.

So, I think with that I've left a few minutes for some Q&A.

## Questions And Answers

### Q - Unidentified Participant

You haven't mentioned Boeing as a competitor. Where do they fit in vis-a-vis the company?

### A - Adam Spice  {BIO 16552299 <GO>}

So we do compete with Boeing in a few areas. So for example, we have the largest compound semiconductor solar operation in the western world in the form of the company we acquired called SolAero. And they have a division called Spectrolab. So we do compete at the subsystem level in some areas. We obviously don't compete directly with them in other areas. They're really more focused on the larger exquisite satellites versus the low earth orbit small satellite out of the market.

They do have Millennium, which is a product line which is focused on the smaller satellite side of the market. So I'd say that's probably where the most direct competition would be with Millennium and then maybe on the solar subsystem side of things.

But I would say that it would be fair to say that we don't wake up and worry about Boeing on a daily basis. That's not our biggest competitive focus right now. I'd say what pretty much dominates our competitive view would be really SpaceX is probably again, we wake up every day trying to figure out how do we compete with the likes of Elon. And it makes for some interesting moments for sure.

### Q - Unidentified Participant

You segmented small launch capacity of 300 kilogram and then jump to 13,000kg. Isn't that like a sweet spot in between (inaudible)?

### A - Adam Spice  {BIO 16552299 <GO>}

Yeah, so I'll repeat the question a little bit. So the question was, you know, we currently play at 300kgs. Neutron is going to 13,000kg. Isn't there a sweet spot in between there somewhere?

And I would say, look, we've now had six plus years of or seven years of experience in the small launch side of the market with Electron at 300kgs and we really don't think that we've missed a lot of opportunities for not being a little bit larger, let's say the one ton, because there are some one ton players. You got Firefly that play in that area. AVL was trying to be in that part of the market, but exited it. We just don't think there's a lot of payloads that are larger than 300 kgs that represent a meaningful opportunity.

And at one ton, we believe you're too small to be a competitive rideshare vehicle versus a Falcon 9. You're too large and expensive to be an effective rideshare competitor versus electronic. So it's an awkward tweener place in the market to be. And also, we designed Neutron at the 13,000 kilo size because the market has really been coalescing. Like if you're a satellite operator, who

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

would you be designing your satellite to fit best on? Probably Falcon 9, right, because it is such a dominant position in the market, really has a monopoly in that medium class launch.

So if you're going to displace some of those payloads, you've got to be competitive with that vehicle. And that's what really Neutron was designed to be, is really almost a substitute or swap in for the Falcon 9. So hopefully that addresses your question.

## Q - Unidentified Participant

You talked about the price of the launches actually going up. (Inaudible), what kind? Is that just demand or (inaudible)?

## A - Adam Spice  {BIO 16552299 <GO>}

Yeah. So the question was around why do we see the average selling price going up? And for Electron, and I would say it's a function of the fact that if you rewind the clock five, six years ago, I've been with the company now for almost seven. There was a lot of wishful thinking in the launch business. Coming out of the semiconductor market, I was used to like the term slideware, right? A lot of like slide influenced pricing pressure.

At some point people need to deliver and there's been relatively little execution in the rocket side of the business. So, you can talk about low launch prices. And we had companies that were out there touting 300 launches per year, which we knew was absolute nonsense and completely non credible, but customers would actually buy into that from time to time. And there are still some people out there who are aspirational launch providers that are giving really unrealistic targets and cost and cadence and all that stuff. But again, the beautiful thing about this market is ultimately you got to put stuff on orbit.

And so, if you have a record of delivering stuff to orbit consistently and reliably, there isn't much incentive to switch to an unproven platform because the risk of having anomaly or not getting your space in orbit are much worse for you as an operator than to try to save a couple million dollars on launch, right? And so we think we've pretty much squeezed out all of that risk trade on the Electron side of the market. So now we've got some price and control because there's really nobody that can come close to our reliability and cadence. So we've got to get ourselves in the sweet spot.

I mean, that does beg the question of what creates the opportunity for Neutron, because Neutron is a new unproven vehicle. You do have Falcon 9 in the market, which is incredibly predictable, very effective vehicle. But I think that comes down to the fact that the government customer really, really wants diversity of supply. They can't just have one supplier control that important part of the market. And I think in the commercial side of the market you've got customers that are relying upon a competitor to put their stuff in orbit, right?

