# EXHIBIT 10

**Your Library**  +

**Create your first playlist**
It's easy, we'll help you

Create playlist

**Let's find some podcasts to follow**
We'll keep you updated on new episodes

Browse podcasts

Legal    Safety & Privacy Center
Privacy Policy    Cookies    About Ads
Accessibility    Notice at Collection
 Your Privacy Choices
Cookies

 English

Podcast Episode

# Rocket Lab CEO on New Spacecraft, Trump Presidency, and Mission to Venus

  Leading Indicator

▶ Video • Jan 21 • 16 min 17 sec

## Episode Description

Rocket Lab CEO, Peter Beck, tala about the company's year ahead as Donald Trump enters the White House and competition from Elon Musk and Jeff Bezos grows.

Beck delves into what Rocket Lab has in store for the future, including the first launch of its new rocket Neutron and the company's mission to Venus.

The content of the video is for general and informational purposes only. All views presented in this show reflect the opinions of the guest and the host. You should not take a mention of any asset, be it cryptocurrency or a publicly traded security as a recommendation to buy, sell or hold that cryptocurrency or security.

Guests and hosts are not affiliated with or endorsed by Public Holdings or its subsidiaries. You should make your own financial and investment decisions or consult respective professionals. Full disclosures are in the channel description. Learn more at Public.com/disclosures.

Past performance is not a guarantee of future results. There is a possibility of loss with any investment. Historical or hypothetical performance results, if mentioned, are presented for illustrative purposes only. Do not infer or assume that any securities, sectors or markets described in the videos were or will be profitable.

Any statements of future expectations and other forward-looking statements are strictly based on the current views, opinion, or assumptions of the person presenting them, and should not be taken as an indicator of performance nor should be relied upon as an investment advice.

Show less

**Preview of Spotify**
Sign up to get unlimited songs and podcasts with occasional ads. No credit card needed.

Sign up free

**Rocket Lab CEO on New Spacecraft, Trump Presidency, and Mission to Venus**

*Leading Indicator* Podcast Transcript

https://www.youtube.com/watch?v=mvhF8tZitug

**Introduction**

[Interviewer]

00:030-00:16

hey everyone joining me today for a really exciting interview I cannot wait to talk to this guy is Sir Peter Beck. Peter is the founder and CEO of Rocket lab. Peter it is really great to have you, congrats on all the success and thanks for taking the time today.

**Record Quarterly Revenue**

00:17-00:18

[Peter Beck]

oh my, my pleasure

[Interviewer]

00:19-00:39

So let's talk about 2024 what a huge year it was for you and everyone over at Rocket lab. 16 rocket launches if I'm not mistaken a new record for the company, you're on track currently for record quarterly revenue, the stock for people who follow how it trades, up almost 400% in the last 52 weeks. Peter that's a lot of enthusiasm, what do you attribute that enthusiasm to?

[Peter Beck]

00:40-01:19

yeah know well thanks very much, um look it's it's, it's all about execution right? Um, as you mentioned execution on on launch but execution across our Space Systems uh and uh and and delivering uh quarter after quarter as as we said we would so um yeah. Look I think it's it's, it's down to execution and and um I also think that uh you know there's there's a bunch of very high profile space companies uh in the world and we just quietly and methodically go about doing a thing. And um, you know the Delta between those, those, those space companies is, is starting to shrink. And uh so I think that that uh that that starts to get recognized over a period of time

**Rocket Lab as an EndtoEnd Space Company**

[Interviewer]

01:20-01:34

You call yourself an endtoend space company. First, for people who have heard of Rocket lab may not have had time to kind of look under the hood too much what does that mean Peter and how is rocket lab positioned in itself to be a even increasingly bigger player in the space economy?

[Peter Beck]

01:35-02:16

 Yeah no great question. So, I think most space companies you can look across and and they're either a launch company you know they operate a rocket, um, or they're a satellite company, um, where they where they have you know build satellites, or they're an operator where they operate satellites, and I think the thing that makes us unique is that we do all of those things. So, um, you know we design and build Rockets, we launch them. We design and build satellites, we launch them, um, and we also operate satellites. So, you know typically the industry is kind of bifurcated a few, or trifurcated across three, those three segments. Well, you know, a customer can come to us and say, "actually uh you know I want to do this thing in space," and you know we can design the satellite, build the satellite, launch a satellite, and operate the satellite. So, that that that's very, very unique in this industry.

