# EXHIBIT 11

# TD Cowen - 46th Annual Aerospace & Defense Conference

## Company Participants

- Adam Spice, Chief Financial Officer

## Other Participants

- Unidentified Participant, Unknown, Unknown

## Presentation

### Unidentified Participant

Good morning. Thanks, everyone, for attending here. This is the morning session at the TD Cowen Conference, and we're very, very excited to welcome Rocket Lab, CFO, Adam Spice. Thanks for being here.

### Adam Spice   {BIO 16552299 <GO>}

Thanks for having me.

### Unidentified Participant

And I think maybe you have a presentation --

### Adam Spice   {BIO 16552299 <GO>}

I do, yes.

### Unidentified Participant

-- to start off with.

### Adam Spice   {BIO 16552299 <GO>}

Yes. I'll run through perhaps 10, 15 minutes of overview, and then we'll jump into any questions.

Okay. Great. Just press the button (inaudible). Not sure how I advance the slide to – oh, it's right here [ph]. No.

### Unidentified Participant

Try maybe the arrow on the --

### Adam Spice   {BIO 16552299 <GO>}

Yes. Yes. Over here.

While we're waiting, I'll go ahead and just get started real quickly.

So I'm sure many people are familiar with Rocket Lab, and people really associate us as a -- as a rocket company, given the -- it's a -- it's not a totally unforeseen -- the conclusion, given the name

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Bloomberg

Rocket Lab, but what people don't appreciate is the fact that over 70% of our revenue is actually generated from non-launch-related activity.

So what we call broader -- our broader Space Systems business.

And we view that as -- we'll break down that little bit more detail, but essentially, we have a launch business where today we have a small dedicated launcher called Electron that can put 300 kgs into Low Earth orbit. It's the market-leading solution for small dedicated launch.

We believe, as of earlier this week, had our 59th launch. So it's a very established vehicle.

Sorry, forgot the clicker back.

## Unidentified Participant

(Inaudible)

## Adam Spice  {BIO 16552299 <GO>}

Anyway it's a -- it's -- see it's -- I think it's a different clicker than that one.

It's a small dedicated launcher that really does provide a lot of value to our customers, very different than, for example, a ride share or a large dedicated rocket. So it really serves a very unique purpose in the market. And again, we are, by far and away the market leader in that segment.

As many people are aware, we're developing a medium launcher called Neutron, and Neutron is starting to be brought to the market later this year.

Neutron will address what we think is a significant gap or opportunity to market in the medium-class launch, where SpaceX and Falcon 9 really dominate that market.

So it's a vehicle of delivering 13-ton to Low Earth orbit.

Great. Thank you, so much -- to develop -- to delivering 13-ton to Low Earth orbit, if you compare that to a Falcon 9, which is around 16.5 ton to Low Earth orbit. Again, it addresses that market, which if you think about the ecosystem and how constellation customers have developed their businesses and how they've architected their satellite solutions, it's really been all focused around vehicles that look a lot like a Falcon 9, or would look like a Falcon 9, or by default, the Falcon 9.

So we think bringing Neutron to market when we are is an opportune time, given the fact that it's a lot of new constellations coming to market, not only in the commercial market, but also in the government side of the market as well. So we're very excited about bringing that product to market.

So I mentioned -- that's the rocket piece that makes about 30% of our revenue. About 70% come from Space Systems, which is a combination of spacecraft where we sell merchant subsystems into the market.

So think of things like solar panels, reaction wheels, star trackers, command and control software, other things that help make other -- help other people make satellites. You can think of key customers there, people like Lockheed and Northrop and York and others.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Then ultimately, our goal is to be able to put our own assets on orbit. We think our ability to design spacecraft, manufacture them at scale, launch them either on a small dedicated rocket or on a medium class rocket, really allows us to do that in a very, very rapid and cost-effective way that will give us a significant advantage in the market.

So if you look at Rocket Lab at a glance, we're very -- we're a much more diversified company, I think, than people would normally assume. We've grown very quickly. When I joined the company about seven years ago, we had about 100 employees. Now we have over 2,000 employees spread across five U.S. states, New Zealand and Canada.

We operate three launch pads today. We have two launch pads in New Zealand, and we have one in Wallops Island, Virginia for Electron. We're building a second pad at Wallops Island for Neutron, the larger vehicle.

We have significant manufacturing operations to address both the rocket side of the business, which is bifurcated between the U.S. and New Zealand, and then our Space Systems business, which also manufactures products in Canada, U.S. and New Zealand as well.

