# EXHIBIT 15

**ROCKET LAB CORPORATION**
**(TICKER: RKLB)**

**STOCK PRICES**
November 12, 2024 – July 16, 2025[1]

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 11/12/2024 | 14.49 | 15.02 | 14.24 | 14.66 | 14.66 | 25,153,600 |
| 11/13/2024 | 19.24 | 22.55 | 18.65 | 18.83 | 18.83 | 121,001,300 |
| 11/14/2024 | 19.43 | 19.43 | 17.25 | 17.36 | 17.36 | 45,509,000 |
| 11/15/2024 | 17.03 | 19.48 | 16.8 | 19 | 19 | 42,280,000 |
| 11/18/2024 | 19.54 | 20.35 | 18.47 | 19.29 | 19.29 | 29,097,900 |
| 11/19/2024 | 19.02 | 20.97 | 18.72 | 20.5 | 20.5 | 28,809,600 |
| 11/20/2024 | 20.55 | 20.76 | 19.64 | 20.18 | 20.18 | 17,269,700 |
| 11/21/2024 | 20.4 | 22.48 | 19.75 | 22.41 | 22.41 | 28,114,900 |
| 11/22/2024 | 23.02 | 23.81 | 22.38 | 23.26 | 23.26 | 28,378,000 |
| 11/25/2024 | 25.39 | 25.58 | 22.82 | 24.06 | 24.06 | 40,883,200 |
| 11/26/2024 | 23.72 | 26.71 | 23.62 | 25.44 | 25.44 | 41,464,100 |
| 11/27/2024 | 25.9 | 27.2 | 24.73 | 25.67 | 25.67 | 26,623,100 |
| 11/29/2024 | 26 | 28.05 | 25.66 | 27.28 | 27.28 | 19,870,500 |
| 12/2/2024 | 27.98 | 28.1 | 24 | 24.16 | 24.16 | 41,206,900 |
| 12/3/2024 | 23.8 | 24.26 | 22.5 | 23.01 | 23.01 | 30,532,400 |
| 12/4/2024 | 22.95 | 24 | 22.34 | 23.11 | 23.11 | 23,047,100 |
| 12/5/2024 | 23.1 | 24.52 | 22.66 | 23.92 | 23.92 | 19,910,400 |
| 12/6/2024 | 24.42 | 25 | 23.43 | 24.68 | 24.68 | 19,915,400 |
| 12/9/2024 | 24.96 | 25.09 | 21.87 | 23.24 | 23.24 | 27,871,000 |
| 12/10/2024 | 22.85 | 24.4 | 22.8 | 22.85 | 22.85 | 12,573,000 |
| 12/11/2024 | 22.98 | 23.99 | 21.93 | 23.35 | 23.35 | 14,544,800 |
| 12/12/2024 | 22.92 | 23.96 | 22.33 | 22.58 | 22.58 | 13,386,700 |
| 12/13/2024 | 22.43 | 24.57 | 22.42 | 24.42 | 24.42 | 18,758,500 |
| 12/16/2024 | 24.47 | 25.95 | 23.35 | 25.9 | 25.9 | 19,543,700 |
| 12/17/2024 | 25.9 | 26.45 | 24.53 | 26.37 | 26.37 | 15,278,000 |
| 12/18/2024 | 26.28 | 26.78 | 22.89 | 22.92 | 22.92 | 21,660,900 |
| 12/19/2024 | 23.66 | 24.7 | 22.7 | 23.22 | 23.22 | 15,541,800 |
| 12/20/2024 | 22.14 | 25.29 | 22.01 | 24.87 | 24.87 | 25,072,900 |
| 12/23/2024 | 24.97 | 26.32 | 24.34 | 25.59 | 25.59 | 14,463,700 |
| 12/24/2024 | 25.57 | 26.6 | 25.09 | 26.6 | 26.6 | 8,689,600 |
| 12/26/2024 | 26.6 | 28.8 | 26.11 | 28.44 | 28.44 | 19,997,600 |

---

[1]   This historical data is publicly available and was downloaded from Yahoo! Finance.

