# EXHIBIT 16

 *Space Systems Command*



PHOTO DETAILS / DOWNLOAD HI-RES                                                                                                               PHOTO DETAIL

Rocket Lab USA, Inc's Neutron (left) and Stoke Space's Nova (right) has been awarded National Security Space Launch (NSSL) Phase 3 Lane 1 FY25 On-Ramp IDIQ contracts, bringing the number of Lane 1 Launch Service Providers to five, joining Blue Origin, SpaceX and ULA. (Image credit: Rocket Lab and Stoke Space)

## Space Systems Command On-Ramps Two New Providers to National Security Space Launch Phase 3 Lane 1 Contract

Published March 27, 2025

By SSC Public Affairs

**Summary:** Additional space launch providers are being added in FY25 to the Phase 3 Lane 1 contract, joining the three providers awarded contracts in FY24, expanding the portfolio to strengthen our access to space.

**EL SEGUNDO, Calif.** – The U.S. Space Force (USSF's) Space Systems Command (SSC) awarded Firm Fixed-Price (FFP), Indefinite-Delivery Indefinite-Quantity (IDIQ) National Security Space Launch (NSSL) Phase 3 Lane 1 contracts to Rocket Lab USA, Inc. and Stoke Space, joining Blue Origin, SpaceX and ULA who were on-ramped to Lane 1 last year.

"With today's award, the Space Force expanded our portfolio of launch systems able to deliver critical space capability. These new partners bring innovative approaches and increased competition to our mission area," explained Brig. Gen. Kristin Panzenhagen, USSF program executive officer for Assured Access to Space. "Our Lane 1 goal is to bring in new partners to increase capacity, resiliency, and speed."

Rocket Lab and Stoke Space will each receive a $5 million FFP Task Order to conduct an initial capabilities assessment and develop their approach to tailored mission assurance. Tailored mission assurance is a tiered approach to the government's breadth and depth of the launch vehicle baseline understanding and the associated risks to the mission.

"We are excited to bring on new launch providers to the NSSL Phase 3 Lane 1 contract and I'm extremely proud of the team's hard work on-ramping Rocket Lab and Stoke Space as soon as they were ready," said Lt. Col. Douglas Downs, SSC's materiel leader for Space Launch Procurement. "We climbed a tall mountain to execute this source selection quickly, and we're not done yet. We look forward to on-ramping more emerging companies over the next few years as their systems become ready."

The next opportunity for providers to on-ramp their emerging systems to the Lane 1 IDIQ contract will occur in the first quarter of fiscal year 2026.
"Once Rocket Lab and Stoke Space complete their first successful launch, they will be eligible to compete for launch service task orders on Lane 1," Downs added. "We will release Requests for Proposals (RFPs) for additional Lane 1 launch services later this spring, and we also have several more missions we will compete in FY26."

Assured Access to Space executes the U.S. Space Force's Core Competency of Space Mobility and Logistics. It secures reliable and responsive launch services to deploy the space-based capabilities needed by our Nation's warfighters, intelligence professionals, decision makers, allies, and partners. Additionally, it operates and sustains resilient and ready launch and test infrastructure to project on-orbit warfighting capability through all phases of conflict and to expand US economic, technological, and scientific leadership. Further, Assured Access to Space delivers servicing, mobility, and logistics capabilities that operate in, from, and to the space domain.

SSC is the U.S. Space Force's field command responsible for acquiring and delivering resilient warfighting capabilities to protect our nation's strategic advantage in and from space. SSC manages a $15.6 billion space acquisition budget for the DoD and works in partnership with joint forces, industry, government agencies, and academic and allied organizations to accelerate innovation and outpace emerging threats. Our actions today are making the world a better space for tomorrow.



**Official United States Space Force Website**