UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DOUGLAS BRAY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ROCKET LAB USA, INC., PETER BECK, and ADAM SPICE,<br><br>Defendants. | No. 2:25-cv-01733-GW-KES<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR INCORPORATION BY REFERENCE AND JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT<br><br>Judge:       Hon. George H. Wu<br>Courtroom:  9D<br>Date:        November 10, 2025<br>Time:        8:30 a.m. |

## **[PROPOSED] ORDER**

The Court, having considered the Request for Incorporation by Reference and Judicial Notice in Support of Defendants' Motion to Dismiss Amended Class Action Complaint filed by Defendants Rocket Lab USA, Inc., Peter Beck and Adam Spice (the "Request"), all papers filed in support thereof and in opposition thereto, the argument of counsel, and good cause appearing, hereby GRANTS the Request in its entirety.

**IT IS SO ORDERED.**

DATED: _____, 2025        _____

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1