Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Leanne H. Solish (SBN 280297)
  *lsolish@glancylaw.com*
Charles H. Linehan (SBN 307439)
  *clinehan@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Plaintiffs and Lead Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS BRAY, Individually and On Behalf of All Others Similarly Situated, | Case No. 2:25-cv-01733-GW-KES |
| Plaintiff, | **DECLARATION OF LEANNE H. SOLISH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| ROCKET LAB USA, INC., PETER BECK, and ADAM SPICE, | Judge:     Hon. George H. Wu<br>Date:      November 10, 2025<br>Time:      8:30 a.m.<br>Courtroom: 9D |
| Defendants. | |

DECLARATION OF LEANNE H. SOLISH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

I, Leanne H. Solish, hereby declare as follows:

1.      I am an attorney licensed to practice law in the state of California and before this Court. I am a partner with the law firm of Glancy Prongay & Murray LLP, counsel of record for Lead Plaintiff Willie Croskrey and Plaintiff Douglas Bray in the above-entitled action. I make this Declaration in support of Plaintiffs' Opposition to Defendants' Motions to Dismiss Amended Class Action Complaint. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify to them.

2.      Attached as Exhibit A is a true and correct copy of the July 7, 2025 "capture" taken by the Internet Archive's Wayback Machine of Rocket Lab' Events page of Rocket Lab's website (https://investors.rocketlabcorp.com/events-presentations/events). The July 7, 2025 capture is publicly available on the Internet Archive's website at https://web.archive.org/web/20250707213946/https://investors.rocketlabcorp.com/events-presentations/events.

3.      Attached as Exhibit B is a true and correct copy of the About and Research pages of Bleecker Street Research's website and is available online at https://www.bleeckerstreetresearch.com/.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this, the 1st day of October, 2025 at Los Angeles, California.

*s/ Leanne H. Solish*
Leanne H. Solish

DECLARATION OF LEANNE H. SOLISH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

1

## PROOF OF SERVICE

I hereby certify that on this 1st day of October, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*s/ Leanne H. Solish*
Leanne H. Solish