# EXHIBIT A

# EVENTS

## PAST EVENTS

### Rocket Lab to Acquire GEOST – Investor Presentation

May 27, 2025 5:00 PM EDT

Webcast — WEBCAST

Transcript — PDF

Presentation — PDF

### 20th Annual Needham Technology, Media, & Consumer Conference

May 12, 2025 9:00 AM EDT

Webcast — WEBCAST

### First Quarter 2025 Financial Results Update and Conference Call

May 8, 2025 5:00 PM EDT

Webcast — WEBCAST

Download PDF — PDF

### BofA Global Industrials Conference 2025

March 18, 2025 3:40 PM EDT

Webcast — WEBCAST

### 37th Annual Roth Conference

March 17, 2025 9:00 AM PDT

Webcast — WEBCAST

### KeyBanc Emerging Technology Summit

March 4, 2025 5:00 PM PST

Webcast — WEBCAST

### Fourth Quarter 2024 Financial Results Update and Conference Call

February 27, 2025 5:00 PM EST

Webcast — WEBCAST

Presentation — PDF

### Citi 2025 Global Industrial Tech and Mobility Conference

February 17, 2025 1:00 PM EST

Webcast — WEBCAST

### TD Cowen 46th Annual Aerospace & Defense Conference

February 12, 2025 9:00 AM EST

Webcast — WEBCAST

### Payload Space Rocket Lab Report

January 16, 2025 8:00 AM EST

Download the report — HTML

## 27th Needham Growth Conference

January 14, 2025 3:45 PM EST

Webcast    WEBCAST

Presentation    PDF

---

## UBS Global Industrials and Transportation Conference

December 5, 2024 9:30 AM PST

Webcast    WEBCAST

---

## Third Quarter 2024 Financial Results Update and Conference Call

November 12, 2024 5:00 PM EST

Webcast    WEBCAST

Presentation    PDF

---

## Deutsche Bank Podcast: Making Sense of Space – Spicing it up with Rocket Lab

September 23, 2024 2:00 PM PDT

Webcast    WEBCAST

---

## Morgan Stanley 12th Annual Laguna Conference

September 11, 2024 3:45 PM PDT

Webcast    WEBCAST

---

## Second Quarter 2024 Financial Results Update and Conference Call

August 8, 2024 5:00 PM EDT

Webcast    WEBCAST

Presentation    PDF

---

## Stifel 2024 Cross Sector Insight Conference

June 4, 2024 1:15 PM EDT

Webcast    WEBCAST

---

## Bank of America 31st Annual Transportation, Airlines and Industrials Conference

May 15, 2024 12:40 PM EDT

Webcast    WEBCAST

---

## Rocket Lab First Quarter 2024 Financial Results Update and Conference Call

May 6, 2024 5:00 PM EDT

Webcast    WEBCAST

Presentation    PDF

---

## 36th Annual Roth Conference

March 19, 2024 11:30 AM EDT

Webcast    WEBCAST

---

## Fourth Quarter 2023 Financial Results Update and Conference Call

February 27, 2024 5:00 PM EST

Webcast    WEBCAST

Presentation    PDF

---

## Citi 2024 Global Industrial Tech and Mobility Conference

February 21, 2024 3:30 PM EST

Webcast    WEBCAST

## TD Cowen 45th Annual Aerospace & Defense Conference

February 14, 2024 10:45 AM EST

Webcast  WEBCAST

---

## SDA Beta Award Discussion

January 8, 2024 5:00 PM EST

Webcast  WEBCAST

Presentation  PDF

---

## Deutsche Bank Space Summit

November 15, 2023 4:00 PM EST

Webcast  WEBCAST

---

## Third Quarter 2023 Financial Results Update and Conference Call

November 8, 2023 5:00 PM EST

Webcast  WEBCAST

Presentation  PDF

---

## Morgan Stanley 11th Annual Laguna Conference

September 13, 2023 6:45 PM EDT

Webcast  WEBCAST

---

## Jefferies Industrials Conference

September 7, 2023 2:30 PM EDT

Webcast  WEBCAST

---

## Bank of America Virtual SMID Conference

August 9, 2023 4:15 PM EDT

Webcast  WEBCAST

---

## Second Quarter 2023 Financial Results Update and Conference Call

August 8, 2023 4:30 PM EDT

Webcast  WEBCAST

Presentation  PDF

---

## Jefferies Virtual Space Summit

June 27, 2023 12:20 PM EDT

Webcast  WEBCAST

---

## 2023 Wells Fargo Industrials Conference

June 15, 2023 12:00 PM EDT

Webcast  WEBCAST

---

## Stifel Cross Sector Insights Conference

June 6, 2023 4:10 PM EDT

Webcast  WEBCAST

---

## First Quarter 2023 Financial Results Update and Conference Call

May 9, 2023 1:30 PM PDT

Webcast  WEBCAST

Presentation  PDF

## BofA Securities Global Industrials Conference 2023

March 21, 2023 1:30 AM EDT

Webcast — WEBCAST

---

## Fourth Quarter 2022 Financial Results Update and Conference Call

February 28, 2023 4:30 PM EST

Webcast — WEBCAST

Presentation — PDF

---

## Cowen 44th Annual Aerospace/Defense & Industrials Conference

February 16, 2023

Webcast — WEBCAST

---

## Deutsche Bank Global Space Summit

November 10, 2022 3:15 PM EST

Webcast — WEBCAST

---

## Deutsche Bank Global Space Summit

November 10, 2022 11:45 AM EST

Webcast — WEBCAST

---

## Deutsche Bank Global Space Summit

November 10, 2022 10:00 AM EST

Webcast — WEBCAST

---

## Third Quarter 2022 Financial Results Update and Conference Call

November 9, 2022 4:30 PM EST

Webcast — WEBCAST

Presentation — PDF

Q&A — HTML

---

## Second Quarter 2022 Financial Results Update and Conference Call

August 11, 2022 4:30 PM EDT

Webcast — WEBCAST

Presentation — PDF

---

## Canaccord Genuity 42nd Annual Growth Conference

August 10, 2022

Webcast — WEBCAST

Presentation — PDF

---

## Stifel 2022 Cross Sector Insight Conference

June 9, 2022 1:50 PM EDT

Webcast — WEBCAST

Presentation — PDF

---

## First Quarter 2022 Financial Results Update and Conference Call

May 16, 2022 4:30 PM EDT

Webcast — WEBCAST

Presentation — PDF

## Fourth Quarter 2021 Financial Results Update and Conference Call

February 28, 2022 1:30 PM PST

Webcast                                                        WEBCAST

Presentation                                                    PDF