# EXHIBIT B

 **BLEECKER STREET RESEARCH**

Contact   About   Research

Bleecker Street Research was founded in 2014 by Chris Drose. Chris launched Bleecker Street Capital, LLC in October 2021, a short-biased fund manager. Bleecker Street Research is where you can find our public short ideas.

**Recent Publications:**



United Therapeutics (UTHR) and Liquidia (LQDA): Trading Places

Jul 29, 2025   ·   Chris Drose



Aurora Innovation (AUR): Highway Robbery

May 14, 2025   ·   Chris Drose





 **BLEECKER STREET RESEARCH**

Contact  About  Research

View All Articles

**Follow us on Twitter!**

**Bleecker Street Research**

Something tells me the FAA won't like "company conforming" as much as Softbank liked community adjusted EBITDA, but… https://t.co/RPEjslMDQw

Mar 7, 2023, 12:16 PM

**Bleecker Street Research**

Many thought that the https://t.co/0k0nDuXeb5 record of 9 months from IPO to bankruptcy would never be broken... Ye… https://t.co/ejvsLjoAVk

Feb 28, 2023, 11:47 AM

**Bleecker Street Research**

Squeeze these stocks at your own peril, for the most part these businesses (if you can call them that) are awful an… https://t.co/4Uhlex8vtF

Feb 7, 2023, 10:24 AM

**Bleecker Street Research**

RT @winsteadscap: Seems like a good time to re-up this 🗑 https://t.co/X0ds3WTfim

Jan 18, 2023, 9:13 PM

**Bleecker Street Research**

RT @TheBenSchmark: Sober and sobering analysis of $CACC. Moves past lightning-rod issues from the past and focuses on the current busi… https://t.co/6aC96RaCkO

Jan 13, 2023, 10:38 AM

Follow @Bleecker__St

 **BLEECKER STREET RESEARCH**

Contact   About   Research

First Name

Last Name

Email Address

Sign Up

**Bleecker Street Research**
**info@bleeckerstcapital.com**

 
Subscribe to receive short ideas in your inbox:

Email Address          Sign Up



7/29/25

**United Therapeutics (UTHR) and Liquidia (LQDA): Trading Places**



5/14/25

**Aurora Innovation (AUR): Highway Robbery**



Contact    About    Research



2/25/25

**Rocket Lab (RKLB): We Think It's Gonna Be a Long, Long Time**



11/7/24

**Gevo (GEVO): Fuel Me Once…**



9/5/24

**Fitell (FTEL): No Pump In This Gym Equipment Reseller**



8/6/24

**Gogo (GOGO): Coming Down To Earth**



7/25/24

**Dave, Inc (DAVE): 100% Downside Possible As The Regulatory Heat Turns Up The Heat On This Lender**



5/23/24

**Lithium Americas (LAC): From Dust To Dust**



4/3/24

**Sealed Air (SEE): A Melting Ice Cube Hiding In Plain Sight**



1/17/24

**LuxUrban Hotels (LUXH): The Bed Sheets Should Be Made Out Of
Red Flags**



9/25/25, 1:50 PM
Case 2:25-cv-01733-GW-KES
Document 71-2
Bleecker Street Research
Filed 10/01/25
Page 10 of 25
Page ID #:1213

12/6/23

**NextNav (NN): Geolocation Data Firm Navigating Into Choppy Waters**



11/15/23

**PureCycle: "It Looks As Bad As It Smells"**



11/3/23

**PureCycle's (PCT) Failure To Launch**



10/17/23

**LL Flooring Holdings (LL): Live Ventures Deal Should Be Treated As Dead On Arrival**



9/28/23

**Upstart (UPST): A Jump Start On The Road To Financial Hell**



9/8/23

**SmartRent (SMRT): This Could Be A Lock To Go To Zero**



8/31/23

**Atlas Lithium (ATLX): Here Comes The Dump**



7/12/23

**374Water (SCWO): Delays, Delays, Delays and an Update From Down Under**



6/29/23

**374Water (SCWO): A "ShitCo" Set To Circle The Drain**



5/18/23

**ArcBest (ARCB): The Story of the Deal That Ain't Gonna Happen,
The Bailout You've Never Heard Of, and A Fight Over $5 Billion In
Profits**

Older Posts  ›

Subscribe to get Bleecker Street Research reports in your inbox.                    Bleecker Street Research
info@bleeckerstcapital.com

B S R  BLEECKER STREET RESEARCH



BLEECKER STREET RESEARCH

Sign Up

BLEECKER STREET RESEARCH

 BLEECKER STREET RESEARCH

Contact    About    Research

Subscribe to receive short ideas in your inbox:

Email Address    Sign Up



5/4/23

**Atlas Lithium (ATLX): First Comes The Pump… Now Here Comes The Dump**



1/13/23

**Credit Rejectance (CACC)**

Vault 2019 3D Tower Simulation (4k)



12/2/22

**Energy Vault (NRGV): New Evidence Leads Us To Downgrade This
Company To A Middle-School Science Fair Project**



9/29/22

**Joby Aviation (JOBY): "Uber Meets Tesla In The Sky" Is Set To
Crash And Burn**



8/12/22

**Hall of Fame Resort and Entertainment (HOFV) Update: Something Stinks In Stark County**



1/24/22

**In The Shadow of Slavery and Dirty Coal: How Daqo New Energy Became The World's Lowest Cost Polysilicon Producer**



9/2/21

**Alfi (ALF): Miami's First Tech IPO Is Quintessential Florida; An Ad-Tech Company With A Questionable C-Suite, "Continuing" Buy-Backs, And Relying On A Laser Engraving Company For Distribution.**



8/4/21

**Asensus Surgical (ASXC): A New Name Can't Change a History of Failure, Evidence of a Failed Commercialization, and Enormous Losses**





6/30/21

**Hall of Fame Village (HOFV): Not the Disney World Of Football,
Merely a Midwestern Mirage**



4/23/21

**Retractable Technologies (RVP): Insider Enrichment Schemes,
Operation Warp Speed Contracts, and a $54 million Technology
Investment Agreeement**



# BIOTECH DERMATOLOGY

8/17/15

**DS Healthcare (DSKX): Look For 60-70% Drop On Equity Offering, Accounting Problems, And Solvency Concerns**



6/8/15

**Chanticleer Holdings (HOTR): Could Fall 60% After Stock Promotion Becomes Clear**



American

3/3/15

**American Addiction Centers (AAC): Addicted to Fraudulent Drug Testing**



1/23/15

**Cellceutix (CTIX): A December To Remember May Turn Into A 2015 To Forget**



BSR  BLEECKER STREET RESEARCH                                        Contact   About   Research

10/7/14

**Vimicro (VIMC): Numerous Red Flags Make This A Strong Sell**



8/28/14

**China Finance Online (JRJC): This Did Not End Well Last Time**



8/20/14

**China Finance Online (JRJC): Shares Soar On Over-Hyped Deal, More Questions Than Answers**



7/28/14

**Galectin Therapeutics (GALT): Why This Penny Stock Dressed Up By Stock Promoters Is A Short**

❮ Newer Posts

Subscribe to get Bleecker Street Research reports in your inbox.

Bleecker Street Research
info@bleeckerstcapital.com

**B S R** BLEECKER STREET RESEARCH

Contact    About    Research

Sign Up

**B S R** BLEECKER STREET RESEARCH