Robert V. Prongay (SBN 270796)
  rprongay@glancylaw.com
Leanne H. Solish (SBN 280297)
  lsolish@glancylaw.com
Charles H. Linehan (SBN 308439)
  clinehan@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Plaintiffs and Lead Counsel*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS BRAY, Individually And On Behalf Of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ROCKET LAB USA, INC., PETER BECK, and ADAM SPICE,<br><br>　　　　　Defendants. | Case No. 2:25-cv-01733-GW(KES)<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**<br><br>Judge:　　Hon. George H. Wu<br>Date:　　November 10, 2025<br>Time:　　8:30 a.m.<br>Courtroom: 9D |

REQUEST FOR JUDICIAL NOTICE

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**

Pursuant to Rule 201 of the Federal Rules of Civil Procedure, Lead Plaintiff Willie Croskrey and Plaintiff Douglas Bray ("Plaintiffs") respectfully request that the Court take judicial notice of the following documents, attached to the accompanying Declaration of Leanne H. Solish (the "Solish Decl."), in connection with their concurrently filed Opposition to Defendants'[1] Motion to Dismiss Amended Class Action Complaint (Dkt. 67):

- Exhibit A: A true and correct copy of the July 17, 2025, "capture" taken by the Internet Archive's Wayback Machine of the Events page of Rocket Lab's website. The July 7, 2025, capture is publicly available on the Internet Archive's website at https://web.archive.org/web/20250707213946/https://investors.rocketlabcorp.com/events-presentations/events.[2]

- Exhibit B: A true and correct copy of the About and Research pages of Bleecker Street Research's website and is available online at https://www.bleeckerstreetresearch.com/.

## I.    ARGUMENT

In ruling on a motion to dismiss, courts "must consider the complaint in its entirety, as well as other sources courts ordinarily examine when ruling on Rule 12(b)(6) motions to dismiss, in particular, documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007).

Rule 201(b) of the Federal Rules of Evidence provides that "[a] judicially noticed fact must be one not subject to reasonable dispute in that it is either

---

[1] Defendants are Rocket Lab USA, Inc. ("Rocket Lab" or the "Company"), Peter Beck, Rocket Lab's CEO, and Adam Spice, Rocket Lab's CFO.

[2] Exhibit A is the historical record for https://investors.rocketlabcorp.com/events-presentations/events.

(1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Civ. P. 201(b).

"[A] court may take judicial notice of matters of public record." *Lee v. City of Los Angeles*, 250 F.3d 668, 688-89 (9th Cir. 2001) (quotations omitted). Courts routinely take judicial notice of the contents of Internet webpages. *Al-Ahmed v. Twitter, Inc.*, 603 F. Supp. 3d 857, 869 (N.D. Cal. 2022) (noting that publicly accessible webpages are proper subjects for judicial notice); *Elizabeth Perez v. Rose Hills Co.*, 2025 WL 2631603, at *7 n.5 (C.D. Cal. Aug. 29, 2025) (same); *Plotsker v. Envato Pty Ltd.*, 2025 WL 2481422, at *3 (C.D. Cal. Aug. 26, 2025) (same); *Barton v. Kimberly-Clark Corp.*, 2025 WL 2345228, at *3 (S.D. Cal. Aug. 13, 2025) (same).

Courts may also take judicial notice of pages from the Internet Archive's Wayback Machine. *Yoon v. Meta Platforms, Inc.*, 2024 WL 5264041, at *3 (N.D. Cal. Dec. 30, 2024) ("Courts routinely take judicial notice of…content from Internet Archive's Wayback Machine"). The Wayback Machine "is an online digital archive of web pages. It is run by the Internet Archive, a nonprofit library in San Francisco, California." *Gjovik v. Apple Inc.*, 2025 WL 637931, at *8 (N.D. Cal. Feb. 27, 2025) (quoting *Valve Corp. v. Ironburg Inventions Ltd.*, 8 F.4th 1364, 1374 (Fed. Cir. 2021)). "District courts in this circuit have routinely taken judicial notice of content from the Wayback Machine." *Gjovik*, 2025 WL 637931, at *8; *Parziale v. HP, Inc*, 2020 WL 5798274, at *3 (N.D. Cal. Sept. 29, 2020) (same); *Steinberg v. Icelandic Provisions, Inc.*, 2022 WL 220641, at *2 n.1 (N.D. Cal. Jan. 25, 2022) (granting judicial notice of fact from website as it existed on a given date, preserved by the Wayback Machine), *aff'd*, 2023 WL 3918257 (9th Cir. June 9, 2023).

## II.    CONCLUSION

For the foregoing reasons, the Court should take judicial notice of Exhibits A & B to the Solish Declaration in connection with Plaintiffs' Opposition to Defendants'

Motion to Dismiss.

DATED:  October 1, 2025              **GLANCY PRONGAY & MURRAY LLP**

                                    By:  */s/ Leanne H. Solish*
                                    Robert V. Prongay
                                    Leanne H. Solish
                                    Charles Linehan
                                    1925 Century Park East, Suite 2100
                                    Los Angeles, California 90067
                                    Telephone: (310) 201-9150
                                    Facsimile: (310) 201-9160
                                    Email:  rprongay@glancylaw.com
                                            lsolish@glancylaw.com

                                    *Counsel for Lead Plaintiff and Lead Counsel*

REQUEST FOR JUDICIAL NOTICE

## **CERTIFICATE OF COMPLIANCE**

The undersigned, counsel of record for Plaintiffs Willie Croskrey and Douglas Bray, certifies that this brief contains 608 words, which complies with the word limit of L.R. 11-6.1.

*s/ Leanne H. Solish*
Leanne H. Solish

## PROOF OF SERVICE

I hereby certify that on this 1st day of October, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

_s/ Leanne H. Solish_
Leanne H. Solish