Robert V. Prongay (SBN 270796)
 rprongay@glancylaw.com
Leanne H. Solish (SBN 280297)
 lsolish@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Plaintiffs and Lead Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS BRAY, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ROCKET LAB USA, INC., PETER BECK, and ADAM SPICE,<br><br>Defendants. | Case No. 2:25-cv-01733-GW(KES)<br><br>**PLAINTIFFS' REPLY IN SUPPORT OF THEIR REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**<br><br>Judge:     Hon. George H. Wu<br>Date:      November 10, 2025<br>Time:      8:30 a.m.<br>Courtroom: 9D |

Plaintiffs respectfully submit this reply memorandum in support of their request for judicial notice ("Request," Dkt. 72), filed in support of their opposition (Dkt. 70) to Defendants' motion to dismiss (Dkt. 67) Plaintiffs' amended complaint (Dkt. 66).

## I.    ARGUMENT

Defendants' opposition to Plaintiffs' Request does not argue that Plaintiffs' exhibits are not properly subject to judicial notice under Fed. R. Evid. 201(b).  *See* Defendants' Opp. to Pl. RJN (Dkt. 76).  Defendants only assert that it is "improper to introduce new facts … that they failed to plead in their Amended Complaint."  *Id.* Defendants' argument lacks merit.

Plaintiffs' request for judicial notice seeks to introduce evidence to rebut incorrect factual assertions that Defendants raised for the first time in their motion to dismiss.  For example, Plaintiffs' proposed Ex. A (Dkt. 71-1) demonstrates that Defendants' Ex. 12 (Dkt. 68-12) was not "publicly available to reasonable investors at the time the defendant made the allegedly false statement[]."  *In re Copper Mountain Sec. Litig.*, 311 F. Supp. 2d 857, 864 (N.D. Cal. 2004) (*see* Plaintiffs' Opp. to MTD (Dkt. 70) at 10; Plaintiffs' Opp to Defs.' RJN (Dkt. 72) at 4).  Similarly, Plaintiffs' proposed Ex. B (Dkt. 71-2) demonstrates that Defendants' assertion that Bleecker Street Research is "anonymous" is incorrect. *See* Plaintiffs' Opp. to MTD (Dkt. 70) at 20.  Plaintiffs' introduction of evidence to rebut facts first introduced in Defendants' motion to dismiss is proper.

## II.    CONCLUSION

For these reasons, the Court should grant Plaintiffs' Request for Judicial Notice.

PLAINTIFFS' REPLY IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE

DATED:  October 27, 2025

**GLANCY PRONGAY & MURRAY LLP**

By:  */s/ Leanne H. Solish*

Robert V. Prongay
Leanne H. Solish
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email:  rprongay@glancylaw.com
          lsolish@glancylaw.com

*Counsel for Plaintiffs and Lead Counsel*

REQUEST FOR JUDICIAL NOTICE

# CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Plaintiffs Willie Croskrey and Douglas Bray, certifies that this brief contains 245 words, which complies with the word limit of L.R. 11-6.1.

*s/ Leanne H. Solish*
Leanne H. Solish

## **PROOF OF SERVICE**

I hereby certify that on this 27th day of October, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*s/ Leanne H. Solish*
Leanne H. Solish
