# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 25-1733-GW-KESx | Date | November 10, 2025 |
|---|---|---|---|
| Title | *Douglas Bray v. Rocket Lab USA, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Leann H. Solish | Peter B. Morrison |

**PROCEEDINGS:** **DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT [67]**

The Court's Tentative Ruling on Defendants' Motion [67] was issued on November 7, 2025 [79]. Court and counsel confer. The Tentative Ruling is adopted as the Court's Final Ruling. Defendants' Motion is GRANTED with leave to amend. Plaintiff will have until December 19, 2025 to file a Second Amended Complaint.

The Court sets the following briefing schedule:

| | |
|---|---|
| Deadline to file Defendants' Motion to Dismiss | January 19, 2026 |
| Plaintiff's Opposition | February 16, 2026 |
| Defendants' Reply | March 9, 2026 |
| Hearing on Defendants' Motion to Dismiss | March 23, 2026 at 8:30 a.m. |

|  | : | 04 |
|---|---|---|
| Initials of Preparer | JG | |