PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
ZACHARY FAIGEN (SBN 294716)
zack.faigen@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone:  (213) 687-5000

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DOUGLAS BRAY, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>ROCKET LAB USA, INC., PETER BECK, and ADAM SPICE,<br><br>                    Defendants. | No. 2:25-cv-01733-GW-KES<br><br>DECLARATION OF ZACHARY FAIGEN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT<br><br>Judge:        Hon. George H. Wu<br>Courtroom: 9D<br>Date:         March 23, 2026<br>Time:         8:30 a.m. |

## <u>DECLARATION OF ZACHARY FAIGEN</u>

1.     I am an attorney admitted to practice before the courts of the State of California. I am a partner in the law firm Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants Rocket Lab USA, Inc. ("Rocket Lab"), Peter Beck and Adam Spice (collectively, "Defendants"). I submit this declaration in support of Defendants' Motion To Dismiss Second Amended Class Action Complaint. This declaration is based upon my personal knowledge, and if called upon to do so, I could and would testify competently thereto.

2.     Attached to this declaration as **Exhibit 1** is a true and correct copy of a publicly available transcript of Rocket Lab's fourth quarter 2022 earnings call on February 28, 2023.

3.     Attached to this declaration as **Exhibit 2** is a true and correct copy of a publicly available transcript of Rocket Lab's fourth quarter 2023 earnings call on February 27, 2024.

4.     Attached to this declaration as **Exhibit 3** is a true and correct copy of excerpts of Rocket Lab's 2023 Form 10-K, filed with the SEC on February 28, 2024.

5.     Attached to this declaration as **Exhibit 4** is a true and correct copy of publicly available meeting minutes for the November 20, 2024 meeting of the Accomack County Board of Supervisors.

6.     Attached to this declaration as **Exhibit 5** are two true and correct copies of a publicly available transcript of a *Cheddar* podcast interview titled "How Rocket Lab CEO Sir Peter Beck Launched A $12B Rocket Company," dated December 16, 2024. **Exhibit 5A** is a true and correct copy of the unedited auto-generated transcript available at the YouTube   URL   (https://www.youtube.com/watch?v=iE8756WzLP8)   provided   by Plaintiffs in the SAC (*see* SAC ¶ 86 n.14), which can be accessed by clicking on "… more" at the end of the episode description below the video, and then clicking on "Show transcript." The auto-generated transcript in **Exhibit 5A** does not have punctuation and does not state who is speaking. Therefore, solely in order to make the transcript more

readable for the Court, legal assistants working at my direction watched the interview and added speaker names, punctuation and capitalization, and clarified timestamps, to create a more readable exhibit. The legal assistants also fixed typographical and transcription errors that they identified. **Exhibit 5B** reflects this "cleaned-up" version of the transcript from **Exhibit 5A**.

7. Attached to this declaration as **Exhibit 6** is a true and correct copy of a publicly available January 9, 2025 press release issued by Rocket Lab, titled "Rocket Lab Selected by NASA to Provide Neutron Launch Services Under VADR Launch Contract."

8. Attached to this declaration as **Exhibit 7** is a true and correct copy of a publicly available transcript of Rocket Lab's Investor Presentation at the 27th Annual Needham Growth Conference on January 14, 2025.

9. Attached to this declaration as **Exhibit 8** is a true and correct copy of a publicly available slide deck from Rocket Lab's Investor Presentation at the 27th Annual Needham Growth Conference on January 14, 2025.

10. Attached to this declaration as **Exhibit 9** are two true and correct copies of a publicly available transcript of a *Holiday Breakfast* podcast interview titled "Sir Peter Beck: Rocket Lab founder on the strength of the company, his career history," dated January 16, 2025.[1] Plaintiffs cite this podcast interview in footnote 17 of the SAC. (*See* SAC ¶ 87 n.17.) The URL provided by Plaintiffs (https://www.newstalkzb.co.nz/on-air/holiday-breakfast/audio/sir-peter-beck-rocket-lab-founder-on-the-strength-of-the-company-his-career-history/) is of an article about the podcast interview, and contains an embedded iHeart podcast widget. **Exhibit 9A** is a true and correct copy of the unedited auto-generated transcript available via the link provided by Plaintiffs in the SAC (*see* SAC

---

[1] In the SAC, footnote 17, Plaintiffs plead the title of the podcast interview and provide a URL for it. (*See* SAC ¶ 87 n.17.) However, the title of the podcast interview at the URL link does not match the title Plaintiffs plead in the footnote. The quotes Plaintiffs plead do appear in the podcast interview at the URL they provide. (*See id.* ¶ 87; Ex. 9.) Thus, it appears Plaintiffs copy and pasted the incorrect title from another footnote. (*See* SAC ¶ 86 n.14; Ex. 5.)

