# EXHIBIT 5

# EXHIBIT 5A

0:00
world's richest man SpaceX founder Elon
0:03
Musk has sucked up all the oxygen in
0:06
this private space race helping get
0:08
Donald Trump reelected and now becoming
0:10
Trump's deao VP and BFF but while the
0:15
SpaceX owner has loudly commanded the
0:17
headlines a competitor is as quietly as
0:21
one possibly can blasting off
0:24
successfully launching a suborbital
0:26
mission in November to test Hypersonic
0:29
technology
0:30
for the Department of Defense sir Peter
0:33
Beck is the founder and CEO of Aerospace
0:36
company rocket lab and he joins us now
0:38
from ockland New Zealand it is great to
0:41
have you sir really wonderful reading
0:43
about the progress your company has made
0:45
in this short period of time so take all
0:48
the time you want with this answer how
0:50
on Earth you build a rocket company
0:53
quietly now worth 11.5 billion dollar
0:55
let alone with no college degree nor
0:57
Connections in the space industry

1

well it's pretty easy in some respects Dave it's just all about execution and uh you know the great thing about this industry is is there's a there's a lot of Visionaries and and uh you know a lot of noise as you know um but uh but also um you know what what really matters at the end of the day is is just execution so we've just quietly as you said gone about um you know building uh building the business and and and building capability in the rockets and you know as of today I think we're the third most frequently launched rocket in in the world and um and and you know continue to grow why was this your goal of all the things you could do oh look I mean from from a very young age there's two things I was very passionate about one is engineering and one is space and if you combine those two things together and Rise them to the peak um then you end up building rockets

2

for sure so um so yeah look um it's it's

always been it's always been a passion

can you take me back to that moment what

was your first inspiration about

space well actually it's one of my

youngest childhood memories so and I

remember standing outside with my father

and he was pointing to the sky and and

uh you know noted that every one of

those stars in the sky the Sun and

pretty much and and uh and has planets

around them and there could be could be

somebody staring back at you and that

just that just kind of scale of the

vastness and the unknown was is really

really what captivated me that's

inspiring so you launched two different

Rockets from two different hemispheres

in one weekend how significant

accomplishment was that

yeah well I look um you know launching

rockets in quick succession has has

become come somewhat normalized but uh

3

but I don't think anybody's done it from

you know under 24 hours in two

hemispheres um from either side of the

planet um in in short succession so that

was a it was a great milestone and uh

you know they were completely unrelated

missions it's just uh you know we've got

a bunch of customers and we're busy and

we just uh had to light light up two

launch pads um uh and uh and Let It Go

just keeping your head down and grinding

I love it so I see out of the way of up

what's next what's in store on December

18th yeah so this is a customer um you

know it's it's one of a largest uh you

know constellation customers a customer

out of Japan um and uh you know we

actually signed a deal with them uh

earlier this year for 10 10 launch block

byy and this is just making good on that

so this is a you know synthetic aperture

radar constellation um and uh you know

we've we've launched them I think five

4

times already previous to this so uh you know great uh a great customer who's your biggest customer so our customer base basically kind of bisex into 50% government and 50% commercial um so we do a lot of work for for the US government um uh on a number of uh programs both National Security and civil so you know a number of missions for NASA uh and then you know commercial customers uh range quite quite frankly from you know the Big Blue Chip primes that defense primes that you would expect uh right through to I think um uh one of one of my favorite was we we launched a little one New Cube set for uh California Irvine high school students so really a pretty broad spectrum it is indeed and you've arguably blown by giants like loed Martin even Boeing what's allowed for that do you think and how big picture have you done things differently than

others yeah well I think look launch

launch is always a thing that that that

everybody gets excited about right it's

the big fiery stick roaring to the sky

but actually two-thirds of our business

is a Space Systems business which is you

know that that's building satellites and

infrastructure on orbit so the one thing

that makes rocket lab a little bit

different is um you know we've obviously

talked a lot about the Rockets but uh

we're an into toin space company so what

that means is a customer can come to us

and say Hey I want this thing this

communication or this in Earth

observation thing from orbit and we're

we're one of the very few companies that

can design the satellite uh use all all

the company's own components to build

the satellite and then once it's built

launch on our own rocket and then once

it's an orbit actually operated for our

customer to just provide data so you

6

know you think about the traditional way
you go to spaces you have to become an
expert in in in orbital Dynamics and and
build a spacecraft and then procure
launch and then you know be an expert in
operating spacecraft and orbit well that
we we we just don't think that's the the
way of the future so we've created this
kind of end to end solution here where
um you know we're like like the One Stop
Shop for for space and what is your
ultimate goal here with rocket lab
yeah well if if you look at the space
industry you can think about it in three
different pillars so you have launch
which is you know really really critical
um and that's about a you know 1020
billion Tam then you have uh you know
Space Systems or or satellites or the
infrastructure that's 20 to \$30 billion
Tam and then you have applications and
that's a \$320 billion Tam applications
being all of the things that you you do

