# EXHIBIT 6

# Rocket Lab Selected by NASA to Provide Neutron Launch Services Under VADR Launch Contract



**Long Beach, California. January 9, 2025**. Rocket Lab USA, Inc. (Nasdaq: RKLB) ("Rocket Lab" or "the Company"), a global leader in launch services and space systems, today announced a mutual agreement with NASA has been reached to include Neutron launch services to the agency through Rocket Lab's existing VADR (Venture-Class Acquisition of Dedicated and Rideshare) contract.

Rocket Lab's new medium-lift reusable rocket Neutron allows the opportunity for Rocket Lab to continue broadening access to space to deliver multiple missions across a range of orbits, including CubeSats, Class D missions, and other payloads. With its small orbital launch

vehicle Electron already on-ramped for NASA's VADR missions, Rocket Lab has demonstrated time-sensitive back-to-back launches within two weeks for the VADR PREFIRE missions and completed a similar fast turnaround of two launches in May 2023 for the VADR TROPICS missions.

Neutron is designed to provide both commercial and government customers with an alternative reliable launch service capable of deploying 13,000 kg to low Earth orbit. Neutron is tailored to deploy constellations and national security missions as well as science and exploration payloads. In addition to serving customers, Neutron is key to Rocket Lab's strategy as an end-to-end space company capable of building, launching and operating its own constellations and delivering services from space in the future.

Rocket Lab founder and CEO, Sir Peter Beck, says: "Neutron brings choice and value to the launch industry and is the ideal rocket to support NASA's goals with VADR to provide new opportunities for science and technology payloads through commercial best practice. Rocket Lab has been a long trusted and reliable launch partner for NASA missions with Electron, and we're proud to have been selected to expand on this with Neutron."

Neutron is strongly positioned to capitalize on the medium-lift launch requirements for future government and commercial missions. The selection of Neutron for the VADR contract builds on previous awards for the new launch vehicle, including an on-ramp to the United States Space Force's OSP-4 program, a separate $986m IDIQ contract. Neutron is also ideally placed to be on-ramped on to the U.S. Government's National Security Space Launch (NSSL) Lane 1

program, an IDIQ contract valued at $5.6 billion over a five-year period.

Significant progress continues to be made on the rocket's launch site on Wallops Island, Virginia, with the site's completion expected in the coming months. Production, infrastructure scaling, and both Archimedes engine and full-scale components testing is continuing at pace across Rocket Lab's various production and test facilities throughout the United States. Neutron is scheduled for its debut launch from Rocket Lab Launch Complex 3 in Virginia from mid-2025.

**ENDS**

**Rocket Lab Media Contact**
Murielle Baker
[media@rocketlabusa.com](mailto:media@rocketlabusa.com)

**About Rocket Lab**
Founded in 2006, Rocket Lab is an end-to-end space company with an established track record of mission success. We deliver reliable launch services, satellite manufacture, spacecraft components, and on-orbit management solutions that make it faster, easier, and more affordable to access space. Headquartered in Long Beach, California, Rocket Lab designs and manufactures the Electron small orbital launch vehicle, a family of flight proven spacecraft, and the Company is developing the large Neutron launch vehicle for constellation deployment. Since its first orbital launch in January 2018, Rocket Lab's Electron launch vehicle has become the second most frequently launched U.S. rocket annually and has delivered 200+ satellites to orbit for private and public sector organizations, enabling operations

in national security, scientific research, space debris mitigation, Earth observation, climate monitoring, and communications. Rocket Lab's family of spacecraft have been selected to support NASA missions to the Moon and Mars, as well as the first private commercial mission to Venus. Rocket Lab has three launch pads at two launch sites, including two launch pads at a private orbital launch site located in New Zealand and a third launch pad in Virginia.

## Forward Looking Statements

This press release contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. We intend such forward-looking statements to be covered by the safe harbor provisions for forward looking statements contained in Section 27A of the Securities Act of 1933, as amended (the "Securities Act") and Section 21E of the Securities Exchange Act of 1934, as amended (the "Exchange Act"). All statements contained in this press release other than statements of historical fact, including, without limitation, statements regarding our launch and space systems operations, launch schedule and window, safe and repeatable access to space, Neutron development, operational expansion and business strategy are forward-looking statements. The words "believe," "may," "will," "estimate," "potential," "continue," "anticipate," "intend," "expect," "strategy," "future," "could," "would," "project," "plan," "target," and similar expressions are intended to identify forward-looking statements, though not all forward-looking statements use these words or expressions. These statements are neither promises nor guarantees, but involve known and unknown risks, uncertainties and other important factors that may cause our actual results, performance or achievements to be materially different from any

future results, performance or achievements expressed or implied by the forward-looking statements, including but not limited to the factors, risks and uncertainties included in our Annual Report on Form 10-K for the fiscal year ended December 31, 2023, as such factors may be updated from time to time in our other filings with the Securities and Exchange Commission (the "SEC"), accessible on the SEC's website at www.sec.gov and the Investor Relations section of our website at www.rocketlabusa.com, which could cause our actual results to differ materially from those indicated by the forward-looking statements made in this press release. Any such forward-looking statements represent management's estimates as of the date of this press release. While we may elect to update such forward-looking statements at some point in the future, we disclaim any obligation to do so, even if subsequent events cause our views to change.