# EXHIBIT 10

Spotify

Home    What do you want    Premium    Support    Download    Install App    Sign up    Log in

**Your Library**    +

**Create your first playlist**
It's easy, we'll help you

Create playlist

**Let's find some podcasts to follow**
We'll keep you updated on new episodes

Browse podcasts

Legal    Safety & Privacy Center
Privacy Policy    Cookies    About Ads
Accessibility    Notice at Collection
Your Privacy Choices
Cookies

English

Podcast Episode

# Rocket Lab CEO on New Spacecraft, Trump Presidency, and Mission to Venus

 Leading Indicator

▶ Video • Jan 21 • 16 min 17 sec



## Episode Description

Rocket Lab CEO, Peter Beck, tala about the company's year ahead as Donald Trump enters the White House and competition from Elon Musk and Jeff Bezos grows.

Beck delves into what Rocket Lab has in store for the future, including the first launch of its new rocket Neutron and the company's mission to Venus.

The content of the video is for general and informational purposes only. All views presented in this show reflect the opinions of the guest and the host. You should not take a mention of any asset, be it cryptocurrency or a publicly traded security as a recommendation to buy, sell or hold that cryptocurrency or security.

Guests and hosts are not affiliated with or endorsed by Public Holdings or its subsidiaries. You should make your own financial and investment decisions or consult respective professionals. Full disclosures are in the channel description. Learn more at Public.com/disclosures.

Past performance is not a guarantee of future results. There is a possibility of loss with any investment. Historical or hypothetical performance results, if mentioned, are presented for illustrative purposes only. Do not infer or assume that any securities, sectors or markets described in the videos were or will be profitable.

Any statements of future expectations and other forward-looking statements are strictly based on the current views, opinion, or assumptions of the person presenting them, and should not be taken as an indicator of performance nor should be relied upon as an investment advice.

Show less

**Preview of Spotify**
Sign up to get unlimited songs and podcasts with occasional ads. No credit card needed.

Sign up free