# EXHIBIT 11

# EXHIBIT 11A

0:00
this is space mines by space news in this episode co-host David arosto talks

0:05
with Peter Beck CEO of Rocket lab we then discuss the latest news including

0:11
president Trump's new Administration and what it means for space then we wrap up with

0:16
[Music] trivia sir Peter Beck um it's good to

0:23
see you again um want to just sort of jump right into this you you grew up in

0:28
one of the southernmost towns in the world right on the southern tip of New

0:34
Zealand and I remember the last time that we spoke you were telling me like one of your sort of earliest childhood

0:40
memories was walking outside under the stars with your dad and wondering if

0:47
someone else might be looking back at all of us and I just maybe that might be a good place for us to start and how

0:53
that how all of that really played into the creation of Rocket lab and your really your own personal Journey yeah I

1:00
think that's that's like my overview effect moment you know as astronauts go up into orbit and they look back at

1:05
Earth they have this overview effect where you know all of a sudden they they they become very passionate about space

1:11
and um and I think that was that was a moment for me um you know that's the earliest recollection I have of of uh

1:17
well actually one of my earliest Recollections of childhood memories actually but but certainly that was a point in time where I knew that I was

1:24
going to have a career in space no matter what yeah did he just take you out there just sort of on a regular

1:29
basis that was sort of your deal sort of nightly strolls under the under the stars yeah well he was an amateur

1:34
astronomer himself and and uh so so so you know for sure there was was always

1:41
plenty of plenty of discussion around the dinner table about about space you know in in a lot of my conversations

1

with folks particularly you know former president of Sierra space Janet kavand and others um they sort of all hearken

back to these Early times in childhood often times in places that were devoid of artificial light and it was just sort

of it's it's often just sort of those those indelible um imprints and early

memories in childhood that that seem to set this trajectory um towards space because it is sort of a ponderous type

of type of Industry at its core isn't it yeah I I agree and I think inside all of

us we have we we we all have a passion right and it's and it's just about you know discovering that passion and some

people are very lucky like me to discover that very early on in their life and and some people it takes a little bit longer but um you know I

firmly believe that you know you're all you're all good at everybody's good at something and everybody has has some

kind of passion or or or desire to to to do something with their life and you know I was lucky to like I said lucky to

find that very early well let's let's talk about that because you know I'd love to find out sort of what drives you

because clearly it's it doesn't strike me you don't strike me as the sort who's driven by money um you know money makes

things work and makes things effective and opens opportunities but um in interviews that that I've seen you uh

before and just our own previous conversation what what gets you up in

the morning what what like what is what's pushing um pushing you in in s of these day-to-day endeav yeah I mean look

you know I have an aid interest in space but I think uh probably the fear of failure is is the is is you know

probably one of the driving forces right um and uh you know to be successful in this industry you need to be somewhat

2

paranoid um and and always thinking of you know potential failure vectors so uh

so yeah look it's it's you know it's clearly something I'm passionate about but um uh you know what what I wake up

in the morning about thinking about is you know how can we have the biggest amount of impact possible and um you

know impact is a is kind of you know you know it's it's a function of time as

well it's it's it's kind of you know effort over time and the longer that you Do It um then the bigger impact you'll

have so you know for me you know trying to build a you know a long you know an enduring space company a multi-

generational space company is is is is super important and while I might not be

you know personally motivated by um you know by by my own wealth um you know we

are a public company and in order to build a company that is uh you know is able to survive and and Thrive for for a

long period of time you have to build a profitable company so um one of the things I think that's unique about about

rocket lab is that um you know we yes we're all engineers and we love building

you know lovely uh things and and and and doing cool stuff in space But at the

end of the day we're also very commercial and uh you know the in in an industry where a lot of people get very

passionate about about space and about technology um you know we we we are

about that for sure but equally so we're passionate about building business and building a sustainable uh business that

that uh that will be around for a very long [Music]

time inlight is a leader of space integrated avionics enabling seamless

Communications networking cyber security and processing unrival quality and

cuttingedge solutions push the boundaries of what is possible in space

3

inlight cyber secure space avionics you know a friend of mine to to

your earlier point A friend of mine has this this this comment where she says even when things are going well just

maintain anxiety yeah so Speak Easy in this industry very easy in this industry

seemingly right but let's let's talk about the engineering aspect of this because you know former head of NASA as

