# EXHIBIT 12

# EXHIBIT 12A

**Sir Peter Beck's Rocket Lab Journey**

0:00
[Music] kiwi's Love at First like Finn we're making

0:07
[Music] waves generate switch online

0:14
[Music]

0:20
today sir Peter Bick welcome to my podcast oh it's a pleasure to be here D um how how does that it's only been like

0:26
six months ago that you got the the the sewer title The Nigh Hood how do how does it sit with you uh it's very odd to

0:32
be fair it's very odd and and and it take takes a while to to to kind of you know process that and uh obviously a

0:40
huge honor but you know the way I look at this one is it's is it's for all the the entrepreneurs and and engineers in

0:46
the country because there's not that many of them that that that get a title so you know I take great pride in the

0:52
fact that it's it's it's for a it's not I don't really think it is for me I think it is is for those for that you

0:58
know type of people is it your email off no what about when you fly and the the

1:04
forms you have to fill on sewer no no oh come on lean into it it's only the

1:10
people I don't like then you got to call me sir if I don't like you then then that's that's when you know it's it's um

1:16
great to have you here uh you've been like a this is going to sound like an ncus but it's it's it's factual you've

1:22
been like a dream guest for the podcast and I happened to bump into you a couple of weeks ago at this Art Gallery in pel

1:28
of all places so I went on up and introduced myself and um uh like I got the surprise of my life like you you

1:34
said you you're familiar with the podcast which was really yeah it was yeah no I I really really enjoyed the

1:40
work so you know congratulations on on building a great a great platform yeah oh likewise and um I said to you I'd love

1

1:47
to get you on the podcast and you you um Palm me on to Morgan who's your vice president of communications and I

1:53
thought that was going to be the end of it I thought this is Sir Peters get out of jail free card but she responded the the the that same and we locked in the

2:00
date and here we are yeah there you go yep system works and I've done um so much research on you the last couple of

2:06
weeks I Reon I've just about read and watched everything there is to see about um Peter bck um one one thing I've

2:12
noticed is like there's not a lot of personal stuff online is that is that by Design or is it because the like the interviews you do they're just way more

2:18
interested in this amazing company you've built no I mean it's it's it's it's by Design I mean um uh I try and

2:24
keep you know a family life out of out of the rocket business and and um and

2:30
that's a conscious decision uh you know it's it's it's a tough enough Thing by yourself let alone you know dragging

2:36
your your family all through it so um so you know I I um I try and separate those two possible so what does an average day

2:43
look like uh well it's I don't know it's just so you know America starts at at sort of

2:50
3:00 a.m. in the morning um you know quite often there'll be a few I really try and avoid the 3:00 a.m. morning

2:56
meetings those ones throw me a bit two is fine and and four four is fine for whatever reason three I really struggle

3:02
with um so the day starts pretty early and um uh and then you know America wakes up and and uh and then you know

3:08
goes to sleep and then New Zealand goes to sleep when New Zealand goes to sleep we don't have any operations in Europe

3:14
thank God because if it was in Europe I wouldn't be zero chance to get in your sleep because I saw a quote online from

3:20
um the Nvidia co-founder and CEO Jensen and he said um I work from the moment I

3:26

2

wake up till the moment when I go to bed and I work s days a week when I'm working I'm thinking about working and when I'm working I'm working does that

sound sounds about right does it really yeah my uh my my family have got photos um of me every family holiday every

every time it's just like the family joke there's there's everybody doing an activity and there's me St stood to the

side on my cell phone and uh it's you know there's photos of of of us all around the world as a family um doing

that but it's like it's it's the way it is like you don't achieve something big on on kind of an 8 to five you know 5

days a week kind of timeline if you want to achieve something big it just has to be all consuming you just love it that

you've just got like dead aim de aim you've got this goal and you know what you want to do and nothing's going to stop you yeah I mean I I think it's it's

it's really important what we're trying to achieve and and um yeah I mean it's tremendous amount of type three fun um

but uh what's type three fun oh it's the fun you know type one fun is just actual fun and then type two fun is is like

it's not that fun at the time but but you know you're still relatively enjoyable and then type three fun is like it absolutely sucks the whole time

and then maybe a couple of years later you look back on it and go oh that was actually fun I've never heard that before where

did that come from well I don't know I thought everybody knew that yeah um how well how well known are you in New Zealand like do do you know do people do

people come up to you and have selfies and you know are you aware when you go to restaurants and things of people sort

of staring at you or what do people come up and talk about yeah I mean um yeah yep that that happens that happens um a

bit um yeah a little bit how does how does that sit with you

oh used to be you know super odd but um but people always have just the loveliest things to say um so uh and you

3

know being a public company now so many people have uh you know are shareholders in the company and and uh you know so

they feel like they have a little bit of that ownership as well so you know it's always it's always always been really

really lovely I mean uh so yeah that um the public company thing

yeah so I I bought some stock in rocket lab when it first went on the NZ deck when was that by the way 2021 21 yeah

yeah and it sort of went down and then it's just sort of been sitting there very small amount in my sh's account

doing not much yeah then um earlier this year I had Paul Henry on the podcast and he told me I should put some money on

Rocket lab so I put some more money in and it's gone exceptionally well for me and I'm um I've got 600 shares in the

company how many do you have I there's about about 10 10% just a

bit over 10% of the company yeah so the um are you are you comfortable talking about this

you the the sheares and the the stake of the company and stuff well yeah I'll

tell you if I'm not yeah okay okay cool so the the night we met at the um the gallery and Parell um like you became a

billionaire overnight on paper yeah yeah but you made like you went to sleep and then overnight you made like $200

million or something crazy like that yeah I mean I guess I don't really think

of it like that I mean as as you say it's it's it's on it's on paper um and

uh you know we we we're trying to trying to build value you know in in the company for for everybody to be honest

with you the more satisfying thing is is um is seeing a whole bunch of uh you know staff all of a sudden uh all their

hard work being recognized and and also investors who who have been along for the journey that's that's much more gratifying than than you know seeing

4

some things on a paper for you yeah you're just not driven by by by the money at all if I if I if I

wanted to make a billion dollars I could have think of a thousand things easier to do than this so for me that's not the

motivation um of course uh we're a publicly traded company so we need to maximize value for the shareholders yeah

but I mean for me personally um the thing that that wakes me up in the morning with a you know a jump in my

step is that the space industry is one of the few things in the world that you can have tremendous amount of impact and

the way to think about the space industry is is it's like infrastructure so when you put up a satellite into

lowth orbit you know it provides say it's a weather satellite um it provides weather uh down to people on Earth great

but the reality is it provides weather to literally millions if not tens of millions if not billions of people down on Earth and I don't know any other

infrastructure project that you can do that has so much impact like uh if you

go and build a new Harbor Bridge Crossing right um that's great it affects everybody in Oakland doesn't matter a toss of someone inago but it

affects you know a relatively small amount of people in a positive way but you put something into space and every

90 minutes it is orbiting the planet and every 90 minutes you have a chance to have a huge impact so the the kind of

projects that we've got to work on are just incredible I mean uh you know we

with's a good good example um National Security missions where people's lives matter um uh Communications missions

Earth observation missions you name it we've we've had a part in a lot of those things and then in the Space Systems

division uh you know we we built all of the solar cells for the James web telescope um some of the the NASA probe

are going to the sun right now they're all our solar sales on on there as well Mars Ingenuity helicopter all of the all

of the surface Rovers have rocket lab components on them so we get to play in in just the most amazing things that

have just tremendous amount of impact yeah and then there's there's other stuff you're doing I got a I got a

um DM on Instagram from someone and um I've paraphrase it here on this card um but it said sued is a legend on the East

Coast uh so generous to the area during Cyclone Gabriel my dad has been an employee at Rocket lab in Mahia cleaning

at the launch site and looking after staff houses he loves the company and their values so it's not just the stuff

you're doing you're doing up there you're doing like a great job down here on the ground as well um yeah that must

be like incredibly gratifying it is it is yeah know that it it is and it's and and I think that's yeah I mean uh look

the technology is is is exciting all the of it but um you know at the end of the day as I was growing up um the only

message I had from my parents is have the most amount of impact you can have with your life because you're here for a

short period of time and and you know that is that is a measure of success is is is how much impact can you have to

people to society to the planet um in the time you've got on this planet so um that's that's kind of The Guiding Light

I I notic you just rolled one of your hours before we get and you you did mention in vagle as well so we'll get into your Roes because I I that's part

of the story um that's part of the suped story that that I that I love like I had my cousin on the podcast a few weeks ago

Sonia Williams she's one of the founders and um three of sheres yeah great and

she's from Levin and I I said to her you know part of the inspiring thing about your story is that there might be some

6

kids sitting in W college that I don't know when you're in a small town it's hard for other people to understand but

you do have these sort of limiting beliefs to it agree I think you must find it like being from not really I

think I think a lot of people do like they I don't I know maybe it's sort of changed now you and I are a similar age but I feel like you you know there is

something about being in a small town that or a small City that sort of holds you back a little bit never for you never never for me never for me I I mean

I was lucky to grow up an environment where anything was possible um you know if I if I came home and uh you know said

that I was I was going to build a rocket for example um it wasn't you know I'll be careful with that I'm not sure you

should do that um you know that that could be dangerous it was well if you're going to build one make sure you build a

really really big one so there was never any any kind of um you know ceiling if

you will on what we could achieve as boys um you know in in in my child but but you even got that from from I know I

know a story about the school the school calling your parents and saying oh oh yeah yeah yeah like Peter's dreams are too big yeah what was the story with

that you talked about this in a TED Talk yeah know so I mean I I knew exactly what I was going to work in the space industry and um and what

age like Secondary School no it it was earlier than that I mean I I don't know I remember writing a report um on

Haley's Comet um and that must have been you know in in standard four or whatever year that is now I can't remember but it

was like 86 that haly's Comet was yeah something like that yeah yeah yeah so no I always knew I wanted to work in this work in the space industry and and work

have something to do with space it was it was was very clear now what what was less kind of clear was how I was going

to get there but you know the goal was to go and we at finessa and um uh and so

11:56
you know when when when it came to you know the obligatory careers you know advisor session and I'm like yeah I'm

12:02
going to go work for Nas I'm build rockets and do this stuff and and you know I was very good with my hands um uh

12:08
in in the workshop and uh you know in in vagle the thing you do if you're good with your hands is you go and be an

**Growing Up With Big Dreams**

12:13
apprentice at the Ty aluminium smelter um so you know I I was like you'd be a great welder and I'm like yeah I can

12:19
weld but um but you know I've got bigger aspirations than that and and and so the

12:25
um did the careers counselor like call your parents and yeah yeah they called them in we need to have Pete Pete's got these unrealistic kind of expectations

12:32
here you know we need to need to just make sure he doesn't go off the rails I think and and I remember we all just sat

12:37
there and just nodding away and then we knew there was no conversation on on the way home in the car and there was was

12:44
there was no acknowledgement of what we said and we just carried on like I think you know everybody just thought there was a crop of [ __ ] that is so cool of

12:51
your appearance and then there's um yeah then there's other um like adults that were on on your side like I heard I read

12:57
a story about um Mr child yeah grandchild's yeah your technology teacher yeah yeah um and he talked about

13:04
just what a wonderful student you were and he mentioned you and two mates um he gave you like the keys to the workshop

13:09
basically he literally just fisted over the keys to the to the school workshop and we were in there all days all hours

13:15
of the night all weekend uh just welding and turning and machining and and just building stuff yep have you seen him

13:21
since or anything I haven't seen Graham for quite some time but um but but yeah i' yeah it was a few years since I've

13:27

seen Graham yeah that's a huge huge honor it's a it's really like I think that shows a lot of trust like giving a

school yeah yeah yeah yeah like yeah I mean I imagine now it would be pretty difficult for someone to just you know

give you the keys to the school health and safety and how M of issues um what

else have I got yeah four years ago you did a um um an AMA on Reddit do you

remember that no no it wasn't you well it could have been but oh yeah lot happen since then I so four years ago

I'm assuming it's you it seemed legit um this is a quote from you in a comment form rocket Labb is about 30% finished

still much more to do yep so fast forward four years where are we at I I I

keep the Go 100% 100% I think it's it's it's a baseball cap with a Moira bar on a string for sure yeah it just just

keeps on keeps on moving and I think um uh yeah you you you you you set out you

set out a goal and then you go and achieve it and then and then there's always always the bigger thing it could even be a disease so you so you're

always going to be at 30% finished it feels like it yeah it does feel a little bit like it yeah well there's always

going to be like another Frontier yeah yeah yeah yeah well I mean uh the projects just get bigger I mean we we we

built electron and then now we're building a big rocket Neutron uh you know and now we're we're chasing after

you know a multi-billion dollar program finess of doing Mass sample return to try and bring samples off the surface of

masss so there's the opportunities keep getting bigger so the aspirations keep getting bigger M and another

four-year-old quote this from your Ted Talk uh launch frequency is the absolute most important thing MH and funnily

enough just like a couple of days prior to us doing this podcast uh you had two successful launch missions in less than

24 hours yeah from two different hemispheres even Elon hasn't done that do you do you know do you know Elon have

you met yeah yeah yeah yeah yeah what's he like oh he's a great engineer and uh yeah great business great businessman

for sure yeah yep so yes so SpaceX is a lot bigger than rocket lab B are you

like the number two number two space company yeah I think I think we're it depends on what metric you want to use

um you know if if you look at pure Revenue um there's probably Ula is bigger than us but is with respect to

like launch Cadence and and kind of what people generally uh expect um will be uh

you know the the real competitor um it's it's sort of generally yeah so you've

met him you've hung with him yeah is he all right all right guy he's an intriguing guy I'm I'm um I'm a big fan

of the the stuff he's done but I've listened to the audio book of um that I think Walter isacson did of him

which is a very thorough book um he's a very very complex man as we probably all know is he sort of like a nous a nem

what's the word nemesis Nemesis yeah no I mean the the crazy thing about the rocket industry is it does attract um

you know the these kind of folks and and uh you know you've got Elon and Jeff probably our two biggest um competitors

um but but you know in their own rights uh you know super passionate people super uh you know super driven to to

achieve those things and um I maybe it's the South thing but um it's people are

just people right it's just it's they're just normal people with their own their own drives and aspirations and and

whatnot and um yeah I mean I don't I wouldn't call them nemesises or or

anything they're just they're just you know people doing a similar thing but you wouldn't be caught dead in a Tesla

16:54
or do you have an X account yeah yeah yeah I have an X account yeah yeah no I

17:00
I I don't have a Tesla though I prefer internal combustion I'm old school so

17:05
um yeah how do you feel with with each launch like do you do you get anxious with it and when it goes well is it Rel

17:12
no I hate launch absolutely hate a launch it's terrifying yeah no why just like your stomach tuning

17:19
nerves or yeah yeah well I don't puke in the toilet anymore so we've moved we've moved on from there but you have to

17:25
understand that when you're launching someone's satellite that that can be you know more often than not you are you you

17:31
they may as well just you know pass over the keys to their company to you because if you screw that up um you know and put

17:36
their satellites in the drink or or or destroy them then their business can be over um so it's tremendous

17:43
responsibility um and uh you know um it's it's it's very very difficult to do

17:49
there's really only two private companies in the history of this planet that have that have managed to scale so

17:55
um there's there's a there's a lot writing on every launch and and I'm I'm a naturally uh um you know a very

18:04
um what's the word I care a lot um so paranoid I guess is the right word so

18:11
I'm naturally very paranoid person so um you know that launch day is not not an

18:16
enjoyable day so the puking in the toilet thing how long was that for oh probably the first 30 flights something

18:22
like that what are we up to now oh 56 oh my God so I'm get better recently yeah

18:27
no I'm getting B yeah and and leading up to it you like what would you what would

18:33
your wife say like are you a pain in the ass to be around like you know your bundle of nerves or oh yeah you can tell

18:38
that there's something on your mind yeah yeah yeah everyone knows launch day don't don't you know don't go near Dad just just leave them alone I just go

11

18:44
quiet yeah you're like an all black on the day of a test or something like that well it is it is like that though I mean a

18:51
launch is a huge orchestrated event I mean uh we have to monitor space weather we have to close down airspace we have

18:57
to close down Marine space um you know these a typical launch is one year in the making from when the customer first

19:03
comes to see you to the day you launch it's about one year and you know in that you're you're optimizing orbits you're

19:09
creating structures you you know sometimes you got to change the rocket um there's International uh licenses you

19:15
have to get local licenses you have to get it's a huge huge event and then you know that's why I think people tune into

19:22
a live stream the watch launch and it goes and and watch it goes away and and you know go on with their life but actually what you see there is a year of

19:28
work by hundreds and hundreds of people to make that to make that a success and the stakes are very high very high yeah

19:35
yeah yeah yeah so um I went out to to rocket lab last week um for a tour and

19:41
it was um it was touch and go as to whether it was going to be on or postponed um because there was a launch

19:46
that was potentially happening um at around the same time so where where are you for that are you sometimes watching it like at home on on a screen or are

19:53
you always at work or well I mean you know it depends on on I am around the

19:59
world is is to where I watch it but I I've certainly never ever missed a launch absolutely not wow yeah just

20:05
going back to that um tour of your factory like I think most new zealanders would be surprised by what's going on there like it's amazing it's um it's

20:14
it's incredible so used to be the Avante bike Factory yeah yeah yeah and um now you're making Rockets there and it's

20:20
everything is made on site like there's no you're not buying bags of screws from t-o or anything like that there was even

12

the you better explain this better than me but um there's almost like like a a hardware store inside rocket lab so if someone wants to go and get some screws they need to go to this hardware store inside the rocket La Factory and get them because if the wrong screws are in the wrong holes or something it's going to screw everything up yeah yeah well you take a screw um we we can trace that screw to when it was made where it was made right down to the material certification which will say at which steel mill that that particular piece of metal that that screw was made out of and that that's just the level of deta you have to go to uh because a rocket has uh you know a safety Factor at Best of 1.2 meaning if something can stand 100 PSI uh you know at 102 PSI uh it's exploded so or 120 PSI it's exploded so you know the safety factor is is is really low on everything so you know you put the wrong screw in there that that that you know slightly less duct tile or whatever um you can fail the rocket I mean it's it it it's literally you know one screw can can bring it down yeah another big surprise to me was um first of all uh how many staff were wearing like rocket lab merch and um there were a lot that weren't so I'm guessing it's not a mandatory thing you but yeah so they're wearing it by choice because they love being there and they love being part of the company everybody's super proud of of of the company and they should be because you know their their their work is is absolutely incredible and and it's one of the peculiar things about the rocket industry is that uh you know your launches are every launch is is followed by by thousands and thousands of people and uh if you have a good day then you know it's thousands and thousands of

people have watched and that's great if you have a bad day you are on CNN NBC you're international news around the

22:10

world so you know um so they should have a lot of proud a lot of Pride and and um

22:16

in in in their work and and what they achiev because it's amazing I mean and then in that factory one rocket rolls off that production line every 18

22:23

days yeah and you got massive 3D printers and yeah it's in and yeah everyone looks so happy and um it's the

22:30

most yeah it's the most I I I suppose I was expecting it to look more sterile lots of white boiler suits or something

22:36

I don't know but there was um people wandering around in like Nike Nike shorts and you know Warriors t-shirts

22:42

and in each different Zone there was a different U boom playing a different genre of music it's a a very very kywi

22:48

looking setup yeah yeah and and I think if you go across you know all of our divisions I mean uh so the New Zealand

22:54

Factory there's there's about 700 people there and there's about 2,200 in the company across five different states in

23:00

the US and if you go you go everywhere there you'll see the Black Walls and you know everyone everyone wearing the merch

23:05

and and a similar thing um you know there is there is there's no ties and and stuff at at at Rocket lab I mean

23:12

that doesn't help the machine go faster how much time do you spend on the floor these days or you busy on the phone and

23:18

and boardrooms oh look I I try and spend as much time on the floor as possible I mean on electron floor not very often

23:23

cuz those guys are are just machines they're just just cranking um but we're you know I'm still the engineer for the

23:29

company so um you know Neutron our big rocket is our biggest project so um you know I'm I'm I'm all over that um both

23:36

in the US and and New Zealand so uh and and to be honest with you that is a fa my the best part of my job is is uh you

14

23:43
know getting getting getting you know hands on and amongst the W amongst the ways putting putting engines together

23:49
and solving problems that's that's the best part of the whole job [ __ ] yeah you love it oh and um the coolest um I think

23:56
Reception Area I've ever seen in a business New Zealand it's amazing so did did it did it remind you of 2001 the

24:02
Space Odyssey as you walked in uh I'd seen an interview with you

24:07
beforehand and you explained that so um I can't I can't remember the movie exactly but um it was just it's just

24:14
really cool it feels like suddenly you're out of space and there's a big glass window there with a bunch of people like getting ready for this

24:19
launch that's happening somewhere else in the world it just um like I'm I'm familiar with you and I've you followed

24:25
the sueter big junor and what you've been doing but I probably had really no idea of the scale of what was going on

**Rocket Lab Culture and Work Ethic**

24:30
here in this Factory in little old New Zealand well that's littlest Factory in the whole place is yeah yeah yeah but

24:36
you turn into this um into the street in what's this is it Mount Wellington yeah you turn into the street in the Suburban

24:42
Mount Wellington and suddenly it's just it's hard to find a park on the street rocket lab Sho people don't like us about that yeah we're not very popular

24:49
with the neighbors right now oh God I bet I bet but um yeah what you what are

24:54
you as someone that spends a lot of time in New Zealand and now that's a that's rocket leue USA it's what it's called

24:59
now um but it's a New Zealand company and you're from inago well we actually we flipped into being a US company in

25:06
2013 when I started to raise Capital out of Silicon Valley in the states and then you know New Zealand is a is a subsidary

