# EXHIBIT 14

| | |
|---|---|
| **From:** | Chartrand, Lauren |
| **To:** | MRC - jpa Permits; CENAO.REG_ROD@usace.army.mil |
| **Cc:** | Crawford, Autumn M CIV USARMY CENAO (USA); Roadley, Chuck; Gorman, Claire (MRC); Brian Komlos; Jennifer Goodrum; Graham Schmelzer; Andrew Sinclair; Mizelle, Bethany; Grogg R |
| **Subject:** | NAO-2024-02948-IP, JPA Submission 1 of 2 |
| **Date:** | Tuesday, March 11, 2025 3:25:18 PM |
| **Attachments:** | rpt_jpa_sloop_gut_dredge_20250311_pt1of2.pdf |

Hello,

You will find attached a JPA submission (part 1 of 2) for the Sloop Gut Dredging Project located in Accomack County. Please let me know if you have any trouble with the file.

Thanks!

**Lauren Chartrand**

Regulatory Specialist

Direct: 757-603-4544
Mobile: 757-713-6686
lauren.chartrand@stantec.com

Stantec
5209 Center Street
Williamsburg VA 23188-2680



The content of this email is the confidential property of Stantec and should not be copied, modified, retransmitted, or used for any purpose except with Stantec's written authorization. If you are not the intended recipient, please delete all copies and notify us immediately.

**Please consider the environment before printing this email.**

Received by VMRC March 11, 2025   /blh

Stantec Consulting Services Inc.

# Sloop Gut Dredging Project

Joint Permit Application (NAO-2024-02948)

**⬤ Stantec**

Prepared for:                                    March 11, 2025
The Virginia Port Authority & Rocket Lab USA

Prepared by:                                     Project/File:
Stantec Consulting Services Inc.                 203402890

Received by VMRC March 11, 2025   /blh

**Sloop Gut Dredging Project**

The conclusions in the Report titled Sloop Gut Dredging Project are Stantec's professional opinion, as of the time of the Report, and concerning the scope described in the Report. The opinions in the document are based on conditions and information existing at the time the scope of work was conducted and do not take into account any subsequent changes. The Report relates solely to the specific project for which Stantec was retained and the stated purpose for which the Report was prepared. The Report is not to be used or relied on for any variation or extension of the project, or for any other project or purpose, and any unauthorized use or reliance is at the recipient's own risk.

Stantec has assumed all information received from Rocket Lab USA and the Virgina Port Authority (the "Clients") and third parties in the preparation of the Report to be correct. While Stantec has exercised a customary level of judgment or due diligence in the use of such information, Stantec assumes no responsibility for the consequences of any error or omission contained therein.

This Report is intended solely for use by the Client in accordance with Stantec's contract with the Client. While the Report may be provided by the Client to applicable authorities having jurisdiction and to other third parties in connection with the project, Stantec disclaims any legal duty based upon warranty, reliance or any other theory to any third party, and will not be liable to such third party for any damages or losses of any kind that may result.

Prepared by

Bethany Mizelle

_____
Signature

Bethany Mizelle
_____
Printed Name

Reviewed by

_____
Signature

Lauren Chartrand
_____
Printed Name

Approved by

Corey P. Gray
_____
Signature

Corey Gray
_____
Printed Name



Project: 203402890

Received by VMRC March 11, 2025   /blh

**Sloop Gut Dredging Project**

## Table of Contents

**Executive Summary** ........................................................................................................... ii
**Acronyms / Abbreviations**................................................................................................. iii
**1        Project Information** ............................................................................................. **1**
Project Location ..................................................................................................................... 1
Project Purpose & Need......................................................................................................... 2
Project Description ................................................................................................................. 2

**2        Alternatives Analysis**......................................................................................... **3**
Alternative 1: No Action......................................................................................................... 4
Alternative 2: Road Transportation ....................................................................................... 4
Alternative 3: Public Boat Ramp ........................................................................................... 4
Alternative 4: Beach Landing ................................................................................................ 4
Alternative 5: High Tide Offloads at Old North Dock ............................................................ 5
Alternative 6: MARS Deepwater Port.................................................................................... 5
Preferred Alternative ............................................................................................................. 5

**3        Environmental Information** ................................................................................ **6**
Waters of the U.S. ................................................................................................................. 6
100-Year Floodplain............................................................................................................... 6
Threatened & Endangered Species........................................................................................ 7
Essential Fish Habitat .......................................................................................................... 10
Coastal Zone Management Act ........................................................................................... 11
Historic Properties ............................................................................................................... 11

**4        Avoidance and Minimization**............................................................................ **11**
**5        Compensatory Mitigation** ................................................................................ **13**
**6        Conclusion**.......................................................................................................... **14**

### List of Tables
Table 1. Listed Species Potentially Present within the Project Area
Table 2. EFH Life Stages
Table 3. Sloop Gut Dredge Plan Proposed Impact Table

### List of Figures
Figure 1. Sloop Gut National Wetlands Inventory Map

### List of Appendices
Appendix A: Joint Permit Application Form
Appendix B: Previous Dredge Plans
Appendix C: Project Graphics
Appendix D: Threatened and Endangered Species
Appendix E: Historic Resources
Appendix F: Geotechnical Sampling Results



Project: 203402890                                                                                              i

Received by VMRC March 11, 2025   /blh

**Sloop Gut Dredging Project**
Executive Summary

# Executive Summary

The proposed project, referred to as the Sloop Gut Dredging Project (Project), is located within the Sloop Gut channel northwest of Wallops Island in Accomack County, Virginia, hydraulic unit code 02040303.

The Virginia Port Authority and Rocket Lab USA ("The Co-Applicants") are aiming to deliver a series of Neutron Rocket components to their Wallops Island facility as soon as practically possible. To support this effort, the Co-Applicants are proposing to dredge the approximately 5,300 foot long and varying width Sloop Gut Channel to a maximum depth of minus 7-feet below mean lower low water. The proposed Project will result in removal of approximately 59,042 cubic yards (633,356 square feet) of dredge material. This channel opens in the Narrows and ends at Old North Dock. The dredged channel will allow for a delivery sequence of overweight rocket components on barges and tug vessels. Dredged material will then be transported via barge to Weanack Land LLC in Charles City County, Virginia, for disposal at their approved upland Dredge Material Management Area.

The Co-Applicants are seeking an Individual Permit from the U.S. Army Corps of Engineers, a permit from the Virginia Marine Resources Commission, a permit or written exemption from the Virginia Department of Environmental Quality, and a permit from the Accomack County Wetlands Board for the proposed project.



Received by VMRC March 11, 2025   /blh

**Sloop Gut Dredging Project**
Acronyms / Abbreviations

# Acronyms / Abbreviations

| | |
|---|---|
| BGEPA | Bald and Golden Eagle Protection Act |
| CCB | Center for Conservation Biology |
| Corps | U.S. Army Corps of Engineers |
| CZMA | Coastal Zone Management Act |
| DCR | Department of Conservation and Recreation |
| DEQ | Department of Environmental Quality |
| DKey | Determination Key |
| DMMA | Dredge Material Management Area |
| EFH | Essential Fish Habitat |
| FAA | Federal Aviation Administration |
| FE | Federally Endangered |
| FEMA | Federal Emergency Management Agency |
| FIRM | Flood Insurance Rate Map |
| FT | Federally Threatened |
| HUC | Hydrologic Unit Code |
| IPaC | Information for Planning and Consultation |
| JPA | Joint Permit Application |
| LEDPA | Least Environmentally Damaging Practicable Alternative |
| LUP-A | Land Use Permit Application |
| MARS | Mid-Atlantic Regional Spaceport |
| MBTA | Migratory Bird Treaty Act |
| MLLW | Mean Lower Low Water |
| MLW | Mean Low Water |
| NASA | National Aeronautics and Space Administration |
| NHDE | Natural Heritage Data Explorer |
| NLEB | Northern Long-eared Bat |
| MMPA | Marine Mammal Protection Act |
| NOAA | National Oceanic and Atmospheric Administration |



Received by VMRC March 11, 2025   /blh

**Sloop Gut Dredging Project**
Acronyms / Abbreviations

| | |
|---|---|
| NRHP | National Register of Historic Places |
| NWI | National Wetlands Inventory |
| PFE | Proposed Federally Endangered |
| PFT | Proposed Federally Threatened |
| SAV | Submerged Aquatic Vegetation |
| SE | State Endangered |
| SF | Square Foot |
| ST | State Threatened |
| TCB | Tricolored Bat |
| TOYR | Time of Year Restriction |
| USFWS | U.S. Fish and Wildlife Service |
| VAFWIS | Virginia Fish and Wildlife Information Service |
| VCRIS | Virginia Cultural Resources Information System |
| VDHR | Virginia Department of Historic Resources |
| VDOT | Virginia Department of Transportation |
| VDWR | Virginia Department of Wildlife Resources |
| VMRC | Virginia Marine Resources Commission |
| VSA | Virginia Spaceport Authority |
| WFF | Wallops Flight Facility |
| WOUS | Waters of the U.S. |



Received by VMRC March 11, 2025   /blh

**Sloop Gut Dredging Project**

# 1      Project Information

## Project Location

The proposed Project is located within Sloop Gut on the backshore side of Wallops Island in Accomack County, Virginia. This Project is within hydrologic unit code (HUC) 02040303 (Chincoteague) adjacent to the National Aeronautics and Space Administration (NASA) Wallops Flight Facility (WFF) and to the Wallops Island National Wildlife Refuge. The site is located approximately 1.80 miles southwest from the Town of Chincoteague, on the opposite side of the Narrows. The areas surrounding Sloop Gut are predominantly rural or undeveloped, characterized by marshy wetlands, and WFF.

The Co-Applicants considered multiple locations, including launch sites in other states, when selecting the ultimate launch location for the upcoming medium-lift launch vehicle, Neutron. Virginia's Mid-Atlantic Regional Spaceport (MARS) was selected as the launch location due to its unique location, capacity, and business support attributes. As recently discussed in the Wall Street Journal, record launch demand is impacting U.S. spaceport capacity, particularly at Cape Canaveral and Kennedy Space Center[1]. This makes expansion of commercial space capacity at Wallops Island critical to meet anticipated launch needs ahead. Virginia continues to play a key role in national security and assured access to space, as one of only five sites in the United States with a Federal Aviation Administration (FAA) spaceport license for missions to Earth orbit or on interplanetary trajectories.

Other launch facilities are highly congested which does not support the desired cadence of Neutron launch and testing activities, whereas MARS's utilization will allow both a frequent launch cadence and the return-to-Earth capability of recovering boosters. The Wallops Island Facility provides additional bandwidth for commercial access to space and will result in diversification of options and capability to deliver human spaceflight, national security launches, commercial payloads and scientific exploration which are vital to U.S. interests. The Commonwealth of Virginia is home to an active and experienced aerospace workforce which can support Neutron's development and launch and is known for its top ranked business climate. For these reasons, Rocket Lab selected the Commonwealth of Virginia's MARS  facility as having the capacity and ability to test and launch its upcoming Neutron vehicle on the aggressive launch schedule required.

---

[1] Fernandez, R., & Maidenberg, M. (2025, January 5). There's a Traffic Jam Forming at U.S. Rocket Launchpads. The Wall Street Journal. https://www.wsj.com/science/space-astronomy/rocket-launch-pads-texas-california-c180c7e5



Received by VMRC March 11, 2025   /blh

**Sloop Gut Dredging Project**

# Project Purpose & Need

Rocket Lab's FAA authorization request is for  launch of the first Neutron Rocket from the MARS facility located on Wallops Island. The Co-Applicants are positioned to launch a series of Neutron rockets with the first test flight currently expected in the second half of 2025.  Neutron operating out of Wallops Island will result in the facility needing to support a higher cadence of rocket launches. Re-operationalizing access to the existing maritime infrastructure will be required to ensure efficiency in ongoing launch cadence and minimize environmental and community impacts of transport as launch frequencies increase.

The required components to construct the Neutron rocket are large structures measuring up to 25 ft. in diameter. Several offloads will be required to deliver all necessary structures to Wallops Island for each rocket assembly. Wallops Island has limited marine infrastructure and access to the current channel is tidally restricted. Deepening the channel will improve availability and safety of operations to accommodate the tugboat and barge vessels required for the sequence of deliveries of rocket structures, resulting in the need for the Project.

Therefore, the overall project purpose is to establish a deeper navigation channel to reliably deliver Neutron rocket structures to meet the launch cadence requirements for these larger rockets at the MARS facility as well as increase the site's ability to support national launch capacity needs.

# Project Description

The Virginia Spaceport Authority (VSA), a political subdivision of the Commonwealth of Virginia, owns and operates the MARS facility located on Wallops Island. This spaceport includes three launch pads, an Unmanned Aerial Systems Airfield, a Payload Processing Facility, an Integration and Control Facility, an Assembly Integration and Test Facility, and the Addison Logistics Building. VSA is a tenant organization on the NASA WFF. The Co-Applicants are submitting this Joint Permit Application (JPA, Appendix A) for agency review and authorization because there is no permanent existing means of providing safe and reliable access for large infrastructure deliveries to Wallops Island. Based on communications with Wallops staff and corroborating communication with the U.S. Army Corps of Engineers (Corps), it appears that Sloop Gut was initially dredged in the 1930's when the U.S. Coast Guard operated Life Saving Station #151 on the island and again in the 1950's when the Navy operated the Naval Aviation Ordnance Test Station on the island. No records have been found documenting the authorization(s) received to dredge the channel although dredge plans for these two events show design depths of -4.5 feet in the main channel and -7 feet in the basin for the 1930's dredging and design depths to -8 feet for the 1950's dredging (Appendix B).

The Co-Applicants propose to dredge a navigation channel within Sloop Gut to the existing Old North Dock. The approximately 5,300 linear foot long channel will be dredged to a maximum depth of -7 feet below Mean Lower Low Water (MLLW). Water access is necessary for the mission operations center on Wallops Island to safely deliver the components necessary to launch the series of rockets from the island. The existing dock, at the head of the channel, was updated around 2008 and is expected to be sufficient to meet the project needs. No dock modifications are proposed under this project. This Project supports VSA and the Commonwealth's goal to further establish the MARS as the premier launch facility for small- and mid-class rocket systems and grow its reputation as an innovative, multi-



Project: 203402890                                                                    2

Received by VMRC March 11, 2025   /blh

**Sloop Gut Dredging Project**

purpose facility with capabilities to support national security missions and civil and commercial activities by providing more reliable water access to the facility.

Neutron rocket components are very large in size – measuring approximately 25 foot in diameter, making them difficult to reasonably transport by traditional transport methods like cargo plane, train or public roads without extensive roadway modifications. In the expected transportation configuration, we would expect the height of a load to range 25 to 30 feet, more than double the height and width of a standard tractor-trailer. Therefore, the deliveries will be made by barge from the Atlantic Ocean, up the Chincoteague Inlet, through the Narrows, into Sloop Gut Channel, and offloaded at Old North Dock. Once at the dock, components will be offloaded and transported a relatively short distance on almost exclusively private roads to the nearby assembly area.

To achieve adequate water depth for the deliveries by barge, the Co-Applicants are proposing to mechanically dredge approximately 59,042 cubic yards (633,356 square feet) of material to achieve an approximately 5,300-foot long, varying width channel to a maximum depth of minus 7-feet below MLLW. Out of an abundance of caution, we are also including one to two maintenance dredge cycles at the mouth that may occur post dredging.  Impacts to adjacent wetlands will be minimized to the greatest extent practicable.

A field delineation of waters of the U.S. (WOUS) was not conducted for the Project as the majority of the dredge area is located below MLW. However, surveyed elevation data, the United States Fish and Wildlife Service (USFWS) National Wetlands Inventory (NWI), and aerial imagery was utilized to evaluate buffer impacts to adjacent wetlands. According to the Virginia Marine Resources Commission (VMRC) Chesapeake Bay Mapper "Submerged Aquatic Vegetation [SAV] 2019-2023 layer", there are no areas of documented SAV within the vicinity of the Project.

Dredged material will be transported via barge to Weanack Land LLC in Charles City County for disposal at their approved upland Dredge Material Management Area (DMMA). Project graphics can be found in Appendix C. The Project is expected to cost over $5,000,000.

# 2    Alternatives Analysis

The Co-Applicants have undertaken an evaluation of alternatives and avoidance and mitigation measures to select the least environmentally damaging practicable alternative (LEDPA). In accordance with 40 CFR 230.2 A(2), "an alternative is practicable if it is available and capable of being done after taking into consideration cost, existing technology, and logistics in light of overall project purposes. If it is otherwise a practicable alternative, an area not presently owned by the Co-Applicants which could reasonably be obtained, utilized, expanded or managed in order to fulfill the basic purpose of the proposed activity may be considered." Alternatives were identified that may minimize potential adverse impacts to the aquatic ecosystem. The Co-Applicants assessed six additional alternatives to bring the rocket components safely to the assembly location. Each alternative is discussed in detail in the section below.



Received by VMRC March 11, 2025   /blh

**Sloop Gut Dredging Project**

## Alternative 1: No Action

The No Action Alternative leaves the Co-Applicants limited in available methods to get large rocket components to the MARS facility on a regular basis to meet launch cadence needs and long-term launch demand.  As further discussed in Alternative 5, this alternative fails to address the existing and tidally limited marine access to the island, which could compromise the MARS facility's capability as a launch site for medium and large rockets with implications for launch site diversification, capacity and regional success. Given current constraints, this has both significant economic and national security implications. This infrastructure constraint would not only impact the Co-Applicants, but other current and future users of the MARS site, and it may require MARS tenants to consider other launch sites which may have significant impacts to regional jobs and economic activity. As such, this alternative was excluded from further consideration because it fails to meet the Project purpose and need.

## Alternative 2: Road Transportation

The Road Transportation Alternative considers the use of an overland route to deliver the components to Wallops Island. Due to the oversize dimensions of much of the Neutron launch vehicle components and other support equipment, road transport from the Port of Baltimore, Maryland, Port of Virgina, Port of Philadelphia, Pennsylvania, or nearby shallow water Virginia ports or harbors such as Cape Charles or Saxis were evaluated and deemed infeasible given the costs, timelines required for required road modifications and potential environmental and community impacts of required modifications . As such, this alternative was excluded from further consideration because it fails to meet the Project purpose and need.

## Alternative 3: Public Boat Ramp

This alternative involves the option for unloading flight hardware at local and existing Accomack County marinas and boat ramps. For example, the marina in the Town of Chincoteague and the Queens Sound Landing Virginia Department of Wildlife Resources (VDWR) boat ramp were evaluated due to their relative proximity to the Applicant's facilities. However, these options and others were deemed non practicable because of infrastructure limitations, required roadway modifications and logistics of access to public boat ramp facilities and community safety. As such, this alternative does not meet the Project purpose and need.

## Alternative 4: Beach Landing

Due to the lack of suitable marine infrastructure on/near Wallops Island, Rocket Lab has pursued and permitted an interim option to transport structures over Wallops Beach using ramps and cranes. This alternative involves delivering the rocket structures directly over the Wallops Island beach by moving a barge onto the shore, constructing a ramp on the beach, and utilizing a crane to offload cargo. In 2024, this alternative was permitted, and Rocket Lab is able to conduct up to three Beach Barge Landing Test Events outside of the project's time-of-year-restriction (TOYR) of March 15-August 31 of any given year. As compared to the preferred alternative  beach landing is more challenging operationally and weather limited, reducing utility for expected future higher cadence operations. Therefore, this alternative does not meet the Project purpose and need.



Received by VMRC March 11, 2025   /blh

**Sloop Gut Dredging Project**

## Alternative 5: High Tide Offloads at Old North Dock

This alternative is similar to the no action alternative and would involve utilizing the existing shallow channel, and scheduling rocket component deliveries using shallow draft vessels during high tide events. The Co-Applicants expect operations to come with significant limitations including operations restricted to daylight hours when tides, wind speed, wind direction, and weather are optimal. The number of instances where these environmental factors are expected to align is limited and can create logistical constraints for the Co-Applicants, particularly when looking to increase launch cadence in the future.

The reliance on favorable tides and weather coupled with the shallow existing channel, could have determinantal impacts and threaten the viability and future use of the MARS facility as a launch site for high cadence medium and large rocket launches.  Therefore, it does not meet the Project purpose and need.

## Alternative 6: MARS Deepwater Port

In 2021, the MARS proposed a VSA/MARS Port, intended to enable barge access and berthing, as well as create spaces for work, laboratory, and storage to support research and testing of unmanned systems. This multi-purpose project was conceived before the Co-Applicant's Neutron program and was proposed with construction spanning multiple decades. The Project would include the construction of new buildings, parking lots, and marine infrastructure that are irrelevant to Neutron operations and would likely have much more substantial environmental impacts than re-operationalizing, or dredging, a previously used, existing channel. In the proposals and preparation meetings in 2020 and 2021, the first phase of the port's timeline was scheduled to occur between 2022 and 2024. To date, this project is unfunded and has not made progress beyond the initial environmental review. The Co-Applicants are preparing to launch Neutron in the second half of 2025, but the infrastructure proposed in the MARS Port project will not be ready on a timeline that meets the Applicant's launch program scaling needs, nor the current national needs for infrastructure that supports immediate launch capacity expansions. Therefore, this MARS Deepwater Port Alternative does not meet the Project's purpose and need.

## Preferred Alternative

The Preferred Alternative involves the transport via barge of the rocket components to Old North Dock. Once offloaded at the existing dock, the rocket components will be briefly transported over land via largely private roads to the existing assembly site. The roads along the route are designed to transport larger loads such as rocket structures. To achieve adequate water depths for safer delivery of the rocket structures, the Preferred Alternative will involve the dredging of an approximately 5,300-foot-long channel to a maximum depth of -7 feet below MLLW. The dredge channel was designed with a varying width (139 feet to 386 feet) to avoid and minimize impacts to submerged lands and adjacent tidal wetlands to the greatest extent practicable. Additionally, the dredge channel was designed to avoid any direct encroachment within an adjacent oyster lease near the mouth of Sloop Gut. The re-establishment of a channel that will allow adequate barge and tugboat access to Old North Dock will ensure flight components reach the integration facility and launch pad on schedule meeting the launch cadence required. The Preferred Alternative will transport dredge spoils by barge



Received by VMRC March 11, 2025   /blh

**Sloop Gut Dredging Project**

to Weanack Land LLC in for disposal at their approved upland DMMA. Therefore, this alternative meets the Project's purpose and need.

# 3    Environmental Information

## Waters of the U.S.

The Project is located within Sloop Gut, a tidal waterbody and WOUS, characterized by the NWI as estuarine/marine waters surrounded by tidal wetlands. The proposed dredge channel will span the length of Sloop Gut from the Narrows to the existing Old North Dock.



*Figure 1. Sloop Gut National Wetlands Inventory Map.*

## 100-Year Floodplain

The Project is located within the Federal Emergency Management Agency (FEMA) Flood Insurance Rate Map (FIRM) #51001C0265G located in Accomack County, Virginia. The Project is entirely located within the 100-year floodplain Zone VE (Appendix C). Zone VE is defined as areas along



Project: 203402890                                                                 6

Received by VMRC March 11, 2025   /blh

**Sloop Gut Dredging Project**

coasts subject to inundation by the 1-percent-annual-chance flood event with additional hazards associated with storm-induced waves (FEMA 2015).  The Project is within the Sloop Gut waterway and the dredging is not expected to alter floodplain elevations.

## Threatened & Endangered Species

The U.S. Fish and Wildlife Service (USFWS) Virginia Ecological Services online project review process was used to evaluate potential effects to federal and state listed threatened and endangered species from the proposed Project. The review process searched the following databases:

- National Oceanic and Atmospheric Administration (NOAA) Environmental Site Assessment Section 7 Mapper for species information within the Project action area.

- USFWS Information for Planning and Consultation (IPaC) System for listed species within the Project area,

- VDWR Virginia Fish and Wildlife Information Service (VAFWIS) for listed species within a 2-mile radius of the Project,

- Virginia Department of Conservation and Recreation (DCR) Natural Heritage Data Explorer (NHDE) for listed species within Project sub-watershed,

- VDWR Northern Long-eared Bat (NLEB) Regulatory Buffer Interactive Tool,

- VDWR Little Brown Bat and Tricolored Bat (TCB) Winter Habitat and Roosts Application, and

- Center for Conservation Biology (CCB) Eagle Nest Locator for known bald eagle (*Haliaeetus leucocephalus*) occurrences

Species identified in the above searches can be found in Appendix D and are summarized in the table below.