So if your Constellation competes with Starlink and you're basically having to rely on SpaceX Falcon 9 for launch, that's got to be a very awkward, uncomfortable place to be. So we really represent a new capability coming into market that is not as scary as that. Now, longer term, if we're successful in pursuing our own application aspirations, we'll create a similar dynamic. But at the end of the day the customer doesn't have a lot of alternatives because unless they want to build their own launch vehicle, which very few organizations, history of mankind have been able to build a reliable launch vehicle, they really don't have a choice. So that's why we think people who've established launch capabilities and gotten reliability.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.
Printed on 07-17-2025 Page 10 of 12

FINAL TRANSCRIPT                                                                    2025-01-14
Rocket Lab Corp (RKLB US Equity)

New entrants coming to the market are very difficult. I mean the people you see coming in the market now, like Blue Origin, right, it's self-funded by one of the richest people on the planet. You don't see a lot of new companies that are putting attractive vehicles forward because it just costs a lot, it's tremendously risky and there's already existing capabilities on the market that don't provide a really good risk trade.

Next question.

## Q - Unidentified Participant

Can you talk about the shareholder base and how that's changed over the last like three, four years? Stock is a fraction of the valuation of SpaceX. So I'm wondering if you're seeing any more interest from people who want to get exposure to Gordon [ph] but also offer SpaceX (inaudible).

## A - Adam Spice  {BIO 16552299 <GO>}

Yeah, so the question is really around what are the evolving dynamics of our shareholder base and how does that set up relative to SpaceX's valuation? And I'd say accessibility or actionability as an investor.

Look, I think since coming public, we've largely been, I would say, a retail headline driven. I mean there's a lot of passion for space, right? When we have to get ready for our, to mail out our proxies and stuff like that, I was shocked at how many shareholders we have, right? It's orders of magnitude higher than most companies with our similar market caps. It's because we're spread across a lot of retail. Probably 50% of our volume is retail.

I'd say the majority of the remainder of it has historically been fast money hedge fund types. I would say that over the course of the last six months, particularly once we got past the hot fire engine test milestone, we started getting a lot more attention from your more traditional long onlys. And recently we've seen people establish some positions that we were hoping to get into the name over the last few years.

There's obviously the stock price has moved a lot in the last six months. We were trading for $4 for a long time and we've now popped up into the 20s. And I think part of that was as we de risked Neutron getting to the pad, again, the engine hot fire being the biggest milestone towards that, I think people started to look at SpaceX with a private valuation of 350 billion. You've got people talking about potential IPOs at much higher valuations than that.

And so what should the ending aspirational number two player in this market? What should that valuation delta be? I think, you know, once we have Neutron, we're starting to play in very similar sized markets. I mean right now the small dedicated launch market is much smaller than the larger launch market, but that gets equalized with Neutron. The application market has been a huge leg up for SpaceX and their valuation.

But once we have Neutron, we now have the ability to do what they do, which is build spacecraft and deploy spacecraft to orbit at a cadence and a cost point that's going to make us very, very interesting from an application perspective. So I think now you start to look at when we're trading for a $2 billion market cap versus 350 billion now, we certainly crept up north of 10 billion. But there's still a huge valuation discrepancy between the two firms that are chasing very similar opportunities. Granted, SpaceX has a 10-year lead on us, they started in 2003, we started in 2013. But our focus is on how do we close that capabilities gap and as we do that, how does the valuation gap converge as well? And I think that started to resonate quite a bit with investors and get a lot more attention.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.
Printed on 07-17-2025 Page 11 of 12

Bloomberg

Question?

## Q - Unidentified Participant

(Inaudible).

## A - Adam Spice  {BIO 16552299 <GO>}

Yeah. So the questions around the satellite replenishment. So with this LEO proliferated architecture that's taking hold not only across commercial markets, but also government with SDA, for example. I mean, if you're in the business of building satellites and launching satellites, it's a very healthy dynamic because these satellites often are designed to stay on orbit for three to five years. So you got this virtuous cycle where, you know, you have to build a lot.

So rather than have a handful of exquisite assets that basically stay up in orbit for 20 or 30 years, you now have hundreds or thousands of satellites that have to be replaced every three to five years. So it's a very different chain, very different set of dynamics for satellite manufacturers and also satellite launchers.

And that's quite encouraging. And if you look at, for example, the larger constellations coming to market, like Amazon Kuiper, for example, they need to deploy over 3,000 satellites over the next three years, and then they got to replenish that constellation on a recurring basis, which provides a lot of demand into the market. And as I mentioned before, there's not a lot of supply right now on the launch site.

And I don't think there's going to be a whole lot of incremental supply just because of the challenge complexity. A lot of people have tried. A lot of people have broken their pick on trying to get into this market. So once you figure it out, I think there's a huge upside opportunity for people that can execute and capitalize on that.

## Q - Ryan Koontz  {BIO 20532280 <GO>}

Really great. Please join me in thanking Adam and Rocket Lab.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2025, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*