[Interviewer]

02:17-02:38

So, when you talk about a customer, um, appropriately you and I are having this conversation today, at least when we're recording, this is Inauguration Day for Donald Trump's White House Down in Washington. I'm, I'm sure you may have heard I believe you've said before Peter your, your, uh your customer is about 50/50, 50% government, 50% commercial, are you bullish on what the Trump Administration means for Rocket lab and if so why?

[Peter Beck]

02:39-03:30

 Yeah I am actually, because for a couple of reasons, uh, one you know there, there, is a clear focus on, um, on defense and a clear focus on efficiency, um, and getting the most

out of out of the taxpayer dollar for, for, the nation and you know on those two fronts, uh, these are, these are very important and strong areas for Rocket lab. Um, you know we, we are you know fully commercial company. Um, we don't do the traditional defense contracting cost pl-, cost plus kind of contracts. Um, so you know for us uh, you know if the government wants, um, high value for, for, their for their taxpayer dollar and, and, you know return an asset then, uh, you know that, that's, that's, where a sweet spot is for us in our wheelhouse. So, you know, uh, no we, we, we think this new Administration will be very, very good for us, it'll be good for the space industry, it's very Pro, very Pro space, very Pro defense, um, and these are you know our two big sectors.

**Catalysts for 2025**

[Interviewer]

03:31-03:39

What are the biggest catalysts and the potential landmines for 2025 for Rocket Lab?

03:40-04:19

[Peter Beck]

 Yeah, well for us it's, it's really the year of neutron, so uh, so this year you know we're trying to get Neutron to the pad and launch successfully. Um, you know that, that is consuming you know, all the resources and all the mind share of everybody in the company right now. Um, so, so, that that that's probably you know the biggest project within the company, but in saying that, you know we have a number of, of you know major satellite deliveries for customers as well, um, the MDA Global star satellites will be delivered this year. Um this is an internet, sorry, you know direct-to-mobile constellation, um, as well as a number of you know other projects and you know we're looking to, to, to do new things and, and grow into new areas but, but look you know everything is dwarfed by the giant rocket on the pad that's for sure.

**Neutron Launch**

[Interviewer]

04:20-04:33

When are you expecting the first launch for Neutron? It's been talked a lot about. Investors want to know and, uh, how much of the success this year and into next year do you think hinges on uh Neutron compared to electron or any of your previous launches?

04:34-05:04

[Peter Beck]

Yeah well, I mean the important thing to remember is two-thirds of our Revenue actually comes from Space Systems, um, and not, not launch itself now that that starts to change a bit when Neutron comes online but, you know the, the you know the businesses is, um, you know tremendously under, underpinned by a lot of the space system stuff. But, you know we're looking to try and fly the, the neutron vehicle by the middle of the year, um, and uh, and you know get that that first successful flight, and then the following year we'll do another three flights, and then following year another five. So um, that, that's kind of the the walking into cadence that we're looking for.

**Rocket Lab vs SpaceX**

[Interviewer]

05:05-5:22

Alright middle of the year we'll be watching it closely. Uh, there was a fascinating headline I saw this morning. This is just this morning Peter, it's from the Motley Fool and the headline says, "Rocket lab just might be the first company, the first space company to figure out how to compete with SpaceX on price," how'd you do that Peter?

[Peter Beck]

05:23-06:04

Well look I mean we've always had to do that from day one. So this is this is not new news to us. Um you know we- we've always had to you know compete with uh, with, with SpaceX and others quite frankly. And, um, you know we we are you know, we are fully you know, commercially publicly traded company. So, so, everything is, is laid bear to you know to see and uh it's it's just been you know a you know a standard um part of our reality that we our two biggest competitors are the two wealthiest people on this planet and have basically essentially infinite capital. So, we can never outspend those guys so we, we, we have to um you know we have to find different ways and and typically that's through technology and and, and Innovation and we've, we've been able to compete very strongly to date.

**Trump and SpaceX**

[Interviewer]

06:05-06:35

You know it's, it's not only infinite capital but there is a presumed kind of coziness between those two Business Leaders and the incoming president, again, you and I are having this

conversation a short time ago the inauguration more or less wrapped up on Capitol Hill. Impossible not to notice that Elon Musk of SpaceX is a few feet away from the president, that Jeff Bezos of blue origin seated just a few feet away from the president. Um, how you view those, those relationships as potential headwinds, if at all, for competitors like rocket lab?