If you look at our global footprint, as I mentioned before, we operate on a pretty diverse basis. The company got started in New Zealand, and so we have a pretty significant presence there with around 800 of our roughly 2,200 employees located there.

It's a significant -- we think a significant advantage for us. The cost of labor is quite a bit lower than you'd find in the U.S., particularly on the engineering side. It's a location that scaled very quickly for us, and it's been a continued – continued to get a strategic advantage for us.

We then expanded through organic and inorganic means across the United States. We've acquired in Canada. We've acquired four companies in the last several years. Right around the time that we came public, the first company we acquired was company called Sinclair Interplanetary in Toronto that did reaction wheels and star trackers, or what was called attitude, direction and control components, and that's been a very successful high-growth business for us.

Then we acquired a software company called ASI that actually interfaced with those command-and-control components to orient satellites on orbit. Then we acquired a company called Planetary Systems Corp. that makes separation systems.

So if you think about -- you have a rocket, you put a spacecraft on the rocket, the separation system is basically what deploys the spacecraft from the rocket. So a really critical step in getting assets in orbit.

So we acquired that, and those separation systems are used, not only on our vehicles, but also on all -- essentially almost every rocket that launches right now in the western world uses our separation systems.

Then lastly, we acquired company called Solero, which gave us the capacity to make high-volume, high-quality, space-grade solar cells, and that's been a default supplier into a lot of national security missions, something that needs high efficiency, high reliability, long life, solar-powered generation comes from those solar cells.

So again, it's a very diverse business across lots of different geographies and has been growing very, very quickly.

If you look at our customer roster, it's a very diverse roster as well. If you look at the mix, it's about 50-50 commercial versus government.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

FINAL TRANSCRIPT                                                                2025-02-12
Rocket Lab Corp (RKLB US Equity)

But then within government, it's split, again, relatively easily -- evenly between civil and defense. Now I think it's a little bit -- I mean this is the factually correct depiction of our customer base. But when you really think about -- you peel that commercial level back, most of those commercial customers are also government-dependent.

So if you really look at our customers, it's probably more north of 80% that really have a strong government-driven demand for the business. And that's really where we like it to be, because yes, there's always been a lot of hope and dreams about commercial space. I think we're seeing a lot of those come to fruition now.

But if -- we really believe you have to have that solid government background, because that's really what pays the bills.

Historically, they haven't moved as fast, and maybe the growth hasn't been as sexy as people expect from a -- from a commercial ramp.

But I think we're actually in a very unique time now because things like the Defense Department's initiatives like SDA. So their proliferated Low Earth orbit architecture has really created a government hockey stick that we've never really seen before, and we're being able to take advantage of that towards our Space Systems manufacturing business, but also, ultimately, through launch.

We've already talked about the -- some of this.

So Electron is really a pretty -- it's a -- it's a multi-faceted vehicle, the fact that we can deliver payloads to orbit with Electron, but we also have a variant called HASTE, and HASTE is what's being used to support hypersonics test development programs for the government customers. Right now, it's all U.S. government customers, but ultimately, we think there could be a bigger opportunity to work with other friendly nations in creating opportunities for HASTE platforms.

Then I mentioned Neutron, that will be coming to market the to market later this year.

If you look at the fact that we are the second most frequently launched vehicle behind SpaceX in the western world.

So again, having launched Electron now 59 times, it's a very established, proven vehicle. And really, if you think about -- I get the question all the time as well, why would somebody choose to go on an Electron versus go on a SpaceX ride share, for example?

And when you look at that on -- they're hard to compare on, really, on an apples-to-apples basis, but you try to put them side by side. It -- they say well, why would you pay in some cases, four times more to be an Electron versus being on a SpaceX ride share?

And the answer is really the fact that if you need very unique orbital insertion requirements, you're not going to get that on a -- on a ride share.

So if you need to be, for example, at a 52-degree inclination with an L-tan of a certain time, you really -- you're not going to get that from rideshare. Because ride shares are like city buses. They have a defined route. They go to popular destinations. If you want to go to a bespoke destination, you really have to have a dedicated ride.

If you have a small satellite, you don't want to put a small satellite in a large, expensive rocket. You want to put it in the smallest rocket than you can. So that's really what defines and supports the small, dedicated launch market.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Bloomberg

We own more infrastructure than most would imagine, as well. We actually have our own privately-owned and controlled launch range in New Zealand with tremendous access to launch at a very frequent basis.