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 12/27/2024 | 28.21 | 28.71 | 26.74 | 27.22 | 27.22 | 15,559,200 |
| 12/30/2024 | 26.22 | 26.81 | 24.9 | 26.32 | 26.32 | 13,775,600 |
| 12/31/2024 | 26.54 | 26.88 | 25.18 | 25.47 | 25.47 | 13,084,800 |
| 1/2/2025 | 25.43 | 25.66 | 23.7 | 24.96 | 24.96 | 13,792,700 |
| 1/3/2025 | 25.02 | 28.77 | 25.02 | 28.74 | 28.74 | 22,114,700 |
| 1/6/2025 | 28.99 | 30.26 | 28.58 | 28.8 | 28.8 | 22,305,400 |
| 1/7/2025 | 29.13 | 29.96 | 27.42 | 27.95 | 27.95 | 19,138,800 |
| 1/8/2025 | 27.3 | 28.32 | 25.89 | 27.36 | 27.36 | 18,750,200 |
| 1/10/2025 | 26.85 | 27.99 | 26.01 | 26.91 | 26.91 | 15,340,000 |
| 1/13/2025 | 25.55 | 25.67 | 23.61 | 23.91 | 23.91 | 18,040,200 |
| 1/14/2025 | 24.45 | 24.86 | 23.42 | 24.16 | 24.16 | 13,862,800 |
| 1/15/2025 | 25.04 | 26.5 | 24.78 | 24.87 | 24.87 | 15,252,200 |
| 1/16/2025 | 25.03 | 25.78 | 24.2 | 24.64 | 24.64 | 10,860,200 |
| 1/17/2025 | 25.13 | 25.65 | 23.94 | 24 | 24 | 14,068,300 |
| 1/21/2025 | 26 | 31.64 | 25.52 | 31.27 | 31.27 | 62,027,700 |
| 1/22/2025 | 29.65 | 30.18 | 28.44 | 29.62 | 29.62 | 27,902,200 |
| 1/23/2025 | 29 | 31.75 | 28.51 | 31.57 | 31.57 | 23,888,100 |
| 1/24/2025 | 32.03 | 33.34 | 30.2 | 30.36 | 30.36 | 23,878,600 |
| 1/27/2025 | 28.94 | 30.23 | 28.48 | 29.43 | 29.43 | 17,477,200 |
| 1/28/2025 | 29.7 | 30.49 | 27.85 | 28.98 | 28.98 | 16,086,900 |
| 1/29/2025 | 29.24 | 30.45 | 28.26 | 28.87 | 28.87 | 12,874,500 |
| 1/30/2025 | 29.18 | 30.81 | 27.77 | 28.53 | 28.53 | 19,556,500 |
| 1/31/2025 | 28.75 | 30.53 | 28.26 | 29.05 | 29.05 | 20,632,300 |
| 2/3/2025 | 27.19 | 29.18 | 26.45 | 28.38 | 28.38 | 18,884,700 |
| 2/4/2025 | 29.02 | 30.16 | 28.41 | 28.68 | 28.68 | 17,138,200 |
| 2/5/2025 | 28.96 | 29.14 | 27.85 | 28.6 | 28.6 | 15,116,200 |
| 2/6/2025 | 28.58 | 28.92 | 27.25 | 27.68 | 27.68 | 15,384,000 |
| 2/7/2025 | 27.98 | 29.69 | 27.22 | 27.41 | 27.41 | 19,260,100 |
| 2/10/2025 | 27.75 | 31.08 | 27.36 | 30.6 | 30.6 | 27,264,800 |
| 2/11/2025 | 29.86 | 30.32 | 28.08 | 28.22 | 28.22 | 20,244,700 |
| 2/12/2025 | 28.01 | 28.58 | 27.4 | 27.62 | 27.62 | 15,500,000 |
| 2/13/2025 | 28.08 | 28.38 | 27.01 | 28.3 | 28.3 | 18,636,400 |
| 2/14/2025 | 28.24 | 28.65 | 27.04 | 28.02 | 28.02 | 15,313,000 |
| 2/18/2025 | 28.27 | 29.79 | 27.39 | 27.74 | 27.74 | 20,977,200 |
| 2/19/2025 | 28 | 28.3 | 25.73 | 25.93 | 25.93 | 18,899,000 |
| 2/20/2025 | 25.98 | 26.15 | 23.87 | 25.26 | 25.26 | 22,884,800 |
| 2/21/2025 | 25.9 | 25.93 | 23.36 | 23.55 | 23.55 | 16,255,100 |
| 2/24/2025 | 23.74 | 23.9 | 21.72 | 22.49 | 22.49 | 19,606,100 |
| 2/25/2025 | 21.7 | 22.16 | 19.78 | 20.28 | 20.28 | 29,089,000 |