2

¶ 87 n.17), which can be accessed by clicking the iHeart logo in the top-right corner of the embedded iHeart podcast widget. The auto-generated transcript in **Exhibit 9A** does not state who is speaking. Therefore, solely in order to make the transcript more readable for the Court, legal assistants working at my direction watched the interview and added speaker names, punctuation and capitalization, and clarified timestamps, to create a more readable exhibit. The legal assistants also fixed typographical and transcription errors that they identified. **Exhibit 9B** reflects this "cleaned-up" version of the transcript from **Exhibit 9A**.

11.    Attached to this declaration as **Exhibit 10** is a true and correct copy of a publicly available Spotify webpage at the URL (https://open.spotify.com/episode/3 lXZgJ3mMh0Y0DCN4L1kU7) provided by Plaintiffs in the SAC, containing the official description of a January 21, 2025 episode of the *Leading Indicator* podcast, titled "Rocket Lab CEO on New Spacecraft, Trump Presidency, and Mission to Venus." (*See* SAC ¶ 81 n.13.)

12.    Attached to this declaration as **Exhibit 11** are two true and correct copies of a publicly available transcript of a *SpaceNews* podcast interview titled "Space Minds with Peter Beck," dated January 23, 2025. **Exhibit 11A** is a true and correct copy of the unedited auto-generated transcript available at the YouTube URL (https://www.youtube.com/watch?v=OVmkGZ4fSTA) provided by Plaintiffs in the SAC (*see* SAC ¶ 86 n.15), which can be accessed by clicking on "…more" at the end of the episode description below the video, and then clicking on "Show transcript." The auto-generated transcript in **Exhibit 11A** does not have punctuation and does not state who is speaking. Therefore, solely in order to make the transcript more readable for the Court, legal assistants working at my direction watched the interview and added speaker names, punctuation and capitalization, and clarified timestamps, to create a more readable exhibit. The legal assistants also fixed typographical and transcription errors that they identified. **Exhibit 11B** reflects this "cleaned-up" version of the transcript from **Exhibit 11A**.

3

**Exhibit 11B** does not include the portions of the episode that continue beyond the interview with Beck.

13.     Attached to this declaration as **Exhibit 12** are two true and correct copies of a publicly available transcript of a *Dom Harvey* podcast interview titled "Sir Peter Beck Opens Up on Childhood, Inspiration for Rocket Lab, Elon Musk & Jeff Bezos Competition," dated February 1, 2025. **Exhibit 12A** is a true and correct copy of the unedited auto-generated transcript available at the YouTube URL (https://www.youtube.com/watch?v=U17It-CH4o4) provided by Plaintiffs in the SAC (*see* SAC ¶ 38 n.3; *see also id.* ¶¶ 86 n.16, 87 nn.19-20), which can be accessed by clicking on "…more" at the end of the episode description below the video, and then clicking on "Show transcript." The auto-generated transcript in **Exhibit 12A** does not have punctuation and does not state who is speaking. Therefore, solely in order to make the transcript more readable for the Court, legal assistants working at my direction watched the interview and added speaker names, punctuation and capitalization, and clarified timestamps, to create a more readable exhibit. The legal assistants also fixed typographical and transcription errors that they identified. **Exhibit 12B** reflects this "cleaned-up" version of the transcript from **Exhibit 12A**.

14.     Attached to this declaration as **Exhibit 13** is a true and correct copy of a publicly available February 25, 2025 anonymous short-seller report published by Bleecker Street Research, titled "Rocket Lab (RKLB): We Think It's Gonna Be a Long, Long Time."

15.     Attached to this declaration as **Exhibit 14** is a true and correct copy of a publicly available joint permit application for the "Sloop Gut Dredging Project" filed by the Virginia Port Authority and Rocket Lab USA on March 11, 2025, available at the URL (https://webapps.mrc.virginia.gov/public/habitat/getADD.php?id=238238) provided by Plaintiffs in the SAC. (*See* SAC ¶ 72 n.11.)

16.     Attached to this declaration as **Exhibit 15** is a true and correct copy of historical stock price data for Rocket Lab's common stock (ticker: RKLB), from January

8, 2025, the day before the first day of the alleged class period, through January 16, 2026. The stock price data was retrieved from the Yahoo! Finance website.

17.    On January 12, 2026, I met and conferred with counsel for Plaintiffs pursuant to Local Rule 7-3. We discussed the substance of Defendants' Motion to Dismiss but did not reach a resolution that eliminated the necessity for a hearing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on January 19, 2026, in Los Angeles, California.

By: _____ */s/ Zachary Faigen* _____
ZACHARY FAIGEN

5