7

from space um so you know for example

all the services that come from come you

know come from from space and and

ultimately what we're trying to do is is

position ourselves to to provide those

Services um because obviously that that

is that's you know much much lar larger

market opportunity but it's pretty

disruptive when you have the ability to

build your own satellite and launch it

well um you know the time frame and the

cost that you can build those those

infrastructure plays in is is just you

know far shortened so it becomes very

competitive at that point as inspiring

as a rocket launch is and space is what

are those applications you're

referencing so many people wonder why

are we spending so much money on space

so practically speaking what are those

things we hope to

accomplish look that's a great question

and I think um space is hidden

infrastructure so you know apart from a little a little dot might streak across the sky you really don't see it but the reality is um you know it we use space in our everyday lives all of the time um you know you if you turn off GPS you your pizza doesn't turn up even so um you know it's it's tremendously integrated into everyday lives but I think uh you know what what's been really exciting for me to watch over the last sort of you know five years or so five to 10 years is that a lot of you know companies that are that are not natural owners of of space infrastructure are becoming that uh you you think about the the Amazon Kyper constellation to provide internet uh down on Earth you think of uh uh you know Apple's um you know satellite enabled uh iPhones now um direct to mobile Communications um starlink is another great example I mean uh you know

9

is is SpaceX now still a still a space

company or is it a telecommunications

company and I think that that that that

really proves the power of you know

having the ability to build a a

satellite and then launch it by yourself

is that you know you it becomes blurry

whether or not you're a space company or

a telecommunications company or or an

application company and I think honestly

that is what all the big space companies

are the future are going to look like

interesting is space tourism a part of

your Ultimate model do you think there

will come a point in time 20 30 40 50 80

years from now that people could live in

space yeah look it's not it's not

currently part of our uh you know

current trajectory in saying that you

know the neutron rocket that we're

developing uh right now which is a

medium class you launch vehicle is is

human flight capable um but right now if

8:21
I look across it there's really One
8:23
customer being Nessa and there's a you
8:25
know there's one and a half really good
8:27
providers of human space flight uh in
8:29
the US so it's kind of a limited market
8:31
and a well served market today but I
8:34
definitely definitely think that uh in
8:36
the in the future you know as uh as more
8:39
things kind of uh you occuring in low
8:42
earth orbit um obviously the space
8:44
station is is predicted to become a
8:46
commercial kind of venture at some point
8:49
uh then there'll be a lot more
8:50
destinations and and a lot more uh a lot
8:52
more customers um for space tourism and
8:54
and I think it become a real Market but
8:56
but right now it's a it's a very you
8:57
know constrained Market really is it
8:59
with with one government customer yeah
9:02
Boeing has had some several stumbles in
9:04
this space uh do you believe they'll
9:07
exit I have no idea um you know I'm
9:10
worried about rocket lab worried about

their business yeah and I'm at the New York Stock Exchange so I'd be remiss if I didn't ask about your stock prices which has also been a relative rocket ship more than 300% increase this year alone still more room to run is this a a good time to invest in rocket lab yeah look I mean I think part of that is is you know we just quietly execute and and within the space industry it's fair to say that you know a number of companies came public and and and you know didn't exceed uh didn't do well um and you know we just quietly executed meter numbers and and uh continue to grow um significantly year on year and and um you know the the shareholders are getting rewarded for for for their patience in Us in that in that respect but I I would say that you know if if we we look really look at space X as our biggest competitor right um and uh they're clearly the leader within the