Pete Warden said were maybe one of the best Engineers he had ever met um and I and i' I've seen you sort of quote it

elsewhere particularly about rocket lab itself that that says there's just sort of this almost Relentless focus on

engineering and that having a boss as an engineer um is advantageous and there is

there's some natural corollaries there with with SpaceX so you know what does that sort of mean to you in in terms of

both rocket lab but also sort of this this broader Paradigm that we be seen with a lot of these new commercial space

companies that are headed not necessarily by mbas but by Engineers who

are just you know trying their hands of building a business in space yeah look I think that's a really

good point and I think there is there is a really tight couple between good engineering decisions and good business

decisions and especially in the in the Rocket game is that uh you know if you make a a bad engineering decision very

very quickly it's a bad business decision because you know consumes so much capital and and so much time uh and

uh you know so so I think I think that's that that is that is super important um you know to to you know to have those

those those correlations and and be able to wear those jewel hats because um you know what might be a suboptimal

engineering decision can be the best business decision and you know sometimes they're they're synergistic and

7:20
sometimes they're in Conflict um and being able to Wed away through that and and chart a path I think is is super

7:27
super important but I mean maybe good corer in terms of some of the the other missiles that you're developing or you

7:33
know rockets that you're developing not missiles but uh Neutron is is is is obviously a big one right I mean this is

7:39
your your medium LIF launch vehicle that eventually going to come online I I think I I'd like to kind of

7:47
talk about that in in a broader scope because you've talked about you've talked about rocket lab not being a

7:53
launch company and not being a satellite company but rather a space company and so you know I'm curious what what does

7:59
that mean where do you go from here and so what's the what's the broader Vision

8:05
yeah yeah so I mean frustratingly so it's always been incredibly clear and and and transparent as a pain of glass

8:11
to me that um you know the space business is going to start to look a little bit blurry about what is a space

8:17
business and what is a Services business um because you know access to space is so constrained it's so difficult to do

8:23
there's only been a few you know companies that have marked it and scaled it throughout human history uh and you

8:29
know even today you know you you would think 50 60 years on it would be it would be a

8:34
solved problem but but yet it's still really really challenging and and I think you know if you have the ability

8:40
to uh you know vertically integrate and build any spacecraft that you wish and then go and launch it at scale and at

8:46
frequency your ability to put infrastructure which in turn as services in orbit is unparalleled to anybody else

8:54
and you know I think uh you know you've seen the rise of of of starlink as the best example of this right um if you're

5

9:00
in commercial comms right now you're not having a good time um because you know starink is eating everybody's lunch and

9:07
you know if you if you stand back objectively and say well how could you compete with that well the only way you can compete with that is if you have

9:13
your own unfied access to space at at a at a low cost and your own ability to build a spacecraft at scale and at at a

9:21
low cost and that that's you know that's what it looks like for comms right now and I'd say that's what it's going to look like for many many space services

9:28
in in all but I and to to that effect in terms of just the general competitive nature just finding those sort of

9:36
collaborative environments in which you're working with other companies to kind of Leverage your your your respective skill sets and respective

9:42
infrastructure seems to be a part of of Rocket Labs current business model at at this point because it's you know

9:49
starlink and and you know when when you even look at you know Chinese um comparison networks I mean they were

9:54
just so big in in in comparison to everybody else that's seems like a just

10:01
a natural tact um I guess one is is that is that accurate and two if so that is

10:06
that sustainable yeah I mean uh look it's it's true that that scale in this

10:11
industry is really really important especially when you go after those applications and you know I guess our approach has been a little bit different

10:17
to to you know to to others um uh you know one you know one competitor you

10:24
talk about has essentially infinite access to Capital and then the other one is a government so essentially infinite

10:30
access to Capital um we've never had infinite access to Capital um so we we

10:36
uh we have to follow ER Ernest Rutherford's famous saying which is we have no money so we have to think so if

10:42
you look at if you look at you know the way that rocket lab is constructed it its business um you know we methodically

10:48
went about small launch then then you know we we methodically went about uh building Space Systems and if you look

10:54
at our Space Systems group it's it's a lot of component systems at scale then it's it's full satellites at scale and

11:02
then you Neutron is kind of the last piece of the the puzzle here to to you know to gain multi-ton access uh you

11:08
know high frequency Cadence access to to orbit so you know our our approach is is

11:13
is kind of a little bit more subdued and methodical um but nevertheless you know our ambition remains you know identical

11:21
at the end point you know when we talk about sort of broader infrastructure and

11:27
what what's what Rocka laab with is positioned to be in terms of just sort of a space company you see you know

11:33
terms like lunar economy CIS lunar economy you know sort of broader questions about uh putting data centers

11:40
up in space just by virtue of how much is being processed and kind of you know do do some of that that processing

11:45
function in situ um locals rather than kind of bringing it all back and it it

11:52
it really starts to speak I mean if if transs continue in in terms of just a a radically different environment up there

11:58
than than even 10 years ago perhaps even five years ago what does that look like to to you what

12:05
does it look like for Rocket lab but but more broadly what does it look like when you have just a lot of Machinery up

12:11
there a lot of new commercial space stations up there and and potentially a lot of um humans up there both in space

12:18
stations that potentially are commercially run um but also you know potentially on different