25:12

of the US entity yeah right but you see this factor and it definitely has the feel of new coming what what do you

think of the big differences between like New Zealand and the US I think new zealanders are much more willing to take

uh risks in in in areas that they don't know anything about um and I think you know the old adage um where you know

kiwi has to do everything is is very very true so if you go around a lot of our us factories you'll find in a lot of

senior leadership positions there a lot of kiwis um and uh you know the the

cultures are are different but similar in in a lot of respects and you know the cultural elements of just work hard and

and and and make [ __ ] happen and all that are kind of consistent but I'd say the one thing that that we we tend to

notice is um is the kiwis tend to be a little bit maybe it's you know like if

you're if you're a kiwi you know unless you build your own deck there's there's something the matter with you and and

you know you have to learn you know you should know how to concrete and you should know how to put posts in and you should know how to deck and and all of

those kinds of things and I think that's probably one thing in in the New Zealand culture that's a little bit different to the US culture is is you know you tend

to have like a concrete expert and a [ __ ] expert rather than someone who's willing to just go she'll be right and

and start you know go to High equip and get a postle driller and just get stuck into it yeah that sounds like a pro what

about the cons have have you what have you sort of experienced in the way of like toall poppy um yeah to be honest with you so I

don't think T poppy exists with Mom and Dad at home I think to Poppy only exists in the media um because you talk to your

average mom and dad at home and they they want everybody to succeed I actually only think it's a construct

from um maybe there's a little bit controversial but that construct of of New Zealand media um that because they

seem to you know want to cut people down but I think your average joeblow at home

loves to see people being successful I love that that's a really good take I've never thought of it like that yeah how's your run being with the

media in New Zealand uh well I mean we don't do much um uh you know um we we do we do fear

bit of international media but even then we don't we don't really do much I mean uh this is only I've done um certainly

in New Zealand but you know not not many even in in the world so um we don't we don't we don't do it a ton and I think

that's probably a little bit one of the the things about rocket lab compared to some of our competitors is we just sort

of quietly go about getting stuff done um rather than making a big song and dance yeah I feel like it's a missed

opportunity for the um potentially the New Zealand media here I'm not sure if they've been trying or if it's you know thanks but no thanks on on your behalf

but yeah like it was astonishing for me having a look around this Factory and just seeing what's going on in little on

New Zealand like I I was walking around your you know your workshop with goosebumps quite friendly like it's it's

made me really really [ __ ] proud to be in New Zealander oh awesome it's great yeah it was so cool and I feel like it's yeah let's get S Peter B on a

on one of the the dollar bills no one day no but like what what

you're doing and also the back story which we'll get to now like being from um you know the bottom of the [ __ ]

South Island like it's it's simply remarkable like you you've dreamed big um you know too big for your school

**From Stars to Rocket Bikes**

teachers and you're actually doing it you're following through and it's it's the coolest thing you're you're very very humble about it yeah how does like

28:36
praise like this someone pissing in your pockets that with you it's not yeah no move on move on please okay all right

28:42
early years yeah so um inago earliest memories oh earliest memories of

28:50
inago one of my earliest memories honestly is um my father took me outside

28:55
and it's probably the Catalyst for the for for my interest in space and I can remember freezing cold South night but

29:01
super clear skies uh standing out there and him pointing at the stars and and explaining to me that those stars were

29:08
Suns and uh those Suns could have planets around them and this could be somebody on one of those planets staring

29:14
back and looking at you and um you know you know when when astronauts go into space and uh they look down on the earth

29:20
they they have this thing called the overview effect where they see the Earth for the first time as this fragile little marble and you know it's a

29:26
life-changing experience and and all that that that was that for me that that that point for me was like wow yeah

29:33
actually that that's that's pretty big to comprehend and and that that kind of I guess you know started the started the

29:39
fire and um continues to you know kind of f me as to you know are are other you

29:46
know people in in the universe or are we are we special or are we not just not that special what sort of

29:52
age I don't know um preschool or probably probably about 5 years old I

29:57
think yeah and what do you think is are there ET around well I mean

30:03
statistically um there's the you know most likely there is intelligent life

30:09
but if you want to take the scientific method until we have actual evidence then you have to say if you want to be

30:14
scientific about it there actually there is currently no proof of life therefore there mustn't be any other life in the universe so uh until we prove that that

30:21

18

either life has existed or it does exist then um I think you know that's that's an unanswered question I'm not going to

argue with you yeah I I I would I would say it's um it be arrogant of us to assume that you

we're the entire universe but yeah who knows um yeah so what was the upbringing

like was it it was you your parents Two Brothers Two Brothers Y how would you describe yourself like middle class did

you share a bedroom have your own bedroom yeah I shared a bedroom very middle class yep yeah my mother was a school teacher my father was um the

director of the Southern Museum and art gallery um and uh yeah so know very very very middle class but um uh but but we

always we you know we always did stuff um and uh you know I think I think my

father always kind of um you know sort of did stuff that was at the

time I guess considered unusual um but uh and that that maybe probably I think led to the the the the feeling that you

could you could do anything what do you mean unusual well I mean uh he never went to University um

he was a geologist um and you know he he he built the Southern Museum he became

uh one of the if not the preeminent expert in in nefro Jade um and uh and

traveled the world and and and did a whole whole bunch of kind of you know amazing stuff yeah was he a sculpture as

well isn't there this like a umbrella sculpture and SC yeah they they're scattered all around the country yeah

yeah and your granddad was he was he mates with Bert Monroe yeah Tru yeah my my grandfather trale bck so uh yeah he

used to he used to yeah he hate ber Monroe because he he come to B M jump on the big motors lath and make a her of a

mess and then walk out and and you know my grandfather used to chase him out with a broom because he'd just leave a

19

mess behind Fu that's a great story that uh world's fastest Indian with Anthony Hopkins one of my favorite movies of all

time yeah great movie can you see the like the parallels between yourself and um Bert Monroe no Bert was an amazing

guy but but um his his stuff was a little bit on the Rough Side um I I it needs to be absolutely perfect for me

I'm afraid uh actually I've got a photo here contrary to that yeah but look it's beautifully made it's beautifully made

what is it can you describe what you're looking at uh that that that's my rocket bike yeah yeah but look how beautifully

made it is looks like a giant garlic breed underneath well those are those

are pressure vessels um those are those are yeah those are those are old oxygen bottles that I I got from a wer that

were uh condemned um uh that uh yeah they ended up holding the propellant

yeah so how old were you when you made that

probably 18 19 something like that and it went um something like 140 K an hour and 0 to 105 seconds or something like

that yeah it was a good ride yeah no um there's nothing like riding a rocket bike actually like if you've ever ridden a fast motorbike uh you know the

acceleration is great but it kind of Peters out as you go faster uh the air resistance increases and you know you

you you've got to you've got to you have that moment where you have to change your gear where there's a slight lapse and acceleration when you're a rocket

bike um you push the button and because you're depleting the mass the ma mass is you know the largest mass of the the the

vehicle is the propellant as you're depleting the propellant the bike gets lighter and lighter and lighter and cancels out the irr resistance in fact

so you when you when you're at the end of the burn um at the fastest speed you're feeling the most amount of

acceleration so there's nothing there's nothing on this world that feels like that you were you were quite defensive

about that and sticking up for the workmanship yeah

um and there's there's some other photos online of you testing it out at like the Festival of a speed or something um it's

lucky you're alive no no no no no see you misunderstand um that that that

looks dodgy but but actually um it's not that dodgy um you know all of that is is

is well well engineered and and you know I something like that you don't just

throw together and hope for the best because that that will end in badly so um so you know Al although it it it it

probably doesn't sound great um it was you know it was well reasoned and well engineered so there wasn't you know the

the the the biggest risk with that actually um the only thing I was really concerned about that uh was was two

things really is was falling off because and falling off is fine I was in a leather you know motorbike leather

that's fine just get along the ground for a bit um but was worried about getting burned um because that's not fun

because the you know the exhaust temperature was unpleasant um and then uh stopping it

because uh because of those Wheels they had such high surface speeds um when you put the brakes on the brakes just melted

so you had to sort of pop up and sit up for a for you know sort of five or 10 seconds to let the wind resistance slow you down before you could put the brakes

on that was that was that was a designed flaw to be fear that was less well you're owning that owning your [ __ ] good

on you um so you went to um James harest high school um how what was your school

experience like I love school yeah not particularly good at it good at the things that I could apply um so um

you know uh no but but I I would not say I was that academically strong at all um

21

but uh but once again I knew what I wanted to do and and um you know the you

know the mess that was relevant to what I was doing at the time would be fine but if it wasn't relevant it I found it

very difficult to to you know make it work but yeah what would you like at school like

what would your peers say about you like I I went to I went to a school called P boy which is very Sports orientated um

and I look back now and I feel like everyone was subjected to some sort of bullying unless you're in like the first 15 or the first first 11 like were you

like did people how do people treat you for being like different and you know being like obsessed with the workshop

and surprisingly good for a geek cuz un shambly UNAM geek no I know no I think

and maybe maybe it it was it was an Vago thing or James arus I don't know but but no never never never never had any of

those kind of experiences um and um you know I think I I could I could make stuff so um you know I remember at at

intermediate um we had those wooden desks you may remember these wooden Des with The Inkwell at at the end and with

the with the lift up lid and the little little little slot yeah yeah yeah yeah yep and so you got to sign one of these

desks and um one lunchtime well I was worked up to it but but one lunch time I

just decided that I would would install you know a complete alarm system in that in that disc and so you know wi it up

with all micro switches and and a giant Bell and and and everything and and and had a small Optical sensor under the

bottom as well and uh of course this was great fun because everybody knew that Peter Beck's desk was alarmed up and you

just you just lift you just lift the lid like 5 mm and the and the bell go ring like that and then you just dro the lid

and the teachers like what's going on here so that lasted for like you know quite some weeks before they figured out

that this you know this this disc was was all alarmed up but no I mean why did you do that was was someone stealing

your stuff no it was just cool were you just like um like I don't

know destined to be like an inventor or something yeah I mean I think I think throughout throughout our family uh

everybody's always making stuff whether it's my father or my brothers we're always just just making stuff um so um

and uh yeah yeah so I think I think it was just natural yeah so

yes so so your dream then was to like to basically start start rocket lab or what is now no my my my dream was to go and

work for NASA right you can see you can see why your

teachers wanted to oh no actually you probably can't I was going to say you can see why your teachers wanted to manage your expectations because they

probably thought the likely of likelihood of it was very slim um and the disappointment it's going to be a

steep drop off can you sort of see from their perspective no I think that's criminal no I mean it's not a teacher's

job to crush people dreams it's a teacher's job to encourage them but you you did go to the states

yep and then basically no one no one was interested in like a kiwi walking up well I mean look we've we've missed like

decades there but but ultimately yes I did go to the States on a rocket pilgrimage and I went and visited all of

the places that I'd been corresponding with or or dreamed to work with and it was a super interesting time um and uh

you know I I turned up at like uh rocket dine which is you know a large was the

preminent rocket engine manufacturer and uh just naive as anything and you know I turned up there and started taking

23

photos of of their facilities and walked up in the reception taken photos in the reception and and you know an actual

camera yeah yeah yeah yeah and and they're like there security guards everywhere and I got escorted out of that place um they didn't you know cuz I

started asking to to talk to to rocket scientists and and what whatnot and um

you know I went out to Edwards Air Force Base uh and um same thing again you know Edwards Air Force Base is Hell ground

for for a rocket guy um and you know big security you know entrance at the front

and and it's funny I've got actually got a picture I only got one picture off um of the Edwards Air Force you know base

logo and it's all on the piss it's all on the angle um because at that very time I had my arm grabbed by a soldier

with a gun uh inquiring why I was taking photos of this military base but um just

just so so naive and um but anyway yeah I did I did go NASA and I I got you know

tour of JPL facility and and uh it was it was super depressing it was really

really depressing um because this organization that I I dreamed of working for and and I thought NASA was like it

**Entrepreneurial Journey, Disillusionment, and Epiphany"**

was in the polo era you know bunch of young Engineers running around doing the most amazing things and by the time I

got to NASA um the average age was 52 and everybody just talking about stuff that they used to do um and it just

completely lost its way um you know space shutle was starting to look like it was retiring and it was all it was

all just just really Grim so so you yeah we'll look back around to the inago

stuff but so you would you left America sort of disillusion and that's when you decided to start up your yeah that was

the the the impetus of starting it is is I sat on the plane and I also learned um I learned a couple of other things so I

24

went to the Mojave Desert which uh in the Mojave Desert there's a whole bunch of Rocket Little Rock up rocket startup

companies and I went there and I remember going there and um went to this one company and uh super cool guys and

they showed me their torch igniter that they very proud of this torch igniter for a rocket engine that the US

government had funded them through various funding it's called and it was like a million dollars of funding and

which at that time was just the most insane amount of money I've never heard of so much money and uh this for this torch igniter and they bought it out to

me to show me and it was it was this janky machined thing screwed to a piece of plywood I'm like this is a million

worth of Rocket work this is insane I can build a way you know my torch igniters look way better than this and I

got talking to these guys and you know they were having the same combustion inst stability issues as I was having with my engines and then like everything

everything was the same and so I kind of realized look I I I had this impression

that that I was at this level and everybody else was way way up at this level and um I realized that that wasn't

the case the levels weren't hugely dispar the the levels were actually pretty similar for for for where I was

at to a lot of what of these these these startup companies were doing right so like an aathy in the best sort of way

yeah yeah but uh to counter that um uh nobody nobody in America is going to

employ a kiwi that comes from a country with no space industry that has no degree and no experience in in the space

industry um you know to work in the space industry in America uh it's it's a dual use um it's called a dual use class

so B basically uh you you you have to you have to be a US citizen you can't you can't turn up there unless you get a

25

a green card or a dsp5 or you you're a US citizen so for so just the regulatory

hurdle to get in there is is enormous so in order for that a company would need

to sponsor you in um there is no chance that a company is sponsoring in a guy

with no degree from New Zealand to go and work on Rockets um so you know that that was there was that was Zero

opportunity to to go and go and do that how' we then early 20s yeah early 20s

yeah yeah yeah so were you um like depressed for a while yeah a little bit

so I remember getting I remember you know we we we basically um finished up at at JPL I think the next day we got on

the plane or might even that night got on the plane uh back from LA to New Zealand and there's you know there's nothing like 12 hours of of plane flight

to to reevaluate your life and um yeah you know it was it was a little bit

disappointing and then um then I just did the only thing you could logically do and it just just lay out logically

okay if I'm going to work in the space industry what what are the Avenues and I just just went down the Avenues and it's

like well the only logical solution here is to start my own company and and do it from New Zealand uh that that that's the

only outcome here so scri a little logo called it rocket lab and I I actually put Lab at the end because not very

imaginative names it's kind of like New Zealand how we name our Rivers like River One River two you know same thing

um I was doing rocket so it should have rocket in it and I was worried about you know being legitimate um or at least

looking real so if I put laboratory after the end that looks that looks kind of you know legitimate so that's where

the name rocket lab came from you look back R to viago then we'll

get back to this because it's a fascinating story because I I feel like that's the point most people would have given up and I think this is what sets

44:21
you apart from most people you know nothing's in the too hard basket for you um yeah so your mom in she's still in in

44:29
viago yep yep yeah is she still teaching or is she retired no no she's retired yeah she's she's old what what age did

44:35
she teach like Primary School Intermediate yeah High School yeah High School y yeah so you think she should be

44:41
the sensible one in the family the one that would sort of go okay Peter well let's just you know get an education in

44:48
case sensible in the fact that um she was she's always the one that telling us to be careful um uh but but not sensible

44:56
in the fact that you should have high aspirations was she did she go to

45:01
government house with you for the the Knighthood thing she did yeah yeah that was that was it was great yeah yeah yeah

45:07
well I feel like you you you seem fairly like indifferent about this but I feel like for like um like an aging mother

**Life Adversities and Humility**

45:14
this is this is huge yeah well I mean it it it was it was it was yeah it was it

45:20
was good and and then um you know for me personally it it was it was it was it was actually quite special because um

45:28
like you know my father had a long battle with cancer like like a lot of people unfortunately do and uh he he was

45:34
a real battler and um he he said he wasn't going to die until I got to orbit and you know we reached orbit in 2018

45:41
and 10 days after we reached orbit he died so it's amazing what the human body will do when when when it when you know

45:48
you have a goal and you can and you can work to it but um I remember you know I I was I was tasked with um you know

45:55
talking to him about the kind of final preparations and um you know Dad what

46:01
what sort of Tombstone do you want this is not a great conversation to have to be fear and I'm like oh how about a

27

giant stainless steel monolith and he's like no no no I want I want this piece of gabro and you know this this piece of

gabro uh is is a is a Precision surface table so he is the only person on this

planet I think that has a tombstone that is optically flat within two wavelengths of light um but that and but that was

cool and and you know I didn't want to leave on that that note I didn't want to

you know walk out of the room uh and and you know leave on that so I was figuring trying to think of of something you know

inspiring or nice to say uh for the end of the day um and that day someone had sent me uh an email saying a what what

you what you achieved with the you know first rocket out of the Southern Hemisphere and getting to Orit was amazing I'm going to nominate you for a

Knighthood and so I said to Dad I said oh look this this person you know said uh said he's going to nominate me for a

Knighthood and you know he was he was pretty out of it by then and and he looked up and and he said oh that's just

great and um so it was you know it was it was it was it was special to to close

that off yeah was that your last conversation with him it

was yeah so he was um 76 y when he died in 2018 so he was around to see you um

get the Kiwi Bank New Zealand of the year in 201 what did he make of that those those sorts of things my

father was very much about service I mean he he got an OB himself um he's very much about about service not those

so so those kind of awards you know they're not you know we didn't really talk about those those kinds of things I

think and and look some of those things uh you know I don't want to diminish any

of those those awards that just sounds arrogant but um you know some of those things they they they they you you know

28

you you you do a good thing and they just everybody just piles on wants to give you all these things and and I've

always maintained like you know there's a lot of people that do amazing things um in this country so you know one award

should be your lot and then you know everyone should focus off on doing other stuff geez you're almost annoyingly

humble aren't you like you're so um lowkey about like what you've done and what you're doing and um these these

accolades as a result of it um it's it's refreshing well it just is what yeah yes this just

how you erased your thing so you your brothers as well I'm guessing they're immensely proud of you but they're just

like oh yeah yeah it's just just Peter being Peter oh yeah yeah no yep there's

no there's no room for for big kids in family yeah no everybody everybody

brings make sure everybody's on an even K so do do you get to um catch up much now yeah as as often as often as we can

so uh you know we we'll get down to Central ago you know as often as we can and and um um so and and you know they

still live in in Vago so know and my wife's parents live into to needen so Central atago is kind of the collection

point of all the families yeah um yeah how old are you now what are you 48 4 47

47 yeah yeah no I'm I'm 51 and no no one gets to sort of our age of Life the perk

of reaching middle age without going through some sort of adversity you know life life just kicks you in the ass a couple of times um what about you losing

your dad is that your biggest adversity or what else has there been uh well I I'd say I'm tremendously lucky um I you

know I look at I look at you know a lot of my friends and and and other people and they've had to deal with a whole much whole way worse stuff than than I

have to um have had to today and um yeah yeah of course you know losing losing a

parent is always a is always a difficult thing but um I don't know it just it

29

49:51
maybe you become desensitized it feels it does feel like a fire hose a [ __ ] 100% of the time um and and you ask any

49:58
founder running a company that's that is that is the reality of a running running a company there's there's there's never

50:03
never plain sailing but no I think I I've I've been tremendously lucky I mean compared to what other people have had

50:08
to had to endure yeah okay so um so you finished school at James harest why no

50:14
University what was the there was a plan no the plan was to go to university um but I wanted to build rockets and there

50:20
was no courses at University to you know no Aerospace degree um and uh to me uh

50:27
the best Engineers um not all this is this is gross generalization but but the best Engineers are Engineers that can

50:34
design it and then go down to the workshop and build it um because you you get the get that you know what's

50:39
practical to build and then and then you know what's also practical to to design so uh so I went off to Fisher and P and

50:46
did a tool and die making which was the most precise engineering that I could do within the country um and uh if you

50:53
wanted to build rocket engines then that's that is a skill that that that you needed so the plan was always to go

50:58
to university but I just wanted to get a trade under my belt before I went there yeah so you um you leave home at

51:05
17 and move to denan did you did you have any friends or like a network in denan no no

51:12
no even that's a big call that's that's a big move at 17 you're very young at 17

51:17
it didn't feel like it honestly didn't feel like it so you yeah so you've got this job at Fisher and P um I believe I

51:23
might have this wrong but you um you move into a two-bedroom flat you're in one bedroom the other bedroom is like a

51:28

like a home Workshop no well so so for the first year or so I moved in with a family um and you know that that was

51:35
Mom's way of making sure I ate um because uh one of one of the challenges as I would just go down to the workshop

51:41
at school and and and just never eat um if you look at photos of me when I'm young um I'm emaciated uh it's because

51:49
everything else you know eating is is just is just a you know an unfortunate

51:54
thing you have to do to like a distraction a total distraction you should eat space food hydrated meals or

52:00
whatever it's not a bad idea but um but you know she just just slide the plate under the workshop door and you know I

52:06
trip over it on the way to bed and and uh so so she she put me with his family so so I didn't die basically and um it's

52:14
it's one of the reasons why I'm married to my wife is because she was worried was going to die too she used to cook meals for me like the at Fisher and P

52:21
everybody used to worry that that that I would you know for my health so they would would invite me around and cook me

52:27
deal cook me meals and things like that but um uh what were we talking about oh

52:33
just yeah talking about you um this must have been further down the track I must have got the timeline wrong but you're living in a flat oh yeah no so I bought

**Rocket Engineering Dreams and Beginnings**

52:39
a house yeah so anyway I bought a house did you what age oh it's been 19 or

52:45
something like that sh that's impressive on its time wasn't a good house to be come on no no but you know you maybe

52:52
it's cuz you weren't having smashed EV on toast every every week so you bought a house well just just cuz

52:58
you weren't much of a spender you had this job at Fisher and P yeah no I why I spend everything everything on on on on

53:03
Rockets but um but but yeah I managed to to to save enough to to to buy this little little house in Mornington and

53:10

and um and yeah that that um yeah that the rooms got converted like had one

drawing room was just designated for for drawing and one room that was just designated uh you know as as a workshop

and then had a little garden shed out the back that was was actually a hydrogen peroxide um distiller uh so I

could distill the propellants out I can see now why you had to buy

your own place like no land you failed the first flight inspection no I can remember it was it was so uh uh I I got

visited by a census lady and it was the most inopportune time to be visited by a census lady because I I was out outside

up my driveway with this garden shed and these days like it would look like a peacook facility because it was was a

garden shed it had compressors in it and it had a a bubble reactor column in there to distill out the hydrogen

peroxide to you know to propulsion grade and this thing just ran 24/7 with lights on and and sounds and hissing and all

the rest of it and uh I was doing I was doing a a change um because you you sort

of distill only see Safety First only distilled sort of 200 milliliters at a time in case it went bad um because the

explosive radius wasn't you know big enough to take out my house basically but um so but I was I was right in the

middle of a swap over and um I couldn't afford uh the proper PVC suits because

if you get hydrogen peroxide on you is organic uh it just com instantly combusts so if I tipped it on this the

shirt you know the shirt would just start on fire So you you're supposed to use these PVC suits so I fashioned

myself a PVC suit out of rubbish bags You Know M multi-layer thick rubbish bags and the census lady come up the

driveway and I'm in this black rubbish bag PVC suit with a welding Alon literally you know