Table 1. Listed Species Potentially Present within the Project Area.

| Species | Status | Source | Results |
|---------|--------|--------|---------|
| Atlantic Sturgeon (*Acipenser oxyrinchus*) | FE, SE | NOAA-NMFS | This large, anadromous fish has been documented within the surrounding waters. The proposed dredging will not impact the open water deep channel of the Narrows where the fish frequent; so the proposed Project is not anticipated to have direct adverse impacts.  A limited amount of habitat will be impacted, but it is such a small portion of the total available habitat that the dredging is not anticipated to have adverse impacts. |
| Atlantic Large Whales | MMPA | NOAA-NMFS | These have been documented in the nearby Atlantic Ocean. These are identified in the project buffer on the other side of Wallops Island. No adverse impacts to the species are anticipated. |



Received by VMRC March 11, 2025   /blh

**Sloop Gut Dredging Project**

| Species | Status | Source | Results |
|---|---|---|---|
| Green Sea Turtle (*Chelonia mydas*) | FT | USFWS-IPaC | Identified as potentially occurring within or near the Project area. This species is known to nest on sandy beach habitat. No work within suitable nesting habitat is proposed. Dredging of the channel will be temporary and within a limited area of the total available foraging habitat. No adverse impacts to the species are anticipated. Spotters can be used during dredge work if applicable. |
| Hawksbill Sea Turtle (*Eretmochelys imbricata*) | FE | USFWS-IPaC | Identified as potentially occurring within or near the Project area. This species is known to nest on sandy beach habitat.  No work within suitable nesting habitat is proposed. Dredging of the channel will be temporary and within a limited area of the total available foraging habitat. No adverse impacts to the species are anticipated. Spotters can be used during dredge work if applicable. |
| Kemp's Ridley Sea Turtle (*Lepidochelys kempii*) | FE | USFWS-IPaC | Identified as potentially occurring within or near the Project area. This species is known to nest on sandy beach habitat. No work within suitable nesting habitat is proposed. Dredging of the channel will be temporary and within a limited area of the total available foraging habitat. No adverse impacts to the species are anticipated. Spotters can be used during dredge work if applicable. |
| Leatherback Sea Turtle (*Dermochelys coriacea*) | FE, SE | USFWS-IPaC, VDWR-VAFWIS | Identified as potentially occurring within or near the Project area. This species is known to nest on sandy beach habitat.  No work within suitable nesting habitat is proposed. Dredging of the channel will be temporary and within a limited area of the total available foraging habitat. No adverse impacts to the species are anticipated. Spotters can be used during dredge work if applicable. |
| Loggerhead Sea Turtle (*Caretta caretta*) | FT, ST | USFWS-IPaC, VDWR-VAFIWS, DCR-NHDE | Identified as potentially occurring within or near the Project area. This species is known to nest on sandy beach habitat.  No work within suitable nesting habitat is proposed. Dredging of the channel will be temporary and within a limited area of the total available foraging habitat. No adverse impacts to the species are anticipated. Spotters can be used during dredge work if applicable. |
| Northern Long-Eared Bat (*Myotis septentrionalis*) | FE, ST | USFWS-IPaC, VDWR-NLEB Regulatory Buffer | Identified as potentially occurring within or near the Project area. Project area is within capture 3-mile buffer. A "no effect" determination was issued when using the online tools. No terrestrial or tree clearing activities are proposed. |



Received by VMRC March 11, 2025   /blh

**Sloop Gut Dredging Project**

| Species | Status | Source | Results |
|---|---|---|---|
| | | Interactive Tool | |
| Tricolored Bat (*Perimyotis subflavus*) | PFE, SE | USFWS-IPaC, VDWR-Winter Habitat and Roosts Application | Identified as potentially occurring within or near the Project area. No known hibernaculum or roost trees are within the Project area. A "no effect" determination was issued when using the online tools. No terrestrial or tree clearing activities are proposed. |
| Eastern Black Rail (*Laterallus jamaicensis ssp. Jamaicensis*) | FT, SE | USFWS-IPaC, DCR-NHDE | Identified as potentially occurring within or near the Project area. This species is known to occupy various marsh habitats with dense vegetative cover. Work will be limited to open water and some intertidal habitat. No work within vegetated high marsh is proposed. |
| Piping Plover (*Charadrius melodus*) | FT, ST | USFWS-IPaC, VDWR-VAFWIS, DCR-NHDE | Identified as potentially occurring within or near the Project area. This species is known to occupy sandy beach habitat away from the water's edge. No work within suitable habitat is proposed. |
| Roseate Tern (*Sterna dougallii dougallii*) | FE, SE | USFWS-IPaC | Identified as potentially occurring within or near the Project area. This species is known to nest in sandy beach or marsh habitat on barrier islands. Work will be limited to open water and some intertidal habitat. No work within vegetated high marsh or sandy beach habitat is proposed. |
| Red Knot (*Calidris canutus rufa*) | FT | USFWS-IPaC | Identified as potentially occurring within or near the Project area. This species is known to use coastal and estuarine habitats for migration. Work will be limited to open water and some intertidal habitat. No work within vegetated high marsh or sandy beach habitat is proposed. |
| Monarch Butterfly (*Danaus plexippus*) | PFT | USFWS-IPaC | Identified as potentially occurring within or near the Project area. This species is a nectivorous insect, preferring a variety of habitats including rangelands, meadows, riparian areas, farms, and open forests. The vegetated wetlands adjacent to the Project area are not considered habitats due to a lack of nectar producing plant species, however, they may provide potential habitat for resting during migrations. No work within vegetated high marsh is proposed. |
| Peregrine Falcon (*Falco peregrinus*) | ST | VDWR-VAFWIS, DCR-NHDE | Identified as potentially occurring within or near the Project area. This species prefers undisturbed areas with a wide view, near water, and close to plentiful prey. The proposed work is not anticipated to cause impacts. |



Project: 203402890

9

Received by VMRC March 11, 2025   /blh

**Sloop Gut Dredging Project**

| Species | Status | Source | Results |
|---|---|---|---|
| Gull-billed Tern (*Gelochelidon nilotica*) | ST | VDWR-VAFWIS, DCR-NHDE | Identified as potentially occurring within or near the Project area. This species is known to nest in sandy beach and saltmarsh habitat. Work will be limited to open water and some intertidal habitat. No work within vegetated high marsh or sandy beach habitat is proposed. |
| Bald Eagle (*Haliaeetus leucocephalus*) | BGEPA | VDWR-VAFWIS, CCB | No nests within 660 feet of the Project area. The Project is not within a bald eagle concentration area. |
| Colonial Waterbirds | MBTA | VDWR-VAFWIS, CCB | Identified as potentially occurring within or near the Project area. Work will be limited to open water and some intertidal habitat. No work within vegetated high marsh habitat is proposed. |
| Critical Habitats | N/A | NOAA-NMFS USFWS-IPaC | No critical habitat identified. |

FE: federally endangered, PFE: proposed federally endangered, FT: federally threatened, PFT: proposed federally threatened, SE: state endangered, ST: state threatened, MMPA: Marine Mammal Protection Act, BGEPA: Bald and Golden Eagle Protection Act, MBTA: Migratory Bird Treaty Act

## Essential Fish Habitat

National Oceanic and Atmospheric Administration (NOAA) Essential Fish Habitat (EFH) Mapper was used to identify eight species in various life stages within the Project area. One Habitat Areas of Particular Concern for Summer Flounder was identified within the Project area. No EFH Areas Protected from Fishing were identified within the Project area. The proposed dredge channel is localized to Sloop Gut and is a small portion of the available total fish habitat within the Eastern Shore. As such, the Project is expected to minimally affect the identified EFH. Additional information can be found in Appendix D.

Table 2. EFH Life Stages

| Species | Life Stage(s) Found at Location |
|---|---|
| Atlantic Butterfish *Peprilus triacanthus* | Adult |
| Atlantic Herring *Clupea harengus* | Adult |
| Black Sea Bass *Centropristis striata* | Adult, Juvenile |
| Bluefish *Pomatomus saltatrix* | Adult, Juvenile |
| Clearnose Skate *Raja eglanteria* | Adult, Juvenile |
| Summer Flounder *Paralichthys dentatus* | Adult, Juvenile |
| Windowpane Flounder | Adult |



Received by VMRC March 11, 2025   /blh

**Sloop Gut Dredging Project**

| Species | Life Stage(s) Found at Location |
|---|---|
| *Scophthalmus aquosus* | |
| Winter Skate *Leucoraja ocellata* | Adult, Juvenile |

## Coastal Zone Management Act

The proposed Project is located inside of Virginia's coastal zone and therefore requires evaluation for consistency with the enforceable policies of Virginia's Coastal Zone Management Program as administered by the Viginia Department of Environmental Quality (DEQ). The Coastal Zone Management Act (CZMA) Federal Consistency Review will be submitted to DEQ under separate cover and DEQ's concurrence will be provided to the Corps upon its completion. A copy of the DEQ submission can be provided upon request.

## Historic Properties

The Virginia Department of Historic Resources' (VDHR) Virginia Cultural Resources Information System (VCRIS) database was used to search archives for evidence of known historic resources within the proposed project area. As previously stated, no records have been found documenting the authorization(s) received to dredge Sloop Gut in the 1930s; however, 1935 channel design drawings show some areas of the channel were dredged to minus 7 feet below MLW. As such, it is reasonable to assume any submerged historic resources within the channel would have already been disturbed. Further, VCRIS identified zero archaeological resources and one architectural resource within fifty feet of the proposed project area (Appendix E). However, the architectural resource, Wallops Island Flight Facility Historic District (DHR #001-0027), was determined not eligible for listing on the National Register of Historic Places (NRHP). No adverse effects to historic resources are expected to result from the proposed project.

## 4    Avoidance and Minimization

Throughout the Project's planning and design process, alternative construction options were evaluated in the attempt to avoid and minimize impacts to the greatest extent practicable. The Project proposes to utilize the existing Old North Dock rather than impacting unbuilt shoreline. The Project proposes the re-establishment of navigable depths in Sloop Gut channel to minimize impacts as much as possible while still achieving the Project purpose and need. Ideal depths for the dredge cut are minus 12 feet below MLLW with a much wider dredge cut. The Project was designed to minimize impacts to submerged lands and adjacent wetlands while still allowing a workable channel to provide safe access to Wallops Island. The smaller channel design and operations plan provides enough room for operational integrity by utilizing a push tug and support vessel to steer the barge into position. Additionally, the dredge cut was designed to avoid encroachment within an existing oyster lease.



Received by VMRC March 11, 2025   /blh

**Sloop Gut Dredging Project**

Geotechnical analysis was conducted in February 2025 to inform proper upland disposal and determine suitability of material for beneficial reuse (Appendix F). Five composite samples were collected from the prospective dredge area. Three composite sample (V1-V3) were collected closer to the dock and two composite samples (V4 and V5) were collected at the mouth of Sloop Gut. Each of the samples were split into three subsamples. The three subsamples were submitted to Alliance Technical Group, Waypoint Analytical, and Pace Laboratories. Samples for the Weanack Exclusion Criteria, Full TCLP and Corrosivity, Extractable Organic Halides (EOX), Ignitability, Paint Filter, Reactivity – Reactive Sulfide and Reactive Cyanide were delivered under Chain of Custody to Alliance Technical Group for analysis by standard laboratory procedures.  Samples for Geotechnical analysis were submitted to Waypoint and sample for acid-base accounting parameters were submitted to Pace Analytical.

Samples V1-V3 had elevated levels of Total Petroleum Hydrocarbons-Oil Range Organics; however, based on the results of laboratory analysis the excavated materials would not be considered a Hazardous Waste. These sample areas also had a high percentage of fines which would not be appropriate for beneficial reuse. Further, contaminated material cannot be disposed of on private land, so a DMMA is the only option for the material at the head of Sloop Gut.

Samples V4 and V5 had higher levels of sands; however, the samples contained over 20% fines which suggests these dredge spoils may not be appropriate for beach nourishment. Due to the time constraints identified in the purpose and need, the Co-Applicants tried to find a beneficial reuse option for the portion of dredge material expected to be appropriate for reuse (V4 and V5). However, the immediate area surrounding the Project did not have authorized beneficial reuse sites able to take the material now and still meet the rapid launch cadence. The Nature Conservancy property was identified as an option and excluded.

Please note, that even if an area was permitted and able to receive the dredge material, a larger portion of the dredge material is either high in fine material or must be placed in a DMMA due to elevated levels of Total Petroleum Hydrocarbons. The Applicant's identified other DMMA sites for potential disposal; however, all were excluded based on either the sediment analysis, inability to receive material, or cost:

- Accomack County Landfill

- WFF upland disposal

- Harbor of Refuge upland placement

- Greenbackville Dredged Material Containment Facility

- Craney Island DMMA

All the detected constituents were below the VPA00579 Virginia Exclusion Criteria; therefore, the excavated materials from the Project meet the criteria for upland placement at Weanack Land LLC. As such, the only currently viable option for dredge disposal is to transport all dredge spoils via barge to Weanack Land LLC.



Received by VMRC March 11, 2025   /blh

**Sloop Gut Dredging Project**

The Project does not propose any impacts to special aquatic sites such as SAV, vegetated tidal wetlands, or oyster leases. Alternatives proposing different dredge channels were excluded from the consideration because they propose greater impacts to the environment when compared to the Preferred Alternative. The Project is the LEDPA because it minimizes impacts to the environment while still meeting the Project purpose and need.

# 5    Compensatory Mitigation

Table 3. Sloop Gut Dredge Plan Proposed Impact Table

| | Subaqueous Bottom (Below MLW) | Non-Vegetated Wetlands | Vegetated Wetlands |
|---|---|---|---|
| Dredge Box Cut | | | |
| Below MLW | 443,709 SF 42,964 CY | X | X |
| MLW-MHW | X | 7,049 SF 1,555 CY | 0 |
| MHW-1.5X | X | 0 | 0 |
| 2X Buffer | | | |
| Below MLW | 79,230 SF 9,867 CY | X | X |
| MLW-MHW | X | 7,484 SF 1,246 CY | 0 |
| MHW-1.5X | X | 0 | 0 |
| 4X Buffer | | | |
| Below MLW | 79,344 SF 2,543 CY | X | X |
| MLW-MHW | X | 8,070 SF 379 CY | 0 |
| MHW-1.5X | X | 0 | 0 |
| Outside 4X Buffer | 8,470 SF 488 CY | 0 | 0 |

The Project proposes the dredging of an approximately 5,300-foot long, varying width channel to a maximum depth of minus 7 feet below MLLW. As such, VMRC is expected to charge dredging royalties for the removal of dredged material below MLLW.

While the project proposes no impact to vegetated tidal wetlands, the Co-Applicants will work with the Accomack County wetlands board to determine if compensatory mitigation will be required for impacts to an estimated 7,049 SF of non-vegetated wetlands within the dredge box cut or 7,484 SF of non-vegetated wetlands within the 2x wetlands buffer. Direct impacts to non-vegetated wetlands within the 4x buffer are not anticipated.



Project: 203402890                                                        13

Received by VMRC March 11, 2025   /blh

**Sloop Gut Dredging Project**

# 6    Conclusion

Virginia's MARS facility, and particularly its ability to launch larger rockets, plays a critical role in national security redundancy and capacity. The Virginia MARS site's proximity to the nation's Capital and key federal government programs only increases the importance of this capability. NASA Wallops and partners at the Virginia MARS site have a long history of supporting NASA and Department of Defense launches from the site.

In addition, Virginia MARS partners previously demonstrated success in rapid build of needed launch infrastructure for Wallops Island's rocket launch site. Leadership in the Commonwealth of Virginia has shown substantial commitment to innovate and collaborate on space launch and made substantial investments into MARS infrastructure, committing to $30M of infrastructure support through the VSA and $15M of site improvements to include build of an integration facility used by Rocket Lab.

The proposed Project will result in removal of approximately 59,042 cubic yards (633,356 SF) of dredge material. The Co-Applicants are requesting authorization under an Individual Permit from the Corps pursuant to Section 404 of the Clean Water Act (33 USC 1344) and Section 10 of the Rivers and Harbors Act, a subaqueous lands permit from the VMRC pursuant to Chapter 12 of Title 28.2 of the Code of Virginia, and an Accomack County Wetlands Board permit pursuant to Chapter 13 of Title 28.2 of the Code of Virginia. Additionally, the Co-Applicants are requesting authorization under or written exemption from the DEQ Virginia Water Protection Permit Program pursuant to Section 401 of the Clean Water Act and §§62.1-44.15 and 62.1-44.15:5 of the Code of Virginia.



Received by VMRC March 11, 2025   /blh

**With every community, we redefine what's possible.**

Stantec is a global leader in sustainable architecture, engineering, and environmental consulting. The diverse perspectives of our partners and interested parties drive us to think beyond what's previously been done on critical issues like climate change, digital transformation, and future-proofing our cities and infrastructure. We innovate at the intersection of community, creativity, and client relationships to advance communities everywhere, so that together we can redefine what's possible.

Received by VMRC March 11, 2025   /blh

# APPENDIX A – JOINT PERMIT APPLICATION

Received by VMRC March 11, 2025   /blh

| FOR AGENCY USE ONLY | |
|---|---|
| | Notes: |
| JPA#    25-0521 | |

# APPLICANTS

**PLEASE PRINT OR TYPE ALL ANSWERS.** If a question does not apply to your project, please print N/A (not applicable) in the space provided. *If additional space is needed, attach extra 8 ½ x 11 inch sheets of paper.*

## Check all that apply

| | | | |
|---|---|---|---|
| ☐ Pre-Construction Notification<br>☐ (PCN) NWP # _____<br>*(For Nationwide Permits ONLY - No DEQ-VWP permit writer will be assigned)* | ☐ SPGP<br>☐ PASDO-PGP SELF VERIFICATION<br>*(Replaces Regional Permit 17 (RP-17))* | ☐ DEQ Reapplication<br>Existing permit number:<br>_____ | ☐ Receiving federal funds<br>Agency providing funding:<br>_____ |

## PREVIOUS ACTIONS RELATED TO THE PROPOSED WORK (Include all federal, state, and local pre application coordination, site visits, previous permits, or applications whether issued, withdrawn, or denied)

Historical information for past permit submittals can be found online with VMRC - https://webapps.mrc.virginia.gov/public/habitat/ - or VIMS - http://ccrm.vims.edu/perms/newpermits.html

| Agency | Action / Activity | Permit/Project number, including any non-reporting Nationwide permits previously used (e.g., NWP 13) | Date of Action | If denied, give reason for denial |
|---|---|---|---|---|
| Corps | Geotechnical borings | NAO-2024-02948 | January 10, 2025 | |
| VMRC | Geotechnical borings | 24-V1223 / 2024-2902 | January 7, 2025 | |

### 1. APPLICANT, AGENT, PROPERTY OWNER, AND CONTRACTOR INFORMATION
The applicant(s) is/are the legal entity to which the permit may be issued (see How to Apply at beginning of form). The applicant(s) can either be the property owner(s) or the person/people/company(ies) that intend(s) to undertake the activity. The agent is the person or company that is representing the applicant(s). If a company, please also provide the company name that is registered with the State Corporation Commission (SCC), or indicate no registration with the SCC.

**Applicant 1:**

| Legal Name(s) of Applicant(s)<br>Virginia Port Authority c/o Andrew Sinclair | | | Agent (if applicable)<br>Stantec Consulting Services Inc. c/o Chuck Roadley | | |
|---|---|---|---|---|---|
| Mailing address<br>600 World Trade Center | | | Mailing address<br>5209 Center Street | | |
| City<br>Norfolk | State<br>VA | ZIP Code<br>23510 | City<br>Williamsburg | State<br>VA | ZIP Code<br>23188 |
| Phone number w/area code<br>757-683-2129 | Fax | | Phone number w/area code<br>757-870-3832 | Fax | |
| Mobile<br>757-650-1364 | E-mail<br>asinclair@PortofVirginia.com | | Mobile<br>757-870-3832 | E-mail<br>chuck.roadley@stantec.com | |
| State Corporation Commission Name and ID number (if applicable)<br>N/A | | | State Corporation Commission Name and ID number (if applicable)<br>11-2167170 | | |

*Certain permits or permit authorizations may be provided via electronic mail. If the applicant wishes to receive their permit via electronic mail, please provide an e-mail address here:* asinclair@PortofVirginia.com ; chuck.roadley@stantec.com ; lauren.chartrand@stantec.com

Received by VMRC March 11, 2025   /blh

| FOR AGENCY USE ONLY | |
|---|---|
| | Notes: |
| JPA# | |

# APPLICANTS

**PLEASE PRINT OR TYPE ALL ANSWERS.** If a question does not apply to your project, please print N/A (not applicable) in the space provided. *If additional space is needed, attach extra 8 ½ x 11 inch sheets of paper.*

### Check all that apply

☐ Pre-Construction Notification
☐ (PCN) NWP # _____
*(For Nationwide Permits ONLY - No DEQ-VWP permit writer will be assigned)*

☐ SPGP
☐ PASDO-PGP SELF VERIFICATION
*(Replaces Regional Permit 17 (RP-17))*

☐ DEQ Reapplication
Existing permit number: _____

☐ Receiving federal funds
Agency providing funding: _____

### PREVIOUS ACTIONS RELATED TO THE PROPOSED WORK (Include all federal, state, and local pre application coordination, site visits, previous permits, or applications whether issued, withdrawn, or denied)

Historical information for past permit submittals can be found online with VMRC - https://webapps.mrc.virginia.gov/public/habitat/ - or VIMS - http://ccrm.vims.edu/perms/newpermits.html

| Agency | Action / Activity | Permit/Project number, including any non-reporting Nationwide permits previously used (e.g., NWP 13) | Date of Action | If denied, give reason for denial |
|---|---|---|---|---|
| | | | | |
| | | | | |

### 1. APPLICANT, AGENT, PROPERTY OWNER, AND CONTRACTOR INFORMATION

The applicant(s) is/are the legal entity to which the permit may be issued (see How to Apply at beginning of form). The applicant(s) can either be the property owner(s) or the person/people/company(ies) that intend(s) to undertake the activity. The agent is the person or company that is representing the applicant(s). If a company, please also provide the company name that is registered with the State Corporation Commission (SCC), or indicate no registration with the SCC.

**Applicant 2:**

| Legal Name(s) of Applicant(s) | Agent (if applicable) | | |
|---|---|---|---|
| Rocket Lab USA c/o Brian Komlos | | | |
| Mailing address | Mailing address | | |
| 3881 McGowen Street | | | |

| City | State | ZIP Code | City | State | ZIP Code |
|---|---|---|---|---|---|
| Long Beach | CA | 90808 | | | |

| Phone number w/area code | Fax | Phone number w/area code | Fax |
|---|---|---|---|
| 415-314-5149 | | | |

| Mobile | E-mail | Mobile | E-mail |
|---|---|---|---|
| 415-314-5149 | b.komlos@rocketlabusa.com | | |

| State Corporation Commission Name and ID number (if applicable) 11445725 | State Corporation Commission Name and ID number (if applicable) |
|---|---|

Certain permits or permit authorizations may be provided via electronic mail. If the applicant wishes to receive their permit via electronic mail, please provide an e-mail address here: b.komlos@rocketlabusa.com

Received by VMRC March 11, 2025   /blh

## 1. APPLICANT, AGENT, PROPERTY OWNER, AND CONTRACTOR INFORMATION (Continued)

| Property owner(s) legal name, if different from applicant<br>N/A | | | Contractor, if known | | |
|---|---|---|---|---|---|
| Mailing address | | | Mailing address | | |
| City | State | ZIP code | City | State | ZIP code |
| Phone number w/area code | Fax | | Phone number w/area code | Fax | |
| Mobile | E-mail | | Mobile | E-mail | |
| State Corporation Commission Name and ID number (if applicable) | | | State Corporation Commission Name ID number (if applicable) | | |

## 2. PROJECT LOCATION INFORMATION
**(Attach a copy of a detailed map, such as a USGS topographic map or street map showing the site location and project boundary, so that it may be located for inspection.  Include an arrow indicating the north direction. Include the drainage area if the SPGP box is checked on Page 7.)**

| Street Address (911 address if available)<br>N/A | City/County/ZIP Code<br>Accomack County |
|---|---|
| Subdivision | Lot/Block/Parcel #<br>57-A-1 |

Name of water body(ies) within project boundaries and drainage area (acres or square miles).
Sloop Gut (0.83 sq. mi.)

Tributary(ies) to: Narrows
Basin: Chincoteague Bay          Sub-basin: Lower Chincoteague Bay
(*Example:  Basin: James River     Sub-basin: Middle James River*)

Special Standards (based on DEQ Water Quality Standards 9VAC25-260 et seq.): None

Project type (check one)
_____ Single user (private, non-commercial, residential)
__X__ Multi-user (community, commercial, industrial, government)
_____ Surface water withdrawal

Latitude and longitude at center of project site (decimal degrees): 37.8818346 / -75.4494840
(Example: 37.33164/-77.68200)

USGS topographic map name: Chincoteague West

8-digit USGS Hydrologic Unit Code (HUC) for your project site (See http://cfpub.epa.gov/surf/locate/index.cfm ): 02040303
If known, indicate the 10-digit and 12-digit USGS HUCs (see http://consapps.dcr.virginia.gov/htdocs/maps/HUExplorer.htm) :
0204030305          020403030504

Name of your project (*Example: Water Creek driveway crossing*) Sloop Gut Dredging Project

Is there an access road to the project? ☑Yes ☐No.  If yes, check all that apply: ☐public ☑private ☐improved ☐unimproved

Total size of the project area (in acres): 14.54 ACRES

Received by VMRC March 11, 2025   /blh

**2. PROJECT LOCATION INFORMATION (Continued)**

Provide driving directions to your site, giving distances from the best and nearest visible landmarks or major intersections:

While traveling on US-13 in Accomack County, turn east on Thornton Road (Route 790). At the dead end, in approximately one mile, turn left onto Atlantic Road (Route 679). Approximately 1.2 miles later turn right onto Wallops Island Road (Route 803). In approximately 6.2 miles, turn left onto N Seawall Road. Old North Dock will be on your left. If you hit the runway, you have gone too far.  Site is access restricted.

Does your project site cross boundaries of two or more localities (i.e., cities/counties/towns)? ☐ Yes ☑ No
If so, name those localities:

**3. DESCRIPTION OF THE PROJECT,  PROJECT PRIMARY AND SECONDARY _PURPOSES_, PROJECT _NEED_, INTENDED USE(S), AND ALTERNATIVES CONSIDERED** (Attach additional sheets if necessary)

- The purpose and need must include any new development or expansion of an existing land use and/or proposed future use of residual land.
- Describe the physical alteration of surface waters, including the use of pilings (#, materials), vibratory hammers, explosives, and hydraulic dredging, when applicable, and _whether or not tree clearing will occur_ (include the area in square feet and time of year).
- Include a description of alternatives considered and measures taken to avoid or minimize impacts to surface waters, including wetlands, to the maximum extent practicable.  Include factors such as, but not limited to, alternative construction technologies, alternative project layout and design, alternative locations, local land use regulations, and existing infrastructure
- For utility crossings, include both alternative routes and alternative construction methodologies considered
- For surface water withdrawals, public surface water supply withdrawals, or projects that will alter in stream flows, include the water supply issues that form the basis of the proposed project.