[Peter Beck]

06:36-07:07

Yeah look I, I don't think really there can be any funny business there. Um look uh you know those, those relationships you know exist for a number of reasons, but, um, when it comes you know to actually executing, uh, programs to the you know to the, to the you know the best efficiency of the taxpayers dollar and ultimately that um you know there can't be any f-funny business there and we, we don't expect there to be, um and uh, uh so I think uh you know I think you know for other reasons that might be important but you know as far as you know competitive landscape for us we don't really think that's an issue

**Market share**

[Interviewer]

07:08-07:27

 Uh, SpaceX had 138 launches last calendar year 2024 if I'm not mistaken we mentioned you've had 16 but that's up significantly from where you were in previous years the, the sort of the, the pattern, the direction rocket lab is moving is, is increasing quite a lot. How do you view the market share of SpaceX or even a blue origin relative to where rocket lab is today?

[Peter Beck]

07:28-08:43

Yeah well I think there's a couple of important things there um you know obviously SpaceX have got a well you know a well head start, um on us, and, and in a lot of respects uh you know create a great Bell wave that we, we tuck in behind which is which is awesome um. But, uh, if if we actually look at the data you know the first to 50 flights um you know you know the speed from zero to the to, to 50 flights rocket lab is actually faster than Space X to get there and we think if we continue on a current cadence with Electron we'll be first you know first to get to 100 flights. Um, so uh, yep, we, we, we, we're certainly tuc- tucking in um in behind a you know a great Bell wave but um if you look at the data, you know we, we kind of do pretty well. So you know Neutron is obviously an important element for us and

and the you know the ramping of that flight Cadence will be will be super important. But, um you know the one thing that is for sure and the one thing that I don't worry about at night is um is, is there enough market share uh for all of us to go around? Um, you know launch is hugely constrained. Um so, uh you know as as new launch Vehicles come on onto market and bring you know come to Market along with their own um you know really you know the availability of customers and, and uh and solving that launch crisis is, is, is, something I don't worry about.

**Launch sites**

[Interviewer]

08:44-09:11

Bit of a nerdy space question if you don't mind I've got lots of them I'll try and limit them for the interview...

[Peter Beck briefly]

Oh they're the best please, they're the best.

[Interviewer]

...I , so I want to ask about your launch sites correct me if I'm wrong you got one in New Zealand that, that's home for you and you also got one in Virginia, you got one here in the states right?

[Peter Beck briefly]

Correct.

[Interviewer]

Which launches happen where and why? And, I know a lot of space fans they, they kind of gravitate to the history of Launchpad 39b, Kennedy, obviously SpaceX is doing a lot of their launches there any interest in expanding those launch sites, I wonder?

09:12-10:42

[Peter Beck]

 Yeah well, so I mean right now we're pretty well served, right. Um so the New Zealand launch sites P are purely for electron launch Vehicles and neutron will never launch down in New Zealand. There's just just not enough scale down here to be able to you know support that, but the New Zealand Launchpad um you know it's it's very unique in the fact that it um you know one of only two privately owned launch pads in the world. Obviously

SpaceX has got Boca Chica we've had you know Mia Peninsula now for for many many years but it gives us the ability to launch out um syn- synchronous and also mid-inclination out of the one site which is unusual uh if you're in the states if you want to launch syn-synchronous you have to go out of the West Coast if you want to go in mid- inclination you have to go out of the east coast and you know that that's been part of the success of the electron vehicle is just having that, you know, just unfitted access to launch and, and, and uh and launch sides then the the one in Wallops you know we uh it was a big decision point for us do we go to the cape or do we go to Wallops? But you know the cape's pretty busy place um and uh you know I'm a little bit impatient I don't really want to have to get in line and wait wait for my launch slot so um you know going down to uh down the road a little bit to Wallops G gave us the ability to have you know tremendous amount of access to orbit without having to get in get in line behind the big boys so uh so that that is a you know it's a huge Advantage for us um down down at that down at that launch site. Yep it's a few degrees inclination less than what you can get out of the cape but uh actually uh for the majority of flights that that really doesn't matter but it does give us a you know a Completely  empty launch site to walk on to.

**Being a space nerd**

[Interviewer]

10:43-11:09

Oh, that is fascinating perspective there a lot of space fans you know you go to these places Houston wherever else, Johnson Space Center, and and you just you take in the history and you recognize why these places are important it's awesome and you sound like such a fan of the work and I can tell that from your previous interviews and even as you tell here right like the end of the day you just got to be, and I say this with all due respect, you got to be like the biggest space nerd going right you got to love this stuff and it sounds like you and your team really do to be able to compete the way that you have.