So we don't think launch access for Electron is ever really going to be a practical issue. We own two pads there, so we have resiliency and redundancy, and then we also have the pad at Wallops Island, Virginia, which is a NASA range. So we work very closely with NASA. And again, we'll have a second range -- second launch pad there for Neutron that's well -- advanced its development.

So we'll be able to aggregate and amortize the cost of Wallops' operations across two vehicles. So we're very excited about bringing that infrastructure into play very quickly.

Neutron I talked about briefly. It really, again, we think, addresses what we see as the monopoly today that SpaceX has that medium launch category. It was a monopoly that was created out of performance, because certainly it's hard to knock SpaceX. They've done amazing things, and I think the commercial government customers are certainly grateful that that capacity exists.

But there are a lot of customers that would very much prefer not to put their spacecraft in the hands of an arch competitor.

So we think that's important, and also the fact that the U.S. government customer just needs diversity of supply.

So we think yes, Neutron is the right vehicle. It's really a very modern vehicle compared to even the Falcon 9. When you look at the carbon composite materials for the tanks and structures and the engine architectures, we're really bringing the latest and greatest to market, embodied in Neutron.

And you can see here that we've -- Rocket Lab always does very aggressive things, and bringing Neutron to market and the time scale and the cost that we're doing it is no different. Most rocket programs take close to a decade to develop. We're bringing this to market a much, much, much shorter period of year -- period of time, in a matter of three to four years.

So when we came public in August of 2021, we were targeting the end of 2024. We've had a bit of a slip to that schedule, and we've communicated no earlier than the middle of this year.

But again, when you look in the time scale and then add in the concept of how much more capital efficient we are in bringing that vehicle to market, it's really a combination of those things that we believe creates a tremendous amount of shareholder value.

So again, Neutron, we've been able to now begin signing up customers. I think the challenge with bringing a new rocket to market is the fact that it's a very, I would say, almost a co-dependent dance that you do with your customer. Because what you don't want to do as a satellite operator is commit to a vehicle that may not be ready when their satellites are ready, because time is money, and they don't want to -- they need to deploy their assets to start generating revenue. The worst they can do is basically sign up and then wait for two years for the rocket to make it to the pad.

Same thing on the rocket developer side, what you don't want to do is sign up -- sketchy customers are ones that you don't think are going to deliver their spacecraft on time.

So if you look at our history now of operating Electron across 59 launches, the launch delays that we experience are rarely, if ever, driven by the rocket. It's really almost always delivered by

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Bloomberg

satellite delivery. It's not like our satellite customers don't want to get their assets in orbit, they absolutely do, and they want to do that as quickly as possible.

But the problem is satellites are very complex machines. You do -- you build them, you put them in their -- in their test environment, something can fail at the last minute and test, they got to take it out. They got to basically figure out what the issue was, remediate that issue, put it back in the test, recall.

So it's not unusual to have delays in customers delivering their payloads to us.

That said, I think it really highlights the importance of having a mature business with a robust pipeline, because it does present opportunities to shift things around. If one customer's late, you can -- you can grab another.

But that's one of the things -- that one of the reasons why the customer pays the premium that they do to be on Electron, and it's because of that flexibility. They know that if they're -- if they're late by a month or two months or two weeks, that they're not going to get put to the back of the line, have to get rescheduled 12, 18 months later.

So again that's a -- we see the -- that there's a huge amount of advantage for our customers, our platform.

Now Space Systems, I'll talk about real quickly. Space Systems is probably the lesser known part of Rocket Lab, again, but represents over 70% of our revenues.

You can think about the components that we -- that we -- I talked about in some detail, that came partially through acquisition, but we've also done a lot of organic development of capabilities that we bring to market.

We also build full spacecraft solutions. So the first one that we did at scale was with Globalstar MDA. So we built the satellite busses for that program, and those are coming off the production line as we speak, and they'll be teed up for launch relatively soon.

Then we followed that on with a large contract with the DOD to which -- to win a Tranche 2 Beta award for the SDA program.

So we went from our first contract award of about $150 million to a second award is $0.5 billion.

We have a lot of other programs as well that are more small, bespoke programs, including two satellites that we manufactured last year that will ultimately orbit Mars to do -- to do some scientific research for NASA.

Now people would say well, why are you building spacecraft for other people?