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 2/26/2025 | 21.01 | 21.46 | 20.5 | 21.25 | 21.25 | 16,325,100 |
| 2/27/2025 | 21.98 | 22.16 | 19.75 | 19.83 | 19.83 | 23,949,000 |
| 2/28/2025 | 16.36 | 20.49 | 16.17 | 20.49 | 20.49 | 37,550,700 |
| 3/3/2025 | 21.24 | 21.45 | 18.4 | 18.66 | 18.66 | 26,785,200 |
| 3/4/2025 | 17.97 | 19.95 | 17.51 | 19 | 19 | 25,807,900 |
| 3/5/2025 | 19.11 | 20.84 | 18.77 | 20.4 | 20.4 | 18,412,400 |
| 3/6/2025 | 19.58 | 20.27 | 18.37 | 18.66 | 18.66 | 18,086,800 |
| 3/7/2025 | 18.29 | 19.1 | 17.67 | 18.8 | 18.8 | 16,108,800 |
| 3/10/2025 | 18.2 | 18.23 | 16.47 | 17.12 | 17.12 | 21,122,000 |
| 3/11/2025 | 16.31 | 18.14 | 16.05 | 17.83 | 17.83 | 15,509,200 |
| 3/12/2025 | 18.92 | 19.38 | 17.58 | 18.43 | 18.43 | 19,095,600 |
| 3/13/2025 | 18.34 | 18.52 | 17.29 | 17.57 | 17.57 | 10,493,900 |
| 3/14/2025 | 18.09 | 18.97 | 17.8 | 18.81 | 18.81 | 12,008,900 |
| 3/17/2025 | 19.09 | 19.95 | 18.85 | 19.1 | 19.1 | 15,581,600 |
| 3/18/2025 | 18.59 | 18.59 | 17.96 | 17.98 | 17.98 | 9,768,300 |
| 3/19/2025 | 18.3 | 19.07 | 17.78 | 18.78 | 18.78 | 12,096,300 |
| 3/20/2025 | 18.4 | 18.87 | 18.16 | 18.53 | 18.53 | 8,509,000 |
| 3/21/2025 | 18.1 | 18.98 | 17.98 | 18.94 | 18.94 | 16,743,600 |
| 3/24/2025 | 19.44 | 20.45 | 19.41 | 20.21 | 20.21 | 13,807,100 |
| 3/25/2025 | 20.3 | 20.39 | 19.61 | 20.27 | 20.27 | 12,026,500 |
| 3/26/2025 | 20.04 | 20.34 | 19.39 | 19.44 | 19.44 | 12,762,900 |
| 3/27/2025 | 19.05 | 19.29 | 18.31 | 18.42 | 18.42 | 11,754,300 |
| 3/28/2025 | 19.56 | 19.79 | 18.43 | 18.62 | 18.62 | 25,511,900 |
| 3/31/2025 | 17.89 | 18.4 | 17.35 | 17.88 | 17.88 | 15,132,500 |
| 4/1/2025 | 17.69 | 18.8 | 17.11 | 18.15 | 18.15 | 14,075,300 |
| 4/2/2025 | 17.59 | 19.75 | 17.5 | 19.34 | 19.34 | 15,260,400 |
| 4/3/2025 | 17.77 | 18.31 | 17.42 | 17.89 | 17.89 | 16,592,900 |
| 4/4/2025 | 17.13 | 17.38 | 15 | 16.37 | 16.37 | 22,799,700 |
| 4/7/2025 | 14.72 | 18.24 | 14.71 | 17.52 | 17.52 | 23,935,500 |
| 4/8/2025 | 18.54 | 19.39 | 16.73 | 17.18 | 17.18 | 19,958,400 |
| 4/9/2025 | 17.5 | 21.39 | 17.2 | 20.59 | 20.59 | 31,470,400 |
| 4/10/2025 | 19.81 | 20.74 | 18.93 | 19.63 | 19.63 | 16,731,400 |
| 4/11/2025 | 19.56 | 19.97 | 18.87 | 19.63 | 19.63 | 15,484,400 |
| 4/14/2025 | 20.31 | 20.46 | 18.66 | 19.13 | 19.13 | 13,196,800 |
| 4/15/2025 | 19.95 | 22.1 | 19.77 | 21.07 | 21.07 | 30,434,200 |
| 4/16/2025 | 20.3 | 20.64 | 19.51 | 19.98 | 19.98 | 14,733,000 |
| 4/17/2025 | 20.08 | 20.43 | 19.42 | 19.74 | 19.74 | 9,225,400 |
| 4/21/2025 | 19.47 | 19.72 | 18.21 | 18.65 | 18.65 | 9,055,600 |
| 4/22/2025 | 18.88 | 19.42 | 18.55 | 19.04 | 19.04 | 9,383,900 |