industry um their valuation is somewhere

between 250 and $350 billion rocket

lab's valuation is less than 4% of that

um and as those two companies start to

you know start to to look less and less

dissimilar then you know I think you

would expect to to you know to

valuations to to probably track um track

you know the the the Delta as well can

you justify anything near a $300 billion

valuation for for

SpaceX well look I mean SpaceX is you

know it's not a public company so so you

it's it's you I don't think anybody

really knows the the numbers in the

books but but clearly they've been very

successful and continue to raise Capital

at at ever ever increasing valuations

and and and look created a very very

high value and and you if you if you if

you think about how many how many

companies have access to space on a

frequent basis uh and right now you know

13

obviously SpaceX are the leaders um it

goes SpaceX launches the most most

amount of rockets to space then it's

China then it's rocket lab uh then it's

Russia then it's Europe so um you know

it's it's it's a very very constrained

uh capability and a very very you know

unique and and in demand capability and

regarding SpaceX How concerned are you

about Elon musk's relationship with

President Trump the possibility that

he'll use that influence to box down

companies whom SpaceX compete with

namely rocket

lab uh not not really at all I mean uh

uh look I I I think there's enough

checks and balances in there and and you

know this is this is at the end of the

day that's that is that is democracy so

um uh I don't think there'd be too much

tolerance for any funny business by by

anybody um and you know I think I think

the things that that they on stands for

14

11:54
are the things that are great for the
11:55
industry um you know uh much more
11:59
efficiency and um you know much more
12:01
commercial uh kind of capture of the
12:03
opportunities to to drive down costs and
12:06
and uh and and increase capabilities the
12:09
these are all the things that that we
12:10
you know that we stand for also so um
12:13
look I'd be very surprised to see any
12:15
funny business there for sure what has
12:17
Elon meant to the private space
12:19
race oh make make no mistake I mean he
12:22
he he is he's plowed the path right um
12:25
uh you know uh we we we was at the
12:29
beginning you know a few very you know
12:32
large kind of um primes that uh you know
12:36
that that really you know command any
12:39
price and uh uh and and it was very un
12:42
very kind of government focused
12:43
uncommercial industry so I think um I
12:46
think SpaceX has has has really uh you
12:48
know um lead led the way in that respect
12:50
and uh you know um it tremendous uh trem

15

12:54
tremendous credit to Elon and the team
12:56
over there and and uh look we we're just
12:58
draft him behind and hopefully we can be
13:00
number second Pete I got to take at
13:03
least a minute because what you've done
13:05
is so inspiring to ask you best business
13:08
advice you either either learn from
13:11
someone or the best business advice you
13:13
offer to others who are starting a new
13:16
business trying to reach a goal similar
13:18
to what you're
13:20
doing well I mean it's going to sound
13:22
incredibly Elementary um but but re
13:25
really make sure that the product you
13:27
you want to build is the product people
13:28
want want um and I know that sounds
13:31
crazy but in the space industry I've
13:32
seen so many companies where you know
13:35
our space guys are often technologists
13:37
right so we get all wound up in in the
13:39
technology and develop the coolest thing
13:41
um and you know a lot of companies have
13:44
developed really cool stuff and really

16

cool technology but nobody cares like

there's no market for it um and you

often find where you know people are

trying to you know Force technology and

and kind of create markets as a result

of their technology rather than actually

solve problems

um and I think that's part of the reason

why we've been successful is we we're

very commercial and we focus very deeply

on where are the market opportunities

and go after them just you know

absolutely religiously love that and

finally you've described your mindset as

a quote healthy paranoia how does that

guide you and what are your thoughts as

related to

failure yeah well I think in this

industry you you have to be paranoid

about failure um because it's like

everything's either perfect um or you

know it's international news um so that

there is no middle out middle kind of

outcome here um and uh so so as a result
um you know you just you just have to be
over everything all of the time and um
be very respectful of of the energy that
you're dealing with and um uh and and
you know the product the complexity of
the product uh and you know I think if
if if you take a Shelby right kind of
attitude to uh to the space industry you
end up on the wrong side of History love
that uh sir Peter Beck CEO founder of
Aerospace company rocket lab in Auckland
New Zealand really appreciate the time
look forward to coming out and catching
a launch the cheddar team would love to
be there for
one love to have you thank you sir
appreciate your time Pete see

# EXHIBIT 5B

Dave (Host) (00:00)
World's richest man, SpaceX founder Elon Musk has sucked up all the oxygen in this private space race, helping get Donald Trump reelected and now becoming Trump's defacto VP and BFF. But while the SpaceX owner has loudly commanded the headlines, a competitor is, as quietly as one possibly can, blasting off successfully launching a suborbital mission in November to test hypersonic technology for the Department of Defense. Sir Peter Beck is the founder and CEO of aerospace company, Rocket Lab, and he joins us now from Auckland, New Zealand. It is great to have you Sir. Really wonderful reading about the progress your company has made in this short period of time. So take all the time you want with this answer: How on Earth do you build a rocket company quietly now worth $11.5 billion, let alone with no college degree nor connections in the space industry?