12:24
planets yeah I mean it's look it's a super exciting time to be alive you know I used to always lament that I was born

12:30
you know out of the Apollo area era because that was going to be you know historically the most significant time

7

in in human space flight or or you know in in space his space flight history boy

was I wrong I mean I think you know now was an incredibly exciting time if not

the most exciting time I mean uh some some some kid from the bottom of of nowhere in New Zealand can run a space

company I mean that's that's that that's a craziness right um so I think it's it's a super exciting time I I honestly

believe the you know the biggest thing to be done in space is is yet to even been thought of let alone executed so I

think there's a tremendous amount of opportunity and ambition and and excitement you know in in the generations to come and we're really

only getting started um now I will temper that with um with with all of that promise and hope and excitement

comes comes a lot of rubbish also and you've seen a tremendous amount of capital flow into the space industry and

uh quite literally actually get lit on fire um for for for no return so uh it's

only you know the space industry in my opinion is a little bit short on execution um you know tons of ambition

and T tons of kind of excitement a little bit short on execution um but you

know that that's that's that's the way of of you know discovering a new domain and and and uh you know it's it's it's

probably no different to when we first set set you know Sail on the oceans um and started exploring world uh in that

sense I'm sure there was a bunch of crack pop missions that that occurred out of there too but NE nevertheless the

point remains you know I think this is a super exciting time to be alive uh within the space industry and there's

there's there's a lot to come and that leads me to this sort of next question

so those of us who are interested in interplanetary travel your quote unquote

8

nights and weekends project is probably among the most exciting I mean it really is I'm I'm obviously talking those who

don't know I'm talking about Venus and what looks to be the first private Mission there you're going I find this

almost ironic in the sense you started sort of looking up at the stars and wondering if people were looking back at us and then this is going to be looking

for signs of life or at least you know organic molecules that might be in the upper atmosphere so just just sort of

set the table for me a little bit tell me tell me about that and and why you're doing this yeah absolutely well I think

you think you hit the nail on the head really I mean it look I think the one of the one of the biggest questions for

Humanity to you know ask and answer is are we the only life in the universe and I think that's a really meaningful

question to you know to ask and answer and you know if the answer is yes then well perhaps we should treat a little

bit little bit more carefully um if if the answer is no that's also super important and if we look across our

solar system you know where are the likely probabilities to to be able to find life um there's a very interesting

layer in in Venus's clouds about 50 km altitude uh where there's been some uh

some some discoveries of of phosphine you know somewhat contested uh and in that in that particular Cloud layer it's

it's kind of good enough to to be able to you know support some forms of life some extremophiles if you will so uh

armed with that that kind of information we teamed up with Sarah Seager and and you know a bunch of MIT science people

and developed an instrument called a nifometer uh and we you know developed a spacecraft a cruise stage in and a probe

to uh to descend into Venus's atmosphere and and take some measurements if you

9

will you know a go noo gauge for for life and um and and have a crack you

know it is it is a privately funded philanthropic Mission um and so that's

where the nights and weekends come from we've got we've all got real jobs to do um but uh you know I think if if you can

go there and and you don't find life I think that's super interesting if you go there and you did find life I I think

that's that answers one of the biggest questions in in in our history is yes there is other life in the universe and

I think that's important to know but but moreover if you can find Life In The Clouds of Venus there then I think you

can pretty you know pretty conclusively draw that um life is going to be prolific throughout the Universe it's

not it's not you know not just on Earth or not just on Venus and I think that's also that's it's also important to know

I find it crazy that the Soviets have gone there as many times had gone there as many times as they actually landed on

Venus people know about this it's just didn't last long obviously and it

certainly was not crude by any stret but just to do that from an engineering perspective is just massive massive

scientific uh accomplishment I mean you know when you get lower in the atmosphere in Venus it's it's almost

like a liquid so you know it can take hours for the probe to descend through these these heavy dense gases and land

on the surface you don't even need a parachute because the atmosphere is so thick that you just gently touch on the ground all right that's wild all right

last question as as we sort of wrap this up this is this is quite possibly the most important question of the afternoon

so so so brace yourself oh God are you Star Wars or Star Trek

guy oh well so I only ask I've heard this is a question they actually ask at

10

Nasa for for new applicant so s ger question in this in this industry either

way I'm going to f 50% of of of uh of Space Geeks but uh so William Shatner

Captain Kirk actually opened a New Zealand facility um and I got the chance to spend some time with him and the the

most amazing uh person you you could imagine so um by by uh By You Know by

that metric I I have to say have to say you don't have a choice you don't have a choice no no all right Peter Beck thank

you so much for joining us thanks so much [Music]

inlight is a leader of space integrated avionics enabling seamless

Communications networking cyber security and processing unrival quality and Cutting