32

holding this Beaker of of of 98% proof hydrogen peroxide yeah so how how are you not

dead but I know I mean it was it was perfect it it always sounds dodgier than

it than it was but I mean it was it was all you know it was all perfectly safe like You' like you think about that in

in a laboratory environment it's not it's no different you know I you know the the the suit is is was perfectly

impervious and and so no it was it wasn't wasn't as bad as it sounds yeah you're definitely a hyper fixator aren't

you probably yeah yeah which is you know it could could be your superpower

definitely yeah yeah yeah y um yeah that's amazing what an amazing

story so was so then you worked in New Plymouth for a while on boats or something how what's your Recollections

of that time yeah so I was a project engineer uh for for building a 123 ft um

super yacht um and uh that was you know at the time I didn't really enjoy it um

but I look back and now and realize that was just such a uh you know an important

part of shaping me because um you know in the morning I would have to um you

know work down with some you know the welders who were you know some of them were completely illiterate and you know

explained to them uh you know all the weld details and and and what we needed and and and all the rest of it um and

then in the afternoon um you know I'm I'm sh with the owner of the that's

flowing in on the on the helicopter uh and and being able to having to be able to kind of you know um operate in in

those two worlds is is is I think was was really really informative and uh and

and I think you know that that's my my life now I mean you know have to operate

in in a whole bunch of different spheres whether it be political spheres or um you know uh raising money or or you know

33

public company stuff um it's you know right right down to you know swinging a wrench on an engine so

having having having the ability to kind of translate across all of those those kind of people and disciplines is is is

super important yeah I watched a ton of stuff that you've about you on YouTube and um you're one of the early clips

you with Paul Henry on breakfast TV in 2009 um and then you see the progression of Sir Sir Peter back through the years

and you you speak you're definitely a lot more comfortable now um I think with that public facing stuff not that you

weren't then but I suppose it just comes with maturity and experience and not really I I do not enjoy it do you not

absolutely not no no but I I can see why you you'd managed to win over rooms of like your venture capitalist or or

whoever else because it's um you're I don't know you you you're so determined

and so fixated on what you're doing and it's um it's quite intoxicating people people I think a lot

of the times people are probably buying into you in your vision I don't know what this guy just said but he believes

that well no I mean look uh you know especially raising Capital out of uh venture capital is um is is you you have

to be a good Storyteller um and uh uh you can't you can't just just go up

there and and present a thesis um you have to you have to be a good Storyteller and and lay out the and and

and and to still very complicated things into into into very consumable things that people can can can understand and

and and get behind for sure yeah but I suspect that's part of the like a necessary evil for the job for you

something that doesn't necessarily come natur you'd rather just be in the workshop you know tinkering but you

34

understand don't get me wrong I love the thrill of a Chase of a deal um so so there there's there's definitely that side of it I love I love the thrill of a

Chase and and um you know business is is a lot like a game of chess and um you

know you'll spend a long time positioning pieces that uh that that may be completely useless and and in the

form of like you I've had thousands upon thousands of meetings that I've walked out thinking man that was a waste of

time and then it's the one time you know where you you're you're you might be at a you know at a customer and they go oh

yeah I I remember I met Pete 10 years ago and we were talking about this and all of a sudden that meeting is really

really important yes so rocket lab so so you launch it and then what does the how

long is it before you meet um Mark rocket yes so I started the company and then uh then then you know obviously I

needed to you know to find uh some some backing for it and I heard mark on the

radio he just changed his name uh to mark rocket and done very well out of out of his internet businesses and I

thought well here's an interesting thing uh has some money check um and is passionate about space check so uh so I

got managed to find Mark and got a hold of him and gave him a ring and he came and visited and and then that was you

know that that provided the first bit of funding to to start the company yeah so how much did you get from him a couple hundred thousand or something yeah and

it's for half the company yeah yeah yeah yeah worst deal ever well no that's not true best best deal ever because that's

what started the company but uh you know if if anybody like if if if you're trying to build a company like that is

the that is commercial suicide to sell your company in the a round for 50% of

your company it's like you went on Shark Tank and got re yeah yeah yeah yeah but but but if it wasn't for Mark um none of

35

1:00:12

this would have happened because he was the first person to put some money in and and and you know all credit to Mark

1:00:17

ultimately uh you know I bought mark back out and um that that that that was

1:00:23

that was critical because you can't turn up to Silicon with half your company sold like um you

1:00:29

know and this this is one of the things that that you know early New New Zealand Venture Capital just make huge amount of mistake on is is I think that the

1:00:36

riskier the company the more they need to own and uh that's how you destroy a company yeah so so how long was he in

1:00:42

the company for before you bought him back out a few years yeah few years did he do well out of the deal I think he did very well yeah

1:00:48

yeah I don't think you have any complaints from him there yeah yeah did he keep any stock on the company yeah

1:00:53

yeah yeah yeah he's still in yeah yeah well I don't know if he's if he's still still holding out as a public company

1:00:59

but um right but uh yeah yeah you're very different day like say he he was one of these these was he on one of the

1:01:06

first virgin trips to space yeah he signed up to go on one yeah yeah yeah yeah so did he go well no virgin hasn't

1:01:12

oh right okay um yeah so yeah so he he wanted to go into space you from what I

1:01:18

can understand about you you've got no interest in going to space no the challenge is that uh I understand all the engineering extremely well so I have

1:01:25

all of the knowledge know and none of the courage and I think you know an astronaut is is an incredible person

1:01:30

because they can climb aboard something and they have a good knowledge of what's going on and just turn that off um I I

1:01:37

just wouldn't have the ability to climb on board that and just turn that turn turn that off what about eventually if that say 20 years from now if that's

1:01:43

where if that's where you know the rocket lab goes or the industry goes

1:01:48

Never Say Never um but I mean uh look Rockets have not changed since the 1950s

36

1:01:54

they're still you know they've improved but they're still fundamentally you know one you sort of 3% to 5% of the total

1:02:02

mass of the rocket is the thing you get into orbit it's 92% fuel there's no way to make 92% fuel completely

1:02:09

[Music] safe okay so um yeah I've mentioned this

1:02:14

a couple of times the um yeah the Paul Henry interview uh in 2009 at 32 years old um when was the last time have you

1:02:21

ever gone back and watched that or no no no he kind of he kind of like I don't know I got the feeling he was sort of

1:02:27

like um didn't believe you necessarily or was like it's like it's that's why I bet him no of course he didn't believe

### Rocket Lab Founder Discloses Early Struggles

1:02:33

me yeah that's why I made the bit but he starts by saying oh you look very young and you're like thank you and your

1:02:39

answer catches him off guard you can tell that he's sort of thinking like with a bit of side eye like the producers have organized the guy and the

1:02:45

guy is not going to amount to anything I I don't know I'm I'm yeah that's definitely what he thought he's a huge fan of yours now but what what bit did

1:02:52

you make I think we bit uh we bet $20 that um I can't remember as I wouldn't get to

1:02:58

the moon or I wouldn't get to orbit or or or or something like that and and the

1:03:03

BET was that um that if he lost he had to dress up in a bunny suit um so he

1:03:10

dressed up in a bunny suit to full credit to Paul yeah oh that's amazing um

1:03:15

yeah are you friends you've caught up with him in Palm Springs yeah yeah yeah yeah yeah I mean I haven't seen Paul for a long time but uh you know he's he's a

1:03:20

great guy and what are your Recollections of that first launch in 2009 15 years AO going now the first

1:03:27

suborbital launch yeah can you remember can you remember your um your quote like this oh yeah oh well which there's a few

1:03:34

I don't know which quote there there kind of Infamous ones and and and less Infamous ones but um but yeah no it was

1:03:41

there was uh yeah it was it was it was a it was it was a big day for sure because

1:03:46

we had we had no money that was that was it um and you know there's been a number of times throughout the company's

1:03:52

history where it's all on the table and you know that was the first time so yeah when you say by the way the quote I'm

1:03:58

talking about is you [ __ ] Beauty yeah I know it's the most um like like raw and honest and unfiltered thing had you

1:04:05

not thought about the significance of the moment and what you should say it was no it's right right up there with um

1:04:11

we KN the bastard off from Ser manery yeah no like you you are like for for two years is is just uh you you know it

1:04:19

was just 247 and just just work to get to that point so no it's it's it's

1:04:25

engineering execution it's not there's no time for that that kind of nonsense and and when for that kind of nonsense

1:04:32

when you say and when you say it's all on the all on the line like what do you mean so if it failed if that blew up on

1:04:38

the pad we had no resources to have have another crack uh if it if it didn't if it didn't fly well we had no resources

1:04:44

and um uh you know that that launch um straight after that launch I got on a plane and went to America and um and you

1:04:52

know that that that was a you know that was the time to to to make hay that was the time to turn something into into

1:04:59

something else and you know following that um you know I went and and we we kind of ran the company's a little kind

1:05:04

of advanced technology house we did work for uh US Government research houses locked Martin and we built like this

1:05:11

little Skunk Works of of doing crazy difficult things um and then achieving them and and ultimately that that kind

1:05:18

38

of led to the point where I thought right it's time I've got enough credibility and enough capability to go and build an orbital rocket um and and

that's when I went to Silicon Valley did you yeah like I don't know if

this is something you even thought about then but from 2009 like if you could if you could imagine yourself 15 years into

the future like what did you imagine could you have imagined what you know we you're at now well I mean I I think

we're behind schedule to be honest with you um so um uh you know everything

everything expect you expect everything to go way faster than than than it did um you know we we we the first bit of

money hit the bank for electron uh in 2014 January 2014 and we had our first

flight in 2017 now I was run around telling telling everybody we're going to have our first flight in 2015 um and you

know how naive it was then but um but but uh you know the the I guess that you

know the timeline is always always feels longer than it than it should be but it's you know part naivity and I think

part part optimism and part in patience absolutely yeah yeah you just wanted done that yeah there are parallels like

with you with you and Elon like in this this book I was telling you about that I listened to I think it was him U making a public statement about how many

teasers they were going to roll off the production line in the next five years or whatever and it was some outlandish figure and his point of view was that

well if if if if we don't make it at least you know to push the team to get as close to that as possible i' like to

set a sort of I think mine was pure naivity to be honest with um yeah that's this this is

fascinating stuff thank you so much for being so generous with your time today it's really cool I got some miscellaneous questions here so um the

the building launch in 2018 um you had William Shatner over yeah it was super cool yeah yeah how did that come about

39

well I saw he is in town um oh was he coincidentally in town he was coincidentally in town and and um uh

1:07:10
well we heard he was coming to town to to do to do a show and they were starting to advertise for it and and uh

1:07:16
my EA Christie I remember going into work the morning said Christie I know who's going to open the building it's got to be William Shatner and um and all

1:07:23
credit to her she just just made that happen and and he is such a nice guy uh such a such a a generous guy and um uh

1:07:31
actually take a few life lessons from him is is one day he was on he having a few tough times and one day he just

1:07:37
decided he's going to say yes to everything and he just lives his life saying yes so when we rang him up and said hey can you open this rocket

1:07:43
building he's like yes and you know we took him we took him around the factory and uh he uh he he stole an ethernet

1:07:51
cable um around the Factory and then when he when he went to open the building he did this great comedy gig

1:07:57
where he said oh I was just looking at your rockets and and he pulled this wire out from his sleeve it was just an ethernet cable that he grabbed off

1:08:03
someone's desk and said I pulled this out of the rocket does anybody mind it's just it's an incredible guy oh that's

1:08:09
great that's so and and he's um I find him inspiring because he's so old but still so vibrant oh yeah yeah like he's

1:08:16
so sharp and so active so much going on oh um so Trump's recently been reelected

1:08:22
and um him and Elon mus and incredibly tight um yeah what sort of impact do you

1:08:28
think this will have on on Rocket lab or yourself or space exploration in general well I mean under the new Administration

1:08:35
uh space is clearly a priority so that's great for us um what's also a priority is um you know uh a very commercial

1:08:43
approach to space like space is is kind of bisected into the old the old kind of dinosaurs who do Cost Plus Contracting

1:08:50

and then the new space uh folks like you know Space X and ourselves that do firm fix price and and so um so under under

1:08:57

the kind of new Administration firstly space has a great priority and also uh you know that way of working has a great

1:09:02

priority so these are these are great things for us yeah um and you're ke to explore Venus absolutely yeah so elon's

1:09:09

elon's he's what's the planet he's marss yeah so why is he to Mars you're into

1:09:15

Venus well uh for very very different reasons um so you know I mentioned it

1:09:20

you know before that that that you know my father took me outside to to look at the stars and um pose that question is

1:09:27

is the life and um you that that's sort of that's that's remained in my head it's like well um we really need to

1:09:34

answer that question are we the only life in the universe or not and uh in v in Venus has a set of clouds and at 50

1:09:41

km altitude in in the Venetian clouds there's there's a very interesting atmospheric layer um it's kind of it's

1:09:48

kind of O It's kind of okay I mean it's still rockus but it's okay um there's there's enough kind of an environmental

1:09:54

conditions at that 50 km altitude that life could theoretically uh survive and

1:10:00

uh very famous uh friend and scientist um Sarah Sega uh she made the discovery of of phosphine gas um in in that

1:10:07

particular croud Cloud region and the only known uh the only known way to make phosphine gas is is through um through

1:10:15

through organic symbiosis so um it's it's like a a sign of Life uh so armed

1:10:21

with that um we put a we stitched a plan together to to build this probe to go to

1:10:27

Venus and it's like a go noo gauge for life and we get about about 200 seconds

1:10:34

to to you know Transit through this atmospheric cloud and and measure uh me

1:10:39

measure whether or not um we can we can we can find life or not so uh incredibly

1:10:45

difficult thing to do um it's the only private mission to another planet um ever uh it's a nights and weekends thing

so you know it's constantly delayed but we're having with 2026 where is is the

date that we we we have you know Venus and Earth are aligned enough that we think we can have a crack and um we'll

have a crack at answering that question and I think if you can answer that question two things happen like if if if

you don't find life then um then I think you know we continue on thinking that actually well maybe you know life is is

not that prolific Through the Universe um if we find life there then you've answered the question we are not the

only life in the universe moreover if you find it in the Clouds of Venus chances are it's prolific throughout the

universe and and I think that's a question worth answering how far away is Venus a long

way takes about uh at the at the shortest Transit um can't remember the

exact time it takes about a year and a half to get there at the shortest

Transit wow you wouldn't want to do then economy economy wouldn't be raw dogging that

flight well the the crazy thing is that the the the hardest part of that mission is is the probe interface with the

atmosphere course the probe heats up because it's inter fading with an atmosphere and during that sort of 200 seconds um you know we we have 12 Watts

worth of radio power amplifier that has to make its way all the way back to a dish here on Earth that and receive the

signal that's that's that's non-trivial that what about the um the the original

moonlanding in 1969 with um uh Neil Armstrong Buzz Aldren yeah yeah yeah did

they go or is it a fil oh come on come on so it seems you see the footage it just

seems very film City so any anybody who has a doubt with that I always say go to Cape Canal and stand under a satin five

42

rocket and then look at the hundreds of thousands of Engineers and scientists and uh you know if you can fool hundreds

1:12:40
of thousands of the smartest people you know that lived at the time and arguably ever lived um then then then you know

1:12:47
that that's some kind of cover up um because you can't you know you can't you can't hide that stuff oh going by that

1:12:54
answer I'm I'm take it you curved earther as well very much a curved yeah we live on a a spherical

1:13:01
planet for sure and some of the um yeah some of the footage I've seen from your launches and stuff the um the footage is

1:13:07
just exceptional isn't it when when when the launch first goes off what's all the debris and stuff that's flying

1:13:12
everywhere water it's just water um so uh so we spray the the the the launch P

1:13:18
pad and mount with um with with thousands of liters of water um and we have to do that because the the acoustic

1:13:24
reflection or the noise from the rocket engine is so loud that it it would rupture the rocket like the noise

1:13:30
pressure would break the rocket in half so the the water that we spray on the pad um you know Deens all the sound and

1:13:37
all um all the Rockets you've done have all been um they've all been like beautiful they've all been like aesthetically really really

1:13:44
nice is everything is everything to do with performance or does Aesthetics come into it oh well the one and the same for

1:13:51
me absolutely the one and the same um there used to be a saying up in the wall uh in headquarters in America they may

1:13:56
me take it down because apparently it's not polite to say crap in America but um then the saying on the wall said um you

1:14:03
know make everything a work of art um because you know if it looks like crap and doesn't work you have nothing um at

1:14:09
least if it looks good it looks good right um so uh you know you can walk into a rocket lab facility whether it's

1:14:15
a boardroom table or a rocket or a spacecraft and everything is beautiful and everything is beautifully made and I

1:14:20
think that's that's super important because um there is no room for error in this industry there is just none so the

**Mission to Venus and Rocket Culture**

1:14:27
moment you start cutting a corner um you're you're for sure going to end in Failure yeah um yeah you say there's no

1:14:34
room for failure and and um honestly hand on heart even though um the share

1:14:40
price at the time for Rocket La was was um very very high there' just been a recent Spike when I went and had a look at the factory last week and met some of

1:14:46
your team and saw the work they were doing um I went and put some more money in at the what was potentially an

1:14:52
overinflated price that night because I've just got so much more like belief in what and what you're doing and the

1:14:57
people you've got there like I've never seen I don't know like a workplace where people are so happy I get the feeling um

1:15:03
there's a lot of people there that aren't too concerned with work life balance they're happy to be there off the clock yes they're they're it's like

1:15:11
you cannot do amazing things 8 to5 that is a fact um and uh there is a lot of

1:15:17
dysfunctional Workaholics at at Rocket lab and if you look at our nearest competitor being Space X um same so you

1:15:26
cannot be competitive if if you want to just have a cruzy life um and and not

1:15:31
not strive for for big things and you like you you cannot do amazing things in normal business house that is a fact

1:15:38
yeah and generally like um I mean you're you're the founder and the CEO and the chairman of the board but for for anyone

1:15:43
else like if you want to get further in your career whatever it happens to be whether it's um rocket lab or something else um you get out what you put in 100%

1:15:51
100% you you can make up for a lot with just hard work um and you know as we

1:15:56

44

looking to employ people um you know uh we we we naturally get the the most wonderful CVS but the people that that

1:16:04
end up actually being employed in the company are not necessarily the people with the multiple phds and a grades

1:16:10
they're the people that demonstrate passion and the people that demonstrate that they will go that extra mile because that's what it takes so um you

1:16:16
know the best CVS um you know all all the qualifications look the same and just flip that page what I really look

1:16:22
for is like what are you do in your spare time what is what is the project that you've undertaken what is the thing

1:16:27
that you've really stretched to achieve whether it be you know engineering or sporting or whatever CU those those are

1:16:32
the those are the people you want and say if um some you wide-eyed

1:16:38
naive kid like you were when you went to the states um you know came and knocked on the front door of Rocket lab um with

1:16:44
a yeah headful of Dreams whatever um yeah what would you

1:16:49
do well I mean it depends on what what what their dream was um like if you know

1:16:55
it's it's one one thing to just knock on the door and say I've got a dream but um and that that's great um but you know

1:17:01
there's been people that turn up at Rocket lab um you know they they've built complete rockets and they just turn up with a rocket um CVS made all

1:17:07
out of carbon fiber um I had we had one guy that who came from Canada hired a

1:17:13
car parked it in the car park and didn't leave he just stayed there he say not going back to Canada until he gets a job

1:17:20
and what happened we gave him a job how long was he there for oh not long yeah but I mean that's that's the

1:17:28
kind of person you want because because you like you can teach you can teach mths you can teach a lot of things you

1:17:35
have to transpant a BL transpant someone's brain to have that level of motivation do you think some of it is

45

1:17:41
people I don't know you you you might not be to answer this this might be a question for someone else but do you think some of it as people just buying

1:17:46
into your vision uh well I think I think it's important um uh you know to have good

1:17:52
leadership in in a company for sure um and you know as you walked in the in the facility the first thing you would

1:17:58
have read is that we go to space to improve life on Earth and um that means different things to different people if

1:18:04
you're working on the Mars team um that means going to Mars um if if you're working on on electron production floor

1:18:10
that means you know enabling a customer to get to orbit to do the amazing things that they're doing so it means it means

1:18:15
different things to different people and I think um every every company has to have you know a vision to or in an

1:18:22
anchor on because um you know like great there was a whole bunch of

1:18:27
happy people there but man they have [ __ ] days too real [ __ ] days and I always say to everybody that when you

1:18:33
have a [ __ ] day um go down to the factory and and look at what you're building and look at the amazing things

1:18:40
you you're you're working on you go and stroke the rocket you know appropriately don't stroke it inappropriately but but

1:18:47
go and just just remember that that's going to space and that's got your DNA on it and the amount of people that can

1:18:52
put their DNA on a rocket that goes to space is extremely small on this planet

1:18:57
so you get to do the most amazing things yeah I get the feeling you're um your

1:19:03
your love for space and what you do has has not wavered at all like I'm thinking about my um my career like when I was

1:19:08
when I was a kid at school I really wanted to get into into radio I love the idea of being on the radio and I managed to do that well you're still here so

1:19:15

yours hasn't either yeah yeah yeah yeah yeah it's a different thing now but when I started in radio it was like I'd do

1:19:20
this for nothing like I'm working in the middle of the night I don't [ __ ] care I just just love it and I'd spend weekends there tinkering around in the

1:19:27
production Suite then it gets to the point you've been doing it a while and you know there's no way I'd work on a weekend unless I was you know whatever

1:19:33
but I feel like you're you kept From a Different Cloth it's like I say it's it's it's all in and and um uh you know

1:19:41
when when you when you set your mind to something it is it's it's all in that's intoxicating mate hey um one

1:19:49
thing I'd like to ask all my guests about is um yeah some crunchy questions about mental health and things so um

1:19:55
how's your mental health how are you today how are you mostly uh I I I wouldn't have a clue to be honest with

1:20:01
you um uh well I mean so what I what I've learned is is I I

1:20:09
have to find uh a a a some kind of switch off release because you know it

1:20:15
is it I'm I'm once I fixate on something it it definitely fixate on something um so um so you know I I have to force

1:20:24
myself to do things that enable me not to think about rocket lab so that's why

1:20:29
I started to learn to fly a helicopter and got my helicopter's pilot's license because you cannot sit in a helicopter