See attached Project Narrative

| Date of proposed commencement of work (MM/DD/YYYY) 07/01/2025 | Date of proposed completion of work (MM/DD/YYYY) |
|---|---|
| Are you submitting this application at the direction of any state, local, or federal agency? _____ Yes  X _____ No | Has any work commenced or has any portion of the project for which you are seeking a permit been completed? _____ Yes  X  No |

If you answered "yes" to either question above, give details stating when the work was completed and/or when it commenced, who performed the work, and which agency (if any) directed you to submit this application.  In addition, you will need to clearly differentiate between completed work and proposed work on your project drawings.

Are you aware of any unresolved violations of environmental law or litigation involving the property? _____ Yes  X  No
(If yes, please explain)

Received by VMRC March 11, 2025  /blh

## 4.  PROJECT COSTS

Approximate cost of the entire project, including materials and labor: $ >$5,000,000

Approximate cost of only the portion of the project affecting state waters (channelward of mean low water in tidal areas and below ordinary high water mark in nontidal areas): $ >$500,000

## 5.   PUBLIC NOTIFICATION (Attach additional sheets if necessary)

Complete information for all property owners adjacent to the project site and across the waterway, if the waterway is less than 500 feet in width.  If your project is located within a cove, you will need to provide names and mailing addresses for all property owners within the cove.  If you own the adjacent lot, provide the requested information for the first adjacent parcel beyond your property line. Per Army Regulation (AR 25-51) outgoing correspondence must be addressed to a person or business.

***Failure to provide this information may result in a delay in the processing of your application by VMRC.***

| Property owner's name | Mailing address | City | State | ZIP code |
|---|---|---|---|---|
| NASA GSFC Wallops Flight Facility | 34200 Fulton Street | Wallops Island | VA | 23337 |
| OPG- John Berry & Louis Reynolds | 8440 Strawberry Lane | Atlantic | VA | 23303 |

Name of newspaper having general circulation in the area of the project:  Eastern Shore Post

Address and phone number (including area code) of newspaper  P.O. Box 517, Onley, VA 23418 ; 757-789-7678

Have adjacent property owners been notified with forms in Appendix A? _____Yes  X___No  (attach copies of distributed forms)

## 6.  THREATENED AND ENDANGERED SPECIES INFORMATION     See Appendix D

Please provide any information concerning the potential for your project to impact state and/or federally threatened and endangered species (listed or proposed). Attach correspondence from agencies and/or reference materials that address potential impacts, such as database search results or confirmed waters and wetlands delineation/jurisdictional determination. Include information when applicable regarding the location of the project in Endangered Species Act-designated or -critical habitats. Contact information for the U.S. Fish and Wildlife Service, National Oceanic and Atmospheric Administration, Virginia Dept. of Game and Inland Fisheries, and the Virginia Dept. of Conservation and Recreation-Division of Natural Heritage can be found on page 4 of this package.

## 7.  HISTORIC RESOURCES INFORMATION     See Appendix F

*Note: Historic properties include but are not limited to archeological sites, battlefields, Civil War earthworks, graveyards, buildings, bridges, canals, etc.  Prospective permittees should be aware that section 110k of the NHPA (16 U.S.C. 470h-2(k)) prevents the USACE from granting a permit or other assistance to an applicant who, with intent to avoid the requirements of Section 106 of the NHPA, has intentionally significantly adversely affected a historic property to which the permit would relate, or having legal power to prevent it, allowed such significant adverse effect to occur, unless the USACE, after consultation with the Advisory Council on Historic Preservation (ACHP), determines that circumstances justify granting such assistance despite the adverse effect created or permitted by the applicant.*

Are any historic properties located within or adjacent to the project site? _____ Yes  X___ No _____ Uncertain
If Yes, please provide a map showing the location of the historic property within or adjacent to the project site.

Are there any buildings or structures 50 years old or older located on the project site? _____ Yes   X___ No _____ Uncertain
If Yes, please provide a map showing the location of these buildings or structures on the project site.

Is your project located within a historic district?  X___ Yes _____ No _____ Uncertain

If Yes, please indicate which district: Wallops Island Flight Facility Historic District (NASA)

Application Revised: August 2023                    10

Received by VMRC March 11, 2025  /blh

## 7.  HISTORIC RESOURCES INFORMATION (Continued)

Has a survey to locate archeological sites and/or historic structures been carried out on the property?
___ Yes _x_ No ___ Uncertain

If Yes, please provide the following information:  Date of Survey: _____

        Name of firm: _____

Is there a report on file with the Virginia Department of Historic Resources? ____ Yes _X_ No ___Uncertain

        Title of Cultural Resources Management (CRM) report: _____

        Was any historic property located? ____ Yes ____ No __ Uncertain

## 8.   WETLANDS, WATERS, AND DUNES/BEACHES IMPACT INFORMATION

**Report each impact site in a separate column.  If needed, attach additional sheets using a similar table format.  Please ensure that the associated project drawings clearly depict the location and footprint of each numbered impact site.  For dredging, mining, and excavating projects, use Section 17.**

|  | Impact site number 1 | Impact site number 2 | Impact site number 3 | Impact site number 4 | Impact site number 5 |
|---|---|---|---|---|---|
| Impact description (use all that apply):<br>F=fill<br>EX=excavation<br>S=Structure<br>T=tidal<br>NT=non-tidal<br>TE=temporary<br>PE=permanent<br>PR=perennial<br>IN=intermittent<br>SB=subaqueous bottom<br>DB=dune/beach<br>IS=hydrologically isolated<br>V=vegetated<br>NV=non-vegetated<br>MC=Mechanized Clearing of PFO<br>(*Example: F, NT, PE, V*) | EX, T, PE, SB, NV |  |  |  |  |
| Latitude /  Longitude (in decimal degrees) | 37.8818346, -75.4494840 |  |  |  |  |
| Wetland/waters impact area (square feet / acres) | 633,3565 SF (14.54 ac) |  |  |  |  |
| Dune/beach impact area (square feet) | N/A |  |  |  |  |
| Stream dimensions at impact site (length and average width in linear feet, and area in square feet) | N/A |  |  |  |  |
| Volume of fill below Mean High Water or Ordinary High Water (cubic yards) | N/A |  |  |  |  |

Received by VMRC March 11, 2025   /blh

## 8. WETLANDS/WATERS IMPACT INFORMATION (Continued)

| | | | | | | |
|---|---|---|---|---|---|---|
| Cowardin classification of impacted wetland/water or geomorphological classification of stream *Example wetland: PFO; Example stream: 'C' channel and if tidal, whether vegetated or non-vegetated wetlands per Section 28.2-1300 of the Code of Virginia* | E1UBL / E2EM1N | | | | | |
| Average stream flow at site (flow rate under normal rainfall conditions in cubic feet per second) and method of deriving it (gage, estimate, etc.) | N/A | | | | | |
| Contributing drainage area in acres or square miles (*VMRC cannot complete review without this information*) | 0.83 sq. mi. | | | | | |
| DEQ classification of impacted resource(s): Estuarine Class II Non-tidal waters Class III Mountainous zone waters Class IV Stockable trout waters Class V Natural trout waters Class VI Wetlands Class VII https://law.lis.virginia.gov | Estuarine Class II | | | | | |

**For DEQ permitting purposes, also submit as part of this section a wetland and waters boundary delineation map – see (3) in the Footnotes section in the form instructions.**

**For DEQ permitting purposes, also submit as part of this section a written disclosure of all wetlands, open water, or streams that are located within the proposed project or compensation areas that are also under a deed restriction, conservation easement, restrictive covenant, or other land-use protective instrument.**

## 9. APPLICANT, AGENT, PROPERTY OWNER, AND CONTRACTOR CERTIFICATIONS

### *READ ALL OF THE FOLLOWING CAREFULLY BEFORE SIGNING*

PRIVACY ACT STATEMENT: The Department of the Army permit program is authorized by Section 10 of the Rivers and Harbors Act of 1899, Section 404 of the Clean Water Act, and Section 103 of the Marine Protection Research and Sanctuaries Act of 1972. These laws require that individuals obtain permits that authorize structures and work in or affecting navigable waters of the United States, the discharge of dredged or fill material into waters of the United States, and the transportation of dredged material for the purpose of dumping it into ocean waters prior to undertaking the activity. Information provided in the Joint Permit Application will be used in the permit review process and is a matter of public record once the application is filed. Disclosure of the requested information is voluntary, but it may not be possible to evaluate the permit application or to issue a permit if the information requested is not provided.

CERTIFICATION: I am hereby applying for permits typically issued by the DEQ, VMRC, USACE, and/or Local Wetlands Boards for the activities I have described herein. I agree to allow the duly authorized representatives of any regulatory or advisory agency to enter upon the premises of the project site at reasonable times to inspect and photograph site conditions, both in reviewing a proposal to issue a permit and after permit issuance to determine compliance with the permit.

In addition, I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

Received by VMRC March 11, 2025   /blh

**9. APPLICANT, AGENT, PROPERTY OWNER, AND CONTRACTOR CERTIFICATIONS (Continued)**

*Is/Are the Applicant(s) and Owner(s) the same?* ☐ Yes ☐ No

| Legal name & title of Applicant<br>**Virginia Port Authority c/o Andrew Sinclair** | Second applicant's legal name & title, if applicable<br>**Rocket Lab USA c/o Brian Komlos** |
|---|---|
| Applicant's signature  Andrew M. Sinclair *Digitally signed by Andrew M. Sinclair DN: cn=Andrew M. Sinclair, o=Virginia Port Authority, ou, email=asinclair@portofvirginia.com, c=US Date: 2025.03.11 09:32:42 -04'00'* | Second applicant's signature |
| Date<br>3/11/2025 | Date<br>3/11/2025 |
| Property owner's legal name, if different from Applicant | Second property owner's legal name, if applicable |
| Property owner's signature, if different from Applicant | Second property owner's signature |
| Date | Date |

***CERTIFICATION OF AUTHORIZATION TO ALLOW AGENT(S) TO ACT ON APPLICANT'S(S') BEHALF (IF APPLICABLE)***

I (we), _Virginia Port Authority c/o Andrew Sinclair_ (and) _Rocket Lab USA c/o Brian Komlos_ ,
APPLICANT'S LEGAL NAME(S) – *complete the second blank if more than one Applicant*

hereby certify that I (we) have authorized _Stantec Consulting Services Inc. c/o Chuck Roadley_ (and) _____
AGENT'S NAME(S) – *complete the second blank if more than one Agent*

to act on my (our) behalf and take all actions necessary to the processing, issuance, and acceptance of this permit and any and all standard and special conditions attached. I (we) hereby certify that the information submitted in this application is true and accurate to the best of my (our) knowledge.

| Applicant's signature  Andrew M. Sinclair *Digitally signed by Andrew M. Sinclair DN: cn=Andrew M. Sinclair, o=Virginia Port Authority, ou, email=asinclair@portofvirginia.com, c=US Date: 2025.03.11 09:31:51 -04'00'* | Second applicant's signature, if applicable |
|---|---|
| Date<br>3/11/2025 | Date<br>3/11/2025 |
| Agent's signature and title | Second agent's signature and title, if applicable |
| Date | Date |

***CONTRACTOR ACKNOWLEDGEMENT (IF APPLICABLE)***

I (we), _____ (and) _____ ,
APPLICANT'S LEGAL NAME(S) – *complete the second blank if more than one Applicant*

have contracted _____ (and) _____
CONTRACTOR'S NAME(S) – *complete the second blank if more than one Contractor*

to perform the work described in this Joint Permit Application, signed and dated _____ .

I (we) will read and abide by all conditions as set forth in all federal, state, and local permits as required for this project. I (we) understand that failure to follow the conditions of the permits may constitute a violation of applicable federal, state, and local statutes and that we will be liable for any civil and/or criminal penalties imposed by these statutes.
In addition, I (we) agree to make available a copy of any permit to any regulatory representative visiting the project site to ensure permit compliance. If I (we) fail to provide the applicable permit upon request, I (we) understand that the representative will have the option of stopping our operation until it has been determined that we have a properly signed and executed permit and are in full compliance with all of the terms and conditions.

| Contractor's name or name of firm (printed/typed) | Contractor's or firm's mailing address | |
|---|---|---|
| Contractor's signature and title | Contractor's license number | Date |
| Applicant's signature | Second applicant's signature, if applicable | |
| Date | Date | |

Received by VMRC March 11, 2025   /blh

## 16.  BEACH NOURISHMENT (Continued)

Describe the type(s) of vegetation proposed for stabilization and the proposed planting plan, including schedule, spacing, monitoring, etc.  Attach additional sheets if necessary.

## 17.  DREDGING, MINING, AND EXCAVATING

### FILL OUT THE FOLLOWING TABLE FOR DREDGING PROJECTS

| | NEW dredging | | | | MAINTENANCE dredging | | | |
|---|---|---|---|---|---|---|---|---|
| | Hydraulic | | Mechanical (clamshell, dragline, etc.) | | Hydraulic | | Mechanical (clamshell, dragline, etc.) | |
| | Cubic yards | Square feet | Cubic yards | Square feet | Cubic yards | Square feet | Cubic yards | Square feet |
| Vegetated wetlands | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Non-vegetated wetlands | N/A | N/A | 3,180 | 22,603 | N/A | N/A | N/A | N/A |
| Subaqueous land | N/A | N/A | 55,862 | 610,753 | N/A | N/A | 5,000 | 40,000 |
| Totals | N/A | N/A | 59,042 | 633,356 | N/A | N/A | 5,000 | 40,000 |

Is this a one-time dredging event? ___Yes  x ____ No   If "no", how many dredging cycles are anticipated: 1 - 2 estimated at mouth
( 59,042  initial cycle in cu. yds.) ( 5,000 ___ subsequent cycles in cu. yds.)

Composition of material (percentage sand, silt, clay, rock):
Provide documentation (i.e., laboratory results or analytical reports) that *dredged* material from on-site areas is free of toxics.  If not free of toxics, provide documentation of proper disposal (i.e., bill of lading from commercial supplier or disposal site).

Geotechnical sampling has occurred and has been analyzed. Additional documentation is included in Appendix C for reference.

Please include a dredged material management plan that includes specifics on how the dredged material will be handled and retained to prevent its entry into surface waters or wetlands.  If on-site dewatering is proposed, please include plan view and cross-sectional drawings of the dewatering area and associated outfall.

Dredged material will be transported via barge to Weanack Land LLC in Charles City County for disposal at their approved upland Dredge Material Management Area.

Will the dredged material be used for any commercial purpose or beneficial use?  _____Yes  x ____No
If yes, please explain:

If this is a maintenance dredging project, what was the date that the dredging was last performed? N/A
Permit number of original permit: _____ *(It is important that you attach a copy of the original permit.)*

Application Revised: August 2023                                        17

Received by VMRC March 11, 2025   /blh

**17.  DREDGING, MINING, AND EXCAVATING (Continued)**

*For mining projects:*  On separate sheets of paper, explain the operation plans, including: 1) the frequency (e.g., every six weeks), duration (i.e., April through September), and volume (in cubic yards) to be removed per operation;   2) the temporary storage and handling methods of mined material, including the dimensions of the containment berm used for upland disposal of dredged material and the need (or no need) for a liner or impermeable material to prevent the leaching of any identified contaminants into ground water; 3)  how equipment will access the mine site; and 4) verification that dredging: a) will not occur in water body segments that are currently on the effective Section 303(d) Total Maximum Daily Load (TMDL) priority list (available at http://www.deq.virginia.gov/Programs/Water/WaterQualityInformationTMDLs/TMDL/TMDLDevelopment/TMDLProgramPriorities.aspx) or that have an approved TMDL; b) will not exacerbate any impairment; and c) will be consistent with any waste load allocation/limit/conditions imposed by an approved TMDL (see, "What's in my backyard" or subsequent spatial files at http://www.deq.virginia.gov/ConnectWithDEQ/VEGIS.aspx to determine the extent of TMDL watersheds and impairment segments).

*Have you applied for a permit from the Virginia Department of Mines, Minerals and Energy?*  _____Yes  ˣ ____No If Yes:
Existing permit number:_____ Date permit issued: _____

| Contributing drainage area: _____square miles | Average stream flow at site (flow rate under normal rainfall conditions):  _____cfs |
|---|---|

**18.  FILL (not associated with backfilled shoreline structures)  AND OTHER STRUCTURES (other than piers and boathouses) IN WETLANDS OR WATERS,  OR ON DUNES/BEACHES**

Source and composition of fill material (percentage sand, silt, clay, rock):

_____

Provide documentation (i.e., laboratory results or analytical reports) that *fill* material from *off-site* locations is free of toxics.  If not free of toxics, provide documentation of proper disposal (i.e., bill of lading from commercial supplier or disposal site). Documentation is not necessary for fill material obtained from on-site areas.

Explain the purpose of the filling activity and the type of structure to be constructed over the filled area (if any):

Describe any structure that will be placed in wetlands/waters or on a beach dune and its purpose:

| Will the structure be placed on pilings? ____ Yes ____ No | Total area occupied by any structure. _____ Square Feet |
|---|---|
| How far will the structure be placed channelward from the back edge of the dune? _____feet | How far will the structure be placed channelward from the back edge of the beach? _____feet |

**19.  NONTIDAL STREAM CHANNEL MODIFICATIONS FOR RESTORATION OR ENHANCMENT, or TEMPORARY OR PERMANENT RELOCATIONS**

*If proposed activities are being conducted for the purposes of compensatory mitigation, please attach separate sheets of paper providing all information required by the most recent version of the stream assessment methodology approved by the Norfolk District of the U.S. Army Corps of Engineers and the Virginia Department of Environmental Quality, in lieu of completing the questions below.  Required information outlined by the methodology can be found at:* http://www.nao.usace.army.mil/Missions/Regulatory/UnifiedStreamMethodology.aspx *or* http://www.deq.virginia.gov/Programs/Water/WetlandsStreams/Mitigation.aspx.

*For all projects proposing stream restoration provide a completed Natural Channel Design Review Checklist and Selected Morphological Characteristics form. These forms and the associated manual can be located at:* https://www.fws.gov/chesapeakebay/StreamReports/NCD%20Review%20Checklist/Natural%20Channel%20Design%20Checklist%20Doc%20V2%20Final%2011-4-11.pdf

Has the stream restoration project been designed by a local, state, or federal agency? ____ Yes ____ No.    If yes, please include the name of the agency here: _____.

Is the agency also providing funding for this project? _____ Yes _____ No

Stream dimensions at impact site (length and average width in linear feet, and area in square feet):
 L: _____(feet)  AW:_____ (feet)  Area:_____ (square feet)

Contributing drainage area: _____acres *or* _____square miles

Received by VMRC March 11, 2025   /blh

**APPENDIX C**

**Chesapeake Bay Preservation Act Information**

Please answer the following questions to determine if your project is subject to the requirements of the Bay Act Regulations:

1.  Is your project located within Tidewater Virginia? __X__ Yes ____ No (See map on page 31) - If the answer is "no", the Bay Act requirements do not apply; if "yes", then please continue to question #2.

2.  Please indicate if the project proposes to impact any of the following Resource Protection Area (RPA) features:

    __X__ Tidal wetlands,

    ____ Nontidal wetlands connected by surface flow and contiguous to tidal wetlands or water bodies with perennial flow,

    __X__ Tidal shores,

    ____ Other lands considered by the local government to meet the provisions of subsection A of 9VAC25-830-80 and to be necessary to protect the quality of state waters (contact the local government for specific information),

    ____ A buffer area not less than 100 feet in width located adjacent to and landward of the components listed above, and along both sides of any water body with perennial flow.

If the answer to question #1 was "yes" and any of the features listed under question #2 will be impacted, compliance with the Chesapeake Bay Preservation Area Designation and Management Regulations is required. **The Chesapeake Bay Preservation Area Designation and Management Regulations** are enforced through locally adopted ordinances based on the Chesapeake Bay Preservation Act (CBPA) program.  Compliance with state and local CBPA requirements mandates the submission of a *Water Quality Impact Assessment (WQIA)* for the review and approval of the local government. Contact the appropriate local government office to determine if a WQIA is required for the proposed activity(ies).

The individual localities, <u>not</u> the DEQ, USACE, or the Local Wetlands Boards, are responsible for enforcing the CBPA requirements and, therefore, local permits for land disturbance are not issued through this JPA process. **Approval of this wetlands permit does not constitute compliance with the CBPA regulations nor does it guarantee that the local government will grant approval for encroachments into the RPA that may result from this project.**

<u>**Notes for all projects in RPAs**</u>
Development, redevelopment, construction, land disturbance, or placement of fill within the RPA features listed above requires the approval of the locality and may require an exception or variance from the local Bay Act ordinance.  Please contact the appropriate local government to determine the types of development or land uses that are permitted within RPAs.

Pursuant to 9VAC25-830-110, *on-site delineation of the RPA is required for all projects in CBPAs*.  Because USGS maps are not always indicative of actual "in-field" conditions, they may not be used to determine the site-specific boundaries of the RPA.

<u>**Notes for shoreline erosion control projects in RPAs**</u>
Re-establishment of woody vegetation in the buffer will be required by the locality to mitigate for the removal or disturbance of buffer vegetation associated with your proposed project.  Please contact the local government to determine the mitigation requirements for impacts to the 100-foot RPA buffer.

Pursuant to 9VAC25-830-140 5 a (4) of the Virginia Administrative Code, shoreline erosion projects are a permitted modification to RPAs provided that the project is based on the "best technical advice" and complies with applicable permit conditions.  In accordance with 9VAC25-830-140 1 of the Virginia Administrative Code, the locality will use the information provided in this Appendix, in the project drawings, in this permit application, and as required by the locality, to make a determination that:

1.  Any proposed shoreline erosion control measure is necessary and consistent with the nature of the erosion occurring on the site, and the measures have employed the "best available technical advice"
2.  Indigenous vegetation will be preserved to the maximum extent practicable
3.  Proposed land disturbance has been minimized
4.  Appropriate mitigation plantings will provide the required water quality functions of the buffer (9VAC25-830-140 3)
5.  The project is consistent with the locality's comprehensive plan
6.  Access to the project will be provided with the minimum disturbance necessary.

Received by VMRC March 11, 2025   /blh

# APPENDIX B – PREVIOUS DREDGE PLANS

Received by VMRC March 11, 2025   /blh



Received by VMRC March 11, 2025   /blh



Received by VMRC March 11, 2025   /blh

# APPENDIX C – PROJECT GRAPHICS

Received by VMRC March 11, 2025   /blh

Received by VMRC March 11, 2025  /blh

# SLOOP GUT DREDGING

ACCOMACK COUNTY, VA

## PERMITTING SET

### LOCATION MAP





PROJECT LOCATION

N.T.S

### VICINITY MAP

PROJECT VICINITY

N.T.S

### INDEX OF DRAWINGS

| SHEET | SHEET NAME |
|---|---|
| C-000 | COVER PAGE |
| C-001 | GENERAL NOTES |
| C-002 | KEY SHEET |
| C-101 TO C-103 | EXISTING CONDITIONS |
| C-201 TO C-204 | DREDGE IMPACTS |
| C-301 | TYPICAL SECTIONS |
| C-401 | SITE ACCESS & DISPOSAL AREA |

### NOTICE

THE INFORMATION IN THIS DOCUMENT WAS PREPARED BY STANTEC. WHILE STANTEC HAS TAKEN ALL REASONABLE STEPS TO ASSURE THE ACCURACY OF THE INFORMATION CONTAINED IN THIS DOCUMENT, IT CANNOT GUARANTEE THAT CHANGES OR ALTERATIONS TO THIS DOCUMENT WILL NOT BE MADE BY PERSONS OTHER THAN STANTEC PERSONNEL AFTER THE DOCUMENT LEAVES THE POSSESSION OF STANTEC. CHANGES OR ALTERATIONS MAY BE SAFETY RELATED AND RESULT IN THE DAMAGE TO PROPERTY, PERSONAL INJURY, OR DEATH. IF VERIFICATION OF THE INFORMATION CONTAINED IN THIS DOCUMENT IS NEEDED, CONTACT SHOULD BE MADE DIRECTLY WITH STANTEC.

THIS DOCUMENT MUST BE COMPARED TO THE ORIGINAL HARD COPY, WITH CERTIFIED RAISED SEAL IF APPLICABLE, IN ORDER TO ENSURE THE ACCURACY OF THE INFORMATION CONTAINED THEREIN AND TO FURTHER INSURE THAT NO CHANGES, ALTERATIONS, OR MODIFICATIONS HAVE BEEN MADE TO THE DOCUMENT. NO RELIANCE SHOULD EVER BE MADE ON A DOCUMENT TRANSMITTED OR REVIEWED BY COMPUTER OR OTHER ELECTRONIC MEANS UNLESS IT IS FIRST COMPARED TO THE ORIGINAL. STANTEC MAKES NO WARRANTIES, EXPRESSED OR IMPLIED, CONCERNING THE ACCURACY OF THE INFORMATION CONTAINED IN ANY DOCUMENT TRANSMITTED OR REVIEWED BY COMPUTER OR OTHER ELECTRONIC MEANS.

## CLIENT

VIRGINIA PORT AUTHORITY
600 WORLD TRADE CTR
NORFOLK, VA 23510
(757) 683-8000

ROCKET LAB
3881 MCGOWEN ST
LONG BEACH, CA 90808
(714) 465-5737

## ENGINEER OF RECORD

STANTEC - RACHEL ZASTROW, PE
5209 CENTER STREET
WILLIAMSBURG, VA 23188
(757) 220-6869

## SURVEYOR

WATERWAY SURVEYS & ENGINEERING LTD.
321 CLEVELAND PLACE
VIRGINIA BEACH, VA 23462
(757) 490-1691

## PREPARED BY

STANTEC CONSULTING SERVICES, INC
5209 CENTER STREET
WILLIAMSBURG, VA 23188

 Stantec

DATE:

## FEBRUARY 2025

ENGINEER OF RECORD: RACHEL ZASTROW
VIRGINIA P.E. #402069466

Received by VMRC March 11, 2025  /blh

**GENERAL NOTES:**

1. ALL COORDINATES ARE IN U.S. SURVEY FEET AND REFERENCE THE NORTH AMERICAN DATUM OF 1983/1990 ADJUSTMENT (NAD83/90) VIRGINIA STATE PLANE SOUTH ZONE.
2. ALL ELEVATIONS ARE IN FEET REFERENCED TO MEAN LOWER LOW WATER (MLLW) AND WERE DETERMINED BY NOAA'S ONLINE VDATUM TOOL  (VERSION 4.7).