11:10-12:01

[Peter Beck]

Yeah yeah, um but but there's one thing that Trump's that and that's a good business. And um and I think this is this is where rocket lab has been successful over others is that the space industry attracts a number of of really passionate people. I mean this is this is one of the hardest things you can do so you've got to be incredibly passionate about it. Um but at the end of the day you know for us business comes first, and we make business decisions over over kind of passionate, you know, space geeky decisions every day and and you know the Wallops Island one was was, was a great example I mean I walk around the cape and

and we had the the opportunity to inhabit some amazing historic launch pads at the cape um and yeah sure half my brain is, is like this is this is Hell ground this is the most amazing place to ever launch a rocket wouldn't it be cool to have a rocket lab logo here, but the other half of me is like well no this is not a good business decision in that half will always win.

**Artemis missions**

12:02-12:32

[Interviewer]

Yeah that is fascinating context for someone in your position so, so thanks for letting me ask that because we don't get to hear that perspective a lot of space fans. Um I want to ask you about the the Artemis missions now you you've already been involved in so far as the Capstone, kind of lunar satellite, I wonder what more rocket lab might be doing for future Artemis missions and any concerns about the delay schedule. That's a big thing for fans who follow the space closely here in the US it's that we've got now Artemis 2 and Artemis 3, we keep kind of pushing those time Horizon a little further and further out and I wonder what that means for your company if anything?

12:33-13:13

[Peter Beck]

Yeah, well I think it'll be interesting to to watch what the new Administration wants to do here because um because you know the Artemis program while you know very successful in in actually you know delivering what it needed to deliver for the first mission. Um, you know I think I think there's going to be a little bit of a you know a scratch on the chin and a ponder about well are we going to the moon or are we going to Mars? Um and what do what does the future of you know human space fight look like to these far off destinations. So it would be interesting to see you know, I think, I think that Cake's not not fully set yet. So it'll be interesting to see what the new administration's view is on, um you know on on Artemis and and you know human space flight to these these these further destinations.

**Mars**

13:12-13:29

[Interviewer] So to that point Elon Musk of course has very famously said the idea of being a multiplanetary species, it's necessary to survive we want to go to the we want to go to Mars do you agree with that? How possible is that? Or are you not too concerned with that type of conversation right now?

13:29–14:01

[Beck] well look, I think it's good for Humanity to put a footprint on Mars um uh. Do I fully subscribe to the plan B? You know kind of, kind of you know, objective not so sure but I mean, I think uh it's hugely inspiring and lots of Technology will be created that will benefit everybody down on Earth to put a footprint on Mars. So I think we should absolutely go and uh go and go and do that, um but you know I think there's also a lot to learn throughout a solar system um within the space science that can have a huge benefit to humanity

**Mission to Venus**

14:02-14:13

[Interviewer] Including the first private exploration of Venus. Peter what a cool Mission. What's the goal there? What should people who aren't familiar with those ambitions know about it?

14:14-15:26

[Beck] Yeah well think Venus is a little bit of a you know an understudied planet in a lot of respects and there is a certain altitude within the clouds of Venus where it's kind of possible that some kind of life could exist. And you know our mission is to go and try and sample that cloud. And I almost think of it as a go-no-go gauge for life in those in that region and I think that's important for a couple of reasons. One um you know if you if you look at the scientific evidence we have to date, there is - we have discovered no other life outside Earth so you know if you want to be scientific about it, the only statement that we can make today that's true is that we are the only life in the universe. Now I'm not sure that that will be true, but I mean until we get evidence to prove otherwise that's kind of a scientific fact. If we could go to somewhere like Venus and actually find some form of life in the atmosphere, I think that says two things. What it says firstly we are not the only life in the universe - and I think that's profound - but also if life can live in the clouds of Venus then it's most likely prolific throughout the Universe which I think is another very profound thing. So um you know for me personally uh you know trying to answer some of those questions um in my lifetime would be a wonderful thing to do.

**Are we alone in the universe**

15:28-15:32

[Interviewer] I don't know how often you get asked this do you personally think we're alone in the universe?

15:33-

[Beck] No I think I think statistically there's most likely other forms of life. Now are they intelligent or otherwise who really knows, but I mean at the end of the day I'm an engineer and a scientist so I have to take the scientific method and if you if you follow that approach. we have like I said we have no evidence to prove otherwise right now and we really need to find that evidence.

**Outro**

15:51-16:08

[Interviewer] Yeah the observable universe is enormous and it certainly sounds like rocket lab is up to the enormity of those tasks to helping us understand it all a little bit better.  I'm really grateful to your time. I've love this interview. I hope our listeners do too. That is sir Peter Beck, the founder and CEO of Rocket lab. Peter thanks a lot for being here

[Beck] Thanks so much

English (auto-generated)