And I would say that, look, there's clearly, there's the financial attributes of that -- we're generating cash flow and just scaling up the business.

But all the programs that we've elected to take on in our Space Systems group have all about – been about building our IP portfolio. Because, as mentioned earlier, the real strategy here is ultimately owning our own assets in orbit.

So we really go with what we call teaching customers, where we don't take a program that's not going to allow us to create new capabilities, really at our customer's cost.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

So we think it's a capital-effective -- and just a better way to do it than just do a Field of Dreams approach, but we really work with the customer, develop technology, bring it to market now. Now we own that technology. We use it for our own benefit down the road.

We have multiple variants of our -- of our -- of our satellite platforms. You can see we go from small satellites that launch on Electron to much larger ones that will launch on Neutron and that currently launch on other vehicles, like the Falcon 9 and so forth. So we have a broad array of spacecraft.

We're incredibly vertically integrated. If you look at a Rocket Lab spacecraft solution, it's probably 70%. If you look at the satellite bus, it's probably 70% internally manufactured with all the subsystems.

We think that's super important, because if you don't have that vertical integration, you can't control cost and schedule, which typically, the boogeyman of space programs.

And -- but the one thing that we've currently stopped shy of, and we've talked about this before, about being our next endeavor is really the payload side.

So what we've done is we've focused on all the key elements of the satellite bus. Then the next step will really be adding payload capabilities so that we can bring the full solution for customer, but also bring the full solution to our own internal needs as well for our own application aspirations.

We -- through our acquisitions and through our organic work, we've got a tremendous amount of space heritage, and those that have had exposure to this market understand that heritage is incredibly important. It's a -- it's important, but -- and it also manifests itself in important financial ways, in the fact that it's not a market where people will make quick choices to save a few bucks on a key subsystem.

So once you have that heritage and legacy for a subsystem, customers don't want to risk a mission by trying to shave a few bucks here and there for a new entrant.

So once you're in, it's usually a pretty stable, predictable business, and we've certainly seen that to be the case as we've grown that business over the last several years.

If you look at our backlog, we exited last quarter with over $1 billion in backlog, and the backlog is pretty representative of the overall mix of the business. Recently it skewed a bit more to the full systems build because that large SDA contract that I mentioned earlier.

But we still have a pretty -- if you look at roughly an 80-20 mix right now in the backlog between Space Systems and launch.

That will start to morph and change a little bit, of course, as Neutrons starts become more dominant in the backlog and more dominant as it comes into scaling production. But we like that mix of, call it, two-thirds to three-quarters of the business coming from Space Systems and roughly a quarter to a third coming from launch. Because, as I mentioned earlier, launch can be a bit of an unpredictable, lumpy business, where you recognize revenue at point in time when you launch the rocket.

Whereas on the space system side, we have a lot of ship and bill from our components business, plus the larger spacecraft manufacturing programs. You're recognizing revenue as you're deploying resources and incurring costs against the program.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

So it's much more programmatic, and you can model that and predict your revenue and your -- in your profits much more predictably.

Really quickly, we -- we've been able to exceed $100 million revenue per quarter threshold. The guidance for the fourth quarter we provided several months ago was a significant growth off of the most recent quarter -- I'll jump to that real quickly -- was to be in the $120 million to $135 million range.

So again, the business is growing very rapidly. And it's a combination of growth in the launch business and growth in our -- in our Space Systems business.

I think if you -- if you look in the layering of our backlog that we've been able to put in place, that's really enabled them that steady climb to the -- up into the right.

But this is -- we're still in the very early stages of developing this business. I think volatility, and I would say a little bit of lumpiness is just going to be the nature of what we do until the ecosystem develops a more fully, until our customers that are getting their business to the point where they're much more predictable and delivering a steady stream of spacecraft.

But we're pretty pleased to have the business has developed.

We've had steady expansion of our gross margins. I think one where -- the focus right now, of course, is our OpEx and our -- particularly R&D spend, because we're putting a tremendous amount of capital towards bringing Neutron to market as quickly as possible.

So not only myself, but, of course, investors are very focused on when do we have that turning point?

When do we turn into a -- an EBITDA positive, cash flow positive business? And really, that's totally dependent on Neutron, because that's really the only part of their business today that's really consuming capital, and it's consuming in a pretty major way.

It's understandable, given the scale and scope of what that program is. But the beautiful thing about once you get the rocket to the -- to the pad, you can take a pretty significant step down in R&D.