3

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 4/23/2025 | 20.45 | 21.4 | 20.09 | 20.29 | 20.29 | 17,819,300 |
| 4/24/2025 | 20.31 | 22.07 | 20.02 | 21.88 | 21.88 | 15,536,400 |
| 4/25/2025 | 21.99 | 22.56 | 21.75 | 22.38 | 22.38 | 13,775,600 |
| 4/28/2025 | 23.2 | 23.77 | 21.72 | 22.67 | 22.67 | 13,139,000 |
| 4/29/2025 | 22.83 | 23 | 22.3 | 22.4 | 22.4 | 6,646,500 |
| 4/30/2025 | 21.2 | 22.1 | 20.73 | 21.79 | 21.79 | 10,400,100 |
| 5/1/2025 | 22.36 | 22.38 | 21.7 | 22.12 | 22.12 | 8,397,400 |
| 5/2/2025 | 22.38 | 23.42 | 22.34 | 22.99 | 22.99 | 12,728,900 |
| 5/5/2025 | 22.56 | 22.92 | 22.26 | 22.48 | 22.48 | 8,016,300 |
| 5/6/2025 | 21.92 | 22.44 | 21.5 | 22.37 | 22.37 | 7,751,400 |
| 5/7/2025 | 22.4 | 22.48 | 21.84 | 22.29 | 22.29 | 7,727,300 |
| 5/8/2025 | 23.02 | 23.2 | 22.25 | 23.1 | 23.1 | 15,754,000 |
| 5/9/2025 | 22.9 | 22.9 | 20.23 | 20.51 | 20.51 | 30,349,700 |
| 5/12/2025 | 21.75 | 21.8 | 20.89 | 21.26 | 21.26 | 15,229,700 |
| 5/13/2025 | 21.68 | 22.37 | 21.44 | 21.83 | 21.83 | 14,950,700 |
| 5/14/2025 | 21.99 | 24.52 | 21.86 | 24.13 | 24.13 | 36,800,900 |
| 5/15/2025 | 23.59 | 25.23 | 22.77 | 25.22 | 25.22 | 27,530,600 |
| 5/16/2025 | 25.3 | 25.75 | 24.93 | 25.57 | 25.57 | 24,452,900 |
| 5/19/2025 | 24.3 | 25.82 | 24.29 | 25.8 | 25.8 | 17,316,300 |
| 5/20/2025 | 25.94 | 26.4 | 25.34 | 26 | 26 | 18,173,600 |
| 5/21/2025 | 25.66 | 26.66 | 25.04 | 25.17 | 25.17 | 17,081,800 |
| 5/22/2025 | 24.75 | 26.57 | 23.92 | 25.82 | 25.82 | 18,681,200 |
| 5/23/2025 | 25.33 | 25.51 | 24.67 | 25.42 | 25.42 | 14,249,900 |
| 5/27/2025 | 26.6 | 28.76 | 26.58 | 28.76 | 28.76 | 21,781,500 |
| 5/28/2025 | 29.91 | 30.78 | 28.52 | 28.93 | 28.93 | 30,832,500 |
| 5/29/2025 | 29.69 | 30.03 | 27.26 | 27.35 | 27.35 | 16,266,100 |
| 5/30/2025 | 27.01 | 27.22 | 26.03 | 26.79 | 26.79 | 12,706,300 |
| 6/2/2025 | 26.5 | 27 | 25.81 | 26.6 | 26.6 | 10,757,100 |
| 6/3/2025 | 27.39 | 28 | 26.47 | 26.72 | 26.72 | 12,186,500 |
| 6/4/2025 | 26.75 | 27.46 | 26.16 | 26.91 | 26.91 | 11,683,000 |
| 6/5/2025 | 26.88 | 26.96 | 25.52 | 26.45 | 26.45 | 27,953,900 |
| 6/6/2025 | 28.16 | 29.09 | 26.35 | 28.92 | 28.92 | 34,136,500 |
| 6/9/2025 | 30 | 32.7 | 28.35 | 29.64 | 29.64 | 60,217,100 |
| 6/10/2025 | 29.57 | 29.79 | 27 | 27.17 | 27.17 | 30,798,100 |
| 6/11/2025 | 27.72 | 28.04 | 26.89 | 27.36 | 27.36 | 21,283,400 |
| 6/12/2025 | 27.04 | 27.41 | 26.28 | 26.4 | 26.4 | 12,967,500 |
| 6/13/2025 | 25.65 | 26.51 | 25.24 | 25.41 | 25.41 | 15,593,900 |
| 6/16/2025 | 25.87 | 26.58 | 25.6 | 26.55 | 26.55 | 13,601,300 |
| 6/17/2025 | 26.1 | 27.22 | 25.71 | 26.42 | 26.42 | 14,498,900 |