Sir Peter Beck (01:01)
Well it's pretty easy in some respects Dave. It's just all about execution and, uh, you know the great thing about this industry is is there's a there's a lot of visionaries and and, uh, you know a lot of noise as you know um but uh but also um you know what what really matters at the end of the day is is just execution so we've just quietly as you said gone about um you know building uh building the business and and and building capability in the rockets and you know as of today I think we're the third most frequently launched rocket in in the world and um and and you know continue to grow.

Dave (Host) (01:33)
Why was this your goal of all the things you could do?

Sir Peter Beck (01:37)
Oh, look I mean, from from a very young age, there's two things I was very passionate about. One is engineering and one is space and if you combine those two things together, and rise them to the peak, um then you end up building rockets for sure. So um so yeah look um it's it's always been it's always been a passion.

Dave (Host) (01:52)
Can you take me back to that moment? What was your first inspiration about space?

Sir Peter Beck (01:57)
Well actually, it's one of my youngest childhood memories so, and, I remember standing outside with my father and he was pointing to the sky and and, uh you know, noted that every one of those stars in the sky, the Sun, and pretty much and and uh and has planets around them and there could be, could be somebody staring back at you, and that just that just kind of scale of the vastness and the unknown was, is really, really what captivated me.

Dave (Host) (02:20)
That's inspiring. So you launched two different rockets from two different hemispheres in one weekend. How significant accomplishment was that?

Sir Peter Beck (02:30)
Yeah well, I, look um you know, launching rockets in quick succession has has become come somewhat normalized but, uh, but I don't think anybody's done it from, you know, under 24 hours in two hemispheres um from either side of the planet um in in short succession. So that was a, it was a great milestone and, uh you know, they were completely unrelated missions. It's

1

just, uh, you know we've got a bunch of customers and we're busy and we just uh had to light light up two launch pads um uh and uh and let it go.

Dave (Host) (02:56)
Just keeping your head down and grinding. I love it. So I see out of the way of up, what's next? What's in store on December 18th?

Sir Peter Beck (03:04)
Yeah so this is a customer um you know it's it's one of our largest uh you know constellation customers, a customer out of Japan. Um and uh you know we actually signed a deal with them, uh, earlier this year for 10, 10 launch block by and this is just, uh, making good on that. So this is a, you know, synthetic aperture radar constellation. Um and uh you know we've, we've launched them I think five times already previous to this so, uh you know, great, uh, a great customer.

Dave (Host) (03:31)
Who's your biggest customer?

Sir Peter Beck (03:34)
So our customer base basically kind of bisects into 50% government and 50% commercial. Um so we do a lot of work for for the US government, um uh, on a number of, uh, programs both National Security and civil, so you know a number of missions for NASA. Uh and then, you know, commercial customers, uh, range quite quite frankly from, you know, the big blue chip primes that, defense primes, that you would expect. Uh right through to I think, um uh, one of one of my favorite missions was we we launched a little one new CubeSat for, uh, California Irvine high school students so really a pretty broad spectrum.

Dave (Host) (04:08)
It is indeed and you've arguably blown by giants like Lockheed Martin, even Boeing. What's allowed for that, do you think, and how big picture have you done things differently than others?

Sir Peter Beck (04:20)
Yeah well I think, look launch launch is always a thing that that that everybody gets excited about right? It's the big fiery stick roaring to the sky, but actually two-thirds of our business is a space systems business which is, you know, that that's building satellites and infrastructure in orbit. So the one thing that makes Rocket Lab a little bit different is, um, you know we've obviously talked a lot about the rockets, but, uh we're an in to in space company. So what that means is a customer can come to us and say, "Hey I want this thing, this communication, or this Earth observation thing from orbit, and we're we're one of the very few companies that can design the satellite, uh, use all all the company's own components to build the satellite, and then once it's built, launch it on our own rocket and then, once it's in orbit, actually operate it for our customer to just provide data. So you know, you think, about the traditional way you go to space is you have to become an expert in in in orbital dynamics and and build a spacecraft and then, procure launch and then, you know, be an expert in operating spacecraft and orbit. Well, that we we we just don't think that's the the way of the future, so we've created this kind of end to end solution here where, um, you know, we're like like the one stop shop for for space.