Edge Solutions push the boundaries of what is possible in

space inight cyber secure space

avionics now for space takes where our hosts tackle the buzziest industry

topics okay Mike let's get into some headlines sure well the number one thing

this week everyone's talking about the new Trump Administration the inauguration uh yesterday you saw Elon

Musk and Jeff Bezos they could have been there for a whole bunch of reasons I know a lot of folks are pointing hey

this is signs of New Life in uh in the Trump Administration when it comes to

space but one thing that I think is is really interesting and we' and we've heard a lot about is what this is going

to mean for the space industry we've seen all sorts of folks particularly in the military space community and the

weather Community saying like Hey we're expecting a new way of doing business and they're they're really thinking that

things are going to get revitalized and new ways of doing business new players being

introduced there still have to be winners and losers there's not going to be contracts for everyone but um it's

going to be it's going to be interesting to see the mechanics of doing business have may changed uh over the the next

couple of years what what was what have been some of your takeaways from you know it's funny I mean my takeaway is

actually came be before inauguration frankly just in terms of how bullish in the investor Community seems to be on

the Trump Administration and just you know you see reports that you know include things like uh SpaceX intuitive

machines and red wire and and then you you punctuate it with this commentary

about planting the Stars and Stripes on planet Mars and it you know it's it's

it's kind of yeah yeah yeah it's just sort of this it almost you don't know what to make of

it right it's kind of is it this Brave New World in terms of space met investment exploration is it just sort

of running up the score in terms of we're going to do this we're going to do this um yeah I don't I don't quite know

but but I think it's got a lot of people within the space Community excited about it yeah and there's there's lots of

ambition there and I think the key will be like in any Administration the key will be matching that ambition to

accomplishments into reality and production timelines and all the other kind of nitty-gritty that go with but

there's a there's a question of structure too right like there's a question of structure here because we saw like even in terms of the interim

administrator like there's just confusion in in terms of like right out of the gate out of this you know who's

leading what um you know we've got Jared obviously that still is waiting the wings to be confirmed here but you know

12

I mean these grammatic approaches to space flight and human exploration matter they certainly do even in this

commercial structure in this s new age that we have so I I wonder where that rubber meets the road so to speak in

terms of the the actual efficacy of of this you know this new Administration yeah and and the last point there is I

think we've seen a lot from uh maybe traditional space companies Legacy space

companies about how this could be done and there's been a ton of Interest obviously from Silicon Valley and how

will they do that and just quite frankly Washington and Silicon Valley don't do things the same way and so someone's going to have to bend or someone's going

to have to break and it's going to be done differently well now that you have somebody actually who's you know maybe

not from Silicon Valley now obviously down in Bach Chica and and in Hawthorne

but you know you've got more of that integration within the space industry with Elon Musk having an office on White

House grounds you know I don't know that in in recent memory at least that we've had you know someone who is such in

charge of such a behemoth amount of uh of space contracts that also had an office right there in the White House so

you know questions of of conflicts of interest sort of loom large in this but you know I think maybe transitioning

here one of the interesting things is that there's just been a lot of news this week and last week about space we

had those two robotic lunar Landers one from Firefly um the other one from the Japanese company ipace making a bid for

the the lunar surface you got ined machines at the end of February so I mean what what are you what are you thinking about in terms of the so-called

lunar economy that's developing well I think and it kind of goes back to our last discussion too right like is this

13

happening like is this a reality is are we making progress

towards you know like you just said a lunar economy is that a couple years ago

that was kind of a laughable term right like a lunar what does that mean and like is that the the the the bits of a moon

rock I can buy a museum store no it's like it's this huge huge uh huge million

tens of hundreds of millions of dollars if not billions of dollars already in what's being spent so so I think the

question there is like is this real yes it seems to be this this last week shows

even more so it's it's very real and then the question just becomes how much

more spending is going to going to follow and how quickly it's going to happen I you know I

thought well I mean to your point I I got the sense that when I heard the term lunar economy I you know I mean

Washington and various Industries love to throw around their sort of nonsense terms that you know get investors

excited and you know sort this galvanizing moment and a new cernac Revolution that's going to take hold and

you know change our our focus and sense of our own place in the universe and you know a lot of that's exciting and and a

lot of that's you know you wonder if it's BS or not but I I remember I was talking to um a few people at Pentagon

and and they made a point that's it's hard to argue with in the sense that if China is there which it seems very clear

the Chang missions especially the CH I believe seven coming up up next year

there's going to be an economy that follows but at least by by virtue of some of the federal contracts that the

US and other um Rivals and adversaries are going to be sort of looking to and so that sort of ratcheting up on on

either sides in in it of itself might create sort of the downstream effects that lead to the kind of economy that

14

24:57
we're actually talking about and then that coupled with the idea of going Tom Mars I mean it's it's a it's a pretty

25:03
exciting time well and and to add to that I think if China's there like the