1:20:34
and be thinking about rocket engine ISP because you will die so have to have to find myself doing things where it's it's

1:20:41
kind of forced shut off um and um whether it's whether it's that or flying a jet or or or those kinds of things

1:20:47
that's that that that that that is that is what I think is it keeps keeps my mental health sane is is trying to making sure

1:20:54
I enforce but there a same problem before is like then then those things

1:21:00
start to get out of control as well you know gold mining so I always love gold mining and started off with with a gold

47

1:21:07
pan and and great for the family and we just puddle away in a river and then well there a better way to do this we get a gold slle box and get a gold slle

1:21:13
box and then um then well there's got to be a better way to do this get a detector we get a detector well actually

1:21:19
now I need a gold claim so I need one gold claim I have to have two gold claims now I've got diggers in a trml so

1:21:25
it can't it it it starts to get you know you have to have to find things that

1:21:30
that that switch you off but even those things you know start to start to get carried away so whatever you do you want

1:21:36
to do as well as what can be done it seems to be that way y I've learned that over time what what other Hobbies

1:21:42
helicopters gold panning yeah that's that that's that's pretty pretty pretty much it I mean car racing as well do a

1:21:48
little bit of that um so but um but yeah are you able to watch like television or

1:21:54
movie no no no it's a standing joke amongst my entire executive team is is

1:21:59
is is I a social [ __ ] so there is there is like any movie or any book or

1:22:05
anything is just completely lost on me to the point that it's it's it's it's like you know taking taking the piss out

1:22:10
of Pete um as an executive team because someone someone will mention a movie you seen that movie Pete ah Pete's never

1:22:16
seen that movie so no no not even what about growing up like were you obsessed with like Star Wars or just in the

1:22:22
workshop 100% of the time yeah yep um what about when you're doing family

1:22:28
stuff so if you if you're if you're involved with um you know the wife and kids are you like are you able to go

1:22:33
okay I'm going to be fully present for the next you know hour two hours however long it is well you'd have to ask I feel like I'm very present you'd have to ask

1:22:39
you'd have to ask ask them but I mean you know all credit to my wife and she she'll she'll you know the way the way

48

1:22:45
our holidays work is is Pete needs to go to the UK for for some meetings so you know that gets turned into a family

1:22:51
holiday and I'll go and have meetings and and then you know I I'll find myself at stonehinge um and then oh it's good

1:22:58
with stone Hing this is quite good and um that that's the way it's not me organizing the trip stonehinge like it's

1:23:04
it's it's very much uh you know I'm I'm I'm lead yeah so you're at

1:23:09
stonehinge but you're think you're thinking I've got I've got [ __ ] I want to do but I said I think they probably

1:23:15
got a photo of me on the phone at St If we're [Laughter] honest yeah are

1:23:22
you can can the company be bigger than you like if you ever decide oh no this

1:23:28
super critical um and one one of the reasons why um I I selfish reason I I

1:23:34
would decided to take the company public um was because you know uh you talk to

1:23:40
talk to Jeff and and and Elon and um it's very very clear that that you know

1:23:46
when when they depart the planet is is that going to continue and I was terrified that look you know the one as

1:23:52
I mentioned before the one thing that my parents said to me is make sure you have the biggest impact you can have and um

1:23:58
the way to have the biggest impact is is to have longevity and you're only on this planet for a short period of time

1:24:04
so whatever you create if you want to have you know big impact you have to create it for a long time so um I always

1:24:10
worry that um that that you know if I die would rocket lab stop and that simply cannot be true um I've completely

1:24:17
failed if that's the case so one of the reasons to go public was that really enforces that generational thinking

1:24:23
building a multigenerational space company building a profitable company that is enduring it really is forced

1:24:29

49

discipline and um in the space industry that that's sorely lacking I mean you

look at the space industry there's tremendous amount of failure uh in in the industry and that's because you know

a lot of people you know get get enamored with technology or you know before that before actually getting enamored with building a business that

works so so for me um uh AB absolutely so I think you know the company is the

company is in in grow great shape um for sure and only get better yeah but you're

the the founder the CEO the chairman of the board like can can you step back or

is there just no one that can at this point do any any other job as good as what you can truth be know there's

probably people that can do it better than me um but uh but but no I think you know at this point we're at a critical

point in the company's history um you know there's a couple of really big Milestones that we need to take over that that will that will be huge for the

company and um and you know look the reality is you're going to have to take me out on the box um you know I'm going

to die at my desk probably that's that's that's the reality but um or or somebody convinces me I'm no longer useful but um

but uh but but yeah I mean making sure that the company out survives me is is has always been a priority and you

mentioned Jeff before just in conversation um Jeff Bezos um yeah like

what's your relationship with him well I mean have you caught up you have like C all the all the all the rocket guys um

you know there's a mutual respect right it's it is extraordinarily hard to go to

orbit uh it's extraordinarily hard cubed to do it over and over again so uh yeah

so although you know they competitors there is just uh an incredible sense of

of um of kind of you know respect mutual respect among amongst everybody and um

uh you know and I'm sure um you know if anything if anything needed to be done

50

**Rocket Lab Founder's Personal Insights**

1:26:22
between either of us we would all help each other out um so so so no I think

1:26:27
you know there's it is it is you there's a lot of mutual respect amongst everybody I mean I think Jeff and Elon

1:26:33
don't get on but there's there's still I would say a guarantee there's a lot of a lot of respect between the two yeah for

1:26:38
sure yeah a lot of um um employees from the early days of Amazon say um the the

1:26:45
criticism of Jeff is that um apparently he he had very little time for anyone that um didn't wasn't on on his level of

1:26:52
intelligence or higher if if St um were to pick on your worst flaw what do you think that'd

1:26:57
say oh Jeepers um I I would I would I'm probably too intense um I micromanage um

1:27:04
I get down into the details um and um you know I think I think those those

1:27:09
will be th those will be some negative traits um yeah for sure how how are you with um

1:27:17
vulnerability um one thing I've got from doing a lot of these podcasts is um the importance of um you know guys in

1:27:23
particular I think um to be able to be open and vulnerable and talk about stuff that's on their mind have like if you

1:27:28
got like an inner circle of like close friends that you talk to or your wife or are you you're a botler I'm 100% a

1:27:34
botler this is a very unpleasant thing we're doing now no no no and and a conscious decision like I I never talk

1:27:40
about uh work at home because like you

1:27:46
you don't need to share that that like that especially the bad stuff you don't to share that that just bringing everybody down um so so no I when when I

1:27:54
go home I you know to use your War I try and be as present as I can and we're not I'm not talking about rocket Lab at all

1:28:00
in fact it's it's a constant frustration because my mother will ring me up and she just wants to talk about rocket lab

1:28:05

and I always have to correct her it's like Mom we're not talking about rocket lab how often does how often do you speak oh every week every week yeah yeah

yeah well she's just so proud though right yeah but but we can be proud about talk about other things what what um what frustrates you hey by the way thanks for being so open about these like you you said just

before it's uncomfortable for you to talk about but you you wouldn't know like you're very you're very Frank and forthright oh good illusion yeah what

frustrates you uh frustrates me um look

I I've I have a sense of urgency so when when you know when when things are too slow uh everything well everything is a

little bit slow but when things are just very very too slow that that that's incredibly frustrating uh just bad

decisions or indecision you know much rather someone make the wrong decision than not make a decision at all so you

know people just mucking around and and and not making decisions and um uh you know people that don't work hard um you

know uh you think you made the point you get in what you you put out and and you know the people that that you know put

in the least um were always the people that moan they get the least out yeah well this is um yeah this is something

Elon said when he took over x uh Twitter that became X um it was very seen as

very controversial at the time but he was like I I want people here that want to you know be here early in the morning and be here late at night I don't want

anyone working from home and it was seen as like a controversial statement but it's like yeah like if if you want the

best out of your own life you have to work hard at whatever you do and that's um well point to any company that has

been incredibly successful like you know you know a company that goes down in

history that's worked 8 to five and I don't know I can't name a single one so if if anyone at Rocket lab is um

52

1:29:54
fixated on the work life balance thing um do they sort of get like naturally you know chewed up out Philly we we're

1:30:00
very upfront and very very upfront with everybody that this is if you're looking for a work life balance and you want to

1:30:05
cruise this is not the place for you and the reality is that we did the statistics and it's twice as easy to get

1:30:10
into Harvard than it is to get into rocket lab so the bar is extraordinarily High and um and yeah I mean the you're

1:30:18
not going to be successful in the company if if you if you just want to turn up and do your thing and go home

1:30:24
but likewise the flip side to that is if you have drive and you have U motivation you you can do anything I

1:30:30
mean uh one of the guys uh we hired a guy young guy and he mowed the Lawns at

1:30:36
the launch site that was his job he said I want to job at Rock La mow The Lawns at launch site so he M the laun at the

1:30:41
launch site and he's great guy and then uh he got promoted and he would do the the weather balloon releases and then uh

1:30:47
then he got in charge of logistics and and and um and then he started taking on more responsibilities on the launch pad

1:30:53
and so on and so forth that guy runs an entire facility in uh in in Baltimore a new one of our new factories um young

1:31:00
kiwi guy um so the flip side to that is is that if you're hungry and you're

1:31:05
passionate um you know you climb as high as you want like the opportunities for

1:31:12
everywhere that's inspiring how yeah how how much time of the year are you in the US about half the year right

1:31:20
yep it's it's full on isn't it yeah yeah it's full on yeah it's it's like it's a lot of flying

1:31:26
the flying must drive you crazy do you manage to like have um work that you can get done on the flight yeah yeah yeah

1:31:33

yeah um although in New Zealand does a great great job um and you know those those nighttime flights you have a nice

1:31:39

meal and a wine and and then you know try and get a get a few hours sleep and you wake up in the morning good to go so

1:31:44

um so so so you know that's that that works pretty well yeah are you a drinker you have a wine with your meal I have a

1:31:51

wine with a meal but that's that's I'm super lightweight so that that is that's about my life yeah so do you do you have

1:31:56

any advices um you're not even a coffee guy you were telling me before like no just

1:32:02

makes me sick makes me I love this I love the smell of it I love the taste of it makes unfortunately makes me sick no I think I think my my vices are that um

1:32:09

I just I just get hyperfocused and and um and and would just just won't stop um

1:32:15

it's probably probably the worst thing is and I'm sure if you asked my wife she she'd comment on on Plenty of things but

1:32:22

um but uh but yeah yeah what would she what would she she say your best and

1:32:27

worst habits are uh Jeepers um well

1:32:33

uh I think I probably mansplain way way way too much but the stuff that you're

1:32:38

mansplaining you need to well no but it's stuff that I don't need to mansplain you know about the symmetry of

1:32:45

the spoons in the drawer and how they should be all symmetrical that doesn't that that probably probably doesn't need

1:32:50

explaining and I I have to check myself because I know that upsets everybody and I I have to pull away because otherwise

1:32:56

you know I'll just I'll just drive everybody insane do you notice things like that so taals have to be on the rail evenly oh absolutely everything has

1:33:04

to be straight and neat absolutely yeah yeah yeah yeah what about your kids' bedrooms is you just let oh you used to

1:33:09

walk away walk away um what about regret any regrets oh look there's plenty but I

1:33:17

54

I've I'm always Avo the view of of to look forward not back and um your biggest mistakes and some of your

biggest regrets um I think are the are the most influ influential on on your future decisions and who you are as a

person um and uh you know hu you made bunch of silly mistakes and bunch of

silly regrets but I think um but I think ultimately I think that that's only bad

if you just if you just don't log them if you log them in in your brain then I think you know it's all good but as long

as you can log them then um then then don't really have any regrets that's a great answer yeah mistakes should be

seen as like a stepping stone to success otherwise it's like you were saying before they never feel like that but I

mean no at the time it sucks yeah yeah yeah yeah but but um yeah but but

sometimes you need to make what is seems to be a big mistake at the time to avoid a much much bigger mistake in the future

and where do you see yourself at say 55 or 60 years old still at Rocket lab

obviously but that's a long time um you know we joke at Rocket labor like dog

years right one year here um it just just seems Seems a crazy amount of time

um so so you know we got a lot lot left to do at at the company and and you know

we' got a lot of big projects and stuff to do and as as we saying before it always seems like the next big thing is

bigger than the next and you know we keep keep running towards it but I think the definition of success for for me is

is is like when it's time to clock out is is you know reflect back and and like

did you really do everything you could to have the amount of impact that's that's how I measure everything against

against that pretty [Music] much yeah what about

55

Legacy well I think your legacy is is is your impact I mean there's yeah that that's that that that that that's the

only way you achieve immortality is actually you know achieving something for the planet and and and you know

everybody on it that's yeah that's nobody nobody remembers anything else mate this has been super inspiring

yeah how's it been for you oh unpleasant unpleasant unpleasant is it why so well

I mean uh I I I I you know I'm the Rockets rockets in in in rocket lab you

know that's the priority and and um you know nobody enjoys talking about you

know themselves for sure you'd be surprised some people do um so it's been okay it's an unpleasant experience

that's um it's it's not the go nothing to do with you though I was going to say that's not the goal I have for for my

guests yeah I'd like them to have an enjoyable experience but Pleasant is a bit harsh were you unfort oh no no no no

no it's interest it's a fascinating insight into you as a person but um you I got the feeling when I cornered you at this gallery and asked you to come on

the podcast that you know you were reluctant to do so but you you kindly did do so it's been bloody great um why

did yeah why didn't you just weasle your way out of it you could have like told me to message Morgan and I could have

messaged Morgan and then it could have you know just just fizzled out then well I mean part of parting of being being a

good leader is to really trust your people and um you know Morgan does a great job she told me to go on here so

I'm here he does listen to some people Hey

sir Peter Beck you're a great New Zealander um mate this has been an an absolute dream scenario for me and um

even more so after having the look around um the rocket lab establishment last week um it's incredible what you're

56

1:36:48
doing and um yeah I just cannot wait to see what you and your team at Rocket League do in the future oh thanks very

1:36:55
much that's very kind and and you know I think uh it it is a team right like um massive team massive team and and you

1:37:01
know people look back at Rocket lab and and you know it's like the 17 18 year overnight success but if I look back

1:37:07
through through the history of the company and all the things that needed to go right and all the rest of it um

1:37:13
there is like there is so many hundreds probably thousands of people that that helped along the way that that kind of

1:37:20
believed in in me or believed in the company that that things just just just wouldn't have happened you know whether

1:37:25
it's you know Michael Fay letting me use his Island to launch a rocket from or um you know NASA awarding us um a contract

1:37:33
uh for for you know you know first ever well third turned out to be third flight

1:37:38
of our electron rocket you know they they took them even that organization government organization took a huge bit

1:37:44
on on a on a little company down in New Zealand so you know it it it it is it is

1:37:49
a big team and a lot of people that end up creating these successes m I honestly believe that those examples like s

1:37:55
Michael Fay and great Mercury Island and NASA and everything else it's um people buying into your vision because um yeah

1:38:01
you're very intoxicating okay no you I I don't know a lot of what

1:38:08
you've said today but I believe every word of it Hey sir Peter Beck thank you so much thanks Dom appreciate it

# EXHIBIT 12B

**Sir Peter Beck's Rocket Lab Journey**

Advertisement (00:00)
[Music] Kiwis' love at first, like them we're making waves. Generate. Switch online today.

Dom Harvey (Host) (00:20)
Sir Peter Beck, welcome to my podcast.

Sir Peter Beck (00:22)
Oh it's a pleasure to be here Dom.

Dom Harvey (00:24)
How, how does, it's only been like six months ago that you got the the the Sir title, the knighthood. How do, how does it sit with you?

Sir Peter Beck (00:31)
Uh it's very odd to be fair. It's very odd and and and it take takes a while to to to kind of you know process that and uh obviously a huge honor but you know the way I look at this one is it's, is it's for all the the entrepreneurs and and engineers in the country because there's not that many of them that that that get a title so you know I take great pride in the fact that it's it's it's for a it's not I don't really think it is for me I think it is is for those for that you know type of people.

Dom Harvey (00:58)
Is it your email sign-off?

Sir Peter Beck (01:00)
No. (both laugh)

Dom Harvey (01:03)
What about when you fly and the the forms you have to fill out Sir?

Sir Peter Beck (01:06)
No, no.

Dom Harvey (01:08)
Oh come on lean into it.

Sir Peter Beck (01:09)
It's only the people I don't like, then you got to call me sir if I don't like you then then that's that's when you know.

Dom Harvey (01:15)
It's it's um great to have you here uh you've been like a this is going to sound like an ass-kiss but it's it's it's factual you've been like a dream guest for the podcast and I happened to bump into you a couple of weeks ago at this art gallery, in Parnell, of all places. So I went on up and

1

introduced myself and um uh like I got the surprise of my life like you you said you you're familiar with the podcast which was really yeah, it was humbling.

Sir Peter Beck (01:37)
Yeah no I I really really enjoyed the work so you know congratulations on on building a great a great platform.

Dom Harvey (01:44)
Yeah oh likewise and um I said to you I'd love to get you on the podcast and you you um panned me on to Morgan who's your vice president of communications and I thought that was going to be the end of it. I thought this is Sir Peter's "get out of jail free card" but she responded the the the that same and we locked in the date and here we are.

Sir Peter Beck (02:01)
Yeah, there you go yep. The system works.

Dom Harvey (02:03)
And I've done um so much research on you the last couple of weeks. I reckon I've just about read and watched everything there is to see about um Peter Beck. Um, one one thing I've noticed is like there's not a lot of personal stuff online, is that is that by design or is it because the like the interviews you do they're just way more interested in this amazing company you've built?

Sir Peter Beck (02:20)
No, I mean it's it's it's it's by design. I mean um uh I try and keep you know a family life out of out of the rocket business and and um and that's a conscious decision uh you know it's it's it's a tough enough thing by yourself let alone you know dragging your your family all through it so um so you know I I um I try and separate those two possible

Dom Harvey (02:42)
Yeah fair enough. So what does an average day look like?

Sir Peter Beck (02:45)
Uh well it's I don't know it's just so you know America starts at at sort of 3:00 a.m. in the morning. Um you know quite often there'll be a few, I really try and avoid the 3:00 a.m. morning meetings, those ones throw me a bit, two is fine and and four four is fine for whatever reason three I really struggle with. So, um so the day starts pretty early and um uh and then you know America wakes up and and uh and then you know goes to sleep and then New Zealand goes to sleep when New Zealand goes to sleep. We don't have any operations in Europe thank God because if it was in Europe I wouldn't be zero chance to get in your sleep.

Dom Harvey (03:19)
Because I saw a quote online from um the Nvidia co-founder and CEO Jensen and he said um "I work from the moment I wake up, 'til the moment when I go to bed and I work 7 days a week. When I'm working I'm thinking about working and when I'm working I'm working," does that sound?

2

Sir Peter Beck (03:34)
Sounds about right, yeah.

Dom Harvey
Does it really?

Sir Peter Beck (03:35)
Yeah my uh my my family have got photos um of me every family holiday, every every time it's just like the family joke there's there's everybody doing an activity and there's me standing to the side on my cell phone. And uh it's you know, there's photos of of of us all around the world as a family, um doing that but it's it's like it's it's the way it is, like you don't achieve something big on on kind of an eight to five, you know five days a week kind of timeline. If you want to achieve something big it just has to be all consuming.

Dom Harvey (04:08)
You just love it that. You've just got like dead aim, dead aim. You've got this goal and you know what you want to do and nothing's going to stop you.

Sir Peter Beck (04:13)
Yeah I mean I I think it's it's it's really important what we're trying to achieve and and um yeah I mean it's tremendous amount of type three fun. Um but uh…

Dom Harvey
What's type three fun?

Sir Peter Beck (04:25)
Oh it's the fun you know type one fun is just actual fun and then type two fun is is like it's not that fun at the time but but you know you're still relatively enjoyable and then type three fun is like it absolutely sucks the whole time and then maybe a couple of years later you look back on it and go oh that was actually fun.

Dom Harvey (04:40)
I've never heard that before where did that come from?

Sir Peter Beck (04:43)
Well I I don't know I thought everybody knew that.

Dom Harvey (04:45)
Yeah, um how well, how well known are you in New Zealand? Like do do you know, do people do people come up to you and have selfies and you know? Are you aware when you go to restaurants and things of people sort of staring at you or what do people come up and talk about?

Sir Peter Beck (04:57)
Yeah, I mean um yeah yep that that happens that happens. Um a bit, um yeah, a little bit.

Dom Harvey (05:06)

3

Hm, how does how does that sit with you?

Sir Peter Beck (05:08)
Oh used to be, you know super odd but um but people always have just the loveliest things to say. Um so uh and you know being a public company now so many people have uh you know are shareholders in the company and and uh you know so they feel like they have a little bit of that ownership as well. So you know it's always it's always always been really really lovely. I mean uh so yeah.

Dom Harvey (05:32)
Um the public company thing. Yeah, so I I bought some stock in Rocket Lab when it first went on the NASDAQ. When was that by the way 2021?

Sir Peter Beck
'21 yeah.

Dom Harvey (05:40)
Yeah and it sort of went down and then it's just sort of been sitting there. Very small amount in my share's account doing not much.

Sir Peter Beck
Yeah.

Dom Harvey (05:45)
Then um earlier this year I had Paul Henry on the podcast and he told me I should put some money on Rocket lab so I put some more money in and it's gone exceptionally well for me and I'm um I've got 600 shares in the company, how many do you have?

Sir Peter Beck (05:57)
I, there's about about 10, 10% just a bit over 10% of the company.

Dom Harvey (06:03)
Right, yeah, so the um are you, are you comfortable talking about this you the the shares and the the stake of the company and stuff?

Sir Peter Beck (06:10)
Well yeah, I'll tell you if I'm not.

Dom Harvey (06:12)
Yeah okay okay cool. So, the the night we met at the um the gallery in Parnell, um like you became a billionaire overnight, on paper.

Sir Peter Beck
Yeah.

Dom Harvey (06:22)

4

But you made like, you went to sleep and then overnight you made like 200 million dollars or something crazy like that.

Sir Peter Beck (06:28)
Yeah I mean, I guess I don't really think of it like that. I mean as as you say, it's it's it's on it's on paper. Um and uh you know we we we're trying to trying to build value you know in in the company for for everybody. To be honest with you the more satisfying thing is is um is seeing a whole bunch of uh you know staff, all of a sudden, uh all their hard work being recognized and and also investors who who have been along for the journey that's that's much more gratifying than than you know seeing some things on a paper for you.

Dom Harvey (06:58)
Yeah you're just not driven by the by the by the money at all.