**WATER LEVELS**

| DATUM | TIDE LEVEL (FT MLLW) |
|---|---|
| MEAN HIGH WATER (MHW) | 2.92 |
| NAVD88 | 1.94 |
| MEAN TIDE LEVEL (MTL) | 1.48 |
| MEAN LOW WATER (MLW) | 0.12 |
| MEAN LOWER LOW WATER (MLLW) | 0.00 |

| | |
|---|---|
| MHW | 2.92 FT MLLW |
| NAVD88 | 1.94 FT MLLW |
| MTL | 1.48 FT MLLW |
| MLW | 0.12 FT MLLW |
| MLLW | 0.00 FT MLLW |

3. SURVEY CONDUCTED BY WATERWAY SURVEYS & ENGINEERING, LTD IN SEPTEMBER 2024.
4. MHW AND 1.5X TIDAL RANGE CONTOURS ARE OBTAINED FROM THE NOAA DIGITAL COAST DATA ACCESS VIEWER AND SOURCED FROM 2022 NOAA NGS TOPOBATHY LIDAR.
5. AERIAL IS PROVIDED BY NOAA DATED 2021 AND IS FOR VISUAL REFERENCE ONLY.

**DREDGE NOTES:**

1. DREDGE TEMPLATE BOTTOM IS 72 FT WIDE, EXCEPT IN AREAS ACCOMMODATING FOR TUG BOAT MANEUVERING (STATION 0+00 TO STATION 4+00).
2. DREDGE TEMPLATE BOTTOM IS -7 FT MLLW.
3. ANTICIPATED SIDE SLOPES ARE 3H:1V.
4. DREDGE VOLUME ACCOUNTING FOR SIDE SLOPES = 59,042 CY.

ENGINEER OF RECORD:
RACHEL ZASTROW - VA P.E. #402065466

DATE: FEBRUARY 2025

CLIENT
**VIRGINIA PORT AUTHORITY**
600 WORLD TRADE CTR
NORFOLK, VA 23510

PROJECT
**SLOOP GUT DREDGING**

TITLE
**GENERAL NOTES**

Stantec

| | |
|---|---|
| DATE: | FEBRUARY 2025 |
| DRAWN: | CMT |
| DESIGN: | CMT |
| CHECKED: | RJW |
| APPROVED: | RAZ |

SHEET NO.
C-001

SLOOP GUT DREDGING - PERMITTING SET



Received by VMRC March 11, 2025   /blh



Received by VMRC March 11, 2025   /blh



LEGEND

MAJOR CONTOURS
(FT MLLW)

MINOR CONTOURS
(FT MLLW)

MLLW (0.12 FT MLLW)

MTL (1.48 FT MLLW)

MHW (2.92 FT MLLW)

1.5x TIDAL RANGE
(4.2 FT)

OYSTER LEASES

PRIVATE OYSTER
LEASE

PUBLIC BAYLOR
GROUNDS

SLOOP GUT

MATCHLINE C-103
MATCHLINE C-102

MATCHLINE C-102
MATCHLINE C-101

1 IN = 200 FT

**VIRGINIA PORT AUTHORITY**
600 WORLD TRADE CTR
NORFOLK, VA 23510

PROJECT
SLOOP GUT DREDGING

TITLE
EXISTING CONDITIONS

Stantec

ENGINEER OF RECORD:
RACHEL ZASTROW - VA P.E. #402069466

DATE: FEBRUARY 2025

DATE FEBRUARY 2025

SHEET NO.
C-102

DRAWN CMT
DESIGN RJW
CHECKED RAZ

ORIGINAL ISSUED DATE :

SLOOP GUT DREDGING - PERMITTING SET





**NOTES:**
1. DREDGE CUT BOTTOM = -7 FT MLLW
2. DREDGE CUT BOTTOM WIDTH VARIES.
3. DREDGE VOLUME = 59,042 CY
4. DREDGE AREA = 633,356 SF, 14.54 AC

SEE SHEET C-204 FOR DOCKING ENLARGMENT

SEE SHEET C-301 FOR CROSS SECTIONS (STATIONS 3+00 AND 14+00)

DREDGE TEMPLATE BOTTOM WIDTH = 72 FT

WALLOPS FLIGHT FACILITY

WALLOPS ISLAND

N. SEAWALL RD.

MATCHLINE C-201
MATCHLINE C-202

1 IN = 200 FT

**LEGEND**

**DREDGE IMPACTS ABOVE MLW**

- DREDGE CUT BOUNDARY
- 2x BUFFER
- 4x BUFFER

**OYSTER LEASES**
- 1.5x TIDAL RANGE (4.20 FT)
- MHW (2.92 FT MLLW)
- MLW (0.12 FT MLLW)
- MTL (1.48 FT MLLW)
- PUBLIC BAYLOR GROUNDS
- PRIVATE OYSTER LEASE

- DREDGE CUT (7,049 SF)
- 2x BUFFER (7,484 SF)
- 4x BUFFER (8,070 SF)

| COWARDAN CLASSIFICATION OF IMPACTS | E1UBL (SF) | E2USN (SF) |
|---|---|---|
| DREDGE BOX CUT | 450,758 | 0 |
| 2X BUFFER | 86,714 | 0 |
| 4X BUFFER | 87,106 | 308 |
| OUTSIDE 4X BUFFER | 8,470 | 0 |

| | | SUBAQUEOUS BOTTOM (BELOW MLLW) | NON-VEGETATED WETLANDS | | VEGETATED WETLANDS |
|---|---|---|---|---|---|
| DREDGE BOX CUT | BELOW MLLW | 443,709 SF 42,964 CY | X | X | X |
| 2X BUFFER | MHW-1.5X | X | 7,049 SF 1,555 CY | 0 | 0 |
| | MLW-MHW | X | X | X | 0 |
| | BELOW MLW | 79,230 SF 9,867 CY | X | X | 0 |
| 4X BUFFER | MHW-1.5X | X | 7,484 SF 1,246 CY | 0 | 0 |
| | MLW-MHW | X | X | X | 0 |
| | BELOW MLW | 79,344 SF 2,543 CY | X | X | X |
| OUTSIDE 4X BUFFER | MHW-1.5X | X | 8,070 SF 379 CY | 0 | 0 |
| | MLW-MHW | X | X | 0 | 0 |
| | BELOW MLW | 8,470 SF 488 CY | 0 | 0 | 0 |

**VIRGINIA PORT AUTHORITY**
600 WORLD TRADE CTR
NORFOLK, VA 23510

PROJECT: SLOOP GUT DREDGING

TITLE: DREDGE IMPACTS

ENGINEER OF RECORD:
RACHEL ZASTROW - VA P.E. #402069466

DATE: FEBRUARY 2025

DATE: FEBRUARY 2025

DRAWN: CMT
DESIGN: CMT
CHECKED: RJW
APPROVED: RAZ

SHEET NO.: C-201

SLOOP GUT DREDGING - PERMITTING SET

Stantec



Received by VMRC March 11, 2025   /blh



Received by VMRC March 11, 2025  /blh

## LEGEND

— DREDGE CUT BOUNDARY
— 2x BUFFER
— 4x BUFFER
— MTL (1.48 FT MLLW)
— MLW (0.12 FT MLLW)
— MHW (2.92 FT MLLW)
— 1.5x TIDAL RANGE (4.20 FT)

## OYSTER LEASES

PRIVATE OYSTER LEASE
PUBLIC BAYLOR GROUNDS

## DREDGE IMPACTS ABOVE MLW

DREDGE CUT (7,049 SF)
2x BUFFER (7,484 SF)
4x BUFFER (8,070 SF)

NOTES:
1. DREDGE CUT BOTTOM = -7 FT MLLW
2. DREDGE CUT BOTTOM WIDTH = 72 FT.
3. DREDGE VOLUME = 59,042 CY
4. DREDGE AREA = 633,356 SF, 14.54 AC

BALLAST NARROWS

SEE SHEET C-301 FOR CROSS SECTION (STATION 58+00)

DREDGE TEMPLATE BOTTOM WIDTH = 72 FT

200  0  200  400 FT
1 IN = 200 FT

MATCHLINE C-203
MATCHLINE C-202

### COWARDAN CLASSIFICATION OF IMPACTS

|  | E1UBL (SF) | E2USN (SF) |
|---|---|---|
| DREDGE BOX CUT | 450,758 | 0 |
| 2X BUFFER | 86,714 | 0 |
| 4X BUFFER | 87,106 | 308 |
| OUTSIDE 4X BUFFER | 8,470 | 0 |

|  | SUBAQUEOUS BOTTOM (BELOW MLW) | NON-VEGETATED WETLANDS | VEGETATED WETLANDS |
|---|---|---|---|
| **DREDGE BOX CUT** | | | |
| BELOW MLW | 443,709 SF 42,964 CY | X | X |
| MLW-MHW | X | 7,049 SF    1,555 CY | 0 |
| MHW-1.5X | X | 0 | 0 |
| **2X BUFFER** | | | |
| BELOW MLW | 79,230 SF 9,867 CY | X | X |
| MLW-MHW | X | 7,484 SF    1,246 CY | 0 |
| MHW-1.5X | X | 0 | 0 |
| **4X BUFFER** | | | |
| BELOW MLW | 79,344 SF 2,543 CY | X | X |
| MLW-MHW | X | 8,070 SF    379 CY | 0 |
| MHW-1.5X | X | 0 | 0 |
| **OUTSIDE 4X BUFFER** | 8,470 SF 488 CY | 0 | 0 |

ENGINEER OF RECORD:
RACHEL ZASTROW - VA P.E. #402069466
DATE: FEBRUARY 2025

ORIGINAL ISSUED DATE :

VIRGINIA PORT AUTHORITY
600 WORLD TRADE CTR
NORFOLK, VA 23510

SLOOP GUT DREDGING

DREDGE IMPACTS

Stantec

DATE      FEBRUARY 2025
DRAWN:    CMT
DESIGN:   CMT
CHECKED:  RJW
APPROVED: RAZ
SHEET NO.

C-203

SLOOP GUT DREDGING - PERMITTING SET





STATION 3+00

STATION 58+00

STATION 14+00

NOTES:
1. VERTICAL SCALE: 1 IN = 7.5 FT
2. HORIZONTAL SCALE: 1 IN = 50 FT
3. SEDIMENT REMOVAL ACCOUNTING FOR THE ANTICIPATED 3:1 SIDE SLOPES IS 59,042 CY.

LEGEND

— — —  EXISTING GROUND
·········  DREDGE BOX CUT
————  DREDGE TEMPLATE
– · – · –  MHW (2.92 FT MLLW)
– – – –  MLW (0.12 FT MLLW)
————  4x BUFFER
————  2x BUFFER

**VIRGINIA PORT AUTHORITY**
600 WORLD TRADE CTR
NORFOLK, VA 23510

PROJECT
**SLOOP GUT DREDGING**

TITLE
**TYPICAL SECTIONS**

SHEET NO.
C-301

APPROVED:
CHECKED:
DESIGNED: CMT
DRAWN: RJW
DATE: FEBRUARY 2025
DRAWN: CMT
RAZ

ENGINEER OF RECORD:
RACHEL ZASTROW - VA P.E. #402069466

DATE: FEBRUARY 2025

ORIGINAL ISSUED DATE :

REV DATE DESCRIPTION
BY

SLOOP GUT DREDGING - PERMITTING SET



LEGEND

APPROXIMATE SITE
ACCESS ROUTE

CHESAPEAKE BAY
BRIDGE

DISPOSAL AREA:
WEANACK LAND L.L.C.
461 SHIRLEY PLANTATION ROAD
CHARLES CITY, VA 23030

POTOMAC RIVER

RAPPAHANNOCK RIVER

YORK RIVER

JAMES RIVER

CHESAPEAKE BAY

BALLAST NARROWS

SLOOP GUT

CHESAPEAKE BAY
BRIDGE (ROUTE 13)

ATLANTIC OCEAN

PROJECT SITE

N

1 IN = 50,000 FT

50,000    0    50,000    100,000 FT

SLOOP GUT DREDGING - PERMITTING SET

CLIENT
VIRGINIA PORT AUTHORITY
600 WORLD TRADE CTR
NORFOLK, VA 23510

PROJECT
SLOOP GUT DREDGING

TITLE
SITE ACCESS AND DISPOSAL AREA

Stantec

DATE: FEBRUARY 2025

DRAWN: CMT
CHECKED: RJW
APPROVED: RAZ
SHEET NO.: C-401

ENGINEER OF RECORD:
RACHEL ZASTROW - VA P.E. #402069466

ORIGINAL ISSUED DATE :

REV    DATE    DESCRIPTION



Received by VMRC March 11, 2025   /blh

# APPENDIX D – THREATENED AND ENDANGERED SPECIES

Received by VMRC March 11, 2025   /blh

 

**GARFO ESA Section 7: NLAA Program Verification Form**
(Please submit a signed version of this form, together with any project plans, maps, supporting analyses, etc., to nmfs.gar.esa.section7@noaa.gov with **"USACE NLAA Program: [Application Number]"** in the subject line)

**Section 1: General Project Details**

| | |
|---|---|
| Application Number: | NAO-2024-02948 |
| Reinitiation: | No |
| Applicant(s): | Virginia Port Authority & Rocket Lab USA |
| Permit Type: | IP |
| Anticipated project start date (e.g., 10/1/2020) | 07/01/2025 |
| Anticipated project end date (e.g., 12/31/2022 – if there is no permit expiration date, write "N/A") | |

Project Type/Category (check all that apply to entire action):

| | | | |
|---|---|---|---|
| ☐ | Aquaculture (shellfish) and artificial reef creation | ☐ | Mitigation (fish/wildlife enhancement or restoration) |
| ☑ | Dredging and disposal/beach nourishment | ☐ | Bank stabilization |
| ☐ | Piers, ramps, floats, and other structures | ☐ | If other, describe project type category: |

| Town/City: | Wallops Island | Zip: | |
|---|---|---|---|
| State: | Virginia | Water body: | Sloop Gut Channel |

1 – Updated January 2024

Received by VMRC March 11, 2025   /blh

| Project/Action Description **and** Purpose *(include relevant permit conditions that are not captured elsewhere on form)*: | | |
|---|---|---|
| The Virginia Port Authority and Rocket Lab USA are proposing to dredge a channel within Sloop Gut from an area of open water within the Narrows to the existing Old North Dock of the Wallops Flight Facility. The channel will be mechanically dredged to a level of -7 feet below Mean Low Lower Water (MLLW). The total dredge area will be 633,365 square feet (14.54 acres) with a dredge colume of 59,042 cubic yards. | | |
| **Type of Bottom Habitat Modified:** | **Permanent/Temporary:** | **Area (acres):** |
| Sand (saline) | Permanent | |
| Silt/Mud/Clay (saline) | Permanent | |
| Select Type of Bottom Habitat | Select Permanent or Temporary | |
| Project Latitude (e.g., 42.625884) | 37.881835 | |
| Project Longitude (e.g., **-**70.646114) | -75.449484 | |
| Mean Low Water (MLW)(m) | 0.12 | |
| Mean High Water (MHW)(m) | 2.92 | |
| Width (m) of water body in action area: | Stressor Category (stressor that extends furthest distance into water body – e.g., turbidity plume; sound pressure wave): | Max extent (m) of stressor into the water body: |
| 60.00 | Turbidity plume | 50.00 |

## Section 2: ESA-listed species and/or critical habitat in the action area:

| | | | |
|---|---|---|---|
| ✔ | Atlantic sturgeon (all DPSs) | ✔ | Kemp's ridley sea turtle |
| ☐ | Atlantic sturgeon critical habitat Indicate which DPS : <br> Select DPS | ✔ | Loggerhead sea turtle (NW Atlantic DPS) |
| ☐ | Shortnose sturgeon | ✔ | Leatherback sea turtle |
| ☐ | Atlantic salmon (GOM DPS) | ☐ | North Atlantic right whale |
| ☐ | Atlantic salmon critical habitat (GOM DPS) | ☐ | North Atlantic right whale critical habitat |
| ✔ | Green sea turtle (N. Atlantic DPS) | ☐ | Fin whale |

\* Please consult GARFO PRD's ESA Section 7 Mapper for ESA-listed species and critical habitat information for your action area at: https://www.fisheries.noaa.gov/new-england-mid-atlantic/consultations/section-7-species-critical-habitat-information-maps-greater.

Received by VMRC March 11, 2025   /blh

**Section 3: NLAA Determination (check all applicable fields):**

If the Project Design Criteria (PDC) is met, select Yes. If the PDC is not applicable (N/A) for your project (e.g., the stressor category is not included for your project activity, or for PDC 2, your project does not occur within the range of the GOM DPS of Atlantic salmon), select N/A. If the PDC is applicable, but is not met, leave both boxes blank and provide a justification for that PDC in Section 4.

| | | | a)  GENERAL PDC |
|---|---|---|---|
| **Yes** | **N/A** | **PDC #** | **PDC Description** |
| ✔ | | 1. | No portion of the proposed action will individually or cumulatively have an adverse effect on ESA-listed species or designated critical habitat. |
| ✔ | ☐ | 2. | No portion of the proposed action will occur in the tidally influenced portion of rivers/streams where Atlantic salmon presence is possible from April 10–November 7.<br><br>**Note**: If the project will occur within the geographic range of the GOM DPS Atlantic salmon but their presence is not expected following the best available commercial scientific data, the work window does not need to be applied (include reference in project description). |
| ✔ | ☐ | 3. | No portion of the proposed action that may affect shortnose or Atlantic sturgeon will occur in areas identified as spawning grounds as follows:<br>    i. Gulf of Maine: April 1–Aug. 31<br>    ii. Southern New England/New York Bight: Mar. 15–Aug. 31<br>    iii. Chesapeake Bay: March 15–July 1 and Sept. 15–Nov. 1<br><br>**Note**: If river specific information exists that provides better or more refined time of year information, those dates may be substituted with NMFS approval (include reference in project description). |
| ✔ | ☐ | 4. | No portion of the proposed action that may affect shortnose or Atlantic sturgeon will occur in areas identified as overwintering grounds, where dense aggregations are known to occur, as follows:<br>    i. Gulf of Maine: Oct. 15–April 30<br>    ii. Southern New England/ New York Bight: Nov. 1–Mar. 15<br>    iii. Chesapeake Bay: Nov. 1–Mar. 15<br><br>**Note**: If river specific information exists that provides better or more refined time of year information, those dates may be substituted with NMFS approval (include reference in project description). |
| ☐ | ✔ | 5. | Within designated Atlantic salmon critical habitat, no portion of the proposed action will affect spawning and rearing areas (PBFs 1-7). |
| ☐ | ✔ | 6. | Within designated Atlantic sturgeon critical habitat, no work will affect hard bottom substrate (e.g., rock, cobble, gravel, limestone, boulder, etc.) in low salinity waters (i.e., 0.0-0.5 parts per thousand) (PBF 1). |

Received by VMRC March 11, 2025   /blh

| Yes | N/A | PDC # | PDC Description |
|---|---|---|---|
| ✔ | | 7. | Work will result in no or only temporary/short-term changes in water temperature, water flow, salinity, or dissolved oxygen levels. |
| ✔ | | 8. | If ESA-listed species are (a) likely to pass through the action area at the time of year when project activities occur; and/or (b) the project will create an obstruction to passage when in-water work is completed, then a zone of passage (~50% of water body) with appropriate habitat for ESA-listed species (e.g., depth, water velocity, etc.) must be maintained (i.e., physical or biological stressors such as turbidity and sound pressure must not create barrier to passage). |
| | ✔ | 9. | Any work in designated North Atlantic right whale critical habitat must have no effect on the physical and biological features (PBFs). |
| ✔ | | 10. | The project will not adversely impact any submerged aquatic vegetation (SAV). |
| ✔ | | 11. | No blasting or use of explosives will occur. |

b)  The following stressors are applicable to the action
(check all that apply – use Stressor Category Table for guidance):

| | |
|---|---|
| ☐ | Sound Pressure |
| ✔ | Impingement/Entrapment/Capture |
| ✔ | Turbidity/Water Quality |
| ☐ | Entanglement (Aquaculture) |
| ✔ | Habitat Modification |
| ✔ | Vessel Traffic |

| Activity Category | Stressor Category | | | | | |
|---|---|---|---|---|---|---|
| | Sound Pressure | Impingement/ Entrapment/ Capture | Turbidity/ Water Quality | Entanglement | Habitat Mod. | Vessel Traffic |
| Aquaculture (shellfish) and artificial reef creation | N | N | Y | Y | Y | Y |
| Dredging and disposal/beach nourishment | N | Y | Y | N | Y | Y |

4 – Updated January 2024

Received by VMRC March 11, 2025   /blh

| Activity Category | Stressor Category | | | | | |
|---|---|---|---|---|---|---|
| | Sound Pressure | Impingement/ Entrapment/ Capture | Turbidity/ Water Quality | Entanglement | Habitat Mod. | Vessel Traffic |
| Piers, ramps, floats, and other structures | Y | N | Y | N | Y | Y |
| Transportation and development (e.g., culvert construction, bridge repair) | Y | N | Y | N | Y | Y |
| Mitigation (fish/wildlife enhancement or restoration) | N | N | Y | N | Y | Y |
| Bank stabilization and dam maintenance | Y | N | Y | N | Y | Y |

## c) SOUND PRESSURE PDC      N/A

**Information for Pile Driving:**
If your project includes **pile driving of any kind**, please attach your calculation to this verification form to verify that it fits within the scope of the behavioral/injury threshold analysis for ESA-listed species in the action area. The NMFS Office of Protected Resources Acoustic Calculator is available as one source, should you not have other information:

**https://www.fisheries.noaa.gov/new-england-mid-atlantic/consultations/section-7-effects-analysis-acoustics-greater-atlantic-region**

| | Pile material | Pile diameter/width (inches) | Number of piles | Installation method |
|---|---|---|---|---|
| a) | Select pile material | | | Select installation method |
| b) | Select pile material | | | Select installation method |
| c) | Select pile material | | | Select installation method |
| d) | Select pile material | | | Select installation method |

5 – Updated January 2024

Received by VMRC March 11, 2025   /blh

| Yes | N/A | PDC # | PDC Description |
|---|---|---|---|
| ☐ | ☑ | 12. | If pile driving is occurring during a time of year when ESA-listed species may be present, and the anticipated noise is above the behavioral noise threshold, a "soft start" is required to allow animals an opportunity to leave the project vicinity before sound pressure levels increase.  *In addition to using a soft start at the beginning of the work day for pile driving, one must also be used at any time following cessation of pile driving for a period of 30 minutes or longer.*<br><br>For impact pile driving: pile driving will commence with an initial set of three strikes by the hammer at 40% energy, followed by a one minute wait period, then two subsequent 3-strike sets at 40% energy, with one-minute waiting periods, before initiating continuous impact driving.<br><br>For vibratory pile installation: pile driving will be initiated for 15 seconds at reduced energy followed by a one-minute waiting period. This sequence of 15 seconds of reduced energy driving, one-minute waiting period will be repeated two additional times, followed immediately by pile-driving at full rate and energy. |
| ☐ | ☑ | 13. | Any new pile supported structure must involve the installation of ≤ 50 piles (below MHW). |
| ☐ | ☑ | 14. | All underwater noise (pressure) is below (<) the physiological/injury noise threshold for ESA-species in the action area. |

| d)  IMPINGEMENT/ENTRAINMENT/CAPTURE PDC |
|---|

**Information for Dredging/Disposal:**

| | | | |
|---|---|---|---|
| Type of dredge: | Mechanical | | |
| Maintenance dredging?: | No | If "Yes", how many acres? | |
| If maintenance, when was the last dredge cycle? | | | |
| New dredging: | Yes | If "Yes", how many acres? | |
| Estimated number of dredging events covered by permit: | 1 | | |
| ESA-species exclusion measures required (e.g., cofferdam, turbidity curtain): | No | | |
| If no exclusion measures required, explain why: | Presence of ESA-listed species limited to rare, transient individuals | | |

**Information for Intake Structures:**

| | |
|---|---|
| Mesh screen size (mm) for temporary intake: | |

6 – Updated January 2024

Received by VMRC March 11, 2025   /blh

| Yes | N/A | PDC # | PDC Description |
|---|---|---|---|
| ✔ | ☐ | 15. | Only mechanical, cutterhead, and low volume hopper (e.g., CURRITUCK, ~300 cubic yard maximum bin capacity) dredges may be used. |
| ☐ | ✔ | 16. | No new dredging in Atlantic sturgeon or Atlantic salmon critical habitat (maintenance dredging still must meet all other PDCs). New dredging outside Atlantic sturgeon or salmon critical habitat is limited to one time dredge events (e.g., burying a utility line) and minor (≤ 2 acres) expansions of areas already subject to maintenance dredging (e.g., marina/harbor expansion). |
| ✔ | ☐ | 17. | Work behind cofferdams, turbidity curtains, or other methods to block access of animals to dredge footprint is required when operationally feasible or beneficial and ESA-listed species are likely to be present (if presence is limited to rare, transient individuals, exclusion methods are not necessary). |
| ☐ | ✔ | 18. | Temporary intakes related to construction must be equipped with appropriate sized mesh screening (as determined by GARFO section 7 biologist and/or according to Chapter 11 of the NOAA Fisheries Anadromous Salmonid Passage Facility Design) and must not have greater than 0.5 fps intake velocities, to prevent impingement or entrainment of any ESA-listed species life stage. |
| ☐ | ✔ | 19. | No new permanent intake structures related to cooling water, or any other inflow at facilities (e.g. water treatment plants, power plants, etc.). |