I mean, you continue to invest in the vehicle as it matures, and you typically do several block upgrades before the vehicle gets largely frozen from an R&D perspective. That's when the real margin expansion comes into focus.

But once you get that first rock in the pad, that's really we -- you can -- you can you can start to have a much more predictable roll-off of that heavy, heavy R&D and CapEx spend and getting the infrastructure in place. I think with that --

## Unidentified Participant

Awesome.

## Adam Spice   {BIO 16552299 <GO>}

Okay.

## Questions And Answers

## Q - Unidentified Participant

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Yes. Thanks, Adam. Definitely want to hit on Space Systems a lot. And also, you guys haven't reported Q4 yet, so I don't want to get ahead of anything, but it looks like launch cadence was pretty good in Q4. I think you guys came in at 16 launches.

It was down a little bit from your initial expectations at the start of the year. You did talk about some of the customer readiness and lumpiness, but maybe just to start off at a high level, just talking about the economics of launch. It's not -- it's not unattractive, right?

So maybe just talk about the progress billings and the cash cycle, the underlying economics to start off with.

## A - Adam Spice  {BIO 16552299 <GO>}

Yes. So the launch business, it's a very high-fixed cost business, right?

You have launch ranges to maintain. You've got a lot of testing facilities to test your engines and so forth.

So the business -- the profitability of that business is really, really dependent on cadence. And as you mentioned, we've grown the business quite nicely.

In 2024 we grew -- we went from 10 launches in '23 to 16 in '24, so it's a pretty nice growth rate year-on-year. But we came into the year with 22 launches on the manifest, and we delivered 16.

It -- the delta between the 16 and 22 again was all customer readiness. So -- and that's the one thing that we really can't control at this point.

So what we do is we just look to continue to build a backlog. And hopefully we get to a point where you've got -- you've got satellites sitting on the shelf we need to go and when – when a customer slips, since we own our own range in New Zealand, we can just swap that and out.

So we've got ability to compensate for customer lumpiness, but it's going to take a little bit more, I would say, ecosystem development for that truly to be the case. Because, again, a lot of our customers are new. They're new themselves, right?

So it's difficult for them to really have the confidence in delivering things on schedule.

Now, our margin model for that business is -- we think that Electron can be a -- when we're launching twice a month, and we're not quite at that rate yet, but based on, again, 10 to 16 to a number this year, that hopefully looks like something. Yes, north of 20 launches per year, you start to get that in focus where you get to be in the 40% to 45% gross margin range, very little R&D, if any really for Electron at this point.

So you can imagine this gets to be a pretty nice contribution margin-looking business.

Neutron is going to take a few years to get there because it's just at the beginning of that process, but also Neutron's quite different in the fact that it was designed from day one to be reasonable launch vehicle, versus Electron that we've been backing our way into reusability.

So I would say the -- that the end result is we think that Neutron can be a 50-percentage gross margin business and have a lot of the same characteristics as Electron. And again, this is not a let's see what happens.

I mean, again, we've launched 59 times. We've got a lot of infrastructure. We understand what it costs to bring a rocket program and maintain that rocket program.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.
Printed on 07-17-2025 Page 9 of 16

So we think that's -- we think pushing 50 points a margin -- mid-20s to upper 20s contribution margin for those, I think, is probably the right way to think about it.

But it'll take a few years for -- for Neutron to get there. And -- but we're pretty close to getting there with Electron as it is.

## Q - Unidentified Participant

Got it. And -- excuse me. And just looking forward, you have Neutron coming up here hopefully mid-25. How do we think about the cadence and ultimate split between Electron and Neutron at steady state?

## A - Adam Spice   {BIO 16552299 <GO>}

The market opportunity for those vehicles are quite different, right?

So if you -- if you think about -- Neutron is really developed as a constellation deployer, and Electron was really developed as a more of bespoke mission support, where you're testing new technologies out in orbit.

We call them Pathfinder-type of technology missions. Although there are some constellations that can deploy their constellations in their totality, in a small launch vehicle like -- particularly the Earth observation market is a pretty good market for that, and we've got a lot of customers across the Earth observation market that uses for that.

But really, if you think about the scale opportunity for Neutron, it's really -- we don't plan on doing ride shares like a transporter.

We don't think that's the right approach for this vehicle. It's really going after large constellations that -- we don't want to speak names at this point because it'll be too early.