4

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 6/18/2025 | 26.4 | 28.07 | 26.23 | 27.85 | 27.85 | 18,457,700 |
| 6/20/2025 | 28.35 | 30.11 | 27.84 | 30.04 | 30.04 | 37,066,000 |
| 6/23/2025 | 28.92 | 32.93 | 28.44 | 32.78 | 32.78 | 44,056,800 |
| 6/24/2025 | 33.08 | 34.23 | 32.43 | 33.46 | 33.46 | 28,392,600 |
| 6/25/2025 | 34 | 34.5 | 31.78 | 32.35 | 32.35 | 22,969,800 |
| 6/26/2025 | 32.41 | 37.27 | 32.41 | 36.14 | 36.14 | 41,601,800 |
| 6/27/2025 | 36.65 | 37.66 | 34.83 | 35.38 | 35.38 | 75,749,300 |
| 6/30/2025 | 36.53 | 37.95 | 35.42 | 35.77 | 35.77 | 18,438,400 |
| 7/1/2025 | 37.01 | 38.26 | 33.88 | 34.33 | 34.33 | 26,656,500 |
| 7/2/2025 | 34.39 | 35.79 | 33.73 | 35.68 | 35.68 | 14,865,600 |
| 7/3/2025 | 35.79 | 36.21 | 35.25 | 35.66 | 35.66 | 7,976,000 |
| 7/7/2025 | 36.98 | 39.06 | 35.28 | 38.88 | 38.88 | 35,564,100 |
| 7/8/2025 | 38.49 | 39.94 | 37.98 | 38.74 | 38.74 | 27,769,400 |
| 7/9/2025 | 38.53 | 39.43 | 37.77 | 39.14 | 39.14 | 16,267,300 |
| 7/10/2025 | 39.17 | 39.68 | 38.13 | 39.1 | 39.1 | 13,663,800 |
| 7/11/2025 | 38.97 | 40.3 | 38.6 | 39.03 | 39.03 | 16,371,500 |
| 7/14/2025 | 39.3 | 43.47 | 38.77 | 43.21 | 43.21 | 29,196,200 |
| 7/15/2025 | 43.29 | 45.48 | 42.82 | 44.6 | 44.6 | 29,999,700 |
| 7/16/2025 | 45.55 | 48.07 | 44.86 | 47.69 | 47.69 | 26,692,300 |

5