Dave (Host) (05:25)
And what is your ultimate goal here with Rocket Lab?

2

Sir Peter Beck (05:30)
Yeah well, if if you look at the space industry you can think about it in three different pillars. So you have launch, which is, you know, really really critical um and that's about a, you know, $10-20 billion TAM. Then you have, uh you know, space systems or or satellites or the infrastructure. That's $20 to $30 billion TAM. And then you have applications, and that's a $320 billion TAM. Applications being all of the things that you you do from space. Um so you know, for example, all the services that come from come you know come from from space. And ultimately what we're trying to do is is position ourselves to to provide those services, um, because obviously that that is that's you know much much lar- larger market opportunity. But, it's pretty disruptive when you have the ability to build your own satellite and launch it well, um. You know, the time frame and the cost that you can build those those infrastructure plays in is is just, you know, far shortened so it becomes very competitive at that point.

Dave (Host) (06:24)
As inspiring as a rocket launch is and space is, what are those applications you're referencing? So many people wonder, why are we spending so much money on space? So practically speaking, what are those things we hope to accomplish?

Sir Peter Beck (06:40)
Look and that's a great question. And I think, um, space is hidden infrastructure so you know apart from a little, a little dot might streak across the sky, you really don't see it. But the reality is, um you know, it, we use space in our everyday lives all of the time, um you know. You, if you, turn off GPS, you know, your pizza doesn't turn up even so, um you know, it's it's tremendously integrated into everyday lives. But I think, uh you know, what what's been really exciting for me to watch over the last sort of, you know, five years or so, five to 10 years, is that a lot of, you know, companies that are that are not natural owners of of space infrastructure are becoming that. Uh you, you think about the the Amazon Kuiper constellation to provide internet, uh, down on Earth. You think of, uh uh you know, Apple's, um you know, satellite-enabled uh iPhones now. Um direct to mobile communications. Um Starlink is another great example I mean. Uh you know is is SpaceX now still a, still a space company or is it a telecommunications company? And I think that that that that really proves the power of, you know, having the ability to build a a satellite and then launch it by yourself is that, you know you, it becomes blurry whether or not you're a space company or a telecommunications company or or an application company. And I think honestly that is what all the big space companies of the future are going to look like.

Dave (Host) (07:55)
Interesting. Is space tourism a part of your ultimate model? Do you think there will come a point in time 20, 30, 40, 50, 80 years from now that people could live in space?

Sir Peter Beck (08:07)
Yeah look it's not, it's not currently part of our, uh you know, current trajectory in saying that you know the neutron rocket that we're developing, uh right now, which is a medium class you launch vehicle is is human-flight capable, um. But right now, if I look across it, there's really one customer being NASA. And there's a, you know, there's one-and-a-half really good providers of human space flight, uh, in the US. So it's kind of a limited market and a well-served market today. But I definitely, definitely think that, uh, in the in the future, you know, as, uh, as more things kind of uh you occur in low Earth orbit, um, obviously the Space Station is is predicted to become a commercial kind of venture at some point. Uh then, there'll be a lot more destinations

3

and and a lot more, uh, a lot more customers, um, for space tourism. And and I think it become a real market, but but right now it's a, it's a very, you know, constrained market really is it with with one government customer.

Dave (Host) (09:02)
Yeah, Boeing has had some several stumbles in this space. Do you believe they'll exit?

Sir Peter Beck (09:08)
I have no idea, um you know. I'm worried about Rocket Lab, worried about their business.

Dave (Host) (09:13)
Yeah, and I'm at the New York Stock Exchange, so I'd be remiss if I didn't ask about your stock prices which has also been a relative rocket ship. More than 300% increase this year alone still more room to run? Is this a good time to invest in Rocket Lab?

Sir Peter Beck (09:27)
Yeah look, I mean I think part of that is is, you know, we just quietly execute and and within the space industry, it's fair to say that, you know, a number of companies came public and and and, you know, didn't exceed uh didn't do well. Um, and you know, we just quietly executed meter numbers and and uh continue to grow um significantly year on year and and um, you know, the the shareholders are getting rewarded for for for their patience in us in that in that respect. But I, I would say that, you know, if if we, we look really look at Space X as our biggest competitor right? Um and uh, they're clearly the leader within the industry. Um their valuation is somewhere between $250 and $350 billion. Rocket Lab's valuation is less than 4% of that, um, and as those two companies start to, you know, start to to look less and less dissimilar, then, you know, I think you would expect to to, you know, to valuations to to probably track, um, track, you know, the the the the [inaudible] as well.