25:09
US certainly wants to there there there's absolutely no appetite to be second to the Chinese in in anything

25:15
right now so one other thing that happened last week that is obviously part of all this excitement I think is

25:21
the new Glen launch too what were what were some of your takeaways from that because you know what I'm hearing what

25:27
I'm seeing there's an awful lot of enthusiasm from the space Community for that and I think part of it driven just

25:34
by they want to see competitors they want to see signs of a healthy space

25:40
economy and when there's someone else besides SpaceX um they feel like hey this this

25:48
really is taking off how we're expecting it's not just one or two or three players it's going to be many many

25:54
players I mean I think that's I think that is the significance really of of new Glenn in the sense that we talk

26:00
about Leo we talk about Geo um low earth orbit geostationary orbit um um it it

26:07
there's there's a question of you know who takes us there and for the longest time it it's been the the Falcon 9 UM

26:16
Falcon Heavies which are sort of the Workhorse of of the SpaceX Fleet I mean increasingly they're developing Starship

26:22
which is you know it's got everybody sort of excited just in terms of the volume that that that craft can take U

26:27
and and the cargo capacity that that the craft can take into space but you know when when you have a single Reliance uh

26:34
an overwhelming Reliance on just one single company it makes a lot of people

26:40
nervous it it makes you know disruptions sort of more vulnerable we saw that when SpaceX started there was nervousness

15

26:46
about like oh is there room for a player and SpaceX ended up being that player

26:51
yeah yeah but I mean now you're talking about a little bit more Diversified space and it's not just new Glenn right I mean rocket lab is is is also sort of

26:57
moving in to sort of that rival territory with their Neutron Rockets so

27:02
you know it's just every year people say this right like this is the year for their

27:08
respective industry I think this year actually is when it comes to space Not

27:13
only in terms of what new Glenn represents not only in terms of like the the the lunar capacity of of these

27:18
various companies but that coupled with the fact that you have uh a man in the

27:24
White House the so-called buddy and chief that is is at the helm of of of a new Administration that has in

27:30
the inauguration made a mention of planting human footprints on Mars um

27:37
that's remarkable I mean statements like that are are big but when it comes in the inaugural address of a new

27:43
presidency you go to you got to take notice yeah the other thing I had to add to that is last year we saw more

27:49
launches than we've ever seen before and the global space economy grew maybe just

27:55
a few percentage points but still largest it's ever been so yeah a lot

28:01
going on it's going to be a big year space Loop let's close the loop with trivia and audience perspective on this

28:07
week's space news Well NASA said this week this is a

28:13
bit of trivia for for all of you watching at home here they they said this week that astronauts aboard uh the

28:19
ISS were set to swab the exterior of the station for microbial life microbial

28:25
life in space if that doesn't get your interest I don't know what will but here's the here's the question and you you'll be able to see this um you see

28:32

16

the answer on on some of our social accounts if you follow those but what what is the primary goal of that or

perhaps what is the more realistic Endeavor of that experiment is it a to

test the growth of crops in space you everybody watched The Martian with Matt Damon and they saw him growing potatoes

in the Martian landscape um is it B to examine whether spacecraft release

microorganisms and how they behave in space is it C to study the effects of

space radiation on bacteria or is it D my favorite to find new forms of life on

the Moon um pay attention to our social channels and you'll be able to find the answer there and we'll also make mention

of it in in our subsequent podcast that's on I have no idea I'm

gonna have to think hard on that one um the one other item I'd add is we spent a

lot of time talking about what we expect from the Trump Administration uh we want to hear what what you're

thinking about where where you think there could be giant Leaps and Bounds

and where there may be setbacks and where there could be some surprises so email us at spacs SPAC news.com and

we'll read some of the most interesting answers uh on the podcast in the next couple weeks that's right and if you

have topics or guests that you think we should be speaking to also let us know but um that's it for us I'm David

arosto I'm Mike Bruce and thanks for for joining us here on Space mines

17

# EXHIBIT 11B

Introduction (00:00)
This is Space Minds by Space News. In this episode, co-host David Ariosto talks with Peter Beck CEO of Rocket Lab. We then discuss the latest news including President Trump's new Administration and what it means for space. Then we wrap up with trivia. [Music]

David Ariosto (Host) (00:21)
Sir Peter Beck, um, it's good to see you again um. Want to just sort of jump right into this. You you grew up in one of the southernmost towns in the world right on the southern tip of New Zealand and I remember the last time that we spoke you were telling me that one of your sort of earliest childhood memories was walking outside under the stars with your dad and wondering if someone else might be looking back at all of us and I'm just - maybe that might be a good place for us to start and how that, how all of that really played into the creation of Rocket Lab and your really your own personal journey.