Sir Peter Beck (07:01)
Look, if I if I if I wanted to make a billion dollars, I could have think of a thousand things easier to do than this. So, for me that's not the motivation. Um, of course uh we're a publicly traded company so we need to maximize value for the shareholders…

Dom Harvey
Yeah.

Sir Peter Beck (07:15)
But I mean for me personally um the thing that that wakes me up in the morning, with a you know a jump in my step, is that the space industry is one of the few things in the world that you can have tremendous amount of impact and the way to think about the space industry is is it's like infrastructure. So, when you put up a satellite into low Earth orbit, you know it provides, say it's a weather satellite, um it provides weather uh down to people on Earth. Great. But the reality is it provides weather to literally millions, if not tens of millions, if not billions of people down on Earth and I don't know any other infrastructure project that you can do that has so much impact. Like uh if you go and build a new Harbor Bridge crossing, right um that's great it affects everybody in Auckland, doesn't matter a toss of someone in Invercargill but it affects you know a relatively small amount of people in a positive way but you put something into space and every 90 minutes it is orbiting the planet and every 90 minutes you have a chance to have a huge impact. So the the kind of projects that we've got to work on are just incredible. I mean uh you know we we yeah with is a good good example um national security missions, where people's lives matter. Um uh communications missions, Earth observation missions you name it we've we've had a part in a lot of those things and then in the space systems division uh you know we we built all of the solar cells for the James Webb Telescope. Um some of the the NASA probe are going to the sun right now. They're all our solar cells on on there as well. Mars Ingenuity helicopter, all of the all of the surface rovers have Rocket Lab components on them so we get to play in in just the most amazing things that have just tremendous amount of impact

Dom Harvey (08:51)
Yeah and then there's there's other stuff you're doing. I got a, I got a um DM on Instagram from someone and um I've paraphrased it here on this card um but it said Sir Peter is a legend on the

east coast. Uh so generous to the area during Cyclone Gabriel. My dad has been an employee at Rocket Lab in Māhia, cleaning at the launch site and looking after staff houses. He loves the company and their values, so it's not just the stuff you're doing, you're doing up there, you're doing like a great job down here on the ground as well um yeah that must be like incredibly gratifying.

Sir Peter Beck (09:21)
It is, it is yeah know that it it is and it's and and I think that's yeah, I mean uh look the technology is is is exciting all the rest of it but um you know at the end of the day as I was growing up um the only message I had from my parents is have the most amount of impact you can have with your life because you're here for a short period of time and and you know that is that is a measure of success is is is how much impact can you have to people, to society, to the planet um in the time you've got on this planet. So um that's that's kind of the guiding light.

Dom Harvey (09:53)
I I notice you just rolled one of your hours before, we get and you you did mention Invercargill as well. So we'll get into your roots because I I that's part of the story, um that's part of the [inaudible] back story that that I that I love, like I had my cousin on the podcast a few weeks ago Sonya Williams. She's one of the founders and um three execs of Sharesies.

Sir Peter Beck
Yeah, a great company.

Dom Harvey (10:11)
And she's from Levin and I I said to her you know part of the inspiring thing about your story is that there might be some kids sitting there while they're paying college, that I don't know when you're in a small town, it's hard for other people to understand but you do have these sort of limiting beliefs to it degree, I think, you must find it like being from.

Sir Peter Beck (10:26)
Mmm, not really

Dom Harvey (10:27)
I think I think a lot of people do, like they I don't I know maybe it's sort of changed now you and I are a similar age but I feel like you you know there is something about being in a small town that or a small City that sort of holds you back a little bit, never for you?

Sir Peter Beck (10:37)
Never, never for me. Never for me. I I mean I was lucky to grow up an environment where an-anything was possible. Um, you know if I if I came home and uh you know said that I was I was going to build a rocket, for example, um it wasn't you know I'll be careful with that, I'm not sure you should do that. Um you know that that could be dangerous. It was well if you're going to build one make sure you build a really really big one. So there was never any any kind of um you know ceiling if you will on what we could achieve as boys. Um you know in in in my childhood

Dom Harvey (11:07)

6

But but you even got that from from, I know I know a story about the school, the school calling your parents and saying oh…

Sir Peter Beck
Oh yeah yeah yeah.

Dom Harvey (11:14)
Like Peter's dreams are too big…

Sir Peter Beck
Yeah.

Dom Harvey
Well what was the story with that? You talked about this in a TEDTalk.

Sir Peter Beck (11:18)
Yeah no, so I mean I I knew exactly what, I was going to work in the space industry and um…

Dom Harvey
At what age? Like secondary school?

Sir Peter Beck (11:26)
No it it was earlier than that. I mean I I don't know I remember writing a report um on Halley's Comet um and that must have been you know in in standard four or whatever year that is now I can't remember, but…

Dom Harvey (11:38)
It was like '86 that Halley's Comet was.

Sir Peter Beck (11:39)
Yeah something like that yeah yeah yeah so no I always knew I wanted to work in this work in the space industry and and work have something to do with space. It was it was was very clear now what what was less kind of clear was how I was going to get there but you know the goal was to go and work for NASA. And um uh and so you know when when when it came to you know the obligatory careers you know advisor session and I'm like yeah I'm going to go work for NASA, I'm gonna build rockets and do this stuff and and you know I was very good with my hands um uh in in the workshop and uh you know in Invercargill, the thing you do if you're good with your hands

**Growing Up With Big Dreams**

is you go and be an apprentice at the TY Aluminum Smelter. Um so you know I I was like you'd be a great welder and I'm like yeah I can weld but um but you know I've got bigger aspirations than that.

Dom Harvey (12:25)

7

And and and so the um did the careers counselor like call your parents and.

Sir Peter Beck (12:28)
Yeah yeah they called them in we need to have, Pete, Pete's got these unrealistic kind of expectations here you know we need to, need to just make sure he doesn't go off the rails I think. And and I remember we all just sat there and just nodding away and then we knew there was no conversation on on the way home in the car and there was was there was no acknowledgement of what was said and we just carried on. Like I think you know everybody just thought there was a crop of shit.

Dom Harvey (12:51)
That is so cool of your parents. And then there's, um yeah then there's other um like adults that were on on your side like I heard, I read a story about um Mr. Child.

Sir Peter Beck
Yeah Graeme Childs.

Dom Harvey (13:02)
Yeah your technology teacher. Yeah yeah um and he talked about just what a wonderful student you were and he mentioned you and two mates. Um he gave you like the keys to the workshop basically.

Sir Peter Beck (13:10)
He literally just fisted over the keys to the, to the school workshop and we were in there all days, all hours of the night, all weekend, uh just welding and turning and machining and and just building stuff yep.

Dom Harvey (13:21)
Have you seen him since or anything?

Sir Peter Beck (13:23)
Oh, I haven't seen Graeme for quite some time but um but but yeah, I yeah it was a few years since I've seen Graeme.

Dom Harvey (13:28)
Yeah that's a huge, a huge honor. It's a it's really like I think that shows a lot of trust like giving a school.

Sir Peter Beck (13:33)
Yeah yeah yeah yeah like yeah I mean I imagine now it would be pretty difficult for someone to just you know give you the keys to the school.

Dom Harvey (13:39)
Health and safety and a whole, a whole myriad of issues. Um what else have I got? Yeah four years ago you did a um um an AMA on Reddit. Do you remember that?

Sir Peter Beck
No.

Dom Harvey (13:49)
No, it wasn't you?

Sir Peter Beck
Well it could have been but…

Dom Harvey (13:52)
Oh yeah lot happen since then. Okay so four years ago, I'm assuming it's you it seemed legit um this is a quote from you in a comment form, "Rocket Lab is about 30% finished still much more to do."

Sir Peter Beck
Mmm, yep.

Dom Harvey (14:04)
So, fast forward four years we're at

Sir Peter Beck
I, I, I-

Dom Harvey
Does it keep go-

Sir Peter Beck (14:10)
100%. 100%. I think it's it's it's a baseball cap with [inaudible] on a string for sure, it just just keeps on, keeps on moving and I think um uh yeah you you you you you set out you set out a goal and then you go and achieve it and then and then there's always always the bigger thing. It could even be a disease

Dom Harvey (14:28)
So you, so you're always going to be at 30% finished.

Sir Peter Beck
 it feels like it yeah it does feel a little bit like it.

Dom Harvey
Yeah well there's always going to be like another frontier.

Sir Peter Beck (14:36)
Yeah yeah yeah yeah well, I mean uh the projects just get bigger. I mean we we we built Electron and then now we're building a big rocket Neutron uh you know. And now we're we're chasing after you know a multi-billion dollar program for NASA of doing Mars sample return, to try and

9

bring samples off the surface of Mars. so there's the opportunities keep getting bigger so the aspirations keep getting bigger.

Dom Harvey (14:57)
Mmm and another four-year-old quote, this from your TEDTalk uh, "launch frequency is the absolute most important thing."

Sir Peter Beck
Mhm.

Dom Harvey (15:04)
And funnily enough just like a couple of days prior to us doing this podcast uh you had two successful launch missions in less than 24 hours.

Sir Peter Beck (15:10)
Yeah from two different hemispheres, even Elon hasn't done that.

Dom Harvey (15:14)
Do you do you know do you know Elon have you met?

Sir Peter Beck (15:16)
Yeah yeah yeah yeah yeah.

Dom Harvey (15:18)
What's he like?

Sir Peter Beck (15:19)
Oh he's a great engineer and uh yeah great business great businessman for sure yeah yep.

Dom Harvey (15:23)
So yes, so SpaceX is a lot bigger than Rocket Lab, are you like the number two number two space company?

Sir Peter Beck (15:30)
Yeah I think, I think we're, it depends on what metric you want to use. Um you know if if you look at pure revenue, um there's probably ULA is bigger than us but is with respect to like launch cadence and and kind of what people generally uh expect um will be uh you know the the real competitor. Um it's it's sort of generally yeah.

Dom Harvey (15:50)
So you've met him you've hung with him.

Sir Peter Beck
Yeah.

Dom Harvey (15:53)

10

Is he all right all right guy? He's an intriguing guy I'm I'm um I'm a big fan of the the stuff he's done but I've listened to the audio book of um that I think Walter Isaacson did of him which is a very thorough book um he's a very very complex man as we probably all know is is is he sort of like an-, anymonous? A an nemis- what's the word?

Sir Peter Beck (16:12)
Nemesis.

Dom Harvey
Nemesis, yeah.

Sir Peter Beck (16:13)
No, I mean the the crazy thing about the rocket industry is it does attract um you know the these kind of folks and and uh you know you've got Elon and Jeff probably our two biggest um competitors um but but you know in their own rights, uh you know super passionate people super uh you know super driven to toachieve those things and um I maybe it's the Southern thing but um it's people are just people right, it's just, it's they're just normal people with their own, their own drives and aspirations and and what not and um yeah. I mean I don't I wouldn't call them nemesises or or anything they're just they're just you know people doing a similar thing.

Dom Harvey (16:52)
But you wouldn't be caught dead in a Tesla or do you have an X account?

Sir Peter Beck (16:56)
Yeah yeah yeah I have an X account. Yeah yeah no I I I don't have a Tesla though I prefer internal combustion. I'm old school so.

Dom Harvey (17:05)
Um yeah how do you feel with with each launch? Like do you do you get anxious with it and when it goes well is it relief?

Sir Peter Beck (17:12)
No I hate launch, absolutely hate a launch. It's terrifying. Yeah no.

Dom Harvey (17:17)
Why just like your stomach turning nerves or?

Sir Peter Beck (17:20)
Yeah, yeah, well I don't puke in the toilet anymore so we've moved we've moved on from there but you have to understand that when you're launching someone's satellite that that can be you know more often than not you are you you they may as well just you know pass over the keys to their company to you because if you screw that up um you know and put their satellites in the drink or or or destroy them then their business can be over. Um so it's tremendous responsibility um and uh you know um it's it's it's very very difficult to do there's really only two private companies in the history of this planet that have that have managed to scale so, um there's there's a there's a lot riding on every launch and and I'm I'm a naturally uh um you know a very, um,

11

what's the word, I care a lot. Um so paranoid, I guess is the right word. So I'm naturally a very paranoid person. So um you know that lau-launch day is not not an enjoyable day.

Dom Harvey (18:17)
So the puking in the toilet thing how long was that for?

Sir Peter Beck (18:20)
Oh probably the first 30 flights or something like that.

Dom Harvey
What are we up to now?

Sir Peter Beck
Oh 56.

Dom Harvey
Oh my God.

Sir Peter Beck
So I'm getting better.

Dom Harvey
This is still recently.

Sir Peter Beck (18:27)
Yeah, no I'm getting better.

Dom Harvey (18:30)
And and leading up to it, you like, what would you what would your wife say? Like are you a pain in the ass to be around? Like you know you're a bundle of nerves? Or?

Sir Peter Beck
Oh yeah.

Dom Harvey
You can tell that there's something on your mind?

Sir Peter Beck (18:40)
Yeah yeah, oh yeah everyone knows launch day don't don't you know don't go near Dad just just leave him alone. I just go quiet.Yeah.

Dom Harvey (18:47)
You're like an all black on the day of a test or something like that.

Sir Peter Beck (18:49)

12

Well it is, it is like that though. I mean a launch is a huge orchestrated event. I mean uh we have to monitor space weather, we have to close down airspace, we have to close down marine space. Um you know these, a typical launch is one year in the making, from when the customer first comes to see you to the day you launch. It's about one year and you know in that you're you're optimizing orbits, you're creating structures, 'cause you you know sometimes you got to change the rocket. Um there's International uh licenses you have to get, local licenses you have to get. It's a huge huge event and then you know that's why I think people tune into our live stream and watch launch and it goes and and watch it goes away and and you know go on with their life but actually what you see there is a year of work by hundreds and hundreds of people to make that to make that a success.

Dom Harvey (19:32)
Mmm and the stakes are very high.

Sir Peter Beck
Very high.

Dom Harvey (19:35)
Yeah yeah yeah yeah so um I went out to to Rocket Lab last week um for a tour and it was um it was touch and go as to whether it was going to be on or postponed, um because there was a launch that was potentially happening um at around the same time. So where where are you for that? Are you sometimes watching it like at home, on on a screen? Or are you always at work? Or?

Sir Peter Beck (19:55)
Well I mean you know it depends on on I am around the world is is to where I watch it but I I've certainly never ever missed a launch, absolutely not.

Dom Harvey (20:04)
Wow yeah, just going back to that um tour of your factory like I think most New Zealanders would be surprised by what's going on there, like it's amazing it's um it's it's incredible so used to be the Avante Bike Factory.

Sir Peter Beck
Yeah yeah yeah.

Dom Harvey (20:17)
And um now you're making rockets there and it's everything is made on site like there's no you're not buying bags of screws from Temu or anything like that? There was even the you better explain this better than me but um there's almost like like a a hardware store inside of Rocket Lab, so if someone wants to go and get some screws they need to go to this hardware store inside the Rocket Lab factory and get them because if the wrong screws are in the wrong holes or something it's going to screw everything up.

Sir Peter Beck (20:43)

13

Yeah yeah well you take a screw, um we we can trace that screw to when it was made where it was made right down to the material certification, which will say at which steel mill that that particular piece of metal that that screw was made out of and that that's just the level of detail you have to go to. Uh, because a rocket has uh you know a safety factor at best of 1.2, meaning if something can stand 100 PSI, uh you know at 102 PSI uh it's exploded so or 120 PSI it's exploded so you know the safety factor is is is really low on everything so you know you put the wrong screw in there that that that you know slightly less ductile or whatever um you can fail the rocket. I mean it's it it it's literally you know one screw can can bring it down

Dom Harvey (21:30)
Yeah another big surprise to me was um first of all uh how many staff were wearing like Rocket Lab merch and um there were a lot that weren't. So, I'm guessing it's not a mandatory thing you but yeah. So they're wearing it by choice because they love being there and they love being part of the company.

Sir Peter Beck (21:45)
Everybody's super proud of of of the company and they should be because you know their their their work is is absolutely incredible and and it's one of the peculiar things about the rocket industry is that uh you know your launches are, every launch is is followed by by thousands and thousands of people and uh if you have a good day then you know it's thousands and thousands of people have watched and that's great. If you have a bad day you are on CNN, NBC, you're international news around the world. So you know um so they should have a lot of proud, a lot of pride and and um in in in their work and and what they achieve because it's amazing. I mean and then in that factory one rocket rolls off that production line every 18 days.

Dom Harvey (22:24)
Yeah and you got massive 3D printers and yeah it's in and yeah everyone looks so happy and um it's the most, yeah it's the most I I I suppose I was expecting it to look more sterile lots of white boiler suits or something I don't know but there was um people wandering around in like Nike, Nike shorts and you know Warriors t-shirts and in each different zone there was a different UE Boom playing a different genre of music. It's a a very very Kiwi looking setup.

Sir Peter Beck (22:48)
Yeah yeah and and I think if you go across you know all of our divisions, I mean uh so the New Zealand factory, there's there's about 700 people there and there's about 2,200 in the company, across five different states in the US and if you go you go everywhere there you'll see the black walls and you know everyone everyone wearing the merch and and a similar thing um you know there is is there is there's no ties and and stuff at at at Rocket Lab. I mean that doesn't help the machine go faster.

Dom Harvey (23:16)
How much time do you spend on the floor these days? Or you busy on the phone and and boardrooms?

Sir Peter Beck (23:18)

Oh look I I try and spend as much time on the floor as possible. I mean on Electron floor, not very often 'cause those guys are are just machines. They're just just cranking. Um but we're you know I'm still the chief engineer for the company, so um you know Neutron our big rocket is our biggest project. So um you know I'm I'm I'm all over that um both in the US and and New Zealand. So uh and and to be honest with you that is a fav- my the best part of my job is is uh you know getting getting getting you know hands on and…

Dom Harvey
Amongst the weeds.

Sir Peter Beck
Amongst the weeds. Putting putting engines together and solving problems that's that's the best part of the whole job.

Dom Harvey (23:52)
Fuck yeah you love it aye. Oh and um the coolest um I think reception area I've ever seen in a business in New Zealand, it's amazing.

Sir Peter Beck (23:59)
So did did it did it remind you of 2001: The Space Odyssey as you walked in?

Dom Harvey (24:05)
Uh, I'd seen an interview with you beforehand and you explained that, so um I can't I can't remember the movie exactly but um it was just it's just really cool. It feels like suddenly you're out of space and there's a big glass window there with a bunch of people like getting ready for this launch that's happening somewhere else in the world. It just um like I'm I'm familiar with you and I've you followed the Sir Peter Beck journey and what you've been doing but I probably had really no idea of the scale of what was going on here in this Factory in little old New Zealand.

**Rocket Lab Culture and Work Ethic**

Sir Peter Beck (24:32)
Well that's littlest factory in the whole place is, yeah yeah yeah.

Dom Harvey (24:36)
But you turn into this um, into the street in what's this is it Mount Wellington?

Sir Peter Beck
Yeah.

Dom Harvey (24:41)
You turn into the street, in the suburb of Mount Wellington and suddenly it's just it's hard to find a park on the street, Rocket Lab shirts.

Sir Peter Beck

Yeah, people don't like us about that. Yeah we're not very popular with the neighbors right now.

Dom Harvey (25:50)
Oh God I bet, I bet but um yeah what you, what are you, as someone that spends a lot of time in New Zealand and now that's a that's Rocket Lab USA. It's what it's called now um but it's a New Zealand company and you're from Invercargill.

Sir Peter Beck (25:03)
Well we actually we flipped into being a US company 2013, when I started to raise capital out of Silicon Valley in the states and then you know New Zealand is a is a subsidiary of the US entity yeah.

Dom Harvey (25:13)
Right but you see this factor and it definitely has the feel of a new coming. What what do you think of the big differences between like New Zealand and the US?

Sir Peter Beck (25:21)
I think New Zealanders are much more willing to take uh risks in in in areas that they don't know anything about. Um and I think you know the old adage um where you know a Kiwi has to do everything, is is very very true. So if you go around a lot of our US factories, you'll find in a lot of senior leadership positions there a lot of Kiwis. Um and uh you know the the cultures are are different but similar in in a lot of respects and you know the cultural elements of just work hard and and and and make shit happen and all that are kind of consistent. But, I'd say the one thing that that we we tend to notice is, um is the Kiwis tend to be a little bit, maybe it's you know like if you're if you're a Kiwi, you know unless you build your own deck there's there's something the matter with you and and you know you have to learn you know you should know how to concrete and you should know how to put posts in and you should know how to deck and and all of those kinds of things and I think that's probably one thing in in the New Zealand culture that's a little bit different to the US culture, is is you know you tend to have like a concrete expert and a decking expert, rather than someone who's willing to just go "she'll be right" and and start you know go to hire equip and get a post hole driller and just get stuck into it.

Dom Harvey (26:31)
Yeah that sounds like a pro, what about the cons? Have have you, what have you sort of experienced in the way of like Tall Poppy?

Sir Peter Beck (26:38)
Um yeah to be honest with you so I don't think Tall Poppy exists with Mom and Dad at home. I think Tall Poppy only exists in the media. Um because you talk to your average mom and dad at home and they they want everybody to succeed. I actually only think it's a construct from um maybe this is a little bit controversial but a- that construct of of New Zealand media. Um that because they seem to you know want to cut people down but I think your average joeblow at home loves to see people being successful.

Dom Harvey (27:10)

16

I love that, that's a really good take. I've never thought of it like that. Yeah, how's your run been with the media in New Zealand?

Sir Peter Beck (27:16)
Uh well, I mean we don't do much. Um uh you know, um we we do we do fear bit of international media, but even then we don't we don't really do much. I mean uh this is the only podcast I've done, um certainly in New Zealand, but you know not not many even in in the world. So um we don't we don't we don't do it a ton and I think that's probably a little bit one of the the things about Rocket Lab compared to some of our competitors is we just sort of quietly go about getting stuff done, um rather than making a big song and dance.

Dom Harvey (27:46)
yeah I feel like it's a missed opportunity for the um potentially the New Zealand media here. I'm not sure if they've been trying or if it's you know thanks but no thanks on on your behalf, but yeah like it was astonishing for me having a look around this factory and just seeing what's going on in little old New Zealand. Like I I was walking around your you know your workshop with goosebumps quite frankly. Like it's it's made me really really fucking proud to be in New Zealander.

Sir Peter Beck
Oh awesome, that's great.

Dom Harvey (28:09)
Yeah it was so cool and I feel like it's yeah, let's get Sir Peter Beck on a on one of the the dollar bills.

Sir Peter Beck
No no no.