### e) TURBIDITY/WATER QUALITY PDC

**Information for Turbidity Producing Activity (excluding disposal):**

| | |
|---|---|
| ESA-species turbidity control measures required (e.g., turbidity curtain): | No |
| If no turbidity control measures required, explain why: | Presence of ESA-listed species limited to rare, transient individuals |

**Information for Dredged Material Disposal:**

| | |
|---|---|
| Disposal site: | Upland |
| Estimated number of trips to disposal site: | |
| Relevant disposal site permit/special conditions required (NAE: for offshore disposal, include Group A, B, C, or relevant Long Island Sound consultation): | |

| Yes | N/A | PDC # | PDC Description |
|---|---|---|---|
| ✔ | ☐ | 20. | Work behind cofferdams, turbidity curtains, or other methods to control turbidity is required when operationally feasible or beneficial and ESA-listed species are likely to be present (if presence is limited to rare, transient individuals, turbidity control methods are not necessary). |
| ☐ | ✔ | 21. | In-water offshore disposal may only occur at designated disposal sites that have been the subject of ESA section 7 consultation with NMFS, where a valid consultation is in place and appropriate permit/special conditions are included. |

Received by VMRC March 11, 2025   /blh

| Yes | N/A | PDC # | PDC Description |
|---|---|---|---|
| ✔ | ☐ | 22. | Any temporary discharges must meet state water quality standards (e.g., no discharges of substances in concentrations that may cause acute or chronic adverse reactions, as defined by EPA water quality standards criteria). |
| ✔ | ☐ | 23. | Only repair, upgrades, relocations and improvements of existing discharge pipes or replacement in-kind are allowed; no new construction of untreated discharges. |

|  |  |
|---|---|
| f)  ENTANGLEMENT PDC | N/A |

**Information for Aquaculture Projects:**

| | |
|---|---|
| Approximate distance from shore (MHW)(m): | |
| Grow season begins (approximate): | |
| Grow season ends (approximate): | |
| Total number of vertical lines: | |
| Total number of horizontal lines: | |
| Is any gear seasonally removed from the water? If yes, which parts and when? | |

| | Aquaculture Gear | Acreage (total permit footprint) | Type of Shellfish Cultivated |
|---|---|---|---|
| a) | Select aquaculture gear | | Select type of shellfish cultivated |
| b) | Select aquaculture gear | | Select type of shellfish cultivated |
| c) | Select aquaculture gear | | Select type of shellfish cultivated |

| Yes | N/A | PDC # | PDC Description |
|---|---|---|---|
| ☐ | ✔ | 24. | Shell on bottom <50 acres with maximum of 4 corner marker buoys; |
| ☐ | ✔ | 25. | Cage on bottom with no loose floating lines <5 acres and minimal vertical lines (1 per string of cages, 4 corner marker buoys); |
| ☐ | ✔ | 26. | Floating cages in <3 acres in waters and shallower than -10 feet MLLW with no loose lines and minimal vertical lines (1 per string of cages, 4 corner marker buoys); |
| ☐ | ✔ | 27. | Floating upweller docks in >10 feet MLLW. |
| ☐ | ✔ | 28. | Any in-water lines, ropes, or chains must be made of materials and installed in a manner to minimize or avoid the risk of entanglement by using thick, heavy, and taut lines that do not loop or entangle. Lines can be enclosed in a rigid sleeve. |

| | |
|---|---|
| g)  HABITAT MODIFICATION PDC | |

| Yes | N/A | PDC # | PDC Description |
|---|---|---|---|
| ✔ | ☐ | 29. | No conversion of habitat type (soft bottom to hard, or vice versa) for aquaculture or reef creation. |

8 – Updated January 2024

Received by VMRC March 11, 2025   /blh

| | h)   VESSEL TRAFFIC PDC | |
|---|---|---|

**Information for Vessel Traffic**:

| | Temporary Project Vessel Type | Number of Vessels |
|---|---|---|
| a) | Dredge vessel | 1 |
| b) | Work barge | 1 |
| c) | Tug / support vessel | 1/1 |
| | Type of Non-Commercial or Aquaculture Vessels Added – *only include if there is a net increase directly/indirectly resulting from project*) | Number of Vessels (*if sum > 2, PDC 33 is not met and justification required in Section 4*) |
| a) | Select type of non-commercial or aquaculture vessels | |
| b) | Select type of non-commercial or aquaculture vessels | |
| | Type of Commercial Vessels Added (*only include if there is a net increase directly/indirectly resulting from project*) | Number of Vessels (*if > 0, PDC 33 is not met and justification required in Section 4*) |
| a) | | |
| b) | | |
| If no temporary/permanent vessel traffic, briefly explain (e.g., all land-based work, no net increase in vessel traffic) | | |

| Yes | N/A | PDC # | PDC Description |
|---|---|---|---|
| ✔ | ☐ | 30. | Maintain project vessels operating within the action area to speed limits below 10 knots and dredge vessel speeds of 4 knots maximum, while dredging. |
| ✔ | ☐ | 31. | Maintain a 1,500-foot buffer between project vessels and ESA-listed whales and a 150-foot buffer between project vessels and sea turtles unless the vessel is navigating to an in-water disposal site/activity. If the vessel is navigating to an in-water disposal site/activity, refer to and include the conditions contained in the appropriate GARFO-USACE/EPA consultation for the disposal site. |
| ✔ | ☐ | 32. | The number of project vessels must be limited to the greatest extent possible, as appropriate to size and scale of project. |
| ✔ | ☐ | 33. | The permanent net increase in vessels resulting from a project (e.g., dock/float/pier/boating facility) must not exceed two non-commercial vessels. A project must not result in the permanent net increase of any commercial vessels (e.g., a ferry terminal). |

**Section 4: Justification for Review under the NLAA Program**

If the action is not in compliance with all of the General PDC and appropriate stressor PDC, but you can provide justification and/or special conditions to demonstrate why the project still meets the NLAA determination and is consistent with the aggregate effects considered in the programmatic consultation, you may still certify your project through the NLAA program using

Received by VMRC March 11, 2025   /blh

this verification form.  Please identify which PDC your project does not meet (e.g., PDC 9, PDC 15, PDC 22, etc.) and provide your rationale and justification for why the project is still eligible for the verification form.

To demonstrate that the project is still NLAA, you must explain why the effects on ESA-listed species or critical habitat are **insignificant** (i.e., too small to be meaningfully measured or detected) or **discountable** (i.e., extremely unlikely to occur). **Please use this language in your justification.**

| PDC# | Justification |
|------|---------------|
| PDC # | |
| PDC # | |
| PDC # | |

Received by VMRC March 11, 2025   /blh

| PDC # | |
|---|---|
|  | |

## Section 5: USACE Verification of Determination

| | |
|---|---|
| ☐ | In accordance with the NLAA Program, USACE has determined that the action complies with all applicable PDC and is not likely to adversely affect listed species. |
| ☐ | In accordance with the NLAA Program, the USACE has determined that the action is not likely to adversely affect listed species per the justification and/or special conditions provided in Section 4. |

| USACE Signature: | Date: |
|---|---|
|  |  |

## Section 6: GARFO Concurrence

| | |
|---|---|
| ☐ | In accordance with the NLAA Program, GARFO PRD concurs with USACE's determination that the action complies with all applicable PDC and is not likely to adversely affect listed species or critical habitat. |
| ☐ | In accordance with the NLAA Program, GARFO PRD concurs with USACE's determination that the action is not likely to adversely affect listed species or critical habitat per the justification and/or special conditions provided in Section 4. |
| ☐ | GARFO PRD does not concur with USACE's determination that the action complies with the applicable PDC (with or without justification), and recommends an individual Section 7 consultation to be completed independent from the NLAA Program. |

| GARFO Signature: | Date: |
|---|---|
|  |  |

11 – Updated January 2024

Received by VMRC March 11, 2025   /blh

Received by VMRC March 11, 2025 /blh

# USACE FWS Species Conclusion Table

| | |
|---|---|
| | Author: U.S. Army Corps of Engineers, Norfolk District |
| Project Manager: | Project Name: Sloop Gut Dredging Project |
| Date: February 21, 2025 | Project Number: |

Project Description: The Virginia Port Authority and Rocket Labs USA are proposing to dredge a channel within Sloop Gut to allow barge access for the delivery of Neutron Rocket components to the Wallops Island facility.

## Species Under the Jurisdiction of FWS:

| Species/Resource Name | Habitat/Species Presence in Action Area | Sources of Info | ESA Section 7 Determination | Project Elements that Support Determination |
|---|---|---|---|---|
| **BATS** | | | | |
| Northern long-eared bat (Myotis septentrionalis) | NLEB: No tree clearing proposed | USFWS-IPaC | No effect | Identified as potentially occuring within or near the project area. No suitable habitat is present and no tree clearing is proposed |
| Tricolored Bat (Perimyotis subflavus) | Suitable habitat not present | USWFS-IPaC | No effect | Identified as potentially occuring within or near the project area. No suitable habitat is present and no tree clearing is proposed |
| **OTHER FAUNA** | | | | |
| Eastern Black Rail (Laterallus jamaicensis jamaicensis) | Suitable habitat not present | USFWS-IPaC | May affect - Not likely to Adversly Affect | Identified as potentially occurring within or near the Project area. Work will be limited to open water and some intertidal habitat. No work within vegetated high marsh is proposed. |
| Piping plover (Charadrius melodus) | Suitable habitat not present | USFWS-IPaC | May affect - Not likely to Adversly Affect | Identified as potentially occurring within or near the Project area. Work will be limited to open water and some intertidal habitat. No work within sandy beach is proposed. |
| Roseate tern (Sterna dougallii dougallii) | Suitable habitat not present | USFWS-IPaC | May affect - Not likely to Adversly Affect | Identified as potentially occurring within or near the Project area. Work will be limited to open water and some intertidal habitat. No work within vegetated high marsh or sandy beach is proposed. |
| Red Knot (Calidris canutus rufa) | Suitable habitat not present | USFWS-IPaC | May affect - Not likely to Adversly Affect | Identified as potentially occurring within or near the Project area. Work will be limited to open water and some intertidal habitat. No work within vegetated high marsh or sandy beach is proposed. |

# USACE FWS Species Conclusion Table

| Species/Resource Name | Habitat/Species Presence in Action Area | Sources of Info | ESA Section 7 Determination | Project Elements that Support Determination |
|---|---|---|---|---|
| Green sea turtle (Chelonia mydas) | Suitable habitat present | USFWS-IPaC | May affect - Not likely to Adversly Affect | Identified as potentially occuring within or near the project area. No work within suitable nesting habitat is proposed. Dredging of the channel will be temporary and within a limited area of the total available foraging habitat. No adverse impacts to the species are anticipated. |
| Hawksbill sea turtle (Eretmochelys imbricata) | Suitable habitat present | USFWS-IPaC | May affect - Not likely to Adversly Affect | Identified as potentially occuring within or near the project area. No work within suitable nesting habitat is proposed. Dredging of the channel will be temporary and within a limited area of the total available foraging habitat. No adverse impacts to the species are anticipated. |
| Kemp's ridley sea turtle (Lepidochelys kempii) | Suitable habitat present | USFWS-IPaC | May affect - Not likely to Adversly Affect | Identified as potentially occuring within or near the project area. No work within suitable nesting habitat is proposed. Dredging of the channel will be temporary and within a limited area of the total available foraging habitat. No adverse impacts to the species are anticipated. |
| Leatherback sea turtle (Dermochelys coriacea) | Suitable habitat present | USFWS-IPaC | May affect - Not likely to Adversly Affect | Identified as potentially occuring within or near the project area. No work within suitable nesting habitat is proposed. Dredging of the channel will be temporary and within a limited area of the total available foraging habitat. No adverse impacts to the species are anticipated. |
| Loggerhead sea turtle (Caretta caretta) | Suitable habitat present | USFWS-IPaC | May affect - Not likely to Adversly Affect | Identified as potentially occuring within or near the project area. No work within suitable nesting habitat is proposed. Dredging of the channel will be temporary and within a limited area of the total available foraging habitat. No adverse impacts to the species are anticipated. |
| Monarch butterfly (Danaus plexippus) | Suitable habitat not present | USFWS-IPaC | No effect | Identified as potentially occuring within or near the project area. No work within vegetated high marsh is proposed. |
| **FLORA** | | | | |
| N/A | | | | |
| **CRITICAL HABITAT** | | | | |
| N/A | | | | |
| **EAGLE ACT** | | | | |

revised 5/13/24 Page 2 of 3

Received by VMRC March 11, 2025   /blh

Received by VMRC March 11, 2025  /blh

# USACE FWS Species Conclusion Table

| Species/Resource Name | Habitat/Species Presence in Action Area | Sources of Info | ESA Section 7 Determination | Project Elements that Support Determination |
|---|---|---|---|---|
| Eagles' Nest | Unlikely to disturb nesting bald eagles | USFWS-IPaC, CCB | No Eagle Act permit required | Identified as potentially occuring within or near the project area. No bald eagle nests are loacted within 660 feet of the Project area. |
| Concentration Area | N/A | USFWS-IPaC, VaFWIS | No effect | Not identified as occuring within or near the Project area. |

revised 5/13/24 Page 3 of 3



# United States Department of the Interior

**FISH AND WILDLIFE SERVICE**
Virginia Ecological Services Field Office
6669 Short Lane
Gloucester, VA 23061-4410
Phone: (804) 693-6694

In Reply Refer To:                                          12/16/2024 17:08:54 UTC
Project Code: 2025-0032347
Project Name: Wallops Island Sloop Gut Dredging Project

Subject:  List of threatened and endangered species that may occur in your proposed project
          location or may be affected by your proposed project

To Whom It May Concern:

The enclosed species list identifies threatened, endangered, proposed and candidate species, as
well as proposed and final designated critical habitat, that may occur within the boundary of your
proposed project and/or may be affected by your proposed project. The species list fulfills the
requirements of the U.S. Fish and Wildlife Service (Service) under section 7(c) of the
Endangered Species Act (Act) of 1973, as amended (16 U.S.C. 1531 *et seq.*). Any activity
proposed on National Wildlife Refuge lands must undergo a 'Compatibility Determination'
conducted by the Refuge. Please contact the individual Refuges to discuss any questions or
concerns.

New information based on updated surveys, changes in the abundance and distribution of
species, changed habitat conditions, or other factors could change this list. Please feel free to
contact us if you need more current information or assistance regarding the potential impacts to
federally proposed, listed, and candidate species and federally designated and proposed critical
habitat. Please note that under 50 CFR 402.12(e) of the regulations implementing section 7 of the
Act, the accuracy of this species list should be verified after 90 days. This verification can be
completed formally or informally as desired. The Service recommends that verification be
completed by visiting the IPaC website at regular intervals during project planning and
implementation for updates to species lists and information. An updated list may be requested
through the IPaC system by completing the same process used to receive the enclosed list.

The purpose of the Act is to provide a means whereby threatened and endangered species and the
ecosystems upon which they depend may be conserved. Under sections 7(a)(1) and 7(a)(2) of the
Act and its implementing regulations (50 CFR 402 *et seq.*), Federal agencies are required to
utilize their authorities to carry out programs for the conservation of threatened and endangered
species and to determine whether projects may affect threatened and endangered species and/or
designated critical habitat.

Received by VMRC March 11, 2025   /blh

Project code: 2025-0032347                                                              12/16/2024 17:08:54 UTC

A Biological Assessment is required for construction projects (or other undertakings having similar physical impacts) that are major Federal actions significantly affecting the quality of the human environment as defined in the National Environmental Policy Act (42 U.S.C. 4332(2) (c)). For projects other than major construction activities, the Service suggests that a biological evaluation similar to a Biological Assessment be prepared to determine whether the project may affect listed or proposed species and/or designated or proposed critical habitat. Recommended contents of a Biological Assessment are described at 50 CFR 402.12.

If a Federal agency determines, based on the Biological Assessment or biological evaluation, that listed species and/or designated critical habitat may be affected by the proposed project, the agency is required to consult with the Service pursuant to 50 CFR 402. In addition, the Service recommends that candidate species, proposed species and proposed critical habitat be addressed within the consultation. More information on the regulations and procedures for section 7 consultation, including the role of permit or license applicants, can be found in the "Endangered Species Consultation Handbook" at:

https://www.fws.gov/sites/default/files/documents/endangered-species-consultation-handbook.pdf

**Migratory Birds**: In addition to responsibilities to protect threatened and endangered species under the Endangered Species Act (ESA), there are additional responsibilities under the Migratory Bird Treaty Act (MBTA) and the Bald and Golden Eagle Protection Act (BGEPA) to protect native birds from project-related impacts. Any activity, intentional or unintentional, resulting in take of migratory birds, including eagles, is prohibited unless otherwise permitted by the U.S. Fish and Wildlife Service (50 C.F.R. Sec. 10.12 and 16 U.S.C. Sec. 668(a)). For more information regarding these Acts, see https://www.fws.gov/program/migratory-bird-permit/what-we-do.

The MBTA has no provision for allowing take of migratory birds that may be unintentionally killed or injured by otherwise lawful activities. It is the responsibility of the project proponent to comply with these Acts by identifying potential impacts to migratory birds and eagles within applicable NEPA documents (when there is a federal nexus) or a Bird/Eagle Conservation Plan (when there is no federal nexus). Proponents should implement conservation measures to avoid or minimize the production of project-related stressors or minimize the exposure of birds and their resources to the project-related stressors. For more information on avian stressors and recommended conservation measures, see https://www.fws.gov/library/collections/threats-birds.

In addition to MBTA and BGEPA, Executive Order 13186: *Responsibilities of Federal Agencies to Protect Migratory Birds*, obligates all Federal agencies that engage in or authorize activities that might affect migratory birds, to minimize those effects and encourage conservation measures that will improve bird populations. Executive Order 13186 provides for the protection of both migratory birds and migratory bird habitat. For information regarding the implementation of Executive Order 13186, please visit https://www.fws.gov/partner/council-conservation-migratory-birds.

We appreciate your concern for threatened and endangered species. The Service encourages Federal agencies to include conservation of threatened and endangered species into their project planning to further the purposes of the Act. Please include the Project Code in the header of this

Received by VMRC March 11, 2025   /blh

Project code: 2025-0032347                                                12/16/2024 17:08:54 UTC

letter with any request for consultation or correspondence about your project that you submit to our office.

Attachment(s):

- Official Species List
- USFWS National Wildlife Refuges and Fish Hatcheries
- Bald & Golden Eagles
- Migratory Birds
- Coastal Barriers

# OFFICIAL SPECIES LIST

This list is provided pursuant to Section 7 of the Endangered Species Act, and fulfills the requirement for Federal agencies to "request of the Secretary of the Interior information whether any species which is listed or proposed to be listed may be present in the area of a proposed action".

This species list is provided by:

**Virginia Ecological Services Field Office**
6669 Short Lane
Gloucester, VA 23061-4410
(804) 693-6694

Received by VMRC March 11, 2025   /blh

Project code: 2025-0032347                                                    12/16/2024 17:08:54 UTC

# PROJECT SUMMARY

Project Code:        2025-0032347
Project Name:        Wallops Island Sloop Gut Dredging Project
Project Type:        Navigation Channel Improvement
Project Description:  The Virginia Port Authority proposes to dredge a navigation channel
                     within Sloop Gut to the North Dock on Wallops Island to provide
                     necessary barge access.
Project Location:

The approximate location of the project can be viewed in Google Maps: https://
www.google.com/maps/@37.8835332,-75.44935457452473,14z



Counties:  Accomack County, Virginia

Received by VMRC March 11, 2025   /blh

Project code: 2025-0032347                                    12/16/2024 17:08:54 UTC

## ENDANGERED SPECIES ACT SPECIES

There is a total of 12 threatened, endangered, or candidate species on this species list.

Species on this list should be considered in an effects analysis for your project and could include species that exist in another geographic area. For example, certain fish may appear on the species list because a project could affect downstream species.

IPaC does not display listed species or critical habitats under the sole jurisdiction of NOAA Fisheries[1], as USFWS does not have the authority to speak on behalf of NOAA and the Department of Commerce.

See the "Critical habitats" section below for those critical habitats that lie wholly or partially within your project area under this office's jurisdiction. Please contact the designated FWS office if you have questions.

---

1. NOAA Fisheries, also known as the National Marine Fisheries Service (NMFS), is an office of the National Oceanic and Atmospheric Administration within the Department of Commerce.

Received by VMRC March 11, 2025   /blh

Project code: 2025-0032347

## MAMMALS

| NAME | STATUS |
|---|---|
| **Northern Long-eared Bat** *Myotis septentrionalis*<br>No critical habitat has been designated for this species.<br>Species profile: https://ecos.fws.gov/ecp/species/9045 | Endangered |
| **Tricolored Bat** *Perimyotis subflavus*<br>No critical habitat has been designated for this species.<br>Species profile: https://ecos.fws.gov/ecp/species/10515 | Proposed Endangered |

## BIRDS

| NAME | STATUS |
|---|---|
| **Eastern Black Rail** *Laterallus jamaicensis ssp. jamaicensis*<br>No critical habitat has been designated for this species.<br>Species profile: https://ecos.fws.gov/ecp/species/10477 | Threatened |
| **Piping Plover** *Charadrius melodus*<br>Population: [Atlantic Coast and Northern Great Plains populations] - Wherever found, except those areas where listed as endangered.<br>There is **final** critical habitat for this species. Your location does not overlap the critical habitat.<br>Species profile: https://ecos.fws.gov/ecp/species/6039 | Threatened |
| **Roseate Tern** *Sterna dougallii dougallii*<br>Population: Northeast U.S. nesting population<br>No critical habitat has been designated for this species.<br>Species profile: https://ecos.fws.gov/ecp/species/2083 | Endangered |
| **Rufa Red Knot** *Calidris canutus rufa*<br>There is **proposed** critical habitat for this species. Your location does not overlap the critical habitat.<br>Species profile: https://ecos.fws.gov/ecp/species/1864 | Threatened |

## REPTILES

| NAME | STATUS |
|---|---|
| **Green Sea Turtle** *Chelonia mydas*<br>Population: North Atlantic DPS<br>There is **proposed** critical habitat for this species. Your location does not overlap the critical habitat.<br>Species profile: https://ecos.fws.gov/ecp/species/6199 | Threatened |
| **Hawksbill Sea Turtle** *Eretmochelys imbricata*<br>There is **final** critical habitat for this species. Your location does not overlap the critical habitat.<br>Species profile: https://ecos.fws.gov/ecp/species/3656 | Endangered |
| **Kemp's Ridley Sea Turtle** *Lepidochelys kempii*<br>There is **proposed** critical habitat for this species.<br>Species profile: https://ecos.fws.gov/ecp/species/5523 | Endangered |

Received by VMRC March 11, 2025   /blh

Project code: 2025-0032347                                                      12/16/2024 17:08:54 UTC

| NAME | STATUS |
|------|--------|
| Leatherback Sea Turtle *Dermochelys coriacea* | Endangered |

There is **final** critical habitat for this species. Your location does not overlap the critical habitat.
Species profile: https://ecos.fws.gov/ecp/species/1493

| NAME | STATUS |
|------|--------|
| Loggerhead Sea Turtle *Caretta caretta* | Threatened |

Population: Northwest Atlantic Ocean DPS
There is **final** critical habitat for this species. Your location does not overlap the critical habitat.
Species profile: https://ecos.fws.gov/ecp/species/1110

## INSECTS

| NAME | STATUS |
|------|--------|
| Monarch Butterfly *Danaus plexippus* | Proposed Threatened |

There is **proposed** critical habitat for this species.
Species profile: https://ecos.fws.gov/ecp/species/9743

## CRITICAL HABITATS

THERE ARE NO CRITICAL HABITATS WITHIN YOUR PROJECT AREA UNDER THIS OFFICE'S JURISDICTION.

YOU ARE STILL REQUIRED TO DETERMINE IF YOUR PROJECT(S) MAY HAVE EFFECTS ON ALL ABOVE LISTED SPECIES.

# USFWS NATIONAL WILDLIFE REFUGE LANDS AND FISH HATCHERIES

Any activity proposed on lands managed by the National Wildlife Refuge system must undergo a 'Compatibility Determination' conducted by the Refuge. Please contact the individual Refuges to discuss any questions or concerns.

THERE ARE NO REFUGE LANDS OR FISH HATCHERIES WITHIN YOUR PROJECT AREA.

# BALD & GOLDEN EAGLES

Bald and golden eagles are protected under the Bald and Golden Eagle Protection Act[1] and the Migratory Bird Treaty Act[2].

Any person or organization who plans or conducts activities that may result in impacts to bald or golden eagles, or their habitats[3], should follow appropriate regulations and consider implementing appropriate conservation measures, as described in the links below. Specifically, please review the "Supplemental Information on Migratory Birds and Eagles".

---

1. The Bald and Golden Eagle Protection Act of 1940.
2. The Migratory Birds Treaty Act of 1918.
3. 50 C.F.R. Sec. 10.12 and 16 U.S.C. Sec. 668(a)

Received by VMRC March 11, 2025   /blh

Project code: 2025-0032347                                                    12/16/2024 17:08:54 UTC

There are likely bald eagles present in your project area. For additional information on bald eagles, refer to Bald Eagle Nesting and Sensitivity to Human Activity

For guidance on when to schedule activities or implement avoidance and minimization measures to reduce impacts to migratory birds on your list, see the PROBABILITY OF PRESENCE SUMMARY below to see when these birds are most likely to be present and breeding in your project area.

| NAME | BREEDING SEASON |
|------|-----------------|
| Bald Eagle *Haliaeetus leucocephalus*<br>This is not a Bird of Conservation Concern (BCC) in this area, but warrants attention because of the Eagle Act or for potential susceptibilities in offshore areas from certain types of development or activities.<br>https://ecos.fws.gov/ecp/species/1626 | Breeds Oct 15 to Aug 31 |

## PROBABILITY OF PRESENCE SUMMARY

The graphs below provide our best understanding of when birds of concern are most likely to be present in your project area. This information can be used to tailor and schedule your project activities to avoid or minimize impacts to birds. Please make sure you read "Supplemental Information on Migratory Birds and Eagles", specifically the FAQ section titled "Proper Interpretation and Use of Your Migratory Bird Report" before using or attempting to interpret this report.