Other the fact that there's -- obviously there's the government NSSL program opportunities, there's government launch opportunities outside of NSSL, like with NASA.

Of course, ultimately, we hope that the satellites that we're building for SDA will ultimately launch on Neutron. So we think the market opportunities are similar.

We think that -- I think if you look out in time and you lay a Neutron and an Electron long, a scaling history, they're going to look very similar. You could probably lay them over top of each other pretty easily.

## Q - Unidentified Participant

Got it. On Neutron, because it's very topical. What should we be looking for, I guess, going forward?

What needs to happen for you guys to hold that mid-25, and maybe any updates on demand?

I'm sure demand is still strong, but how should we think about maybe future bookings that you got in Q3?

And maybe talk about that.

## A - Adam Spice   {BIO 16552299 <GO>}

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

FINAL TRANSCRIPT                                                                    2025-02-12

Rocket Lab Corp (RKLB US Equity)

Yes, look, I'll save some of that for the -- for the earnings call.

But I would say that demand -- the demand environment, stays very, very strong. I think Pete and I have said before that we worry about a lot of things, running a rocket company, but demand is not one of them, right?

So we think there's a -- there's healthy demand for that. It's all about bringing the vehicle to market. And bringing a rocket to market is a very, very -- I mean, I wasn't around for when they did -- when we brought Electron to market. I joined after the first test launch back in 20 -- first test launch in late 2017. I joined in 2018.

But watching it and being involved from the -- from the -- from a greenfield, it's absolutely astonishing what it takes to bring a program like that together.

So we do incredibly ambitious things. We've got ambitious targets. I -- we've made steady progress. I think people can see almost on a daily basis, the infrastructure coming together at Wallops, for example, which gives an indication where we're ready on that work stream, because people fly over, take pictures and so forth.

I think we provide pretty steady updates on where we are with propulsion testing and so forth.

So it's – again, it's a -- we like to say it's a rocket program. It's very difficult. If you look at, for example, New Glenn that launched, what, maybe a month ago, for the first time? I mean, that was supposed to launch in 2020.

## Q - Unidentified Participant

Yes.

## A - Adam Spice   {BIO 16552299 <GO>}

So it's not uncommon for rocket programs to have lengthy delays, I think. But fortunately, Rocket Lab's got an execution track record where we don't experience those kinds of things. I think we're -- we think we're positioned well to get Neutron to patent in a timely manner.

## Q - Unidentified Participant

Got it, yes. And just on that, and before turning the Space Systems here, and then we can open it up for Q&A at some point too.

But just the R&D profile, I think you hit on it of Neutron, where that curve goes. I think it's -- was it $300 million in R&D, and maybe when we get over that curve, and possibly to EBITDA breakeven?

## A - Adam Spice   {BIO 16552299 <GO>}

Yes.

So again, when we came public, we said that it was going to be a $250 million to $300 million program. Now that was -- and then, by the way that's to put the first rocket on the pad. That was never a number that was supposed to embody the cost of scale, production and ramp and so forth.

We're still very much in that -- in that ballpark of called the $300 million. Right now, it's looking a little bit north of $300 million to bring that first vehicle to the pad.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Bloomberg

Now, once you've done that, you had to put minimum viable infrastructure in place too.

So you've got -- it feels like, once you get the first test launch off, you're at 80% of where you need to be, from an infrastructure perspective, absent that the demand signal from the market saying, hey, you guys underestimated demand, you need to scale up faster in a -- in a more meaningful way, in which case you might have to put more plant infrastructure in place, and maybe more pads and so forth.

But right now, given the way that we've planned the business, we think everything is pretty much come to cost and schedule.

If you look at -- we're across CapEx and R&D for Neutron in 2024. We were spending, let's say upwards of $40 million a quarter towards that effort, right?

And that's going to -- you're going to continue to see -- and we've talked about this, increased spend on Neutron until we get that first launch off, right?

So that's -- the timing of that is really important.

But ultimately, the cost the program is relatively constrained. You spend a similar amount of money just -- it'd be spread over -- whether it's spread over 12 quarters, or 16 quarters, or 20 quarters. Just -- it really does depend on the timing, because a lot of it's -- a lot of cost is prototyping. The prototyping cost really is affected by time. It's just -- sometimes your vendors are late and delivering on -- or they're on time.

So it's difficult in some ways, to predict the exact timing when all those expenses hit, but their totality is pretty predictable.