Host Dave (10:25)
Can you justify anything near a $300 billion valuation for SpaceX?

Sir Peter Beck (10:32)
Well look I mean, SpaceX is, you know, it's not a public company so so you, it's it's you, I don't think anybody really knows the the numbers in the books. But but clearly they've been very successful and continue to raise capital at at ever ever-increasing valuations and, and and look, created a very very high value. And and you if you, if you, if you think about how many, how many companies have access to space on a frequent basis. Uh and right now, you know obviously SpaceX are the leaders. Um it goes SpaceX launches the most, most amount of rockets to space. Then it's China. Then it's Rocket Lab. Uh then it's Russia. Then it's Europe. So um you know it's it's it's a very very constrained, uh, capability and a very very, you know, unique and and in-demand capability.

Host Dave (11:20)
And regarding SpaceX,  how concerned are you about Elon Musk's relationship with President Trump? The possibility that he'll use that influence to box down companies whom SpaceX compete with, namely Rocket Lab?

4

Sir Peter Beck (11:36)
Uh not not really at all. I mean, uh uh look, I I I think there's enough checks and balances in there and, and you know, this is this is at the end of the day that's that is that is democracy. So, um uh, I don't think there'd be too much tolerance for any funny business by by anybody. Um and you know, I think I think the things that that they [inaudible] stands for are the things that are great for the industry. Um you know, uh, much more efficiency and um you know much more commercial uh kind of capture of the opportunities to to drive down costs and, and uh and and, increase capabilities. The- these are all the things that that we, you know, that we stand for also. So, um, look I'd be very surprised to see any funny business there for sure?

Dave (Host) (12:17)
What has Elon meant to the private space race?

Sir Peter Beck (12:20)
Oh make make no mistake. I mean he, he, he has he's plowed the path right? Um uh you know, uh, we we we was at the beginning, you know, a few very you know large kind of um primes that, uh you know, that that really you know command any price. And uh uh and and, it was a very un- very kind of government focused, uncommercialized industry. So I think, um I think, SpaceX has has has really, uh you know um, led led the way in that respect. And uh, you know um, it tremendous, uh trem- tremendous credit to Elon and the team over there. And and uh look we we're just drafting him behind and hopefully we can be number second.

Dave (Host) (13:02)
Pete, I got to take at least a minute, because what you've done is so inspiring, to ask you - best business advice you either either learned from someone or the best business advice you offer to others who are starting a new business, trying to reach a goal similar to what you're doing.

Sir Peter Beck (13:21)
Well, I mean it's going to sound incredibly elementary, um, but but re- really make sure that the product you you want to build is the product people want. Um and I know that sounds crazy but in the space industry, I've seen so many companies where, you know, our space guys are often technologists right? So we get all wound up in in the technology and develop the coolest thing. Um and, you know, a lot of companies have developed really cool stuff and really cool technology, but nobody cares. Like there's no market for it. Um and you often find where, you know, people are trying to, you know, force technology and and kind of create markets as a result of their technology rather than actually solve problems. Um and I think that's part of the reason why we've been successful is we we're very commercial and we focus very deeply on where are the market opportunities and go after them just, you know, absolutely religiously.

Dave (Host) (14:12)
Love that. And finally, you've described your mindset as a quote "healthy paranoia". How does that guide you, and what are your thoughts as related to failure?

Sir Peter Beck (14:23)
Yeah well, I think in this industry you you have to be paranoid about failure, um, because it's like everything's either perfect, um or, you know, it's international news. Um so that there is no middle out- middle kind of outcome here. Um and uh so, so as a result, um, you know, you just you just have to be over everything all of the time and, um, be very respectful of of the energy that you're dealing with and, um uh, and and you know, the product, the complexity of the

5

product. Uh and, you know, I think if if if you take a "she'll be alright" kind of attitude to uh to the space industry, you end up on the wrong side of history.

Dave (Host) (14:58)
Love that. Uh, Sir Peter Beck, CEO, founder of Aerospace company, Rocket Lab, in Auckland, New Zealand. Really appreciate the time look forward to coming out and catching a launch. The Cheddar team would love to be there for one.

Sir Peter Beck (15:10)
Love to have you.

Dave (Host) (15:11)
Thank you Sir. Appreciate your time Pete.

Sir Peter Beck (15:14)
See you.