Sir Peter Beck (01:00)
Yeah I think that's that's like my overview effect moment you know as astronauts go up into orbit and they look back at Earth, they have this overview effect where you know all of a sudden they they they become very passionate about space and, um, and I think that was that was a moment for me um. You know that's the earliest recollection I have of of uh well actually one of my earliest recollections of childhood memories actually. But but certainly that was a point in time where I knew that I was going to have a career in space no matter what.

David Ariosto (01:27)
Yeah, did he just take you out there just sort of on a regular basis? That was sort of your deal, sort of nightly strolls under the, under the stars?

Sir Peter Beck (01:34)
Yeah well he was an amateur astronomer himself and and uh so so so you know for sure there was was always plenty of plenty of discussion around the dinner table about about space.

David Ariosto (01:45)
You know in in a lot of my conversations with folks particularly, you know, former president of Sierra Space Janet Kavandi and others um they sort of all hearken back to these early times in childhood often times in places that were devoid of artificial light and it was just sort of it's it's often just sort of those those indelible, um ,imprints and early memories in childhood that that seem to set this trajectory um towards space because it is sort of a ponderous type of type of industry at its core isn't it?

Sir Peter Beck (02:19)
Yeah I I agree and I think inside all of us we have we we we all have a passion right? And it's and it's just about you know discovering that passion and some people are very lucky like me to discover that very early on in their life and and some people it takes a little bit longer, but um you know I firmly believe that you know you're all you're all good at everybody's good at something and everybody has has some kind of passion or or or desire to to to do something with their life and you know I was lucky to, like I said, lucky to find that very early.

1

David Ariosto (02:48)
Well let's let's talk about that because you know I'd love to find out sort of what drives you because clearly it's it doesn't strike me you don't strike me as the sort who's driven by money um. You know money makes things work and makes things effective and opens opportunities but um in interviews that that I've seen you, uh, before and just our own previous conversation. What what gets you up in the morning? What what like what is what's pushing um pushing you in in sort of the day-to-day endeavors?

Sir Peter Beck (03:18)
Yeah I mean look you know I have an [inaudible] interest in space but I think uh probably the fear of failure is is the is is you know probably one of the driving forces right? Um, and uh, you know to be successful in this industry you need to be somewhat paranoid. Um and and always thinking of you know potential failure vectors. So uh so yeah look it's it's you know it's clearly something I'm passionate about but um uh you know what what I wake up in the morning about thinking about is you know how can we have the biggest amount of impact possible? And um you know impact is a is kind of you know, you know it's it's a function of time as well. It's it's it's kind of you know effort over time and the longer that you can do it um then the bigger impact you'll have. So you know for me, you know, trying to build a you know a long you know an enduring space company, a multi-generational space company is is is is super important and while I might not be you know personally motivated by um you know by by my own wealth, um you know, we are a public company and in order to build a company that is uh you know is able to survive and and thrive for for a long period of time you have to build a profitable company. So, um, one of the things I think that's unique about about Rocket Lab is that um you know we, yes we're all engineers and we love building you know lovely uh things and and and and doing cool stuff in space, but at the end of the day we're also very commercial and uh you know the, in in an industry where a lot of people get very passionate about about space and about technology um you know we we we are about that for sure but equally so, we're passionate about building business and building a sustainable uh business that that uh that will be around for a very long time.

Advertisement (05:07)
[Music] Innoflight is a leader of space integrated avionics, enabling seamless communications, networking, cyber security, and processing. Unrivaled quality and cutting-edge solutions push the boundaries of what is possible in space. Innoflight - cyber secure space avionics.

David Ariosto (05:38)
You know a friend of mine to to your earlier point - a friend of mine has this this this comment where she says even when things are going well just maintain anxiety yeah, so to speak.

Sir Peter Beck (05:49)
Easy in this industry. Very easy in this industry.

David Ariosto (05:53)
Seemingly right? But let's let's talk about the engineering aspect of this because you know former head of NASA [inaudible] Pete Worden said you were maybe one of the best engineers he had

2

ever met. Um and I and I've seen you sort of quoted elsewhere particularly about Rocket Lab itself that that says, there's just sort of this almost relentless focus on engineering and that having a boss as an engineer um is advantageous and there is- there's some natural corollaries there with with SpaceX. So you know, what does that sort of mean to you in in terms of both Rocket Lab but also sort of this this broader paradigm that we've seen with a lot of these new commercial space companies that are headed, not necessarily by MBAs, but by engineers who are just you know trying their hands of building a business in space?

Sir Peter Beck (06:40)
Yeah, look, I think that's a really good point and I think there is there is a really tight couple between good engineering decisions and good business decisions. And especially in the in the rocket game is that uh you know if you make a a bad engineering decision very very quickly, it's a bad business decision because you know it consumes so much capital and and so much time. Uh, and uh you know, so so I think I think that's that that is that is super important um, you know, to to, you know, to have those those those correlations and and be able to wear those dual hats because um you know what might be a suboptimal engineering decision can be the best business decision. And you know sometimes, they're they're synergistic and sometimes, they're in conflict um and being able to weed your way through that and and chart a path I think is is super super important.