Dom Harvey
No one day?

Sir Peter Beck
No no no.

Dom Harvey (28:17)
But like what what you're doing and also the backstory, which we'll get to now, like being from um you know the bottom of the fucking South Island, like it's it's simply remarkable. Like you you've dreamed big um you know too big for your school

**From Stars to Rocket Bikes**

teachers and you're actually doing it. You're following through and it's it's the coolest thing you're you're very very humble about it. Yeah how does like praise like this someone pissing in your pockets that with you.

17

Sir Peter Beck (28:39)
Yeah, it's not, yeah no, move on move on please.

Dom Harvey (28:41)
Okay all right, early years yeah. So um Invercargill, earliest memories.

Sir Peter Beck (28:46)
Oh earliest memories of Invercargill, one of my earliest memories honestly is um my father took me outside and it's probably the catalyst for the for for my interest in space and I can remember freezing cold Southern night but super clear skies. Uh standing out there and him pointing at the stars and and explaining to me that those stars were suns, and uh those suns could have planets around them and this could be somebody on one of those planets staring back and looking at you. And um you know you know when when astronauts go into space and uh they look down on the Earth they they have this thing called the overview effect where they see the Earth for the first time as this fragile little marble and you know it's a life-changing experience and and all that. That that was that for me that that that point for me was like wow yeah actually that that's that's pretty big to comprehend, and and that that kind of I guess you know started the started the fire, and um continues to you know kind of fuel me as to you know are there are there other, you know, people in in the universe or are we are we special or are we not just not that special?

Dom Harvey (29:50)
Mmm, what sort of age?

Sir Peter Beck (29:52)
I don't know um…

Dom Harvey
Like preschool or?

Sir Peter Beck
Yeah, probably probably about 5 years old I think, yeah.

Dom Harvey (29:58)
And what do you think? Is, are there ET around?

Sir Peter Beck (30:01)
Well I mean statistically, um there's there's the you know the most likely there is intelligent life but if you want to take the scientific method until we have actual evidence then you have to say, if you want to be scientific about it there actually, there is currently no proof of life therefore there mustn't be any other life in the universe. So, uh until we prove that that either life has existed or it does exist then um I think you know that's that's an unanswered question.

Dom Harvey (30:26)
I'm not going to argue with you. Yeah I I I would I would say it's um it be arrogant of us to assume that you we're the entire universe but yeah who knows. Um yeah so what was the upbringing like? Was it, so it was you, your parents, two brothers.

18

Sir Peter Beck
Two Brothers, yep.

Dom Harvey
How would you describe yourself like, middle-class? Did you share a bedroom? Have your own bedroom?

Sir Peter Beck (30:45)
Yeah I shared a bedroom, very middle class yep.

Dom Harvey
Yeah.

Sir Peter Beck (30:48)
My mother was a school teacher, my father was um the director of the Southland Museum and Art Gallery. Um and uh yeah so know very very very middle class but um uh but but we always we you know we always did stuff. Um and uh you know I think I think my father always kind of um you know sort of did stuff that was at the time I guess considered unusual. Um but uh and that that maybe probably I think led to the the the feeling that you could, you could do anything.

Dom Harvey (31:20)
What do you mean unusual?

Sir Peter Beck (31:22)
Well I mean uh, he never went to university. Um he was a geologist. Um and you know he he he built the Southland Museum. He became, uh one of the if not the preeminent expert in in nephrite Jade. Um and uh and traveled the world and and and did a whole whole bunch of kind of you know amazing stuff.

Dom Harvey (31:40)
Yeah was he a sculptor as well? Isn't there this like a umbrella sculpture and sculpture.

Sir Peter Beck (31:45)
Yeah they they're scattered all around the country yeah yeah.

Dom Harvey (31:47)
And your granddad was he was he mates with Burt Munro?

Sir Peter Beck (31:50)
Yeah true, yeah my my grandfather Truesdale Beck. So uh yeah. He used to, he used to yeah hate Burt Munro because he he come to Beck Motors, jump on the Beck Motors lathe and make a hurl of a mess and then walk out and and you know my grandfather used to chase him out with a broom because he'd just leave a mess behind.

19

Dom Harvey (32:06)
That's a great story that uh, World's Fastest Indian with Anthony Hopkins, one of my favorite movies of all time.

Sir Peter Beck (32:11)
Yeah no, great movie yeah.

Dom Harvey (32:12)
Can you see the like the parallels between yourself and um Burt Munro?

Sir Peter Beck (32:17)
No, Burt was an amazing guy but but um his his stuff was a little bit on the rough side. Um I I it needs to be absolutely perfect for me I'm afraid.

Dom Harvey (32:26)
Uh actually I've got a photo here contrary to that.

Sir Peter Beck (32:29)
Yeah but look, it's beautifully made, it's beautifully made.

Dom Harvey (32:32)
What is it? Can you describe what you're looking at?

Sir Peter Beck (32:35)
Uh that that that's my rocket bike yeah yeah but look how beautifully made it is.

Dom Harvey (32:40)
Looks like a giant garlic bread underneath.

Sir Peter Beck (32:44)
Well those are those are pressure vessels. Um those are those are yeah those are those are old oxygen bottles that I I got from a wrecker that were uh condemned. Um uh that uh yeah they ended up holding the propellant.

Dom Harvey (32:56)
Yeah so how old were you when you made that?

Sir Peter Beck (33:02)
Mmm, probably 18, 19 something like that

Dom Harvey (33:04)
And it went um, something like 140 Ks an hour and 0 to 100 in 5 seconds or something like that?

Sir Peter Beck (33:09)
Yeah it was a good ride. Yeah no um there's nothing like riding a rocket bike actually, like if you've ever ridden a fast motorbike uh you know the acceleration is great but it kind of peters out

20

as you go faster uh the air resistance increases and you know you you you've got to you've got to you have that moment where you have to change your gear where there's a slight lapse in acceleration. When you ride a rocket bike um, you push the button and because you're depleting the mass the ma- mass is you know the largest mass of the the the vehicle is the propellant. As you're depleting the propellant, the bike gets lighter and lighter and lighter and cancels out the air resistance. In fact, so you when you when you're at the end of the burn, um at the fastest speed you're feeling the most amount of acceleration. So there's nothing there's nothing on this world that feels like that.

Dom Harvey (33:51)
You were you were quite defensive about that and sticking up for the workmanship.

Sir Peter Beck (33:56)
Yeah um and there's there's some other photos online of you testing it out at like the Festival of a Speed or something. Um it's lucky you're alive.

Dom Harvey (34:08)
No no no no no. See you misunderstand, um that that that looks dodgy but but actually um it's not that dodgy. Um you know all of that is is is well well engineered and and you know I something like that you don't just throw together and hope for the best because that that will end in badly. So um so you know al- although it it it it probably doesn't sound great um it was you know it was well reasoned and well engineered so there wasn't you know the the the the the biggest risk with that actually, um the only thing I was really concerned about that uh was was two things really is was falling off because, and falling off is fine I was in a leather you know motorbike, leather that's fine just get along the ground for a bit um but was worried about getting burned um because that's not fun. Because the you know the exhaust temperature was unpleasant. Um and then uh stopping it because uh because of those wheels they had such high surface speeds, um when you put the brakes on the brakes just melted so you had to sort of pop up and sit up for a for you know sort of five or 10 seconds to let the wind resistance slow you down before you could put the brakes on. That was that was that was a designed flaw to be fair that was less well.

Dom Harvey (35:20)
You're owning that, owning your shit. Good on you um so you went to um James Hargest High School um how what was your school experience like?

Sir Peter Beck (35:27)
I loved school yeah, not particularly good at it. Good at the things that I could apply, um so um you know uh no but but I I would not say I was that academically strong at all. Um but uh but once again I knew what I wanted to do and and um you know the you know the mess that was relevant to what I was doing at the time would be fine but if it wasn't relevant it I found it very difficult to to you know make it work.

Dom Harvey (35:58)
But yeah what were you like at school? Like what would your peers say about you? Like I I went to I went to a school called [inaudible] South Boys' High School which is very sports orientated

um and I look back now and I feel like everyone was subjected to some sort of bullying, unless you're in like the first 15 or the first first 11. Like were you like did people, how do people treat you for being like different and you know being like obsessed with the workshop and.

Sir Peter Beck (36:19)
Surprisingly good for a geek 'cause unashameably unashamed geek. No no no I think and maybe maybe it it was it was an Invercargill thing or a James Hargest, I don't know but but no never never never never never had any of those kind of experiences, um and um you know I think I I could I could make stuff. So um you know I remember at at intermediate, um we had those wooden desks you may remember these wooden desks with the inkwell at at the end and with the with the lift up lid…

Dom Harvey
Yeah and the little little little slot for the pens.

Sir Peter Beck
Slot yeah yeah yeah yeah yep and so you got to sign one of these desks and um one lunchtime, well I was worked up to it but but one lunch time I just decided that I would would install you know a complete alarm system in that in that desk and so you know wired it up with all microswitches and and a giant bell and and and everything and and and had a small optical sensor under the bottom as well, and uh of course this was great fun because everybody knew that Peter Beck's desk was alarmed up and you just you just lift you just lift the lid like 5 millimeters and the and the bell go ring like that and then you just drop the lid and the teachers like what's going on here so that lasted for like you know quite some weeks before they figured out that this you know this this desk was was all alarmed up but no I mean.

Dom Harvey
Why did you do that? Was was someone stealing your stuff?

Sir Peter Beck (37:32)
No it was just cool.

Dom Harvey (37:35)
Were you just like um like I don't know destined to be like an inventor or something?

Sir Peter Beck (37:40)
Yeah I mean I think I think throughout throughout our family uh everybody's always making stuff whether it's my father or my brothers, we're always just just making stuff. Um so um and uh yeah yeah so I think I think it was just natural, yeah.

Dom Harvey (37:56)
So yes so so your dream then was to like to basically start start Rocket Lab or what is now…

Sir Peter Beck (38:02)
No my my my dream was to go and work for NASA.

22

Dom Harvey (38:04)
Right, you can see you can see why your teachers wanted to, oh no actually you probably can't I was going to say you can see why your teachers wanted to manage your expectations because they probably thought the likely of likelihood of it was very slim um and the disappointment it's going to be a steep drop off can you sort of see from their perspective.

Sir Peter Beck (38:22)
I think that's criminal. No I mean it's not a teacher's job to crush people dreams. It's a teacher's job to encourage them.

Dom Harvey (38:31)
But you you did go to the States.

Sir Peter Beck
Yep.

Dom Harvey
And then basically no one no one was interested in like a Kiwi walking up.

Sir Peter Beck (38:37)
Well I mean look we've we've missed like decades there. But but ultimately yes I did go to the States on a rocket pilgrimage and I went and visited all of the places that I'd been corresponding with or or dreamed to work with and it was a super interesting time. Um and uh you know I I turned up at like uh Rocketdyne, which is you know a large was the preeminent rocket engine manufacturer and uh just naive as anything and you know I turned up there and started taking photos of of their facilities and walked up in the reception taken photos in the reception and and you know…

Dom Harvey (39:10)
With an actual camera?

Sir Peter Beck (39:11)
Yeah yeah yeah yeah and and they're like there security guards everywhere and I got escorted out of that place. Um they didn't you know 'cause I started asking to to talk to to rocket scientists and and what what not and um you know I went out to Edwards Air Force Base. Uh and um same thing again you know Edwards Air Force Base is hallowed ground for for a rocket guy. Um and you know big security, you know entrance at the front and and it's funny. I've got actually got a picture I only got one picture of, um of the Edwards Air Force you know base logo and it's all on the pass, it's all on the angle. Um because at that very time I had my arm grabbed by a soldier with a gun uh inquiring why I was taking photos of this military base. But um just just so so naive and um but anyway yeah I did I did go NASA and I I got you know tour of JPL facility. And and uh it was it was super depressing it was really really depressing um because this organization that I I dreamed of working for and and I thought NASA was like it

**Entrepreneurial Journey, Disillusionment, and Epiphany"**

23

was in the Apollo era. You know bunch of young engineers running around, doing the most amazing things and by the time I got to NASA, um the average age was 52 and everybody just talking about stuff that they used to do. Um and it just completely lost its way. Um you know space shuttle was starting to look like it was retiring, and it was all it was all just just really grim.

Dom Harvey (40:32)
So so you, yeah, we'll look back around to the Invercargill stuff but so you would, you left America sort of disillusioned and that's when you decided to start up your.

Sir Peter Beck (40:39)
Yeah that was the the the impetus of starting it is is I sat on the plane and I also learned, um I learned a couple of other things so I went to the Mojave Desert, which uh in the Mojave Desert there's a whole bunch of rocket, little rock up, rocket startup companies and I went there and I remember going there and um went to this one company and uh super cool guys and they showed me their torch igniter that they very proud of this torch igniter for a rocket engine, that the US government had funded them through various SPR funding it's called and it was like a million dollars of funding and which at that time was just the most insane amount of money. I've never heard of so much money. And uh this for this torch igniter and they bought it out to me to show me and it was it was this janky machined thing, screwed to a piece of plywood. I'm like this is a million dollars worth of rocket work this is insane. I can build a way, you know my torch igniters look way better than this and I got talking to these guys and you know they were having the same combustion instability issues as I was having with my engines and then like everything everything was the same and so I kind of realized look I I I had this impression that that I was at this level and everybody else was way way up at this level, and um I realized that that wasn't the case the levels weren't hugely disparate the the levels were actually pretty similar for for for where I was at to a lot of what of these these these startup companies were doing.

Dom Harvey (42:02)
Right so like an epiphany in the best sort of way.

Sir Peter Beck (42:05)
Yeah yeah but uh to counter that, um uh nobody nobody in America is going to employ a Kiwi that comes from a country with no space industry, that has no degree and no experience in in the space industry. Um you know to work in the space industry in America, uh it's it's a dual use um it's called a dual use class. So basically uh you you you have to you have to be a US citizen. You can't, you can't turn up there unless you get a a green card or a DSP-5 or you you're a US citizen. So for so just the regulatory hurdle to get in there is is enormous. So in order for that, a company would need to sponsor you in. Um there is no chance that a company is sponsoring in a guy with no degree from New Zealand to go and work on rockets. Um so you know that that was there was that was zero opportunity to to go and go and do that.

Dom Harvey (42:59)
How old were you then? Early 20s?

Sir Peter Beck (43:01)
Yeah early 20s, yeah yeah.

24

Dom Harvey (43:02)
Yeah so were you um like depressed for a while?

Sir Peter Beck (43:05)
Yeah a little bit so I remember getting, I remember you know we we we basically um finished up at at JPL, I think the next day we got on the plane or might even that night got on the plane uh back from LA to New Zealand, and there's you know there's nothing like 12 hours of of plane flight to to reevaluate your life and um yeah you know it was it was a little bit disappointing and then um then I just did the only thing you could logically do and it just just lay out logically okay if I'm going to work in the space industry, what what are the avenues and I just just went down the avenues and it's like well the only logical solution here is to start my own company and and do it from New Zealand. Uh that that that's the only outcome here. So scribble a little logo called it Rocket Lab and I I actually put Lab at the end because, not very imaginative names it's kind of like New Zealand how we name our rivers like river one, river two, you know same thing. Um I was doing rocket so it should have rocket in it and I was worried about you know being legitimate um or at least looking real so if I put laboratory after the end that looks that looks kind of you know legitimate so that's where the name Rocket Lab came from.

Dom Harvey (44:13)
You look back 'round to Invercargill then we'll get back to this because it's a fascinating story because I I feel like that's the point most people would have given up and I think this is what sets you apart from most people, you know nothing's in the too hard basket for you. um yeah so your mom Ann she's still in Invercargill.

Sir Peter Beck (44:29)
Yep yep.

Dom Harvey
Yeah is she still teaching or is she retired?

Sir Peter Beck (44:33)
No no she's retired. Yeah she's she's old.

Dom Harvey (44:35)
What what age did she teach like primary school, intermediate?

Sir Peter Beck
Yeah high school, yep yep.

Dom Harvey
Yeah high school yeah. So you think she should be the sensible one in the family, the one that would sort of go okay Peter well let's just you know get an education in case.

Sir Peter Beck (44:49)
Sensible in the fact that um she was she's always the one that telling us to be careful. Um uh but but not sensible in the fact that you should have high aspirations.

Dom Harvey (45:00)
Was she, did she go to Government house with you for the the knighthood thing?

Sir Peter Beck (45:04)
She did yeah yeah. That was that was it was great yeah

Dom Harvey (45:07)
Yeah yeah well I feel like you you you seem fairly like indifferent about this but I feel like for like um, like an aging mother this is this is huge.

**Life Adversities and Humility**

Sir Peter Beck (45:16)
Yeah well I mean it it it was it was it was yeah it was it was good and and then um you know for me personally it it was it was it was it was actually quite special because um like you know my father had a long battle with cancer like like a lot of people unfortunately do. And uh he he was a real battler and um he he said he wasn't going to die until I got to orbit and you know we reached orbit in 2018 and 10 days after we reached orbit he died. So it's amazing what the human body will do when when when it when you know you have a goal and you can and you can work to it. But um I remember you know I I was I was tasked with um you know talking to him about the kind of final preparations and um you know Dad what what sort of tombstone do you want? This is not a great conversation to have to be fair. And I'm like oh how about a giant stainless steel monolith and he's like no no no I want I want this piece of gabbro and you know this this piece of gabbro uh is is a is a precision surface table. So he is the only person on this planet I think that has a tombstone that is optically flat within two wavelengths of light um but that and but that was cool and and you know I didn't want to leave on that that note I didn't want to you know walk out of the room uh and and you know leave on that so I was figuring trying to think of of something you know inspiring or nice to say uh for the end of the day um and that day someone had sent me uh an email saying a what what you what you achieved with the you know first rocket out of the Southern Hemisphere and getting to orrit was amazing, I'm going to nominate you for a knighthood and so I said to Dad I said oh look this this person you know said uh said he's going to nominate me for a knighthood and you know he was he was pretty out of it by then and and he looked up and and he said, "oh that's just great," and um so it was you know it was it was it was it was special to to close that off.

Dom Harvey (47:12)
Yeah, was that your last conversation with him?

Sir Peter Beck (47:16)
It was.

Dom Harvey (47:17)
Yeah so he was um 76…

Sir Peter Beck

Yep.

Dom Harvey
When he died in 2018. So he was around to see you um get the Kiwi Bank New Zealander of the year in 2015. What did he make of that?

Sir Peter Beck (47:28)
Those those sorts of things my father was very much about service I mean he he got an [inaudible] himself. Um he's very much about about service not those, so so those kind of awards, you know they're not you know, we didn't really talk about those those kinds of things I think and and look some of those things uh you know, I don't want to diminish any of those those awards that just sounds arrogant, but um you know some of those things they they they they you you know you you you do a good thing and they just, everybody just piles on wants to give you all these things and and I've always maintained like you know there's a lot of people that do amazing things, um in this country. So you know one award should be your lot and then you know everyone should focus off on doing other stuff.

Dom Harvey (48:14)
Geez you're almost annoyingly humble aren't you? Like you're so um lowkey about like what you've done and what you're doing and um these these accolades as a result of it. Um it's it's refreshing.

Sir Peter Beck (48:27)
Well it just is what…

Dom Harvey (48:29)
Yeah yeah, yes this just how you were raised your think? So you your brothers as well I'm guessing they're immensely proud of you but they're just like, oh yeah yeah it's just just Peter being Peter.

Sir Peter Beck (48:40)
Oh yeah yeah no yep there's no there's no room for for big kids in family yeah no everybody everybody brings make sure everybody's on an even keel.

Dom Harvey (48:50)
So do do you get to um catch up much now?

Sir Peter Beck (48:53)
yeah as as often as often as we can so uh you know we we'll get down to central Otago you know as often as we can and and um um so and and you know they still live in Invercargill, so know and my wife's parents live in Dunedin so central Otago is kind of the collection point of all the families.

Dom Harvey (49:09)
Yeah um yeah how old are you now? What are you 48?

27

Sir Peter Beck
47.

Dom Harvey (49:13)
47 yeah yeah no I'm I'm 51 and no no one gets to sort of our age of life, the perk of reaching middle age without going through some sort of adversity, you know life life just kicks you in the ass a couple of times. Um what about you losing your dad is that your biggest adversity or what else has there been?

Sir Peter Beck (49:29)
Uh well I'd say I'm tremendously lucky um I you know I look at I look at you know a lot of my friends and and and other people and they've had to deal with a whole much whole way worse stuff than than I have to. Um have had to today and um yeah yeah of course you know losing losing a parent is always a is always a difficult thing, but um I don't know it just it maybe you become desensitized it feels it does feel like a fire hose, a shit 100% of the time um and and you ask any founder running a company, that's that is that is the reality of a running running a company there's there's there's never never plain sailing. But no I think I I've I've been tremendously lucky I mean compared to what other people have hadto had to endure.

Dom Harvey (50:10)
Yeah okay. So um so you finished school at James Hargest, why no university? What was the?

Sir Peter Beck (50:16)
Well that was a plan. No, the plan was to go to university. Um but I wanted to build rockets and there was no courses at university to you know no aerospace degree. Um and uh to me uh the best engineers um not all this is this is gross generalization but but the best engineers are engineers that can design it and then go down to the workshop and build it. Um because you you get the get that you know what's practical to build and then and then you know what's also practical to to design. So uh so I went off to Fisher and Paykel and did a tool and die making which was the most precise engineering that I could do within the country. Um and uh if you wanted to build rocket engines, then that's that is a skill that that that you needed. So the plan was always to go to university but I just wanted to get a trade under my belt before I went there.

Dom Harvey (51:02)
Yeah so you um you leave home at 17 and move to Dunedin. Did you did you have any friends or like a network in Dunedin?

Sir Peter Beck
No.

Dom Harvey
No.

Sir Peter Beck
No.

28

Dom Harvey (51:12)
Even that's a big call. That's that's a big move at 17, you're very young at 17.

Sir Peter Beck (51:17)
It didn't feel like it honestly didn't feel like it.

Dom Harvey (51:19)
So you yeah, so you've got this job at Fisher and Paykel. Um I believe I might have this wrong but you um you move into a two-bedroom flat. You're in one bedroom the other bedroom is like a like a home workshop?

Sir Peter Beck (51:33)
No well so so for the first year or so I moved in with a family um and you know that that was Mom's way of making sure I ate um because uh one of one of the challenges as I would just go down to the workshop at school and and and just never eat. Um if you look at photos of me when I'm young um, I'm emaciated uh it's because everything else you know eating is is just is just a you know an unfortunate thing you have to do to.