**Probability of Presence (■)**

Green bars; the bird's relative probability of presence in the 10km grid cell(s) your project overlaps during that week of the year.

**Breeding Season (■)**
Yellow bars; liberal estimate of the timeframe inside which the bird breeds across its entire range.

**Survey Effort (|)**
Vertical black lines; the number of surveys performed for that species in the 10km grid cell(s) your project area overlaps.

**No Data (−)**
A week is marked as having no data if there were no survey events for that week.



| SPECIES | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| Bald Eagle | | | | | | | | | | | | |

Received by VMRC March 11, 2025   /blh

Project code: 2025-0032347                                                          12/16/2024 17:08:54 UTC

Non-BCC
Vulnerable

Additional information can be found using the following links:

- Eagle Management https://www.fws.gov/program/eagle-management
- Measures for avoiding and minimizing impacts to birds https://www.fws.gov/library/collections/avoiding-and-minimizing-incidental-take-migratory-birds
- Nationwide conservation measures for birds https://www.fws.gov/sites/default/files/documents/nationwide-standard-conservation-measures.pdf
- Supplemental Information for Migratory Birds and Eagles in IPaC https://www.fws.gov/media/supplemental-information-migratory-birds-and-bald-and-golden-eagles-may-occur-project-action

# MIGRATORY BIRDS

Certain birds are protected under the Migratory Bird Treaty Act[1] and the Bald and Golden Eagle Protection Act[2].

Any person or organization who plans or conducts activities that may result in impacts to migratory birds, eagles, and their habitats[3] should follow appropriate regulations and consider implementing appropriate conservation measures, as described in the links below. Specifically, please review the "Supplemental Information on Migratory Birds and Eagles".

1. The Migratory Birds Treaty Act of 1918.
2. The Bald and Golden Eagle Protection Act of 1940.
3. 50 C.F.R. Sec. 10.12 and 16 U.S.C. Sec. 668(a)

For guidance on when to schedule activities or implement avoidance and minimization measures to reduce impacts to migratory birds on your list, see the PROBABILITY OF PRESENCE SUMMARY below to see when these birds are most likely to be present and breeding in your project area.

| NAME | BREEDING SEASON |
| --- | --- |
| American Oystercatcher *Haematopus palliatus*<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.<br>https://ecos.fws.gov/ecp/species/8935 | Breeds Apr 15 to Aug 31 |

Received by VMRC March 11, 2025   /blh

Project code: 2025-0032347

| NAME | BREEDING SEASON |
|---|---|
| **Bald Eagle** *Haliaeetus leucocephalus* <br> This is not a Bird of Conservation Concern (BCC) in this area, but warrants attention because of the Eagle Act or for potential susceptibilities in offshore areas from certain types of development or activities. <br> https://ecos.fws.gov/ecp/species/1626 | Breeds Oct 15 to Aug 31 |
| **Black Scoter** *Melanitta nigra* <br> This is not a Bird of Conservation Concern (BCC) in this area, but warrants attention because of the Eagle Act or for potential susceptibilities in offshore areas from certain types of development or activities. <br> https://ecos.fws.gov/ecp/species/10413 | Breeds elsewhere |
| **Black Skimmer** *Rynchops niger* <br> This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. <br> https://ecos.fws.gov/ecp/species/5234 | Breeds May 20 to Sep 15 |
| **Black-billed Cuckoo** *Coccyzus erythropthalmus* <br> This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. <br> https://ecos.fws.gov/ecp/species/9399 | Breeds May 15 to Oct 10 |
| **Black-legged Kittiwake** *Rissa tridactyla* <br> This is not a Bird of Conservation Concern (BCC) in this area, but warrants attention because of the Eagle Act or for potential susceptibilities in offshore areas from certain types of development or activities. <br> https://ecos.fws.gov/ecp/species/10459 | Breeds elsewhere |
| **Blue-winged Warbler** *Vermivora cyanoptera* <br> This is a Bird of Conservation Concern (BCC) only in particular Bird Conservation Regions (BCRs) in the continental USA <br> https://ecos.fws.gov/ecp/species/9509 | Breeds May 1 to Jun 30 |
| **Bobolink** *Dolichonyx oryzivorus* <br> This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. <br> https://ecos.fws.gov/ecp/species/9454 | Breeds May 20 to Jul 31 |
| **Brown Pelican** *Pelecanus occidentalis* <br> This is not a Bird of Conservation Concern (BCC) in this area, but warrants attention because of the Eagle Act or for potential susceptibilities in offshore areas from certain types of development or activities. <br> https://ecos.fws.gov/ecp/species/6034 | Breeds Jan 15 to Sep 30 |
| **Canada Warbler** *Cardellina canadensis* <br> This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. <br> https://ecos.fws.gov/ecp/species/9643 | Breeds May 20 to Aug 10 |

Received by VMRC March 11, 2025   /blh

Project code: 2025-0032347                                                    12/16/2024 17:08:54 UTC

| NAME | BREEDING SEASON |
|---|---|
| **Chimney Swift** *Chaetura pelagica*<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.<br>https://ecos.fws.gov/ecp/species/9406 | Breeds Mar 15 to Aug 25 |
| **Common Eider** *Somateria mollissima*<br>This is not a Bird of Conservation Concern (BCC) in this area, but warrants attention because of the Eagle Act or for potential susceptibilities in offshore areas from certain types of development or activities.<br>https://ecos.fws.gov/ecp/species/10457 | Breeds Jun 1 to Sep 30 |
| **Common Loon** *gavia immer*<br>This is not a Bird of Conservation Concern (BCC) in this area, but warrants attention because of the Eagle Act or for potential susceptibilities in offshore areas from certain types of development or activities.<br>https://ecos.fws.gov/ecp/species/4464 | Breeds Apr 15 to Oct 31 |
| **Cory's Shearwater** *Calonectris diomedea*<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.<br>https://ecos.fws.gov/ecp/species/10452 | Breeds elsewhere |
| **Double-crested Cormorant** *phalacrocorax auritus*<br>This is not a Bird of Conservation Concern (BCC) in this area, but warrants attention because of the Eagle Act or for potential susceptibilities in offshore areas from certain types of development or activities.<br>https://ecos.fws.gov/ecp/species/3478 | Breeds Apr 20 to Aug 31 |
| **Dovekie** *Alle alle*<br>This is not a Bird of Conservation Concern (BCC) in this area, but warrants attention because of the Eagle Act or for potential susceptibilities in offshore areas from certain types of development or activities.<br>https://ecos.fws.gov/ecp/species/6041 | Breeds elsewhere |
| **Eastern Whip-poor-will** *Antrostomus vociferus*<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.<br>https://ecos.fws.gov/ecp/species/10678 | Breeds May 1 to Aug 20 |
| **Grasshopper Sparrow** *Ammodramus savannarum perpallidus*<br>This is a Bird of Conservation Concern (BCC) only in particular Bird Conservation Regions (BCRs) in the continental USA<br>https://ecos.fws.gov/ecp/species/8329 | Breeds Jun 1 to Aug 20 |
| **Great Shearwater** *Puffinus gravis*<br>This is not a Bird of Conservation Concern (BCC) in this area, but warrants attention because of the Eagle Act or for potential susceptibilities in offshore areas from certain types of development or activities.<br>https://ecos.fws.gov/ecp/species/9634 | Breeds elsewhere |

Received by VMRC March 11, 2025   /blh

Project code: 2025-0032347   12/16/2024 17:08:54 UTC

| NAME | BREEDING SEASON |
|---|---|
| **Gull-billed Tern** *Gelochelidon nilotica* <br> This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. <br> https://ecos.fws.gov/ecp/species/9501 | Breeds May 1 to Jul 31 |
| **Hudsonian Godwit** *Limosa haemastica* <br> This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. <br> https://ecos.fws.gov/ecp/species/9482 | Breeds elsewhere |
| **Kentucky Warbler** *Geothlypis formosa* <br> This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. <br> https://ecos.fws.gov/ecp/species/9443 | Breeds Apr 20 to Aug 20 |
| **King Rail** *Rallus elegans* <br> This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. <br> https://ecos.fws.gov/ecp/species/8936 | Breeds May 1 to Sep 5 |
| **Least Tern** *Sternula antillarum antillarum* <br> This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. <br> https://ecos.fws.gov/ecp/species/11919 | Breeds Apr 25 to Sep 5 |
| **Lesser Yellowlegs** *Tringa flavipes* <br> This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. <br> https://ecos.fws.gov/ecp/species/9679 | Breeds elsewhere |
| **Long-tailed Duck** *Clangula hyemalis* <br> This is not a Bird of Conservation Concern (BCC) in this area, but warrants attention because of the Eagle Act or for potential susceptibilities in offshore areas from certain types of development or activities. <br> https://ecos.fws.gov/ecp/species/7238 | Breeds elsewhere |
| **Manx Shearwater** *Puffinus puffinus* <br> This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. <br> https://ecos.fws.gov/ecp/species/10465 | Breeds Apr 15 to Oct 31 |
| **Pectoral Sandpiper** *Calidris melanotos* <br> This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. <br> https://ecos.fws.gov/ecp/species/9561 | Breeds elsewhere |
| **Pomarine Jaeger** *Stercorarius pomarinus* <br> This is not a Bird of Conservation Concern (BCC) in this area, but warrants attention because of the Eagle Act or for potential susceptibilities in offshore areas from certain types of development or activities. <br> https://ecos.fws.gov/ecp/species/10458 | Breeds elsewhere |

Received by VMRC March 11, 2025   /blh

Project code: 2025-0032347

| NAME | BREEDING SEASON |
|---|---|
| **Prairie Warbler** *Setophaga discolor*<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.<br>https://ecos.fws.gov/ecp/species/9513 | Breeds May 1 to Jul 31 |
| **Prothonotary Warbler** *Protonotaria citrea*<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.<br>https://ecos.fws.gov/ecp/species/9439 | Breeds Apr 1 to Jul 31 |
| **Purple Sandpiper** *Calidris maritima*<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.<br>https://ecos.fws.gov/ecp/species/9574 | Breeds elsewhere |
| **Razorbill** *Alca torda*<br>This is not a Bird of Conservation Concern (BCC) in this area, but warrants attention because of the Eagle Act or for potential susceptibilities in offshore areas from certain types of development or activities.<br>https://ecos.fws.gov/ecp/species/10461 | Breeds Jun 15 to Sep 10 |
| **Red Phalarope** *Phalaropus fulicarius*<br>This is not a Bird of Conservation Concern (BCC) in this area, but warrants attention because of the Eagle Act or for potential susceptibilities in offshore areas from certain types of development or activities.<br>https://ecos.fws.gov/ecp/species/10469 | Breeds elsewhere |
| **Red-breasted Merganser** *Mergus serrator*<br>This is not a Bird of Conservation Concern (BCC) in this area, but warrants attention because of the Eagle Act or for potential susceptibilities in offshore areas from certain types of development or activities.<br>https://ecos.fws.gov/ecp/species/10693 | Breeds elsewhere |
| **Red-headed Woodpecker** *Melanerpes erythrocephalus*<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.<br>https://ecos.fws.gov/ecp/species/9398 | Breeds May 10 to Sep 10 |
| **Red-necked Phalarope** *Phalaropus lobatus*<br>This is not a Bird of Conservation Concern (BCC) in this area, but warrants attention because of the Eagle Act or for potential susceptibilities in offshore areas from certain types of development or activities.<br>https://ecos.fws.gov/ecp/species/10467 | Breeds elsewhere |
| **Red-throated Loon** *Gavia stellata*<br>This is not a Bird of Conservation Concern (BCC) in this area, but warrants attention because of the Eagle Act or for potential susceptibilities in offshore areas from certain types of development or activities.<br>https://ecos.fws.gov/ecp/species/9589 | Breeds elsewhere |

Received by VMRC March 11, 2025   /blh

Project code: 2025-0032347                                    12/16/2024 17:08:54 UTC

| NAME | BREEDING SEASON |
|---|---|
| **Ring-billed Gull** *Larus delawarensis*<br>This is not a Bird of Conservation Concern (BCC) in this area, but warrants attention because of the Eagle Act or for potential susceptibilities in offshore areas from certain types of development or activities.<br>https://ecos.fws.gov/ecp/species/10468 | Breeds elsewhere |
| **Roseate Tern** *Sterna dougallii*<br>This is not a Bird of Conservation Concern (BCC) in this area, but warrants attention because of the Eagle Act or for potential susceptibilities in offshore areas from certain types of development or activities.<br>https://ecos.fws.gov/ecp/species/10661 | Breeds May 10 to Aug 31 |
| **Royal Tern** *Thalasseus maximus*<br>This is not a Bird of Conservation Concern (BCC) in this area, but warrants attention because of the Eagle Act or for potential susceptibilities in offshore areas from certain types of development or activities.<br>https://ecos.fws.gov/ecp/species/10471 | Breeds Apr 15 to Aug 31 |
| **Ruddy Turnstone** *Arenaria interpres morinella*<br>This is a Bird of Conservation Concern (BCC) only in particular Bird Conservation Regions (BCRs) in the continental USA<br>https://ecos.fws.gov/ecp/species/10633 | Breeds elsewhere |
| **Rusty Blackbird** *Euphagus carolinus*<br>This is a Bird of Conservation Concern (BCC) only in particular Bird Conservation Regions (BCRs) in the continental USA<br>https://ecos.fws.gov/ecp/species/9478 | Breeds elsewhere |
| **Saltmarsh Sparrow** *Ammospiza caudacuta*<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.<br>https://ecos.fws.gov/ecp/species/9719 | Breeds May 15 to Sep 5 |
| **Scarlet Tanager** *Piranga olivacea*<br>This is a Bird of Conservation Concern (BCC) only in particular Bird Conservation Regions (BCRs) in the continental USA<br>https://ecos.fws.gov/ecp/species/11967 | Breeds May 10 to Aug 10 |
| **Semipalmated Sandpiper** *Calidris pusilla*<br>This is a Bird of Conservation Concern (BCC) only in particular Bird Conservation Regions (BCRs) in the continental USA<br>https://ecos.fws.gov/ecp/species/9603 | Breeds elsewhere |
| **Short-billed Dowitcher** *Limnodromus griseus*<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.<br>https://ecos.fws.gov/ecp/species/9480 | Breeds elsewhere |

Received by VMRC March 11, 2025   /blh

Project code: 2025-0032347

| NAME | BREEDING SEASON |
|---|---|
| **Sooty Shearwater** *Ardenna grisea* <br> This is not a Bird of Conservation Concern (BCC) in this area, but warrants attention because of the Eagle Act or for potential susceptibilities in offshore areas from certain types of development or activities. <br> https://ecos.fws.gov/ecp/species/10417 | Breeds elsewhere |
| **Surf Scoter** *Melanitta perspicillata* <br> This is not a Bird of Conservation Concern (BCC) in this area, but warrants attention because of the Eagle Act or for potential susceptibilities in offshore areas from certain types of development or activities. <br> https://ecos.fws.gov/ecp/species/10463 | Breeds elsewhere |
| **Whimbrel** *Numenius phaeopus hudsonicus* <br> This is a Bird of Conservation Concern (BCC) only in particular Bird Conservation Regions (BCRs) in the continental USA <br> https://ecos.fws.gov/ecp/species/11991 | Breeds elsewhere |
| **White-winged Scoter** *Melanitta fusca* <br> This is not a Bird of Conservation Concern (BCC) in this area, but warrants attention because of the Eagle Act or for potential susceptibilities in offshore areas from certain types of development or activities. <br> https://ecos.fws.gov/ecp/species/10462 | Breeds elsewhere |
| **Willet** *Tringa semipalmata* <br> This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. <br> https://ecos.fws.gov/ecp/species/10669 | Breeds Apr 20 to Aug 5 |
| **Wilson's Storm-petrel** *Oceanites oceanicus* <br> This is not a Bird of Conservation Concern (BCC) in this area, but warrants attention because of the Eagle Act or for potential susceptibilities in offshore areas from certain types of development or activities. <br> https://ecos.fws.gov/ecp/species/10416 | Breeds elsewhere |
| **Wood Thrush** *Hylocichla mustelina* <br> This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. <br> https://ecos.fws.gov/ecp/species/9431 | Breeds May 10 to Aug 31 |

## PROBABILITY OF PRESENCE SUMMARY

The graphs below provide our best understanding of when birds of concern are most likely to be present in your project area. This information can be used to tailor and schedule your project activities to avoid or minimize impacts to birds. Please make sure you read "Supplemental Information on Migratory Birds and Eagles", specifically the FAQ section titled "Proper Interpretation and Use of Your Migratory Bird Report" before using or attempting to interpret this report.

**Probability of Presence (■)**

Received by VMRC March 11, 2025   /blh

Project code: 2025-0032347                                            12/16/2024 17:08:54 UTC

Green bars; the bird's relative probability of presence in the 10km grid cell(s) your project overlaps during that week of the year.

### Breeding Season (■)

Yellow bars; liberal estimate of the timeframe inside which the bird breeds across its entire range.

### Survey Effort (|)

Vertical black lines; the number of surveys performed for that species in the 10km grid cell(s) your project area overlaps.

### No Data (−)

A week is marked as having no data if there were no survey events for that week.



Received by VMRC March 11, 2025   /blh

Project code: 2025-0032347

12/16/2024 17:08:54 UTC



Received by VMRC March 11, 2025   /blh

Project code: 2025-0032347

12/16/2024 17:08:54 UTC



Received by VMRC March 11, 2025   /blh

Project code: 2025-0032347



Received by VMRC March 11, 2025   /blh



Additional information can be found using the following links:

- Eagle Management https://www.fws.gov/program/eagle-management
- Measures for avoiding and minimizing impacts to birds https://www.fws.gov/library/collections/avoiding-and-minimizing-incidental-take-migratory-birds
- Nationwide conservation measures for birds https://www.fws.gov/sites/default/files/documents/nationwide-standard-conservation-measures.pdf
- Supplemental Information for Migratory Birds and Eagles in IPaC https://www.fws.gov/media/supplemental-information-migratory-birds-and-bald-and-golden-eagles-may-occur-project-action

# COASTAL BARRIERS

Projects within the John H. Chafee Coastal Barrier Resources System (CBRS) may be subject to the restrictions on Federal expenditures and financial assistance and the consultation requirements of the Coastal Barrier Resources Act (CBRA) (16 U.S.C. 3501 et seq.). For more information, please contact the local Ecological Services Field Office or visit the CBRA Consultations website. The CBRA website provides tools such as a flow chart to help determine whether consultation is required and a template to facilitate the consultation process.

## OTHERWISE PROTECTED AREA (OPA)

*OPAs are denoted with a "P" at the end of the unit number. The only prohibition within OPAs is on Federal flood insurance. **CBRA consultation is not required for projects within OPAs.** However, agencies providing disaster assistance that is contingent upon a requirement to purchase flood insurance after the fact are advised to disclose the OPA designation and information on the restrictions on Federal flood insurance to the recipient prior to the commitments of funds.*

| UNIT | NAME | TYPE | SYSTEM UNIT ESTABLISHMENT DATE | FLOOD INSURANCE PROHIBITION DATE |
|------|------|------|-------------------------------|----------------------------------|
| VA-01P | Assateague Island | OPA | N/A | 11/25/2025 |

Received by VMRC March 11, 2025   /blh

## IPAC USER CONTACT INFORMATION

Agency:   Stantec Consulting Services Inc.
Name:     Kevin Stover
Address:  5209 Center St
City:     Williamsburg
State:    VA
Zip:      23188
Email     kevin.stover@stantec.com
Phone:    7579411634

## LEAD AGENCY CONTACT INFORMATION

Lead Agency:   Army Corps of Engineers

Received by VMRC March 11, 2025   /blh





# United States Department of the Interior

### FISH AND WILDLIFE SERVICE
Virginia Ecological Services Field Office
6669 Short Lane
Gloucester, VA 23061-4410
Phone: (804) 693-6694

In Reply Refer To:                                          12/16/2024 17:12:10 UTC
Project code: 2025-0032347
Project Name: Wallops Island Sloop Gut Dredging Project

Federal Nexus: yes
Federal Action Agency (if applicable): Army Corps of Engineers

**Subject:**   Record of project representative's no effect determination for 'Wallops Island Sloop Gut Dredging Project'

Dear Kevin Stover:

This letter records your determination using the Information for Planning and Consultation (IPaC) system provided to the U.S. Fish and Wildlife Service (Service) on December 16, 2024, for 'Wallops Island Sloop Gut Dredging Project' (here forward, Project). This project has been assigned Project Code 2025-0032347 and all future correspondence should clearly reference this number. **Please carefully review this letter.**

**Ensuring Accurate Determinations When Using IPaC**

The Service developed the IPaC system and associated species' determination keys in accordance with the Endangered Species Act of 1973 (ESA; 87 Stat. 884, as amended; 16 U.S.C. 1531 et seq.) and based on a standing analysis. All information submitted by the Project proponent into IPaC must accurately represent the full scope and details of the Project.

Failure to accurately represent or implement the Project as detailed in IPaC or the **Northern Long-eared Bat and Tricolored Bat Range-wide Determination Key (Dkey),** invalidates this letter. *Answers to certain questions in the DKey commit the project proponent to implementation of conservation measures that must be followed for the ESA determination to remain valid.*

**Determination for the Northern Long-Eared Bat and/or Tricolored Bat**

Based upon your IPaC submission and a standing analysis, your project has reached the following effect determinations:

| Species | Listing Status | Determination |
|---|---|---|
| Northern Long-eared Bat (*Myotis septentrionalis*) | Endangered | No effect |

Received by VMRC March 11, 2025   /blh

Project code: 2025-0032347          IPaC Record Locator: 699-154230747          12/16/2024 17:12:10 UTC

| | | |
|---|---|---|
| Tricolored Bat (*Perimyotis subflavus*) | Proposed Endangered | No effect |

Federal agencies must consult with U.S. Fish and Wildlife Service under section 7(a)(2) of the Endangered Species Act (ESA) when an action *may affect* a listed species. Tricolored bat is proposed for listing as endangered under the ESA, but not yet listed. For actions that may affect a proposed species, agencies cannot consult, but they can *confer* under the authority of section 7(a)(4) of the ESA. Such conferences can follow the procedures for a consultation and be adopted as such if and when the proposed species is listed. Should the tricolored bat be listed, agencies must review projects that are not yet complete, or projects with ongoing effects within the tricolored bat range that previously received a NE or NLAA determination from the key to confirm that the determination is still accurate.

To make a no effect determination, the full scope of the proposed project implementation (action) should not have any effects (either positive or negative), to a federally listed species or designated critical habitat. Effects of the action are all consequences to listed species or critical habitat that are caused by the proposed action, including the consequences of other activities that are caused by the proposed action. A consequence is caused by the proposed action if it would not occur but for the proposed action and it is reasonably certain to occur. Effects of the action may occur later in time and may include consequences occurring outside the immediate area involved in the action. (See § 402.17).

Under Section 7 of the ESA, if a federal action agency makes a no effect determination, no consultation with the Service is required (ESA §7). If a proposed Federal action may affect a listed species or designated critical habitat, formal consultation is required except when the Service concurs, in writing, that a proposed action "is not likely to adversely affect" listed species or designated critical habitat [50 CFR §402.02, 50 CFR§402.13].

**Other Species and Critical Habitat that May be Present in the Action Area**

The IPaC-assisted determination key for the northern long-eared bat and tricolored bat does not apply to the following ESA-protected species and/or critical habitat that also may occur in your Action area:

- Eastern Black Rail *Laterallus jamaicensis ssp. jamaicensis* Threatened
- Green Sea Turtle *Chelonia mydas* Threatened
- Hawksbill Sea Turtle *Eretmochelys imbricata* Endangered
- Kemp's Ridley Sea Turtle *Lepidochelys kempii* Endangered
- Leatherback Sea Turtle *Dermochelys coriacea* Endangered
- Loggerhead Sea Turtle *Caretta caretta* Threatened
- Monarch Butterfly *Danaus plexippus* Proposed Threatened
- Piping Plover *Charadrius melodus* Threatened
- Roseate Tern *Sterna dougallii dougallii* Endangered
- Rufa Red Knot *Calidris canutus rufa* Threatened

Received by VMRC March 11, 2025   /blh

Project code: 2025-0032347          IPaC Record Locator: 699-154230747          12/16/2024 17:12:10 UTC

You may coordinate with our Office to determine whether the Action may affect the animal species listed above and, if so, how they may be affected.

**Next Steps**

If there are no updates on listed species, no further consultation/coordination for this project is required with respect to the species covered by this key. However, the Service recommends that project proponents re-evaluate the Project in IPaC if: 1) the scope, timing, duration, or location of the Project changes (includes any project changes or amendments); 2) new information reveals the Project may impact (positively or negatively) federally listed species or designated critical habitat; or 3) a new species is listed, or critical habitat designated. If any of the above conditions occurs, additional coordination with the Service should take place to ensure compliance with the Act.

If you have any questions regarding this letter or need further assistance, please contact the Virginia Ecological Services Field Office and reference Project Code 2025-0032347 associated with this Project.

Received by VMRC March 11, 2025   /blh

Project code: 2025-0032347                IPaC Record Locator: 699-154230747                12/16/2024 17:12:10 UTC

4 of 9

**Action Description**

You provided to IPaC the following name and description for the subject Action.