## Q - Unidentified Participant

Got it. And just on pricing, I know -- I think Peter has been very vocal about waiting until pricing matures. How confident are you today on pricing?

And, I guess, also on Electron too, just maybe just talk broadly about the pricing environment?

## A - Adam Spice  {BIO 16552299 <GO>}

Yes. I think the reason why we're so, I'd say, consistent in our belief of not discounting, is because this business is a really difficult one to execute in. What you've found across the landscape is a lack of execution in general.

So competitors can put crazy pricing, like we've seen in the past. Some of those customers are no -- competitors are no longer around, and once that shadow pricing lifts, because people realize, well, okay, you can put in the you want on a slide, but actually to deliver a rocket into a pad and consistent basis that doesn't blow up every time, it's a different thing.

So we've actually seen pricing increase.

So if you look what -- we started marketing Electron, it was a $4.9 million price tag. And now if you look at our price backlog, it's about $8.3 million.

So we've seen a pretty steady increase in the pricing of the vehicle.

Neutron, we don't think, is going to be any different. We don't see -- we really don't see any, we'll consider it, competition that concerns us on pricing for the medium class market. Because today,

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

again, you've got Falcon 9. We've seen Falcon 9 pricing increases, right?

If you look at how we price the vehicle, yes, you can take an easy metric like cost per kilo, which is really a lazy metric and not a very good one, because price per kilo assumes that you're selling a completely full rocket, right?

And many times, especially if you look at a Falcon 9 launch, for example, that isn't a Starlink launch, they're rarely full, right?

And so if you really -- it's all about what does it cost for a dedicated vehicle that's going to take your payload where you need to be? And if that requires, let's say 10 ton of capacity, well, a Neutron will be able to deliver 10 tons as easily as a Falcon 9 can deliver 10 tons.

So the whole pricing of -- right now, we've said pricing of Neutron of $50 million to $55 million, that just pegs on a price per kilo of a full Falcon 9 because they can do 16.5 ton. And they sell that for roughly $67 million, I think, the little bit upper bias, that pricing.

And the latest that we've seen is that Falcon 9 at that pricing has been delivered -- delivering about 70 points a gross margin.

So we don't think this is a margin constrained, really, dog eat dog market at this point. Because, again, ultimately very few people will show up with a working rocket in that class.

We think that between ourselves and SpaceX, there's plenty of business to go after. If there are other entrants that attempt to enter the market, probably big enough for them as well, but also they just have to deliver. And again, not many people have.

## Q - Unidentified Participant

Got it. Thank you. Are there any questions in the audience?

I've got a few more. Yes, go ahead [ph].

So when you talk about the trends [ph] you've seen, (inaudible) sales and especially (inaudible) partners?

## A - Adam Spice  {BIO 16552299 <GO>}

Yes.

So we -- so we launch for a lot of international customers today on Electron. You see launches from companies like Synspective, which is a Japanese SAR company. We launched recently for Canace [ph], which is a French Earth observation remote-sensing company.

So I would say that those are really more -- they fall in that commercial customer category that really, again, when you peel that onion back, it's government, but it's foreign government.

So I would say that we see that to be strong. I think probably one of the strongest growing parts of our business is actually the HASTE variant of Electron that I showed earlier, which is doing hypersonics test development work for the DOD.

That will continue to be a big growth driver, we think, for our Electron business going forward.

So we see really nothing but strength. And people ask the question, well, are you concerned about the potential Doge effect of the new administration going through the Defense

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.
Printed on 07-17-2025 Page 13 of 16

Department, we -- actually that bodes well for us, because we're not that traditional, stodgy prime contractor cost-plus. I mean, we go in with aggressive firm, fixed price opportunities that really bring a lot of value to the government customer. We move very, very quickly.

So I think if anything, I think the heightened focus on efficiency and affordability and so forth, just placed to our strengths.

So I think the trends have been all very, very positive. I was at a conference a few months ago where people were complaining about the government customer and how slow they move and how complex they are. It's like -- I have not found that to be the case comparatively -- we actually -- I find them to be, in a lot of ways, easier and preferred to deal with than commercial customers.

## Q - Unidentified Participant

And I guess off of that whole thinking around the government and moving to your Space Systems business, the SDA, Tranche 2, it seems like the government is getting a little bit more aggressive with going away from maybe traditional primes.

If you look at the growth trajectory of LEO, it seems like it's got a lot of legs. So maybe just talk through Tranche 2 specifically, but going forward on other tranches, maybe the growth opportunity there?