David Ariosto (07:28)
But, I mean maybe that's a good corollary in terms of some of the the other missiles that you're developing or, you know, rockets that you're developing, not missiles. But uh Neutron is is is is obviously a big one right. I mean, this is your your medium lift launch vehicle that eventually is going to come online. I I think I I'd like to kind of talk about that in in a broader scope because you've talked about you've talked about Rocket Lab not being a launch company and not being a satellite company but rather a space company. And so you know, I'm curious what what does that mean? Where do you go from here? And so what's the what's the broader vision?

Sir Peter Beck (08:05)
Yeah yeah so I mean frustratingly so. It's always been incredibly clear and and and transparent as a pain of glass to me that, um you know, the space business is going to start to look a little bit blurry about what is a space business and what is a services business. Um because you know access to space is so constrained, it's so difficult to do. There's only been a few you know companies that have mastered it and scaled it throughout human history. Uh and you know even today you know you you would think 50, 60 years on it would be it would be a solved problem, but but yet it's still really really challenging. And and I think you know if you have the ability to uh you know vertically integrate and build any spacecraft that you wish and then go and launch it at scale and at frequency, your ability to put infrastructure which in turn is services in orbit is unparalleled to anybody else. And you know I think uh you know you've seen the rise of of of Starlink as the best example of this righ?. Um if you're in commercial comms right now you're not having a good time um because you know Starink is eating everybody's lunch. And you know if you if you stand back objectively and say well how could you compete with that? Well the only way you can compete with that is if you have your own unfettered access to space at at a at a low cost and your own ability to build a spacecraft at scale and at at a low cost. And that

3

that's you know that's what it looks like for comms right now and I'd say that's what it's going to look like for many many space services in orbit.

David Ariosto (09:30)
To to that effect in terms of just the general competitive nature just finding those sort of collaborative environments in which you're working with other companies to kind of leverage your your your respective skill sets and respective infrastructure seems to be a part of of Rocket Lab's current business model at at this point. Because it's, you know, Starlink and and you know when when you even look at you know Chinese um comparison networks. I mean, they were just so big in in in comparison to everybody else. That seems like a just a natural tact. Um I guess one, is is that is that accurate and two, if so that is that sustainable?

Sir Peter Beck (10:07)
Yeah I mean uh look it's it's true that that scale in this industry is really really important especially when you go after those applications and you know I guess our approach has been a little bit different to to you know to to others. Um uh, you know, one you know one competitor you talk about has essentially infinite access to capital and then the other one is a government so essentially infinite access to capital. Um, we've never had infinite access to capital um so we we uh we have to follow Ernest Rutherford's famous saying, which is "We have no money so we have to think." So if you look at if you look at you know the way that Rocket Lab is constructed it its business. Um, you know, we methodically went about small launch then then you know we we methodically went about uh building space systems and if you look at our space systems group it's it's a lot of component systems at scale then it's it's full satellites at scale. And then you, Neutron is kind of the last piece of the the puzzle here to to you know to gain multi-ton access, uh, you know high frequency cadence access to to orbit. So you know our our approach is is is kind of a little bit more subdued and methodical. Um but nevertheless you know our ambition remains, you know, identical at the end point.

David Ariosto (11:23)
You know, when we talk about sort of broader infrastructure and what what's what Rocket Lab is positioned to be in terms of just sort of a space company you see you know terms like "lunar economy," "[inaudible] economy," you know, sort of broader questions about uh putting data centers up in space just by virtue of how much is being processed and kind of you know do do some of that that processing function in situ, um, locales rather than kind of bringing it all back. And it it it really starts to speak, I mean, if if trends continue in in terms of just a a radically different environment up there than than even 10 years ago, 11, perhaps even five years ago, what does that look like to to you, what does it look like for Rocket Lab, but but more broadly what does it look like when you have just a lot of machinery up there, a lot of new commercial space stations up there and and potentially a lot of, um, humans up there both in space stations that potentially are commercially run um but also you know potentially on different planets?