Dom Harvey (51:55)
Like a distraction.

Sir Peter Beck
A total distraction.

Dom Harvey
You should eat space food, rehydrated meals or whatever.

Sir Peter Beck (52:00)
It's not a bad idea but um but you know she just just slide the plate under the workshop door and you know I trip over it on the way to bed and and uh so so she she put me with his family so so I didn't die basically. And um it's it's one of the reasons why I'm married to my wife is because she was worried was going to die too. She used to cook meals for me. Like the, at Fisher and Paykel everybody used to worry that that that I would you know for my health, so they would would invite me around and cook me deal, cook me meals and things like that but um uh what were we talking about?

Dom Harvey (52:33)
Oh just yeah talking about you um this must have been further down the track, I must have got the timeline wrong but you're living in a flat.

## Rocket Engineering Dreams and Beginnings

Sir Peter Beck (52:38)
Oh yeah no so I bought a house. Yeah so anyway I bought a house.

Dom Harvey (52:41)

29

Did you? What age?

Sir Peter Beck (52:43)
Oh must've been 19 or something like that.

Dom Harvey
Sh- that's impressive on its own.

Sir Peter Beck
Wasn't a good house to be, come on.

Dom Harvey (52:50)
Yeah no no but you know you maybe it's 'cause you weren't having [inaudible] every every week, so you bought a house well just just 'cause you weren't much of a spender you had this job at Fisher and Paykel.

Sir Peter Beck (53:00)
Yeah no I why I spend everything everything on on on on rockets but um but but yeah I managed to to to save enough to to to buy this little little house in Mornington and and um and yeah that that um yeah that the rooms got converted like had one drawing room was just designated for for drawing and one room that was just designated uh you know as as a workshop and then had a little garden shed out the back that was was actually a hydrogen peroxide um distiller. Uh so I could distill the propellants out.

Dom Harvey (53:30)
I can see now why you had to buy your own place like, no land you failed the first flight inspection.

Sir Peter Beck (53:38)
No I can remember it was it was so uh uh I I got visited by a census lady and it was the most inopportune time to be visited by a census lady. Because I I was out outside up my driveway with this garden shed and these days like it would look like a peacock facility because it was was a garden shed it had compressors in it and it had a a bubble reactor column in there to distill out the hydrogen peroxide to you know to propulsion grade and this thing just ran 24/7 with lights on and and sounds and hissing and all the rest of it. And uh I was doing I was doing a a change, um because you you sort of distill only, see safety first only distilled sort of 200 milliliters at a time in case it went bad. Um because the explosive radius wasn't you know big enough to take out my house basically. But um so but I was I was right in the middle of a swap over and um I couldn't afford uh the proper PVC suits because if you get hydrogen peroxide on you, it's organic uh it just can instantly combusts. So if I tipped it on this, the shirt you know the shirt would just start on fire. So, you you're supposed to use these PVC suits so I fashioned myself a PVC suit out of rubbish bags. You know m- multi-layer thick rubbish bags and the census lady come up the driveway and I'm in this black rubbish bag PVC suit with a welding helmet on, literally you know holding this beaker of of of 98% proof hydrogen peroxide yeah so.

30

Dom Harvey (55:06)
How are you not dead?

Sir Peter Beck (55:08)
But no I mean it was it was perfect it it always sounds dodgier than it than it was but I mean it was it was all you know it was all perfectly safe. Like you'd like you think about that in in a laboratory environment it's not it's no different you know I you know the the the suit is is was perfectly impervious and and so no it was it wasn't wasn't as bad as it sounds.

Dom Harvey (55:30)
Yeah you're definitely a hyperfixator aren't you?

Sir Peter Beck (55:33)
Probably yeah.

Dom Harvey (55:34)
Yeah which is you know, it could could be your superpower.

Sir Peter Beck (55:38)
Definitely yeah yeah yep.

Dom Harvey (55:41)
Um yeah that's amazing. What an amazing story. So was so then you worked in New Plymouth for a while on boats or something how what's your recollections of that time?

Sir Peter Beck (55:49)
Yeah so I was a project engineer uh for for building a 123 foot um Superyacht. Um and uh that was you know at the time I didn't really enjoy it um but I look back and now and realize that was just such a uh you know an important part of shaping me, because um you know in the morning I would have to um you know work down with some you know the welders who were you know some of them were completely illiterate and you know explained to them uh you know all the weld details and and and what we needed and and and all the rest of it um and then in the afternoon um you know I'm I'm shmoozing with the owner of the yacht that's flowing in on the on the helicopter, uh and and being able to having to be able to kind of you know um operate in in those two worlds is is is I think was was really really informative and uh and and I think you know that that's my my life now. I mean you know have to operate in in a whole bunch of different spheres whether it be political spheres or um you know uh raising money or or you know public company stuff. Um it's you know right right down to you know swinging a wrench on an engine so having having having the ability to kind of translate across all of those those kind of people and disciplines is is is super important.

Dom Harvey (57:08)
Yeah I watched a ton of stuff that you've, about you on YouTube and um you're one of the early clipses you with Paul Henry on Breakfast TV in 2009. Um and then you see the progression of Sir Sir Peter Beck through the years and you you speak you're definitely a lot more comfortable

31

now um I think with that public facing stuff. Not that you weren't then but I suppose it just comes with maturity and experience and.

Sir Peter Beck (57:29)
Not really, I I do not enjoy it.

Dom Harvey
Do you not?

Sir Peter Beck
Absolutely not, no.

Dom Harvey (57:33)
No but I I can see why you you'd managed to win over rooms of like your venture capitalist or or whoever else because it's um you're I don't know you you you're so determined and so fixated on what you're doing and it's um it's quite intoxicating. People people I think a lot of the times people are probably buying into you in your vision I don't know what this guy just said but he believes it.

Sir Peter Beck (57:56)
Well no I mean look, uh you know especially raising capital out of uh venture capital is um is is you you have to be a good storyteller. Um and uh uh you can't you can't just just go up there and and present a thesis um you have to you have to be a good storyteller and and lay out the and and and and distill very complicated things into into into very consumable things that people can can can understand and and and get behind for sure yeah.

Dom Harvey (58:21)
But I suspect that's part of the like a necessary evil for the job for you something that doesn't necessarily come naturally, you'd rather just be in the workshop you know tinkering but you understand don't get me wrong I love the thrill of a chase of a deal um so so there there's there's definitely that side of it I love I love the thrill of a chase and and um you know business is is a lot like a game of chess. And um you know you'll spend a long time positioning pieces that uh that that may be completely useless and and in the form of like, you I've had thousands upon thousands of meetings that I've walked out thinking man that was a waste of time and then it's the one time you know where you you're you're you might be at a you know at a customer and they go oh yeah I I remember I met Pete 10 years ago and we were talking about this and all of a sudden that meeting is really, really important.

Dom Harvey (59:07)
Yes so Rocket Lab, so so you launch it and then what does the how long is it before you met um Mark Rocket?

Sir Peter Beck (59:14)
Yes so I started the company and then uh then then you know obviously I needed to you know to find uh some some backing for it and I heard Mark on the radio he just changed his name uh to Mark Rocket and done very well out of out of his internet businesses and I thought well here's an

32

interesting thing, uh has some money check, um and is passionate about space check. So uh so I got managed to find Mark and got a hold of him and gave him a ring and he came and visited and and then that was you know that that provided the first bit of funding to to start the company.

Dom Harvey (59:45)
yeah so how much did you get from him, a couple hundred thousand or something?

Sir Peter Beck
Yeah.

Dom Harvey
And it's for half the company?

Sir Peter Beck (59:49)
Yeah yeah yeah yeah worst deal ever. Well but no that's not true, best best deal ever because that's what started the company but uh you know if if anybody like if if if you're trying to build a company like that is the that is commercial suicide to sell your company in the A round for 50% of your company.

Dom Harvey (01:00:06)
Yeah, it's like you went on Shark Tank and got reamed.

Sir Peter Beck (01:00:07)
Yeah yeah yeah yeah but but but if it wasn't for Mark, um none of this would have happened because he was the first person to put some money in and and and you know all credit to Mark ultimately uh you know, I bought Mark back out and um that that that that was that was critical because you can't turn up to Silicon Valley with half your company sold like um you know and this this is one of the things that that you know early New- New Zealand venture capital just make huge amount of mistake on is is I think that the riskier the company, the more they need to own. And uh that's how you destroy a company.

Dom Harvey (01:00:40)
Yeah so so how long was he in the company for before you bought him back out?

Sir Peter Beck
A few years.

Dom Harvey
Yeah few years, did he do well out of the deal?

Sir Peter Beck (01:00:46)
I think he did very well yeah yeah. I don't think you have any complaints from him there.

Dom Harvey (01:00:51)
Yeah yeah did he keep any stock on the company?

33

Sir Peter Beck (01:00:53)
Yeah yeah yeah yeah.

Dom Harvey
Oh so he's still in?

Sir Peter Beck
Yeah yeah well I don't know if he's if he's still still holding out as a public company but um.

Dom Harvey
Right.

Sir Peter Beck
But uh yeah.

Dom Harvey (01:01:01)
Yeah you're very different [inaudible] like say he he was one of these these was he on one of the first Virgin trips to space?

Sir Peter Beck (01:01:08)
Yeah he signed up to go on one yeah yeah yeah.

Dom Harvey
Yeah so did he go?

Sir Peter Beck
 Well no Virgin hadn't even…

Dom Harvey (01:01:13)
Oh right okay um yeah so yeah so he he wanted to go into space, you from what I can understand about you you've got no interest in going to space?

Sir Peter Beck (01:01:21)
No the challenge is that uh I understand all the engineering extremely well, so I have all of the knowledge know and none of the courage and I think you know an astronaut is is an incredible person because they can climb aboard something and they have a good knowledge of what's going on and just turn that off. Um I I just wouldn't have the ability to climb on board that and just turn that turn turn that off.

Dom Harvey (01:01:41)
What about eventually if that say 20 years from now? If that's where, if that's where you know the Rocket Lab goes or the industry goes?

Sir Peter Beck (01:01:48)
Never say never um but I mean uh look rockets have not changed since the 1950s they're still you know, they've improved but they're still fundamentally you know one you sort of 3% to 5%

34

of the total mass of the rocket is the thing you get into orbit it's 92% fuel there's no way to make 92% fuel completely safe.

Dom Harvey (01:02:11)
Okay so um, yeah I've mentioned this a couple of times the um yeah the Paul Henry interview, uh in 2009 at 32 years old. Um when was the last time, have you ever gone back and watched that or no?

Sir Peter Beck
No.

Dom Harvey
No, he kind of he kind of like I don't know I got the feeling he was sort of like um didn't believe you necessarily or was like it's like it's.

Sir Peter Beck (01:02:30)
Well that's why I bet him. No of course he didn't believe me, yeah that's why I made the bet.

**Rocket Lab Founder Discloses Early Struggles**

Dom Harvey (01:02:33)
But he starts by saying oh you look very young and you're like thank you and your answer catches him off guard. You can tell that he's sort of thinking like with a bit of side eye like the producers have organized this guy and the guy is not going to amount to anything. I I don't know I'm I'm yeah that's definitely what he thought he's a huge fan of yours now but what what bet did you make?

Sir Peter Beck (01:02:52)
I think we bit uh we bet 20 dollars that um, I can't remember, that I wouldn't get to the moon or I wouldn't get to orbit or or or or something like that and and the bet was that um that if he lost he had to dress up in a bunny suit. Um so he dressed up in a bunny suit to full credit to Paul yeah.

Dom Harvey (01:03:13)
Oh that's amazing. Um yeah are you friends? You've caught up with him in Palm Springs.

Sir Peter Beck
Yeah yeah yeah yeah yeah I mean I haven't seen Paul for a long time but uh you know he's he's a great guy.

Dom Harvey (01:03:20)
And what are your recollections of that first launch in 2009, 15 years ago going now?

Sir Peter Beck (1:03:27)
The first suborbital launch yeah.

Dom Harvey (01:03:28)

35

Can you remember can you remember your um your quote like this?

Sir Peter Beck (01:03:32)
Oh yeah, oh well which there's a few I don't know which quote there there kind of infamous ones and and and less infamous ones but um but yeah no it was there was uh yeah it was it was it was a it was it was a big day for sure because we had we had no money that was that was it um and you know there's been a number of times throughout the company's history where it's all on the table and you know that was the first time.

Dom Harvey (01:03:56)
So yeah when you say by the way the quote I'm talking about is you fucking beauty yeah I know it's the most um like like raw and honest and unfiltered thing. Had you not thought about the significance of the moment and what you should say it was…

Sir Peter Beck
No.

Dom Harvey (01:04:09)
It's right right up there with um, "We knocked the bastard off," from Sir Edmund Hillary.

Sir Peter Beck (01:04:13)
Yeah no like you you are like for for two years is is just uh you you know it was just 24/7 and just just work to get to that point so no it's it's it's engineering execution it's not there's no time for that that kind of nonsense.

Dom Harvey (01:04:29)
And and when for that kind of nonsense when you say and when you say it's all on the all on the line like, what do you mean so if it failed?

Sir Peter Beck (01:04:37)
If that blew up on the pad we had no resources to have have another crack. Uh if it if it didn't if it didn't fly well we had no resources and um uh you know that that launch um straight after that launch I got on a plane and went to America and um and you know that that that was a you know that was the time to to to make hay that was the time to turn something into into something else and you know following that um you know I went and and we we kind of ran the company's a little kind of advanced technology house we did work for uh US Government research houses, Lockheed Martin and we built like this little Skunk Works of of doing crazy difficult things um and then achieving them and and ultimately that that kind of led to the point where I thought right it's time I've got enough credibility and enough capability to go and build an orbital rocket um and and that's when I went to Silicon Valley.

Dom Harvey (01:05:27)
Did you yeah like I don't know if this is something you even thought about then but from 2009, like if you could if you could imagine yourself 15 years into the future, like what did you imagine? Could you have imagined what, you know where you're at now?

36

Sir Peter Beck (01:05:43)
Well I mean I I think we're behind schedule to be honest with you. Um so um uh you know everything everything expect you expect everything to go way faster than than than it did um you know we we we the first bit of money hit the bank for Electron, uh in 2014, January 2014 and we had our first flight in 2017. Now I was run around telling telling everybody we're going to have our first flight in 2015, um and you know how naive it was then. But um but but uh you know the the I guess that you know the timeline is always always feels longer than it than it should be but it's you know part naivity and I think part part optimism.

Dom Harvey (01:06:20)
And part impatience.

Sir Peter Beck
Absolutely.

Dom Harvey (01:06:24)
Yeah yeah you just wanted done that yeah there are parallels like with you with you and Elon like in this this book I was telling you about that I listened to. I think it was him um making a public statement about how many Teslas they were going to roll off the production line in the next five years or whatever and it was some outlandish figure and his point of view was that well if if if if we don't make it at least you know to push the team to get as close to that as possible I'd like to set a sort of…

Sir Peter Beck (01:06:45)
I think mine was pure naivity to be honest with you.

Dom Harvey (01:06:48)
Um yeah that's this this is fascinating stuff thank you so much for being so generous with your time today it's really cool I got some miscellaneous questions here. So um the the building launch in 2018 um you had William Shatner over.

Sir Peter Beck
Yeah it was super cool yeah.

Dom Harvey
Yeah how did that come about?

Sir Peter Beck (01:07:03)
Well I saw he is in town um.

Dom Harvey
Oh was he coincidentally in town?

Sir Peter Beck
He was coincidentally in town and and um uh well we heard he was coming to town to to do to do a show and they were starting to advertise for it and and uh my EA Christie I remember going

37

into work the morning said Christie I know who's going to open the building, it's got to be William Shatner and um and all credit to her she just just made that happen and and he is such a nice guy, uh such a such a a generous guy and um uh actually take a few life lessons from him is is one day he was on he having a few tough times and one day he just decided he's going to say yes to everything and he just lives his life saying yes. So when we rang him up and said hey can you open this rocket building he's like yes. And you know we took him we took him around the factory and uh he uh he he stole an ethernet cable um around the factory and then when he when he went to open the building he did this great comedy gig where he said, "Oh I was just looking at your rockets," and and he pulled this wire out from his sleeve it was just an ethernet cable that he grabbed off someone's desk and said, "I pulled this out of the rocket, does anybody mind?" It's just he's an incredible guy.

Dom Harvey (01:08:09)
Oh that's great that's so and and he's um I find him inspiring because he's so old but still so vibrant.

Sir Peter Beck
Oh yeah yeah.

Dom Harvey (01:08:16)
Like he's so sharp and so active so much going on. Oh um so Trump's recently been reelected and um him and Elon Musk are incredibly tight. Um yeah what sort of impact do you think this will have on on Rocket Lab or yourself or space exploration in general?

Sir Peter Beck (01:08:32)
Well I mean under the new Administration, uh space is clearly a priority, so that's great for us. Um what's also a priority is um you know uh a very commercial approach to space like space is is kind of bisected into the old the old kind of dinosaurs who do cost-plus contracting and then the new space uh folks, like you know Space X and ourselves that do firm fixed price. And and so um so under under the kind of new Administration firstly space has a great priority and also uh you know that way of working has a great priority so these are these are great things for us.

Dom Harvey (01:09:04)
Yeah um and you're keen to explore Venus?

Sir Peter Beck (01:09:08)
Absolutely yeah.

Dom Harvey (01:09:09)
So Elon's, Elon's he's what's the planet he's…

Sir Peter Beck
Mars.

Dom Harvey
Yeah so why is he into Mars, you're into Venus?

38

Sir Peter Beck (01:09:16)
Well uh for very very different reasons. Um so you know I mentioned it you know before that that that you know my father took me outside to to look at the stars and um pose that question is is the life and um you that that's sort of that's that's remained in my head. It's like well um we really need to answer that question are we the only life in the universe or not. And uh in V- in Venus has a set of clouds and at 50 kilometers in altitude in in the Venetian clouds, there's there's a very interesting atmospheric layer. Um it's kind of it's kind of o- it's kind of okay I mean it's still raucous but it's okay um there's there's enough kind of an environmental conditions at that 50 kilometer altitude that life could theoretically uh survive and uh very famous uh friend and scientist, um Sarah Seager, uh she made the discovery of of phosphine gas um in in that particular cloud cloud region and the only known uh the only known way to make phosphine gas is is through um through through organic symbiosis. So um it's it's like a a sign of life. Uh so armed with that um we put a, we stitched a plan together to to build this probe to go to Venus and it's like a go-no-go gauge for life and we get about about 200 seconds to to you know transit through this atmospheric cloud and and measure uh me measure whether or not um we can we can we can find life or not. So uh incredibly difficult thing to do, um it's the only private mission to another planet um ever uh it's a nights and weekends thing so you know it's constantly delayed but we're having with 2026 where is is the date that we we we have you know Venus and Earth are aligned enough that we think we can have a crack. And um we'll have a crack at answering that question and I think if you can answer that question two things happen like if if if you don't find life, then um then I think you know we continue on thinking that actually well maybe you know life is is not that prolific through the universe. Um if we find life there then you've answered the question, we are not the only life in the universe. Moreover, if you find it in the clouds of Venus, chances are it's prolific throughout the universe and and I think that's a question worth answering.

Dom Harevy (01:11:28)
How far away is Venus?

Sir Peter Beck (01:11:32)
A long way, takes about uh at the at the shortest transit um can't remember the exact time it takes about a year and a half to get there at the shortest transit.

Dom Harvey (01:11:43)
Wow you wouldn't want to do that in economy economy wouldn't be raw dogging that flight.

Sir Peter Beck (01:11:50)
Well the the crazy thing is that, the the the hardest part of that mission is is the probe interface with the atmosphere, 'cause the probe heats up because it's interfading with an atmosphere and during that sort of 200 seconds, um you know, we we have 12 watts worth of radio power amplifier that has to make its way all the way back to a dish here on Earth that and receive the signal that's that's that's non-trivial that.

Dom Harvey (01:12:13)

39

What about the um the the original moon landing in 1969 with um uh Neil Armstrong, Buzz Aldrin?

Sir Peter Beck
Yeah yeah yeah

Dom Harvey
Did they go or is it a film?

Sir Peter Beck
Oh come on, come on. So…

Dom Harvey (01:12:27)
It seems, you see the footage it just seems very film city.

Sir Peter Beck (01:12:30)
So any anybody who has a doubt with that I always say go to Cape Canaveral and stand under a Saturn V rocket and then look at the hundreds of thousands of engineers and scientists and uh you know if you can fool hundreds of thousands of the smartest people, you know that lived at the time and arguably ever lived, um then then then you know that that's some kind of cover up um because you can't you know you can't you can't hide that stuff.

Dom Harvey (01:12:53)
Oh going by that answer. I'm I take it you're a curved Earther as well?

Sir Peter Beck (01:12:57)
Very much a curved yeah. We live on a a spherical planet for sure.

Dom Harvey (01:13:03)
And some of the um yeah some of the footage I've seen from your launches and stuff the um, the footage is just exceptional isn't it? When when when the launch first goes off what's all the debris and stuff that's flying everywhere?

Sir Peter Beck (01:13:02)
Water, it's just water. Um so uh so we spray the the the the launch p- pad and mount with um with with thousands of liters of water. Um and we have to do that because the the acoustic reflection or the noise from the rocket engine is so loud that it it would rupture the rocket. Like the noise pressure would break the rocket in half. So the the water that we spray on the pad um you know deadens all the sound.

Dom Harvey (01:13:36)
And all, um all the rockets you've done, have all been um they've all been like beautiful they've all been like aesthetically really really nice, is everything is everything to do with performance or does aesthetics come into it?

Sir Peter Beck (01:13:50)

40

Oh well the one and the same for me, absolutely the one and the same. Um there used to be a saying up in the wall uh in headquarters in America, they made me take it down because apparently it's not polite to say crap in America, but um then the saying on the wall said um you know make everything a work of art um because you know if it looks like crap and doesn't work you have nothing. Um at least if it looks good it looks good right. Um so uh you know you can walk into a Rocket Lab facility, whether it's a boardroom table or a rocket or a spacecraft and everything is beautiful and everything is beautifully made and I think that's that's super important because um there is no room for error in this industry, there is just none. So the moment you start cutting a corner um you're you're for sure going to end in failure.

## Mission to Venus and Rocket Culture

Dom Harvey (01:14:32)
Yeah um yeah you say there's no room for failure and and um honestly hand on heart even though um the share price at the time for Rocket Lab was was um very very high there's just been a recent spike when I went and had a look at the factory last week and met some of your team and saw the work they were doing, um I went and put some more money in at the what was potentially an overinflated price that night because I've just got so much more like belief in what and what you're doing and the people you've got there like I've never seen, I don't know like a workplace where people are so happy. I get the feeling um there's a lot of people there that aren't too concerned with work-life balance, they're happy to be there off the clock.