**1. Name**

Wallops Island Sloop Gut Dredging Project

**2. Description**

The following description was provided for the project 'Wallops Island Sloop Gut Dredging Project':

> The Virginia Port Authority proposes to dredge a navigation channel within Sloop Gut to the North Dock on Wallops Island to provide necessary barge access.

The approximate location of the project can be viewed in Google Maps: https://www.google.com/maps/@37.8835332,-75.44935457452473,14z



Received by VMRC March 11, 2025    /blh

Project code: 2025-0032347          IPaC Record Locator: 699-154230747          12/16/2024 17:12:10 UTC

# DETERMINATION KEY RESULT

Based on the information you provided, you have determined that the Proposed Action will have no effect on the species covered by this determination key. Therefore, no consultation with the U.S. Fish and Wildlife Service pursuant to Section 7(a)(2) of the Endangered Species Act of 1973 (87 Stat. 884, as amended 16 U.S.C. 1531 *et seq.*) is required for those species.

# QUALIFICATION INTERVIEW

1. Does the proposed project include, or is it reasonably certain to cause, intentional take of listed bats or any other listed species?

   **Note:** Intentional take is defined as take that is the intended result of a project. Intentional take could refer to research, direct species management, surveys, and/or studies that include intentional handling/encountering, harassment, collection, or capturing of any individual of a federally listed threatened, endangered or proposed species?

   *No*

2. Is the action area wholly within Zone 2 of the year-round active area for northern long-eared bat and/or tricolored bat?

   **Automatically answered**
   *No*

3. Does the action area intersect Zone 1 of the year-round active area for northern long-eared bat and/or tricolored bat?

   **Automatically answered**
   *No*

4. Does any component of the action involve leasing, construction or operation of wind turbines? Answer 'yes' if the activities considered are conducted with the intention of gathering survey information to inform the leasing, construction, or operation of wind turbines.

   **Note:** For federal actions, answer 'yes' if the construction or operation of wind power facilities is either (1) part of the federal action or (2) would not occur but for a federal agency action (federal permit, funding, etc.).

   *No*

5. Is the proposed action authorized, permitted, licensed, funded, or being carried out by a Federal agency in whole or in part?

   *Yes*

6. Is the Federal Highway Administration (FHWA), Federal Railroad Administration (FRA), or Federal Transit Administration (FTA) funding or authorizing the proposed action, in whole or in part?

   *No*

Received by VMRC March 11, 2025   /blh

7. Are you an employee of the federal action agency or have you been officially designated in writing by the agency as its designated non-federal representative for the purposes of Endangered Species Act Section 7 informal consultation per 50 CFR § 402.08?

   **Note:** This key may be used for federal actions and for non-federal actions to facilitate section 7 consultation and to help determine whether an incidental take permit may be needed, respectively. This question is for information purposes only.

   *No*

8. Is the lead federal action agency the Environmental Protection Agency (EPA) or Federal Communications Commission (FCC)? Is the Environmental Protection Agency (EPA) or Federal Communications Commission (FCC) funding or authorizing the proposed action, in whole or in part?

   *No*

9. Is the lead federal action agency the Federal Energy Regulatory Commission (FERC)?

   *No*

10. [Semantic] Is the action area located within 0.5 miles of a known bat hibernaculum?

    **Note:** The map queried for this question contains proprietary information and cannot be displayed. If you need additional information, please contact your State wildlife agency.

    **Automatically answered**

    *No*

11. Does the action area contain any winter roosts or caves (or associated sinkholes, fissures, or other karst features), mines, rocky outcroppings, or tunnels that could provide habitat for hibernating bats?

    *No*

12. Will the action cause effects to a bridge?

    **Note:** Covered bridges should be considered as bridges in this question.

    *No*

13. Will the action result in effects to a culvert or tunnel at any time of year?

    *No*

14. Are trees present within 1000 feet of the action area?

    **Note:** If there are trees within the action area that are of a sufficient size to be potential roosts for bats answer "Yes". If unsure, additional information defining suitable summer habitat for the northern long-eared bat and tricolored bat can be found in Appendix A of the USFWS' Range-wide Indiana Bat and Northern long-eared bat Survey Guidelines at: https://www.fws.gov/media/range-wide-indiana-bat-and-northern-long-eared-bat-survey-guidelines.

    *No*

Received by VMRC March 11, 2025   /blh

Project code: 2025-0032347                IPaC Record Locator: 699-154230747                12/16/2024 17:12:10 UTC

15. Does the action area intersect the northern long-eared bat species list area?

    **Automatically answered**
    *Yes*

16. [Semantic] Is the action area located within 0.25 miles of a culvert that is known to be occupied by northern long-eared or tricolored bats?

    **Automatically answered**
    *No*

17. [Semantic] Is the action area located within 150 feet of a documented northern long-eared bat roost site?

    **Note:** The map queried for this question contains proprietary information and cannot be displayed. If you need additional information, please contact your State wildlife agency.

    **Automatically answered**
    *No*

18. Does the action area intersect the tricolored bat species list area?

    **Automatically answered**
    *Yes*

19. [Semantic] Is the action area located within 0.25 miles of a culvert that is known to be occupied by northern long-eared or tricolored bats?

    **Note:** The map queried for this question contains proprietary information and cannot be displayed. If you need additional information, please contact your State wildlife agency.

    **Automatically answered**
    *No*

20. Do you have any documents that you want to include with this submission?

    *No*

Received by VMRC March 11, 2025   /blh

Project code: 2025-0032347          IPaC Record Locator: 699-154230747          12/16/2024 17:12:10 UTC

# PROJECT QUESTIONNAIRE

Received by VMRC March 11, 2025   /blh

Project code: 2025-0032347          IPaC Record Locator: 699-154230747          12/16/2024 17:12:10 UTC

## IPAC USER CONTACT INFORMATION

Agency:   Stantec Consulting Services Inc.
Name:     Kevin Stover
Address:  5209 Center St
City:     Williamsburg
State:    VA
Zip:      23188
Email     kevin.stover@stantec.com
Phone:    7579411634

## LEAD AGENCY CONTACT INFORMATION

Lead Agency:   Army Corps of Engineers

Received by VMRC March 11, 2025   /blh



# Drawn Action Area & Overlapping S7 Consultation Areas

## Area of Interest (AOI) Information

Area : 3,258.23 acres

Feb 20 2025 16:30:18 Eastern Standard Time



Received by VMRC March 11, 2025   /blh

2/20/25, 4:30 PM

about:blank

## Summary

| Name | Count | Area(acres) | Length(mi) |
|---|---|---|---|
| Atlantic Sturgeon | 2 | 2,196.45 | N/A |
| Shortnose Sturgeon | 0 | 0 | N/A |
| Atlantic Salmon | 0 | 0 | N/A |
| Sea Turtles | 4 | 4,392.68 | N/A |
| Atlantic Large Whales | 5 | 1,502.85 | N/A |
| In or Near Critical Habitat | 0 | 0 | N/A |

## Atlantic Sturgeon

| # | Feature ID | Species | Lifestage | Behavior | Zone | From | Until | From (2) | Until (2) | Area(acres) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ANS_C50_ADU_MAF | Atlantic sturgeon | Adult | Migrating & Foraging | N/A | 01/01 | 12/31 | N/A | N/A | 1,098.23 |
| 2 | ANS_C50_SUB_MAF | Atlantic sturgeon | Subadult | Migrating & Foraging | N/A | 01/01 | 12/31 | N/A | N/A | 1,098.23 |

## Sea Turtles

| # | Feature ID | Species | Life Stage | Behavior | Zone | From | Until | From (2) | Until (2) | Area(acres) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | GRN_STS_AJV_MAF | Green sea turtle | Adults and juveniles | Migrating & Foraging | Massachusetts (S of Cape Cod) through Virginia | 5/1 | 11/30 | *No Data* | *No Data* | 1,098.17 |
| 2 | KMP_STS_AJV_MAF | Kemp's ridley sea turtle | Adults and juveniles | Migrating & Foraging | Massachusetts (S of Cape Cod) through Virginia | 5/1 | 11/30 | *No Data* | *No Data* | 1,098.17 |
| 3 | LTR_STS_AJV_MAF | Leatherback sea turtle | Adults and juveniles | Migrating & Foraging | Massachusetts (S of Cape Cod) through Virginia | 5/1 | 11/30 | *No Data* | *No Data* | 1,098.17 |
| 4 | LOG_STS_AJV_MAF | Loggerhead sea turtle | Adults and juveniles | Migrating & Foraging | Massachusetts (S of Cape Cod) through Virginia | 5/1 | 11/30 | *No Data* | *No Data* | 1,098.17 |

## Atlantic Large Whales

Received by VMRC March 11, 2025   /blh

2/20/25, 4:30 PM                                            about:blank

| # | Feature ID | Species | Lifestage | Behavior | Zone | From | Until | From (2) | Until (2) | Area(acres) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | RIT_WRS_AJV_MIG | North Atlantic right whale | Adults and juveniles | Migrating | Mid-Atlantic (Cape Cod, MA to VA) | 1/1 | 12/31 | *No Data* | *No Data* | 300.57 |
| 2 | FIN_WFS_AJV_MIG | Fin whale | Adults and juveniles | Migrating | Mid-Atlantic (Cape Cod, MA to VA) | 1/1 | 12/31 | *No Data* | *No Data* | 300.57 |
| 3 | FIN_WFS_AJV_WIN | Fin whale | Adults and juveniles | Overwintering | Mid-Atlantic (Cape Cod, MA to VA) | 11/1 | 1/31 | *No Data* | *No Data* | 300.57 |
| 4 | FIN_WFS_AJV_FOR | Fin whale | Adults and juveniles | Foraging | Mid-Atlantic (Cape Cod, MA to VA) | 1/1 | 12/31 | *No Data* | *No Data* | 300.57 |
| 5 | FIN_WFS_ADU_CLV | Fin whale | Adult | Calving | Mid-Atlantic (Cape Cod, MA to VA) | 10/1 | 1/31 | | | 300.57 |

Received by VMRC March 11, 2025   /blh

2/21/25, 11:35 AM                                    VaFWIS GeographicSelect Options



**Virginia Department of Wildlife Resources**
An official website   Here's how you know

Find a Commonwealth Resource

**Virginia Department of Wildlife Resources**

Search VA DWR [ ] Go

Home  »  By Coordinates  »  VaFWIS GeographicSelect Options

**Fish and Wildlife Information Service**

**Options**

**Species Information**

**By Name**

**By Land Management**

**References**

**Geographic Search**

**By Map**

**By Coordinates**

**By Place Name**

**Database Search**

**Help**

**Logout**

**Show This Page as Printer Friendly**

**VaFWIS Initial Project Assessment Report** Compiled on 2/21/2025, 11:33:56 AM

Known or likely to occur within a **2 mile buffer around polygon; center 37,53,01.8 -75,26,55.9**
in **001 Accomack County, VA**

**View Map of Site Location**

572 Known or Likely Species ordered by Status Concern for Conservation
(displaying first 40) (40 species with Status* or Tier I** or Tier II** )

| BOVA Code | Status* | Tier** | Common Name | Scientific Name | Confirmed | Database(s) |
|---|---|---|---|---|---|---|
| 010031 | FESE | Ia | Sturgeon, shortnose | Acipenser brevirostrum | | BOVA |
| 030074 | FESE | Ia | Turtle, Kemp's ridley sea | Lepidochelys kempii | | BOVA |
| 050022 | FEST | Ia | Bat, northern long-eared | Myotis septentrionalis | | BOVA |
| 010032 | FESE | Ib | Sturgeon, Atlantic | Acipenser oxyrinchus | | BOVA |
| 120006 | FESE | Ib | Whale, humpback | Megaptera novaeangliae | | BOVA |
| 030075 | FESE | Ic | Turtle, leatherback sea | Dermochelys coriacea | Yes | BOVA,SppObs |
| 030073 | FESE | | Turtle, Hawksbill Sea | Eretmochelys imbricata | | BOVA |
| 040183 | FESE | | Tern, roseate | Sterna dougallii dougallii | | BOVA,Habitat |
| 030071 | FTST | Ia | Turtle, loggerhead sea | Caretta caretta | Yes | BOVA,Habitat,SppObs |
| 040144 | FTST | Ia | Knot, Rufa Red | Calidris canutus rufa | | BOVA |
| 040110 | FTSE | Ia | Rail, eastern black | Laterallus jamaicensis jamaicensis | | BOVA |
| 030072 | FTST | Ib | Turtle, green sea | Chelonia mydas | | BOVA |
| 040120 | FTST | IIa | Plover, piping | Charadrius melodus | Yes | BOVA,Habitat,SppObs |
| 100361 | FTST | IIa | Beetle, northeastern beach tiger | Habroscelimorpha dorsalis dorsalis | | BOVA |
| 040118 | SE | Ia | Plover, Wilson's | Charadrius wilsonia | | BOVA,Habitat |
| 050020 | SE | Ia | Bat, little brown | Myotis lucifugus | | BOVA |
| 050027 | FPSE | Ia | Bat, tri-colored | Perimyotis subflavus | | BOVA |
| 040096 | ST | Ia | Falcon, peregrine | Falco peregrinus | Yes | BOVA,SppObs |
| 040293 | ST | Ia | Shrike, loggerhead | Lanius ludovicianus | | BOVA |
| 040379 | ST | Ia | Sparrow, Henslow's | Centronyx henslowii | | BOVA |
| 040179 | ST | Ia | Tern, gull-billed | Gelochelidon nilotica | Yes | BOVA,Habitat,SppObs,CWB |
| 040403 | ST | | Falcon, Arctic peregrine | Falco peregrinus tundrius | | BOVA |
| 040292 | ST | | Shrike, migrant loggerhead | Lanius ludovicianus migrans | | BOVA |
| 100079 | FP | IIIa | Butterfly, Monarch | Danaus plexippus | | BOVA |
| 030067 | CC | IIa | Terrapin, northern diamond-backed | Malaclemys terrapin terrapin | Yes | BOVA,Habitat,SppObs |
| 030063 | CC | IIIa | Turtle, spotted | Clemmys guttata | | BOVA |
| 040040 | | Ia | Ibis, glossy | Plegadis falcinellus | Yes | BOVA,CWB |
| 040213 | | Ic | Owl, northern saw-whet | Aegolius acadicus | | BOVA |
| 040052 | | IIa | Duck, American black | Anas rubripes | | BOVA |
| 040033 | | IIa | Egret, snowy | Egretta thula | Yes | BOVA,CWB |

Received by VMRC March 11, 2025   /blh

2/21/25, 11:35 AM                                        VaFWIS GeographicSelect Options

| 040029 | | IIa | Heron, little blue | Egretta caerulea caerulea | Yes | BOVA,Habitat,CWB |
| 040036 | | IIa | Night-heron, yellow-crowned | Nyctanassa violacea violacea | | BOVA |
| 040114 | | IIa | Oystercatcher, American | Haematopus palliatus | | BOVA,Habitat |
| 040192 | | IIa | Skimmer, black | Rynchops niger | Yes | BOVA,Habitat,SppObs,CWB |
| 040181 | | IIa | Tern, common | Sterna hirundo | Yes | BOVA,SppObs,CWB |
| 040320 | | IIa | Warbler, cerulean | Setophaga cerulea | | BOVA |
| 040140 | | IIa | Woodcock, American | Scolopax minor | | BOVA |
| 040203 | | IIb | Cuckoo, black-billed | Coccyzus erythropthalmus | | BOVA |
| 040105 | | IIb | Rail, king | Rallus elegans | | BOVA,Habitat |
| 050062 | | IIc | Squirrel, Delmarva Peninsula fox | Sciurus niger cinereus | | BOVA |

To view **All 572 species**   View 572

*FE=Federal Endangered;   FT=Federal Threatened;   SE=State Endangered;   ST=State Threatened;   FP=Federal Proposed;   FC=Federal Candidate;   CC=Collection Concern

**I=VA Wildlife Action Plan - Tier I - Critical Conservation Need;   II=VA Wildlife Action Plan - Tier II - Very High Conservation Need;   III=VA Wildlife Action Plan - Tier III - High Conservation Need;   IV=VA Wildlife Action Plan - Tier
Virginia Widlife Action Plan Conservation Opportunity Ranking:
a - On the ground management strategies/actions exist and can be feasibly implemented.;   b - On the ground actions or research needs have been identified but cannot feasibly be implemented at this time.;   c - No on the grou

Bat Colonies or Hibernacula: **Not Known**

**Anadromous Fish Use Streams**

N/A

**Colonial Water Bird Survey**   ( 24 records - displaying first 20 ,   **View Map of All Query Results**
2 Observations with Threatened   **Colonial Water Bird Survey**
or Endangered species )

| Colony_Name | N Obs | Latest Date | N Species | | | View Map |
| | | | Different Species | Highest TE* | Highest Tier** | |
|---|---|---|---|---|---|---|
| Chincoteague Inlet | 2 | Jun 1 1993 | 5 | ST | I | Yes |
| COBB ISLAND | 7 | Jun 1 1986 | 5 | ST | I | Yes |
| 101 | 1 | Jun 16 2008 | 1 | | IV | Yes |
| 102 | 1 | Jun 16 2008 | 1 | | IV | Yes |
| Chincoteague Channel | 1 | Jun 9 2003 | 1 | | IV | Yes |
| Chincoteague Point | 1 | Jun 9 2003 | 1 | | IV | Yes |
| Willis Marsh 1 | 1 | Jun 9 2003 | 1 | | IV | Yes |
| Seaside, Chincoteague West, Accomack | 3 | Jun 20 2013 | 3 | | III | Yes |
| Seaside, Wallops Island, Accomack | 3 | Jun 20 2013 | 3 | | III | Yes |
| 89 | 1 | Jun 16 2008 | 1 | | III | Yes |
| 90 | 1 | Jun 16 2008 | 1 | | III | Yes |
| Wallops NW marsh | 1 | Jun 6 2008 | 1 | | III | Yes |
| Kendall Narrows Marsh | 1 | Jun 10 2003 | 1 | | III | Yes |
| Old Root Narrows | 1 | Jun 9 2003 | 1 | | III | Yes |
| Taylors Narrows | 3 | Jun 9 2003 | 1 | | III | Yes |
| Chincoteague Point/Channe | 1 | Jun 1 1993 | 3 | | III | Yes |
| Cobb Island South | 1 | Jun 1 1993 | 3 | | III | Yes |
| WALLOPS ISLAND | 1 | Jun 1 1976 | 1 | | III | Yes |
| Willis Middle Heronry | 1 | Jun 6 2008 | 4 | | I | Yes |
| Willis Marshes | 2 | May 28 2003 | 7 | | I | Yes |

Displayed 20 Colonial Water Bird Survey

**Selected 24 Observations**   View all 24 Colonial Water Bird Survey

**Threatened and Endangered Waters**

N/A

**Managed Trout Streams**

N/A

**Bald Eagle Concentration Areas and Roosts**

N/A

Received by VMRC March 11, 2025   /blh

2/21/25, 11:35 AM                                    VaFWIS GeographicSelect Options

**Bald Eagle Nests**

N/A

**Habitat Predicted for Aquatic WAP Tier I & II Species**

N/A

**Habitat Predicted for Terrestrial WAP Tier I & II Species**    ( 13  Species )    <u>View Map of Combined Terrestrial Habitat Predicted for 13 WAP Tier I & II Species Listed Below</u>
ordered by Status Concern for Conservation

| BOVA Code | Status* | Tier** | Common Name | Scientific Name | View Map |
|---|---|---|---|---|---|
| 040183 | FESE |  | Tern, roseate | Sterna dougallii dougallii | Yes |
| 030071 | FTST | Ia | Turtle, loggerhead sea | Caretta caretta | Yes |
| 040120 | FTST | IIa | Plover, piping | Charadrius melodus | Yes |
| 040118 | SE | Ia | Plover, Wilson's | Charadrius wilsonia | Yes |
| 040179 | ST | Ia | Tern, gull-billed | Gelochelidon nilotica | Yes |
| 030067 | CC | IIa | Terrapin, northern diamond-backed | Malaclemys terrapin terrapin | Yes |
| 040029 |  | IIa | Heron, little blue | Egretta caerulea caerulea | Yes |
| 040114 |  | IIa | Oystercatcher, American | Haematopus palliatus | Yes |
| 040192 |  | IIa | Skimmer, black | Rynchops niger | Yes |
| 040105 |  | IIb | Rail, king | Rallus elegans | Yes |
| 040381 |  | IIIa | Sparrow, saltmarsh | Ammodramus caudacutus | Yes |
| 040186 |  | IIIa | Tern, least | Sternula antillarum | Yes |
| 040187 |  | IVa | Tern, royal | Sterna maxima maximus | Yes |

**Public Holdings:**    ( 1 names )

| Name | Agency | Level |
|---|---|---|
| Wallops National Wildlife Refuge | U.S. Fish and Wildlife Service | Federal |

Compiled on 2/21/2025, 11:34:02 AM  I3506118,0  report=PA  searchType= P  dist= 3218 poi= 37.53,01,8 -75,26,55,9 siteDD= 37.8773250 -75,4460582;37.8804750 -75,4492221;37.8838250 -75,4491443;37.8854250 -75,4501999;37.8870500 -75,4498887;37.8884527 -75,4483943;37.8910083 -75,4466249;37.8911722 -75,4472471;37.8885833 -75,448830
Pixel Size=64; Anadromous=0,097562; BECAR=0,096545; Bats=0,155968; Buffer=0,082096; County=0,230436; Impediments=0,091694; Init=0,441361; PublicLands=0,116416; SppObs=0,861359; TEWaters=0,097309; TierReaches=0,107564; TierTerrestrial=0,177151; Total=9,897449; Tracking_BOVA=7,17731; Trout=0,095546

© 1998–2025 Commonwealth of Virginia Department of Wildlife Resources
**DWR** | **Credits** | **Disclaimer** | **Web Policy** | **Freedom of Information (FOIA)** | **View DWR Expenditures** | **DWR Organizational Chart** | **eVA: Transparency in Procurement** | **ADA Compliance**
I 3506118

If you have difficulty reading or accessing documents, please **Contact Us** for assistance.

Received by VMRC March 11, 2025   /blh

2/21/25, 11:35 AM                                                          VaFWIS Map



Received by VMRC March 11, 2025   /blh

2/21/25, 11:36 AM                                                                VaFWIS Map



Received by VMRC March 11, 2025   /blh

2/24/25, 12:47 PM
VaFWIS Map



Point of Search 37,53,01.7 -75,26,55.9
Map Location   37,53,03.1 -75,26,53.2

Select **Coordinate System:** ◉ Degrees,Minutes,Seconds Latitude - Longitude
○ Decimal Degrees Latitude - Longitude
○ Meters UTM NAD83 East North Zone
○ Meters UTM NAD27 East North Zone

Base Map source: USGS 1:100,000 topographic maps (see Microsoft terraserver-usa.com for details)

Map projection is UTM Zone 18 NAD 1983 with left 455797 and top 4197862. Pixel size is 13. .
Coordinates displayed are Degrees, Minutes, Seconds North and West. Map is currently displayed
as 600 columns by 600 rows for a total of 360000 pixles. The map display represents 9600 meters
east to west by 9600 meters north to south for a total of 92.1 square kilometers. The map display
represents 31501 feet east to west by 31501 feet north to south for a total of 35.5 square miles.

Topographic maps and Black and white aerial photography for year 1990+-
are from the United States Department of the Interior, United States Geological Survey.
Color aerial photography aquired 2002 is from Virginia Base Mapping Program, Virginia
Geographic Information Network.
Shaded topographic maps are from TOPO! ©2006 National Geographic
http://www.national.geographic.com/topo

Received by VMRC March 11, 2025   /blh

2/24/25, 12:49 PM    VaFWIS Map

**20 Species Observations where Turtle, loggerhead sea (030071) observed**

37,53,01.7 -75,26,55.9 is the Search Point

**Show Position Rings**
◉ Yes ○ No
1 mile and 1/4 mile at the **Search Point**

**Show Search Area**
◉ Yes ○ No
2 Search distance miles buffer

**Search Point** is at map center

**Base Map** Choices
Topography

**Map Overlay** Choices
Current List: Position, Search, SppObs

**Map Overlay Legend**

**Position Rings**
1 mile and 1/4 mile at the Search Point

**2 mile radius Search Area**

**Data Observation Site**



Map Click | Pan | Id | M    Map Scale | In | Zoom | Out    Screen Size | Small | Size | Big    Help

Refresh Browser Page

Point of Search 37,53,01.7 -75,26,55.9
Map Location  37,53,03.1 -75,26,53.2

Select **Coordinate System:** ◉ Degrees,Minutes,Seconds Latitude - Longitude
○ Decimal Degrees Latitude - Longitude
○ Meters UTM NAD83 East North Zone
○ Meters UTM NAD27 East North Zone

Base Map source: USGS 1:100,000 topographic maps (see Microsoft terraserver-usa.com for details)

Map projection is UTM Zone 18 NAD 1983 with left 455797 and top 4197862. Pixel size is 13. . Coordinates displayed are Degrees, Minutes, Seconds North and West. Map is currently displayed as 600 columns by 600 rows for a total of 360000 pixles. The map display represents 9600 meters east to west by 9600 meters north to south for a total of 92.1 square kilometers. The map display represents 31501 feet east to west by 31501 feet north to south for a total of 35.5 square miles.