## A - Adam Spice  {BIO 16552299 <GO>}

Yes. So this is one of those unique opportunities where the government has gone from being the slow, predictable, stodgy part of your customer base to really representing one of the stronger hockey sticks.

I think SDA has presented opportunity for small players to establish themselves, whereas it's not -- even though you do see the Lockheed's, you see Northrop and so forth in those programs, you see people like York, you see people like ourselves, you saw people like Tyvak, which got bought by Lockheed, CCR Space [ph] and so forth.

So I think it does represent a huge growth opportunity for the non-traditional players there.

Now, if I think -- that's come with its own challenges, right? There's been some supply chain challenges. If you go back a year and a half ago, the big challenge in that market was electric propulsion, right?

And that problem seems to largely have been solved, and then that problem moved into optical terminals, right?

So the optical terminals now are the problem.

So I think it's just part of the growing pains of introducing younger companies and newer technologies into a market that traditionally moves pretty slowly, and the customer, in this case, the government, is trying to move very, very quickly.

But overall, I think when we step back, I think -- I think it's a -- it seems to be a great opportunity. We're excited about Tranche 3. I mean we're going to be throwing our hat in the ring in a very, very aggressive way for that as well.

So we think it's a -- it's a very, very attractive long term growth opportunity for us and hopefully a lot of other smaller players in the market.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Bloomberg

## Q - Unidentified Participant

Got it. And remind us when Tranche 3, is that in RFP later this year?

## A - Adam Spice {BIO 16552299 <GO>}

Yes.

## Q - Unidentified Participant

Okay.

## A - Adam Spice {BIO 16552299 <GO>}

So you should -- you should start to see indications -- I think the award dates are going to be sometime in late Q2 early Q3.

## Q - Unidentified Participant

Got it. Okay.

So just in the interest of time -- I've got two minutes here -- just turning to the strategy, right? I -- you guys have morphed from dedicated launch to this big Space Systems business. I guess, where do you see the business in five, 10 years from now?

## A - Adam Spice {BIO 16552299 <GO>}

Well I think -- I think, love him or hate him, I think Elon has shown us the model that that works, right? Which is a -- an end-to-end, vertically integrated space company.

We think the life as a -- as a launch-only company is probably not the most hospitable place to be, just because it's lumpy and it takes a lot of CapEx. It's -- it has its challenges.

We think that you don't want to be a metal vendor -- satellite manufacturer. You really want to be an end-to-end player that can bring everything together. You got to do it in a very vertically integrated way because you don't want to deal with what has historically been lower margin, contract manufacturing-ish type of profile, the satellite side of things.

You want to be able to control your destiny in order to do that, and again, you have to have all the various pieces of that overall satellite system.

But to us, that just paves the way to owning your own assets in orbit. That's that large, or much larger, recurring revenue opportunity. If you have a rocket and you have the ability to design and build spacecraft and operate them on orbit, you've got all the pieces that you need.

Now you still may not have -- there's other elements you need to pull together, like spectrum in some cases, right? If you're not -- if you're doing a comms platform.

You need to have those end-customer relationships, even if you're a remote-sensing customer.

So this is one where we think ultimately, it's probably going to be a combination of organic and partnerships and acquisitions that get us there.

But if you're -- if you're a satellite constellation operator five or 10 years from now, and you're trying to compete with vertically integrated customers that have their own launch and satellite

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Bloomberg

manufacturing capability and so forth, it's going to be a pretty daunting place to be. I mean, if you think of how some of those traditional satellite operators they are thinking and feeling, looking at Starlink and looking at SpaceX as their competitor, I'm not sure they know what their next move is, because they -- they're getting outdistanced on the ability to put assets in orbit really, really quickly at a very, very reduced cost point.

So I think that it's -- we think you have to have that full solution.

So that's where I -- five years from now, I think you're going to see Rocket Lab. You're going to see Electron still launching and growing. You're going to see a healthy merchant business that feeds off of the overall growth in the ecosystem and that rising tide raising all ships.

But then you're also going to see us with our own assets and owning applications that are going to be advantaged by the fact that we can put satellites up very, very quickly and very cost effectively with Neutron.

## Q - Unidentified Participant

Great. Looking forward to it. Well, we're out of time, but thank you so much, Adam, for supporting us here. Yes.

## A - Adam Spice  {BIO 16552299 <GO>}

Yes. Thanks for having me. Appreciate it.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2025, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*