Sir Peter Beck (12:24)
Yeah I mean, it's, look, it's a super exciting time to be alive. You know I used to always lament that I was born you know out of the Apollo area era because that was going to be you know historically the most significant time in in human space flight or or, you know, in in space his space flight history. Boy, was I wrong. I mean I think you know, now is an incredibly exciting

4

time, if not, the most exciting time. I mean uh some some some kid from the bottom of of nowhere in New Zealand can run a space company - I mean that's that's that that's a craziness right. Um so I think it's it's a super exciting time. I I honestly believe the, you know, the biggest thing to be done in space is is yet to even been thought of, let alone executed. So I think there's a tremendous amount of opportunity and ambition and and excitement you know in in the generations to come and we're really only getting started. Um now I will temper that with um with with all of that promise and hope and excitement comes comes a lot of rubbish also and you've seen a tremendous amount of capital flow into the space industry and uh quite literally actually get lit on fire um for for for no return. So, uh, it's only you know the space industry in my opinion is a little bit short on execution. Um, you know, tons of ambition and ton tons of kind of excitement a little bit short on execution um but, you know, that that's that's that's the way of of you know discovering a new domain and and and uh you know it's it's it's probably no different to when we first set set, you know, sail on the oceans um and started exploring world. Uh, in that sense, I'm sure there was a bunch of crack pop missions that that occurred out of there too but nev nevertheless, the point remains, you know, I think this is a super exciting time to be alive uh within the space industry and there's there's there's a lot to come.

David Ariosto (14:13)
And that leads me to this sort of next question. So those of us who are interested in interplanetary travel. Your quote unquote nights and weekends project is probably among the most exciting. I mean it really is. I'm I'm obviously talking those who don't know I'm talking about Venus and what looks to be the first private mission there. You're going- I find this almost ironic in the sense you started sort of looking up at the stars and wondering if people were looking back at us and then this is going to be looking for signs of life or at least you know organic molecules that might be in the upper atmosphere. So just just sort of set the table for me a little bit. Tell me tell me about that and and why you're doing this.

Sir Peter Beck (14:53)
Yeah absolutely. Well I think you think you hit the nail on the head really. I mean it look I think the one of the one of the biggest questions for humanity to you know ask and answer is are we the only life in the universe. And I think that's a really meaningful question to you know to ask and answer. And you know if the answer is yes, then well perhaps we should tread a little bit little bit more carefully. Um if if the answer is no that's also super important. And if we look across our solar system you know where are the likely probabilities to to be able to find life. Um there's a very interesting layer in in Venus's clouds about 50 km altitude uh where there's been some uh some some discoveries of of phosphine, you know, somewhat contested uh and in that in that particular cloud layer it's it's kind of good enough to to be able to you know support some forms of life some extremophiles if you will. So, uh, armed with that that kind of information we teamed up with Sarah Seager and and you know a bunch of MIT science people and developed an instrument called a NIFometer uh and we you know developed a spacecraft, a cruise stage, and a probe to uh to descend into Venus's atmosphere and and take some measurements if you will you know a go-no-go gauge for for life and um and and have a crack. You know it is it is a privately funded philanthropic mission um and so that's where the nights and weekends come from. We've got ,we've all got real jobs to do um but uh you know I think if if you can go there and and you don't find life I think that's super interesting. If you go there and you did find life I I think that's that answers one of the biggest questions in in in our history is, yes there is other life

5

in the universe and I think that's important to know. But but moreover if you can find life in the clouds of Venus there then I think you can pretty, you know, pretty conclusively draw that um life is going to be prolific throughout the Universe. It's not it's not you know not just on Earth or not just on Venus and I think that's also that's it's also important to know.

David Ariosto (16:54)
I find it crazy that the Soviets have gone there as many times, had gone there as many times as they did, actually landed on Venus. [inaudible] most people know about this. It's just – it didn't last long obviously and it certainly was not crude by any stretch, but just to do that from an engineering perspective is just wild.

Sir Peter Beck (17:11)
Massive massive scientific uh accomplishment. I mean you know when you get lower in the atmosphere in Venus it's it's almost like a liquid. So you know it can take hours for the probe to descend through these these heavy dense gases and land on the surface. You don't even need a parachute because that atmosphere is so thick that you just gently touch on the ground.

David Ariosto (17:31)
Alright, that's wild. Alright last question as as we sort of wrap this up. This is this is quite possibly the most important question of…

Sir Peter Beck (17:39)
Oh no.

David Ariosto (17:40)
… of the afternoon. So so so brace yourself.

Sir Peter Beck (17:41)
Oh God.

David Ariosto (17:42)
Are you Star Wars or Star Trek guy?

Sir Peter Beck (17:45)
Oh well so.

David Ariosto (17:48)
I only ask- I've heard this is a question they actually ask at NASA for for new applicants so it's a germane question in this in this industry.

Sir Peter Beck (17:55)
Either way I'm going to offend 50% of of of uh of space geeks. But uh so William Shatner, Captain Kirk, actually opened a New Zealand facility. Um and I got the chance to spend some time with him. And the the most amazing uh person you you could imagine so um by by uh by you know by that metric, I I have to say have to say…

6

David Ariosto (18:16)
You don't have a choice, you don't have a choice.

Sir Peter Beck (18:17)
No no.

David Ariosto (18:20)
Alright. Peter Beck, thank you so much for joining us.

Sir Peter Beck (18:22)
Thanks so much.

[Music]

[Interview with Sir Peter Beck ends.]