Sir Peter Beck (01:15:10)
Yes they're, they're it's like you cannot do amazing things 8 to 5. That is a fact. Um and uh there is a lot of dysfunctional workaholics at at Rocket Lab and if you look at our nearest competitor being Space X, um the same. So you cannot be competitive if if you want to just have a cruisey life, um and and not not strive for for big things and you like you you cannot do amazing things in normal business hours. That is a fact.

Dom Harvey (01:15:38)
Yeah and generally like um I mean you're you're the founder and the CEO and the chairman of the board but for for anyone else like if you want to get further in your career whatever it happens to be, whether it's um Rocket Lab or something else, um you get out what you put in.

Sir Peter Beck (01:15:50)
100%, 100% you you can make up for a lot with just hard work um and you know as we looking to employ people, um you know uh we we we naturally get the the most wonderful CVs but the people that that end up actually being employed in the company are not necessarily the people with the multiple PhDs and A grades, they're the people that demonstrate passion and the people that demonstrate that they will go that extra mile because that's what it takes. So um you know the best CVs, um you know all all the qualifications look the same and just flip that page. What I really look for is like, what are you do in your spare time? What is what is the project that you've undertaken? What is the thing that you've really stretched to achieve? Whether it be you know engineering or sporting or whatever, 'cause those those are the those are the people you want.

Dom Harvey (01:16:35)

41

And say if um some you wide-eyed naive kid like you were when you went to the States um you know came and knocked on the front door of Rocket Lab, um with a yeah headful of dreams whatever um, yeah what would you do?

Sir Peter Beck (01:16:55)
Well I mean it depends on what what what their dream was. Um like if you know it's it's one one thing to just knock on the door and say I've got a dream but um and that that's great um, but you know there's been people that turn up at Rocket Lab um you know they they've built complete rockets and they just turn up with a rocket. Um CVs made all out of carbon fiber. Um I had we had one guy that who came from Canada hired a car parked it in the car park and didn't leave he just stayed there he say not going back to Canada until he gets a job.

Dom Harvey (01:17:20)
And what happened?

Sir Peter Beck
We gave him a job.

Dom Harvey
How long was he there for?

Sir Peter Beck (01:17:25)
Oh not long yeah but I mean that's that's the kind of person you want because because you, like you can teach you can teach maths you can teach a lot of things you have to transpant a blant-transplant someone's brain to have that level of motivation.

Dom Harvey (01:17:40)
Do you think some of it is people, I don't know you you you might not be able to answer this this might be a question for someone else but do you think some of it as people just buying into your vision?

Sir Peter Beck (01:17:40)
Uh well I think I think it's important um uh you know to have good leadership in in a company for sure. Um and you know as you walked in the in the facility the first thing you would have read is that we go to space to improve life on Earth, and um that means different things to different people. If you're working on the Mars team um that means going to Mars. Um if if you're working on on Electron production floor that means you know enabling a customer to get to orbit to do the amazing things that they're doing. So it means it means different things to different people and I think um every every company has to have you know a vision to auger in and anchor on because um you know like great there was a whole bunch of happy people there but man they have shit days too, real shit days and I always say to everybody that when you have a shit day, um, go down to the factory and and look at what you're building and look at the amazing things you you're you're working on you go and stroke the rocket, you know appropriately, don't stroke it inappropriately, but but go and just just remember that that's going to space and that's got your DNA on it, and the amount of people that can put their DNA on a

rocket that goes to space is extremely small on this planet. So you get to do the most amazing things.

Dom Harvey (01:19:00)
Yeah I get the feeling you're um your your love for space and what you do has has not wavered at all, like I'm thinking about my um, my career like when I was when I was a kid at school, I really wanted to get into into radio I love the idea of being on the radio and I managed to do that.

Sir Peter Beck
Well you're still here. So yours hasn't either.

Dom Harvey
Yeah yeah yeah yeah yeah it's a different thing now but when I started in radio it was like I'd do this for nothing, like I'm working in the middle of the night, I don't fucking care, I just just love it and I'd spend weekends there tinkering around in the production suite. Then it gets to the point you've been doing it a while and you know there's no way I'd work on a weekend unless I was you know whatever but I feel like you're you're cut from a different cloth.

Sir Peter Beck (01:19:36)
It's like I say, it's it's it's all in and and um uh you know when when you when you set your mind to something it is it's it's all in.

Dom Harvey (01:19:46)
That's intoxicating mate hey um one thing I'd like to ask all my guests about is um yeah some crunchy questions about mental health and things. So um how's your mental health? How are you today? How are you mostly?

Dom Harvey (01:19:57)
Uh I I I wouldn't have a clue to be honest with you um uh well I mean so, what I what I've learned is is I I have to find uh a a a some kind of switch off release because you know it is it I'm I'm once I fixate on something it it definitely fixate on something. Um so um so you know I I have to force myself to do things that enable me not to think about Rocket Lab. So that's why I started to learn to fly a helicopter and got my helicopter's pilot's license because you cannot sit in a helicopter and be thinking about rocket engine ISP because you will die. So have to have to find myself doing things where it's it's kind of forced shut off. Um and um whether it's whether it's that or flying a jet or or or those kinds of things that's that that that that is that is what I think is it keeps keeps my mental health sane is is trying to making sure I enforce but there's a same problem before is like then then those things start to get out of control as well you know gold mining. So I always love gold mining and started off with with a gold pan and and great for the family and we just puddle away in a river and then well there a better way to do this we get a gold sluice box and get a gold sluice box and then um then well there's got to be a better way to do this get a detector we get a detector well actually now I need a gold claim so I need one gold claim I have to have two gold claims now I've got diggers in a trommel. So, it can't it it it starts to get you know you have to have to find things that that that switch you off but even those things you know start to, start to get carried away.

43

Dom Harvey (01:21:35)
So whatever you do, you want to do, as well as what can be done.

Sir Peter Beck
It seems to be that way yeah. I've learned that over time.

Dom Harvey
What what other hobbies, helicopters, gold panning.

Sir Peter Beck (01:21:44)
Yeah that's that that's that's pretty pretty pretty much it. I mean car racing as well do a little bit of that um so but um but yeah.

Dom Harvey (01:21:52)
Are you able to watch like television or movies?

Sir Peter Beck (01:21:55)
No.

Dom Harvey
No.

Sir Peter Beck (01:21:57)
No it's a standing joke amongst my entire executive team is is is is I'm a social retard. So there is there is like any movie or any book or anything is just completely lost on me to the point that it's it's it's it's like you know taking taking the piss out of Pete um as an executive team because someone someone will mention a movie you seen that movie Pete? Ah Pete's never seen that movie, so no no.

Dom Harvey (01:22:18)
Not even what about growing up like were you obsessed with like Star Wars or?

Sir Peter Beck (01:22:22)
I was just in the workshop 100% of the time yeah yep.

Dom Harvey (01:22:26)
Um what about when you're doing family stuff so if you if you're if you're involved with um you know the wife and kids are you like are you able to go okay I'm going to be fully present for the next you know hour two hours however long it is.

Sir Peter Beck (01:22:37)
Well you'd have to ask. I feel like I'm very present you'd have to ask you'd have to ask ask them but I mean you know all credit to my wife and she she'll she'll you know. The way the way our holidays work is is Pete needs to go to the UK for for some meetings. So you know that gets turned into a family holiday and I'll go and have meetings and and then you know I I'll find myself at Stonehenge, um and then oh it's good Stonehenge this is quite good and um that that's

44

the way it's not me organizing the trip to Stonehenge like it's it's it's very much uh you know I'm I'm I'm led.

Dom Harvey (01:23:09)
Yeah so you're at Stonehenge but you're think you're thinking I've got I've got shit I want to do but…

Sir Peter Beck
Actually, I think they probably got a photo of me on the phone at Stonehenge if we're honest.

Dom Harvey (01:23:21)
Yeah are you, can can the company be bigger than you like if you ever decide.

Sir Peter Beck (01:23:27)
Yes, oh no this is super critical um and one one of the reasons why um I I, selfish reason, I I would decided to take the company public, um was because you know uh you talk to talk to Jeff and and and Elon and um it's very very clear that that you know when when they depart the planet is is that going to continue? And I was terrified that look you know the one, as I mentioned before, the one thing that my parents said to me is make sure you have the biggest impact you can have. And um the way to have the biggest impact is is to have longevity and you're only on this planet for a short period of time so whatever you create if you want to have you know big impact, you have to create it for a long time. So um I always worry that um that that you know if I die would Rocket Lab stop, and that simply cannot be true. Um I've completely failed if that's the case so one of the reasons to go public was that really enforces that generational thinking, building a multigenerational space company building a profitable company that is enduring it really is forced discipline. And um in the space industry that that's sorely lacking I mean you look at the space industry there's tremendous amount of failure uh in in the industry and that's because you know a lot of people you know get get enamored with technology or you know before that before actually getting enamored with building a business that works. So so for me um uh ab- absolutely. So I think you know the company is the company is in in grow great shape um for sure and only get better.

Dom Harvey (01:24:57)
Yeah but you're the the founder the CEO the chairman of the board. Like can can you step back or is there just no one that can at this point do any any other job as good as what you can?

Sir Peter Beck (01:25:07)
Truth be known, there's probably people that can do it better than me, um but uh but but no I think you know at this point we're at a critical point in the company's history um you know there's a couple of really big milestones that we need to take over that that will that will be huge for the company and um and you know. Look the reality is you're going to have to take me out on the box um you know I'm going to die at my desk probably that's that's that's the reality, but um or or somebody convinces me I'm no longer useful. But um but uh but but yeah I mean making sure that the company out survives me is is has always been a priority.

Dom Harvey (01:25:39)

And you mentioned Jeff before just in conversation um Jeff Bezos. Um yeah like what's your relationship with him?

Sir Peter Beck
Well I mean…

Dom Harvey
Have you caught up? You have like coffee dates?

Sir Peter Beck (01:23:50)
Yeah yeah yeah all the all the rocket guys um you know there's a mutual respect right. It's it is extraordinarily hard to go to orbit, uh it's extraordinarily hard cubed to do it over and over again. So uh yeah so although you know they're competitors there is just uh an incredible sense of of um of kind of you know respect, mutual respect among amongst everybody and um uh you know and I'm sure um you know if anything if anything needed to be done

**Rocket Lab Founder's Personal Insights**

between either of us we would all help each other out um so so so no I think you know there's it is it is you there's a lot of mutual respect amongst everybody I mean I think Jeff and Elon don't get on but there's there's still I would say a guarantee there's a lot of a lot of respect between the two.

Dom Harvey (01:26:37)
Yeah for sure. Yeah a lot of um um employees from the early days of Amazon say um the the criticism of Jeff is that um apparently he he had very little time for anyone that um didn't wasn't on on his level of intelligence or higher if if staff um were to pick on your worst flaw what do you think they'd
say?

Sir Peter Beck (01:26:59)
Oh jeepers um I I would I would, I'm probably too intense, um I micromanage, um I get down into the details, um and um you know I think I think those those will be those those would be some negative traits, um yeah for sure.

Dom Harvey (01:27:16)
How how are you with um vulnerability? Um one thing I've got from doing a lot of these podcasts is um the importance of um you know guys in particular I think, um to be able to be open and vulnerable and talk about stuff that's on their mind. Have like, if you got like an inner circle of like close friends that you talk to or your wife or are you you're a bottler?

Sir Peter Beck (01:27:33)
I'm 100% a bottler. This is a very unpleasant thing we're doing now no no no and and a conscious decision like I I never talk about uh work at home because like you you don't need to share that that like that especially the bad stuff, you don't to share that that just bringing everybody down. Um so so no I when when I go home I you know to use your words, I try and

be as present as I can and we're not I'm not talking about Rocket Lab at all. In fact it's it's a constant frustration because my mother will ring me up and she just wants to talk about Rocket Lab and I always have to correct her it's like Mom we're not talking about Rocket Lab.

Dom Harvey (01:28:09)
How often does, how often do you speak?

Sir Peter Beck (01:28:10)
Oh every week, every week yeah yeah yeah.

Dom Harvey
Well she's just so proud though right?

Sir Peter Beck
Yeah but but we can be proud about, talk about other things.

Dom Harvey (01:28:20)
What what um what frustrates you? Hey by the way thanks for being so open about these like you you said just before it's uncomfortable for you to talk about but you you wouldn't know like you're very you're very frank and forthright.

Sir Peter Beck (01:28:31)
Oh good illusion.

Dom Harvey (01:28:35)
Yeah, what frustrates you?

Sir Peter Beck (01:28:36)
Uh frustrates me? Um look I I've I have a sense of urgency so when when you know when when things are too slow uh everything, well everything is a little bit slow, but when things are just very very too slow that that that's incredibly frustrating. Uh just bad decisions or indecision you know, much rather someone make the wrong decision than not make a decision at all so you know people just mucking around and and and not making decisions, and um uh you know people that don't work hard. Um you know uh you think you made the point you get in what you you put out and and you know the people that that you know put in the least um were always the people that moan they get the least out.

Dom Harvey (01:29:15)
Yeah well this is um, yeah this is something Elon said when he took over X, uh Twitter, that became X, um it was very seen as very controversial at the time but he was like I I want people here that want to you know be here early in the morning and be here late at night I don't want anyone working from home and it was seen as like a controversial statement but it's like yeah like if if you want the best out of your own life you have to work hard at whatever you do and that's um…

Sir Peter Beck (01:29:40)

Well point to any company that has been incredibly successful like you know you know a company that goes down in history, that's worked 8 to 5 and I don't know I can't name a single one.

Dom Harvey (01:29:51)
So if if anyone at Rocket Lab is um fixated on the work-life balance thing um, do they sort of get like naturally you know chewed up, spat out [inaudible]?

Sir Peter Beck (01:30:00)
Well we we're very upfront and very very upfront with everybody that this is if you're looking for a work-life balance and you want to cruise this is not the place for you, and the reality is that we did the statistics and it's twice as easy to get into Harvard than it is to get into Rocket Lab. So the bar is extraordinarily high and um and yeah I mean the you're not going to be successful in the company if if you if you just want to turn up and do your thing and go home. But likewise the flip side to that is if you have drive and you have uh motivation, you you can do anything. I mean uh one of the guys uh we hired a guy young guy and he mowed the lawns at the launch site. That was his job, he said I want to job at Rocket Lab and mow the lawns at launch site. So he mowed the lawns at the launch site and he's great guy and then uh he got promoted and he would do the the weather balloon releases and then uh then he got in charge of logistics and and and um and then he started taking on more responsibilities on the launch pad and so on and so forth. That guy runs an entire facility in uh in in Baltimore, a new one of our new factories, um young Kiwi guy. Um so the flip side to that is is that if you're hungry and you're passionate, um you know you climb as high as you want like the opportunities for everywhere.

Dom Harvey (01:31:12)
That's inspiring. How yeah how how much time of the year are you in the US?

Sir Peter Beck (01:31:17)
About half the year.

Dom Harvey (01:31:18)
Right

Sir Peter Beck
Yep.

Dom Harvey
It's it's full on isn't it?

Sir Peter Beck (01:31:22)
Yeah yeah it's full on, yeah it's it's like it's a lot of flying.

Dom Harvey (1:31:26)
The flying must drive you crazy. Do you manage to like have um work that you can get done on the flight?

Sir Peter Beck (01:31:32)
Yeah yeah yeah yeah um although Air New Zealand does a great great job, um and you know those those nighttime flights, you have a nice meal and a wine and and then you know try and get a get a few hours sleep and you wake up in the morning good to go. So um so so so you know that's that that works pretty well.

Dom Harvey (01:48:47)
Yeah are you a drinker? You have a wine with your meal?

Sir Peter Beck (01:48:51)
I have a wine with a meal but that's that's I'm super lightweight so that that is that's about my life yeah so.

Dom Harvey (01:31:55)
Do you, do you have any vices?

Sir Peter Beck
Um.

Dom Harvey
You're not even a coffee guy. You were telling me before like.

Sir Peter Beck (01:32:02)
No just makes me sick makes me I love this I love the smell of it, I love the taste of it, makes unfortunately makes me sick. No, I think I think my my vices are that um I just I just get hyperfocused and and um and and would just just won't stop um it's probably probably the worst thing is and I'm sure if you asked my wife she she'd comment on on plenty of things but um but uh but yeah.

Dom Harvey (01:32:25)
Yeah what would she what would she she say? Your best and worst habits are?

Sir Peter Beck (01:32:29)
Uh jeepers. Um well uh, I think I probably mansplain way way way too much.

Dom Harvey (01:32:37)
But the stuff that you're mansplaining you need to.

Sir Peter Beck (01:32:40)
Well no but it's stuff that I don't need to mansplain you know about the symmetry of the spoons in the drawer and how they should be all symmetrical that doesn't that that probably probably doesn't need explaining and I I have to check myself because I know that upsets everybody and I I have to pull away because otherwise you know I'll just I'll just drive everybody insane.

Dom Harvey (01:33:00)
Do you notice things like that? So towels have to be on the rail evenly.

49

Sir Peter Beck (01:33:03)
Oh absolutely.

Dom Harvey
Everything has to be straight and neat.

Sir Peter Beck
Absolutely yeah yeah yeah yeah.

Dom Harvey (01:33:07)
What about your kids' bedrooms is you just let…

Sir Peter Beck (01:33:09)
Oh [inaudible] walk away walk away.

Dom Harvey (01:33:10)
Yeah yeah, um what about regrets, any regrets?

Sir Peter Beck (01:33:14)
Oh look there's plenty but I I've I'm always of the view of of to look forward not back and um your biggest mistakes and some of your biggest regrets, um I think are the are the most influ- influential on on your future decisions and who you are as a person. Um and uh you know hu- you made bunch of silly mistakes and bunch of silly regrets but I think um but I think ultimately I think that that's only bad if you just if you just don't log them. If you log them in in your brain then I think you know it's all good but as long as you can log them then um then then don't really have any regrets.

Dom Harvey (01:33:53)
That's a great answer yeah, mistakes should be seen as like a stepping stone to success, otherwise it's like you were saying before…

Sir Peter Beck (01:33:58)
No yeah, they never feel like that but I mean…

Dom Harvey
No at the time it sucks.

Sir Peter Beck (01:34:01)
Yeah yeah yeah yeah but but um yeah but but sometimes you need to make what is seems to be a big mistake at the time, to avoid a much much bigger mistake in the future.

Dom Harvey (01:34:11)
Mmm, and where do you see yourself at say 55 or 60 years old? Still at Rocket lab obviously but…

Sir Peter Beck (01:34:16)

50

That's a long time. Um you know we joke at Rocket Lab they're like dog years right. One year here um it just just seems just seems a crazy amount of time. Um so so you know we got a lot lot left to do at at the company and and you know we' got a lot of big projects and stuff to do and as as we saying before it always seems like the next big thing is bigger than the next and you know we keep keep running towards it but I think the definition of success for for me is is is like when it's time to clock out is is you know reflect back and and like did you really do everything you could to have the amount of impact that's that's how I measure everything against against that pretty much.

Dom Harvey (01:35:00)
Yeah what about legacy?

Sir Peter Beck (01:35:03)
Well I think your legacy is is is your impact. I mean there's yeah that that's that that that that that's the only way you achieve immortality is actually you know achieving something for the planet and and and you know everybody on it that's yeah that's nobody nobody remembers anything else.

Dom Harvey (01:35:20)
Mate this has been super inspiring yeah how's it been for you?

Sir Peter Beck (01:35:25)
Oh unpleasant unpleasant.

Dom Harvey (01:35:27)
Unpleasant, is it, why so?

Sir Peter Beck (01:35:30)
Well I mean uh I I I I you know I'm the rockets, rockets in in in Rocket Lab you know. That's the priority and and um you know nobody enjoys talking about, you know, themselves for sure.

Dom Harvey (01:35:44)
You'd be surprised, some people do um so it's been okay it's an unpleasant experience that's um it's it's not the goal.

Sir Peter Beck (01:35:51)
Nothing to do with you though.

Dom Harvey (01:35:51)
I was going to say that's not the goal I have for for my guests. Yeah I'd like them to have an enjoyable experience but.

Sir Peter Beck (01:35:58)
unpleasant is a bit harsh, uncomfortable.

Dom Harvey (01:36:00)

51

Oh no no no no no it's interest- it's a fascinating insight into you as a person but um you I got the feeling when I cornered you at this gallery and asked you to come on the podcast that you know you were reluctant to do so, but you you kindly did do so it's been bloody great um why did yeah why didn't you just weasle your way out of it? You could have like told me to message Morgan and I could have messaged Morgan and then it could have you know just just fizzled out then.

Sir Peter Beck (01:36:22)
Well I mean part of parting of being being a good leader is to really trust your people, and um you know Morgan does a great job she told me to go on here, so I'm here.

Dom Harvey (01:36:35)
He does listen to some people. Hey, Sir Peter Beck, you're a great New Zealander. Um mate this has been an an absolute dream scenario for me and um even more so after having the look around um the Rocket Lab establishment last week. Um it's incredible what you're doing and um yeah I just cannot wait to see what you and your team at Rocket Lab do in the future.

Sir Peter Beck (01:36:54)
Oh thanks very much that's very kind and and you know I think uh it it is a team right, like um massive team massive team and and you know people look back at Rocket Lab and and you know it's like the 17, 18 year overnight success but if I look back through through the history of the company and all the things that needed to go right and all the rest of it um there is like there is so many hundreds, probably thousands of people that that helped along the way that that kind of believed in in me or believed in the company that that things just just just wouldn't have happened. You know whether it's you know Michael Fay letting me use his island to launch a rocket from or um you know NASA awarding us um a contract uh for for you know you know first ever well third turned out to be third flight of our Electron rocket you know. They they took them, even that organization, government organization, took a huge bet on on a on a little company down in New Zealand. So you know it it it it is it is a big team and a lot of people that end up creating these successes.

Dom Harvey (01:37:53)
I I honestly believe that those examples like Sir Michael Fay and great Mercury Island and NASA and everything else, it's um people buying into your vision, because um yeah you're very intoxicating.

Sir Peter Beck (01:38:03)
Okay.

Dom Harvey (01:38:06)
No you, I I don't know a lot of what you've said today but I believe every word of it. Hey Sir Peter Beck thank you so much.

Sir Peter Beck (01:38:12)
Thanks Dom, appreciate it.

52