Topographic maps and Black and white aerial photography for year 1990+-
are from the United States Department of the Interior, United States Geological Survey.
Color aerial photography aquired 2002 is from Virginia Base Mapping Program, Virginia Geographic Information Network.
Shaded topographic maps are from TOPO! ©2006 National Geographic
http://www.national.geographic.com/topo

Received by VMRC March 11, 2025   /blh

2/24/25, 12:50 PM                                                           VaFWIS Map



Received by VMRC March 11, 2025   /blh

2/24/25, 12:51 PM                                                    VaFWIS Map

**9 Species Observations where Falcon, peregrine (040096) observed**

37,53,01.7 -75,26,55.9
is the **Search Point**

**Show Position Rings**
◉ Yes ○ No
1 mile and 1/4 mile at the **Search Point**

**Show Search Area**
◉ Yes ○ No
2 Search distance miles buffer

**Search Point** is at map center

**Base Map** Choices
Topography ⌄

**Map Overlay** Choices
Current List: Position, Search, SppObs

**Map Overlay Legend**

Position Rings
1 mile and 1/4 mile at the Search Point

2 mile radius Search Area

Data Observation Site



Point of Search 37,53,01.7 -75,26,55.9
Map Location   37,53,03.1 -75,26,53.2

Select **Coordinate System:** ◉ Degrees,Minutes,Seconds Latitude - Longitude
○ Decimal Degrees Latitude - Longitude
○ Meters UTM NAD83 East North Zone
○ Meters UTM NAD27 East North Zone

Base Map source: USGS 1:100,000 topographic maps (see Microsoft terraserver-usa.com for details)

Map projection is UTM Zone 18 NAD 1983 with left 455797 and top 4197862. Pixel size is 13. .
Coordinates displayed are Degrees, Minutes, Seconds North and West. Map is currently displayed
as 600 columns by 600 rows for a total of 360000 pixles. The map display represents 9600 meters
east to west by 9600 meters north to south for a total of 92.1 square kilometers. The map display
represents 31501 feet east to west by 31501 feet north to south for a total of 35.5 square miles.

Topographic maps and Black and white aerial photography for year 1990+-
are from the United States Department of the Interior, United States Geological Survey.
Color aerial photography aquired 2002 is from Virginia Base Mapping Program, Virginia
Geographic Information Network.
Shaded topographic maps are from TOPO! ©2006 National Geographic
http://www.national.geographic.com/topo

Received by VMRC March 11, 2025   /blh

2/24/25, 12:51 PM                                                           VaFWIS Map



**2 Species Observations where Tern, gull-billed (040179) observed**

37,53,01.7 -75,26,55,9
is the Search Point

**Show Position Rings**
◉ Yes  ○ No
1 mile and 1/4 mile at the **Search Point**

**Show Search Area**
◉ Yes  ○ No
2 Search distance miles buffer

**Search Point** is at map center

**Base Map** Choices
Topography ▾

**Map Overlay** Choices
Current List: Position, Search, SppObs

**Map Overlay Legend**
Position Rings 1 mile and 1/4 mile at the Search Point
2 mile radius Search Area
Data Observation Site

Point of Search 37,53,01.7 -75,26,55.9
Map Location   37,53,03.1 -75,26,53.2

Select **Coordinate System:** ◉ Degrees,Minutes,Seconds Latitude - Longitude
○ Decimal Degrees Latitude - Longitude
○ Meters UTM NAD83 East North Zone
○ Meters UTM NAD27 East North Zone

Base Map source: USGS 1:100,000 topographic maps (see Microsoft terraserver-usa.com for details)

Map projection is UTM Zone 18 NAD 1983 with left 455797 and top 4197862. Pixel size is 13. .
Coordinates displayed are Degrees, Minutes, Seconds North and West. Map is currently displayed as 600 columns by 600 rows for a total of 360000 pixles. The map display represents 9600 meters east to west by 9600 meters north to south for a total of 92.1 square kilometers. The map display represents 31501 feet east to west by 31501 feet north to south for a total of 35.5 square miles.

Topographic maps and Black and white aerial photography for year 1990+-
are from the United States Department of the Interior, United States Geological Survey.
Color aerial photography aquired 2002 is from Virginia Base Mapping Program, Virginia Geographic Information Network.
Shaded topographic maps are from TOPO! ©2006 National Geographic
http://www.national.geographic.com/topo

Received by VMRC March 11, 2025   /blh

# Natural Heritage Resources

**Your Criteria**

Federal Legal Status: Select All

State Legal Status: Select All

County: Accomack

Physiographic Province: Outer Coastal Plain

Watershed (8 digit HUC): 02040303 - Chincoteague

Subwatershed (12 digit HUC): AO04 - Chincoteague Bay-Chincoteague Inlet-Bogues Bay-Cockle Creek

Planning District: Accomack-Northampton

Virginia Coastal Zone: Yes

Search Run: 12/10/2024 9:34:33 AM

**Result Summary**

Total Species returned: 8

Total Communities returned: 0

Click scientific names below to go to NatureServe report.

Click column headings for an explanation of species and community ranks.

| Common Name/Natural Community | Scientific Name | Scientific Name Linked | Global Conservation Status Rank | State Conservation Status Rank | Federal Legal Status | State Legal Status | Statewide Occurrences | Virginia Coastal Zone |
|---|---|---|---|---|---|---|---|---|

## Accomack

Outer Coastal Plain
Chincoteague
Chincoteague Bay-Chincoteague Inlet-Bogues Bay-Cockle Creek
Accomack-Northampton
BIRDS

| Common Name | Scientific Name | Scientific Name Linked | Global Conservation Status Rank | State Conservation Status Rank | Federal Legal Status | State Legal Status | Statewide Occurrences | Virginia Coastal Zone |
|---|---|---|---|---|---|---|---|---|
| Saltmarsh Sparrow | Ammospiza caudacuta | Ammospiza caudacuta | G2 | S2B,S3N | SOC | None | 7 | Y |
| Piping Plover | Charadrius melodus | Charadrius melodus | G3 | S2B,S1N | LT | LT | 16 | Y |
| Peregrine Falcon | Falco peregrinus | Falco peregrinus | G4 | S1B,S2N | None | LT | 42 | Y |

Received by VMRC March 11, 2025 /blh

| Common Name/Natural Community | Scientific Name | Scientific Name Linked | Global Conservation Status Rank | State Conservation Status Rank | Federal Legal Status | State Legal Status | Statewide Occurrences | Virginia Coastal Zone |
|---|---|---|---|---|---|---|---|---|
| Gull-billed Tern | Gelochelidon nilotica | Gelochelidon nilotica | G5 | S2B | None | LT | 19 | Y |
| Black Rail | Laterallus jamaicensis | Laterallus jamaicensis | G3 | S1B,S1N | LT | LE | 23 | Y |
| LEPIDOPTERA (BUTTERFLIES & MOTHS) | | | | | | | | |
| Seaside Goldenrod Stem Borer | Papaipema duovata | Papaipema duovata | G2G3 | S2S3 | SOC | None | 5 | Y |
| REPTILES | | | | | | | | |
| Loggerhead (Sea Turtle) | Caretta caretta | Caretta caretta | G3 | S1B,S1N | LT | LT | 4 | Y |
| VASCULAR PLANTS | | | | | | | | |
| Seaside Thoroughwort | Eupatorium maritimum | Eupatorium maritimum | G2? | S1 | SOC | None | 5 | Y |

**Note:** On-line queries provide basic information from DCR's databases at the time of the request. They are NOT to be substituted for a project review or for on-site surveys required for environmental assessments of specific project areas.

**For Additional Information** on locations of Natural Heritage Resources please submit an information request.

**To Contribute information** on locations of natural heritage resources, please fill out and submit a rare species sighting form.



# CCB Mapping Portal



**Layers:** VA Eagle Nest Locator, VA Eagle Nest Buffers

**Map Center [longitude, latitude]:** [-75.44663429260252, 37.87908769458222]

**Map Link:**
https://ccbbirds.org/maps/#layer=VA+Eagle+Nest+Locator&layer=VA+Eagle+Nest+Buffers&zoom=14&lat=37.87908769458222&lng=-75.44663429260252&base=World+Imagery+%28ESRI%29

**Report Generated On:** 12/10/2024

The Center for Conservation Biology (CCB) provides certain data online as a free service to the public and the regulatory sector. CCB encourages the use of its data sets in wildlife conservation and management applications. These data are protected by intellectual property laws. All users are reminded to view the Data Use Agreement to ensure compliance with our data use policies. For additional data access questions, view our Data Distribution Policy, or contact our Data Manager, Marie Pitts, at mlpitts@wm.edu or 757-221-7503.

Report generated by The Center for Conservation Biology Mapping Portal.

To learn more about CCB visit ccbbirds.org or contact us at info@ccbbirds.org

Received by VMRC March 11, 2025   /blh



NLEB Locations and Roost Trees - Sloop Gut

Approximate Project Location

12/10/2024, 9:08:33 AM

NLEB Capture 3 Mile Buffer

1:144,448

0    1    2    3    4 mi
0    1.5    3    6 km

NASA Wallops Flight Facility, VGIN, Esri, TomTom, Garmin, SafeGraph,
GeoTechnologies, Inc, METI/NASA, USGS, EPA, NPS, USDA USFWS

VA Dept, Game & Inland Fisheries
NASA Wallops Flight Facility, VGIN, Esri, TomTom, Garmin, SafeGraph, GeoTechnologies, Inc, METI/NASA, USGS, EPA, NPS, USDA, USFWS | Virginia Geographic Information Network (VGIN), and the Census and Localities and Towns submitting data to the project |

Received by VMRC March 11, 2025   /blh



Little Brown Bat and Tri-colored Bat Habitat – Sloop Gut

12/10/2024, 9:16:57 AM

Received by VMRC March 11, 2025   /blh



Critical Habitat - Sloop Gut

Approximate Project Location

December 11, 2024

1:72,224

0    0.5    1    2 mi

0    0.75  1.5   3 km

NASA Wallops Flight Facility, VITA, Esri, HERE, Garmin, INCREMENT P, USGS, METI/NASA, NGA, EPA, USDA

Received by VMRC March 11, 2025   /blh

# EFH Mapper Report

## EFH Data Notice

Essential Fish Habitat (EFH) is defined by textual descriptions contained in the fishery management plans developed by the regional fishery management councils. In most cases mapping data can not fully represent the complexity of the habitats that make up EFH. This report should be used for general interest queries only and should not be interpreted as a definitive evaluation of EFH at this location. A location-specific evaluation of EFH for any official purposes must be performed by a regional expert. Please refer to the following links for the appropriate regional resources.

Greater Atlantic Regional Office
Atlantic Highly Migratory Species Management Division

## Query Results

Degrees, Minutes, Seconds: Latitude = 37º 53' 5" N, Longitude = 76º 33' 2" W
Decimal Degrees: Latitude = 37.885, Longitude = -75.449

The query location intersects with spatial data representing EFH and/or HAPCs for the following species/management units.

## *** W A R N I N G ***

Please note under "Life Stage(s) Found at Location" the category "ALL" indicates that all life stages of that species share the same map and are designated at the queried location.

## EFH

| Link | Data Caveats | Species/Management Unit | Lifestage(s) Found at Location | Management Council | FMP |
|---|---|---|---|---|---|
| 📄 | ❓ | Atlantic Butterfish | Adult | Mid-Atlantic | Atlantic Mackerel, Squid,& Butterfish Amendment 11 |
| 📄 | ❓ | Atlantic Herring | Adult | New England | Amendment 3 to the Atlantic Herring FMP |
| 📄 | ❓ | Black Sea Bass | Adult, Juvenile | Mid-Atlantic | Summer Flounder, Scup, Black Sea Bass |
| 📄 | ❓ | Bluefish | Adult, Juvenile | Mid-Atlantic | Bluefish |
| 📄 | ❓ | Clearnose Skate | Adult, Juvenile | New England | Amendment 2 to the Northeast Skate Complex FMP |
| 📄 | ❓ | Summer Flounder | Adult, Juvenile | Mid-Atlantic | Summer Flounder, Scup, Black Sea Bass |
| 📄 | ❓ | Windowpane Flounder | Adult | New England | Amendment 14 to the Northeast Multispecies FMP |

Received by VMRC March 11, 2025   /blh

12/11/24, 1:16 PM                                                                                    EFH Report

| Link | Data Caveats | Species/Management Unit | Lifestage(s) Found at Location | Management Council | FMP |
|---|---|---|---|---|---|
| 📄 | ❓ | Winter Skate | Adult, Juvenile | New England | Amendment 2 to the Northeast Skate Complex FMP |

## Pacific Salmon EFH

No Pacific Salmon Essential Fish Habitat (EFH) were identified at the report location.

## Atlantic Salmon

No Atlantic Salmon were identified at the report location.

## HAPCs

| Link | Data Caveats | HAPC Name | Management Council |
|---|---|---|---|
| ⚠️ | ❓ | Summer Flounder SAV | Mid-Atlantic Fishery Management Council |

## EFH Areas Protected from Fishing

No EFH Areas Protected from Fishing (EFHA) were identified at the report location.

| Spatial data does not currently exist for all the managed species in this area. The following is a list of species or management units for which there is no spatial data. **For links to all EFH text descriptions see the complete data inventory: <u>open data inventory --></u> |
|---|
| **All EFH species have been mapped for the Greater Atlantic region,** **Atlantic Highly Migratory Species EFH,** Bigeye Sand Tiger Shark, Bigeye Sixgill Shark, Caribbean Sharpnose Shark, Galapagos Shark, Narrowtooth Shark, Sevengill Shark, Sixgill Shark, Smooth Hammerhead Shark, Smalltail Shark |

Received by VMRC March 11, 2025   /blh

# APPENDIX E – HISTORIC RESOURCES

Received by VMRC March 11, 2025   /blh



Received by VMRC March 11, 2025   /blh

Virginia Department of Historic Resources

DHR ID: 001-0027

Architectural Survey Form

Other DHR ID: No Data

## Property Information

### Property Names

| Name Explanation | Name |
|---|---|
| Historic | Chincoteague Naval Auxiliary Air Station |
| Historic/Current | Wallops Island Flight Facility Historic District (NASA) |

**Property Evaluation Status**

DHR Staff: Not Eligible

This Property is associated with the Wallops Island Flight Facility Historic District.

### Property Addresses

Current - Fulton Street
Alternate - Rehor Street

| | |
|---|---|
| **County/Independent City(s):** | Accomack (County) |
| **Incorporated Town(s):** | *No Data* |
| **Zip Code(s):** | 23337 |
| **Magisterial District(s):** | *No Data* |
| **Tax Parcel(s):** | *No Data* |
| **USGS Quad(s):** | BLOXOM, CHINCOTEAGUE WEST, WALLOPS ISLAND |

## Additional Property Information

| | |
|---|---|
| **Architecture Setting:** | Rural |
| **Acreage:** | 6,500 |

**Site Description:**

Jan 2011: WFF is in a rural part of northern Accomack County. The Main Base is west of Chincoteague. The other two components of the facility, Wallops Mainland and Wallops Island, are approximately 5 miles south of the Main Base off of State Route 679. The Main Base is fairly densely developed along the south and west sides of the installation's three runways. A network of asphalt-paved and concrete roads traverse the Main Base, which is also characterized by large open expanses of grass and dense forested areas. Designed landscaping is minimal, comprised of foundation plantings around primary buildings. Wallops Mainland and Wallops Island feature wide areas of open land with primarily sparse development. Other than just south of the junction of Causeway and North Seawall Roads on Wallops Island, buildings and structures are widely dispersed. Causeway Road links the mainland to the island across a broad expanse of marshland. Water features predominate the area, most notably Bogues Bay and the Atlantic Ocean.

WFF includes numerous secondary resources. These resources are primarily small ready issue storage buildings (different than large supply warehouses); infrastructure for utilities such as terminal buildings, water pump houses, and sewage lift stations; and oil tanks set on elevated concrete platforms. The Main Base and Wallops Island also feature water towers with the NASA logo on one side of them. A flag pole array is on the west side of Stubbs Boulevard on the Main Base.

August 2017: The setting of this resource has not been drastically altered since the previous survey.

**Surveyor Assessment:**

November 2004: One of the oldest ranges in the world, Wallops has been conducting rocketborne experiments for 40 years. The first research rocket, a 17-foot Tiamat, was launched on July 4, 1945. See pamphlets in VDHR Survey File and associated CRM Reports for more information.

Jan 2011: The Main Base of WFF is the site of the former Chincoteague Naval Auxiliary Air Station (CNAAS). During World War II, the Navy developed the CNAAS with three runways and numerous buildings for training two different types of naval aviation squadrons. After the war, the Navy expanded the mission of the CNAAS to include the Naval Air Ordnance Test Station (NAOTS), which was charged with research and testing of naval aviation weapons and ordnance. NAOTS joined CNAAS on the Main Base and used the north end of Wallops Island as a target range. Simultaneously, the National Advisory Committee for Aeronautics (NACA) leased land on the south end of Wallops Island to conduct pilotless aircraft (i.e., rockets) testing there. NACA was a precursor to NASA, which was created with the signing of the Space Act in 1958. In 1959, CNAAS closed and NASA acquired the land and facilities on the Main Base and north half of Wallops Island from the Navy. NASA also purchased land on the Mainland to add to the newly organized Wallops Station (a historical name of WFF). Wallops Station's new mission under NASA was to develop and test various components related to manned space flight, including for Project Mercury in the late 1950s. This mission was short-lived, however, as Wallops became a test range and launch site for suborbital and orbital rockets and satellites beginning in the early 1960s.

August 2017: During the brief revisit of this resource as a whole, Dovetail did not feel that the district gained additional significance since the previous determination in 2004 and 2011 revisit. As such, it is recommended that the Wallops Island Flight Facility Historic District (001-0027) remains not eligible for listing in the NRHP.

**Surveyor Recommendation:**        Recommended Not Eligible

**Ownership**

| Ownership Category | Ownership Entity |
|---|---|
| Federal Govt | U.S. National Aeronautics & Space Administration |

Received by VMRC March 11, 2025   /blh

Virginia Department of Historic Resources

DHR ID: 001-0027

Architectural Survey Form

Other DHR ID: No Data

## Primary Resource Information

| | |
|---|---|
| **Resource Category:** | Other |
| **Resource Type:** | Historic District |
| **NR Resource Type:** | District |
| **Historic District Status:** | Contributing |
| **Date of Construction:** | 1945 |
| **Date Source:** | Written Data |
| **Historic Time Period:** | World War I to World War II (1917 - 1945) |
| **Historic Context(s):** | Technology/Engineering |
| **Other ID Number:** | *No Data* |
| **Architectural Style:** | Mixed (more than 3 styles from different periods, 0) |
| **Form:** | *No Data* |
| **Number of Stories:** | *No Data* |
| **Condition:** | Good |
| **Threats to Resource:** | None Known |
| **Cultural Affiliations:** | *No Data* |

**Cultural Affiliation Details:**

No Data

**Architectural Description:**

2011: The majority of buildings constructed between 1959 and 1965 at WFF are one- or two-story structures of concrete or concrete block, flat roofs, and concrete foundations. The buildings are plain, with no ornament. WFF includes numerous communications towers. These include multi-story steel lattice towers or concrete pedestals supporting parabolic antennas. Refer to the CRM report (TEC Inc. 2011; DHR File No. 2010-2274) for descriptions of individual resources

August 2017: The historic district has not changed drastically since the previous survey.

## Secondary Resource Information

## Historic District Information

| | |
|---|---|
| **Historic District Name:** | Wallops Island Flight Facility Historic District |
| **Local Historic District Name:** | *No Data* |
| **Historic District Significance:** | The Main Base of Wallops Island Flight Facility (WFF) is the site of the former Chincoteague Naval Auxiliary Air Station (CNAAS). During World War II, the Navy developed the CNAAS with three runways and numerous buildings for training two different types of naval aviation squadrons. After the war, the Navy expanded the mission of the CNAAS to include the Naval Air Ordnance Test Station (NAOTS), which was charged with research and testing of naval aviation weapons and ordnance. NAOTS joined CNAAS on the Main Base and used the north end of Wallops Island as a target range. Simultaneously, the National Advisory Committee for Aeronautics (NACA) leased land on the south end of Wallops Island to conduct pilotless aircraft (i.e., rockets) testing there. NACA was a precursor to NASA, which was created with the signing of the Space Act in 1958. In 1959, CNAAS closed and NASA acquired the land and facilities on the Main Base and north half of Wallops Island from the Navy. NASA also purchased land on the Mainland to add to the newly organized Wallops Station (a historical name of WFF). Wallops Station's new mission under NASA was to develop and test various components related to manned space flight, including for Project Mercury in the late 1950s. This mission was short-lived, however, as Wallops became a test range and launch site for suborbital and orbital rockets and satellites beginning in the early 1960s. |

In 2004, DHR staff determined that this historic district is not eligible for listing in the NRHP.

## CRM Events

**Event Type: DHR Staff: Not Eligible**

| | |
|---|---|
| **DHR ID:** | 001-0027 |
| **Staff Name:** | Laura Lavernia |

Received by VMRC March 11, 2025   /blh

Virginia Department of Historic Resources

DHR ID: 001-0027

Architectural Survey Form

Other DHR ID: No Data

---

| | |
|---|---|
| **Event Date:** | 8/7/2018 |
| **Staff Comment** | |
| DHR File No.: 2018-0157 | |

## Event Type: Survey:Phase I/Reconnaissance

| | |
|---|---|
| **Project Review File Number:** | 2018-0157 |
| **Investigator:** | Heather Staton |
| **Organization/Company:** | Dovetail CRG |
| **Photographic Media:** | Digital |
| **Survey Date:** | 8/7/2017 |
| **Dhr Library Report Number:** | AC-091 |
| **Project Staff/Notes:** | |

Staton Heather D.
Reconnaissance Architectural Survey of the Goddard Space Flight Center's Wallops Flight Facility, Accomack County, Virginia
Dovetail Cultural Resource Group
June 2018
[with contributions by Lori O. Thursby, Kimberly Martin, TEC, Inc.]

## Event Type: DHR Staff: Not Eligible

| | |
|---|---|
| **DHR ID:** | 001-0027 |
| **Staff Name:** | M. Amanda Lee |
| **Event Date:** | 7/22/2011 |
| **Staff Comment** | |
| DHR File No.: 2010-2274 | |

## Event Type: Survey:Phase I/Reconnaissance

| | |
|---|---|
| **Project Review File Number:** | 2010-2274 |
| **Investigator:** | TEC Inc. |
| **Organization/Company:** | Unknown (DSS) |
| **Photographic Media:** | *No Data* |
| **Survey Date:** | 1/1/2011 |
| **Dhr Library Report Number:** | AC-046 |
| **Project Staff/Notes:** | |

Section 110 survey completed by Lori Thursby, Kimberly Martin, and Jen Bryant.

**Project Bibliographic Information:**

Name: New South Associates
Record Type: Report
Bibliographic Notes: AC-058: Phase I Archaeological Survey of the Mainland Security Fence Replacement, Wallops Flight Facility, Accomack County, Virginia, October 2006. #2011-1731
----------------------------
Name: New South Associates
Record Type: Report
Bibliographic Notes: AC-056: Archaeological Survey of the MLCC Tract, Wallops Flight Facility, Accomack County, Virginia, October 18, 2011. #2011-1731
----------------------------
Name: New South Associates
Record Type: Report
Bibliographic Notes: AC-057: Archaeological Survey of the U-012 Tract, Wallops Flight Facility, Accomack County, Virginia, October 12, 2011. #2011-1731
----------------------------
Record Type: Local Records
Bibliographic Notes: WFF real property records, as-built drawings, and master plans. Wallace, Harold D., 1997, Wallops Station and the Creation of an American Space Program, NASA History Office, Washington D.C. Shortal, Joseph Adams, 1978, A New Dimension Wallops Island Flight Test Range: The First Fifteen Years, NASA Scientific and Technical Information Office, Washington D.C.
----------------------------
Name: JRIA, Inc.
DHR CRM Report Number: AC-046
Record Type: Report
Bibliographic Notes: Phase I Cultural Resources Survey of Approximately 100 Acres for a Proposed Research Park at Wallops Island in Accomack County, Virginia. October 2007. (PR #2007-1229)

## Event Type: DHR Staff: Not Eligible

| | |
|---|---|
| **DHR ID:** | 001-0027 |

---

Received by VMRC March 11, 2025   /blh

Virginia Department of Historic Resources

Architectural Survey Form

DHR ID: 001-0027

Other DHR ID: No Data

---

| | |
|---|---|
| **Staff Name:** | Holma, Marc |
| **Event Date:** | 11/4/2004 |
| **Staff Comment** | |

DHR File No.: 2003-0571

## Event Type: Other

| | |
|---|---|
| **Project Review File Number:** | *No Data* |
| **Investigator:** | VA Landmarks Register Committee |
| **Organization/Company:** | Unknown (DSS) |
| **Photographic Media:** | *No Data* |
| **Survey Date:** | 3/21/1972 |
| **Dhr Library Report Number:** | AC-046 |

**Project Staff/Notes:**

Was found eligible in 1972.

**Project Bibliographic Information:**

Name: New South Associates
Record Type: Report
Bibliographic Notes: AC-058: Phase I Archaeological Survey of the Mainland Security Fence Replacement, Wallops Flight Facility, Accomack County, Virginia, October 2006. #2011-1731
----------------------------
Name: New South Associates
Record Type: Report
Bibliographic Notes: AC-056: Archaeological Survey of the MLCC Tract, Wallops Flight Facility, Accomack County, Virginia, October 18, 2011. #2011-1731
----------------------------
Name: New South Associates
Record Type: Report
Bibliographic Notes: AC-057: Archaeological Survey of the U-012 Tract, Wallops Flight Facility, Accomack County, Virginia, October 12, 2011. #2011-1731
----------------------------
Record Type: Local Records
Bibliographic Notes: WFF real property records, as-built drawings, and master plans. Wallace, Harold D., 1997, Wallops Station and the Creation of an American Space Program, NASA History Office, Washington D.C.  Shortal, Joseph Adams, 1978, A New Dimension Wallops Island Flight Test Range: The First Fifteen Years, NASA Scientific and Technical Information Office, Washington D.C.
----------------------------
Name: JRIA, Inc.
DHR CRM Report Number: AC-046
Record Type: Report
Bibliographic Notes: Phase I Cultural Resources Survey of Approximately 100 Acres for a Proposed Research Park at Wallops Island in Accomack County, Virginia. October 2007. (PR #2007-1229)

---

## Bibliographic Information

**Bibliography:**

No Data

**Property Notes:**

No Data

---

Received by VMRC March 11, 2025   /blh