# EXHIBIT 15

**ROCKET LAB CORPORATION**
**(TICKER: RKLB)**

**STOCK PRICES**
January 8, 2025 – January 16, 2026[1]

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 1/8/2025 | 27.3 | 28.32 | 25.89 | 27.36 | 27.36 | 18,750,200 |
| 1/10/2025 | 26.85 | 27.99 | 26.01 | 26.91 | 26.91 | 15,340,000 |
| 1/13/2025 | 25.55 | 25.67 | 23.61 | 23.91 | 23.91 | 18,040,200 |
| 1/14/2025 | 24.45 | 24.86 | 23.42 | 24.16 | 24.16 | 13,862,800 |
| 1/15/2025 | 25.04 | 26.5 | 24.78 | 24.87 | 24.87 | 15,252,200 |
| 1/16/2025 | 25.03 | 25.78 | 24.2 | 24.64 | 24.64 | 10,860,200 |
| 1/17/2025 | 25.13 | 25.65 | 23.94 | 24 | 24 | 14,068,300 |
| 1/21/2025 | 26 | 31.64 | 25.52 | 31.27 | 31.27 | 62,027,700 |
| 1/22/2025 | 29.65 | 30.18 | 28.44 | 29.62 | 29.62 | 27,902,200 |
| 1/23/2025 | 29 | 31.75 | 28.51 | 31.57 | 31.57 | 23,888,100 |
| 1/24/2025 | 32.03 | 33.34 | 30.2 | 30.36 | 30.36 | 23,878,600 |
| 1/27/2025 | 28.94 | 30.23 | 28.48 | 29.43 | 29.43 | 17,477,200 |
| 1/28/2025 | 29.7 | 30.49 | 27.85 | 28.98 | 28.98 | 16,086,900 |
| 1/29/2025 | 29.24 | 30.45 | 28.26 | 28.87 | 28.87 | 12,874,500 |
| 1/30/2025 | 29.18 | 30.81 | 27.77 | 28.53 | 28.53 | 19,556,500 |
| 1/31/2025 | 28.75 | 30.53 | 28.26 | 29.05 | 29.05 | 20,632,300 |
| 2/3/2025 | 27.19 | 29.18 | 26.45 | 28.38 | 28.38 | 18,884,700 |
| 2/4/2025 | 29.02 | 30.16 | 28.41 | 28.68 | 28.68 | 17,138,200 |
| 2/5/2025 | 28.96 | 29.14 | 27.85 | 28.6 | 28.6 | 15,116,200 |
| 2/6/2025 | 28.58 | 28.92 | 27.25 | 27.68 | 27.68 | 15,384,000 |
| 2/7/2025 | 27.98 | 29.69 | 27.22 | 27.41 | 27.41 | 19,260,100 |
| 2/10/2025 | 27.75 | 31.08 | 27.36 | 30.6 | 30.6 | 27,264,800 |
| 2/11/2025 | 29.86 | 30.32 | 28.08 | 28.22 | 28.22 | 20,244,700 |
| 2/12/2025 | 28.01 | 28.58 | 27.4 | 27.62 | 27.62 | 15,500,000 |
| 2/13/2025 | 28.08 | 28.38 | 27.01 | 28.3 | 28.3 | 18,636,400 |
| 2/14/2025 | 28.24 | 28.65 | 27.04 | 28.02 | 28.02 | 15,313,000 |
| 2/18/2025 | 28.27 | 29.79 | 27.39 | 27.74 | 27.74 | 20,977,200 |
| 2/19/2025 | 28 | 28.3 | 25.73 | 25.93 | 25.93 | 18,899,000 |
| 2/20/2025 | 25.98 | 26.15 | 23.87 | 25.26 | 25.26 | 22,884,800 |
| 2/21/2025 | 25.9 | 25.93 | 23.36 | 23.55 | 23.55 | 16,255,100 |
| 2/24/2025 | 23.74 | 23.9 | 21.72 | 22.49 | 22.49 | 19,606,100 |

[1]   This historical data is publicly available and was downloaded from Yahoo! Finance.

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 2/25/2025 | 21.7 | 22.16 | 19.78 | 20.28 | 20.28 | 29,089,000 |
| 2/26/2025 | 21.01 | 21.46 | 20.5 | 21.25 | 21.25 | 16,325,100 |
| 2/27/2025 | 21.98 | 22.16 | 19.75 | 19.83 | 19.83 | 23,949,000 |
| 2/28/2025 | 16.36 | 20.49 | 16.17 | 20.49 | 20.49 | 37,550,700 |
| 3/3/2025 | 21.24 | 21.45 | 18.4 | 18.66 | 18.66 | 26,785,200 |
| 3/4/2025 | 17.97 | 19.95 | 17.51 | 19 | 19 | 25,807,900 |
| 3/5/2025 | 19.11 | 20.84 | 18.77 | 20.4 | 20.4 | 18,412,400 |
| 3/6/2025 | 19.58 | 20.27 | 18.37 | 18.66 | 18.66 | 18,086,800 |
| 3/7/2025 | 18.29 | 19.1 | 17.67 | 18.8 | 18.8 | 16,108,800 |
| 3/10/2025 | 18.2 | 18.23 | 16.47 | 17.12 | 17.12 | 21,122,000 |
| 3/11/2025 | 16.31 | 18.14 | 16.05 | 17.83 | 17.83 | 15,509,200 |
| 3/12/2025 | 18.92 | 19.38 | 17.58 | 18.43 | 18.43 | 19,095,600 |
| 3/13/2025 | 18.34 | 18.52 | 17.29 | 17.57 | 17.57 | 10,493,900 |
| 3/14/2025 | 18.09 | 18.97 | 17.8 | 18.81 | 18.81 | 12,008,900 |
| 3/17/2025 | 19.09 | 19.95 | 18.85 | 19.1 | 19.1 | 15,581,600 |
| 3/18/2025 | 18.59 | 18.59 | 17.96 | 17.98 | 17.98 | 9,768,300 |
| 3/19/2025 | 18.3 | 19.07 | 17.78 | 18.78 | 18.78 | 12,096,300 |
| 3/20/2025 | 18.4 | 18.87 | 18.16 | 18.53 | 18.53 | 8,509,000 |
| 3/21/2025 | 18.1 | 18.98 | 17.98 | 18.94 | 18.94 | 16,743,600 |
| 3/24/2025 | 19.44 | 20.45 | 19.41 | 20.21 | 20.21 | 13,807,100 |
| 3/25/2025 | 20.3 | 20.39 | 19.61 | 20.27 | 20.27 | 12,026,500 |
| 3/26/2025 | 20.04 | 20.34 | 19.39 | 19.44 | 19.44 | 12,762,900 |
| 3/27/2025 | 19.05 | 19.29 | 18.31 | 18.42 | 18.42 | 11,754,300 |
| 3/28/2025 | 19.56 | 19.79 | 18.43 | 18.62 | 18.62 | 25,511,900 |
| 3/31/2025 | 17.89 | 18.4 | 17.35 | 17.88 | 17.88 | 15,132,500 |
| 4/1/2025 | 17.69 | 18.8 | 17.11 | 18.15 | 18.15 | 14,075,300 |
| 4/2/2025 | 17.59 | 19.75 | 17.5 | 19.34 | 19.34 | 15,260,400 |
| 4/3/2025 | 17.77 | 18.31 | 17.42 | 17.89 | 17.89 | 16,592,900 |
| 4/4/2025 | 17.13 | 17.38 | 15 | 16.37 | 16.37 | 22,799,700 |
| 4/7/2025 | 14.72 | 18.24 | 14.71 | 17.52 | 17.52 | 23,935,500 |
| 4/8/2025 | 18.54 | 19.39 | 16.73 | 17.18 | 17.18 | 19,958,400 |
| 4/9/2025 | 17.5 | 21.39 | 17.2 | 20.59 | 20.59 | 31,470,400 |
| 4/10/2025 | 19.81 | 20.74 | 18.93 | 19.63 | 19.63 | 16,731,400 |
| 4/11/2025 | 19.56 | 19.97 | 18.87 | 19.63 | 19.63 | 15,484,400 |
| 4/14/2025 | 20.31 | 20.46 | 18.66 | 19.13 | 19.13 | 13,196,800 |
| 4/15/2025 | 19.95 | 22.1 | 19.77 | 21.07 | 21.07 | 30,434,200 |
| 4/16/2025 | 20.3 | 20.64 | 19.51 | 19.98 | 19.98 | 14,733,000 |
| 4/17/2025 | 20.08 | 20.43 | 19.42 | 19.74 | 19.74 | 9,225,400 |
| 4/21/2025 | 19.47 | 19.72 | 18.21 | 18.65 | 18.65 | 9,055,600 |

2

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 4/22/2025 | 18.88 | 19.42 | 18.55 | 19.04 | 19.04 | 9,383,900 |
| 4/23/2025 | 20.45 | 21.4 | 20.09 | 20.29 | 20.29 | 17,819,300 |
| 4/24/2025 | 20.31 | 22.07 | 20.02 | 21.88 | 21.88 | 15,536,400 |
| 4/25/2025 | 21.99 | 22.56 | 21.75 | 22.38 | 22.38 | 13,775,600 |
| 4/28/2025 | 23.2 | 23.77 | 21.72 | 22.67 | 22.67 | 13,139,000 |
| 4/29/2025 | 22.83 | 23 | 22.3 | 22.4 | 22.4 | 6,646,500 |
| 4/30/2025 | 21.2 | 22.1 | 20.73 | 21.79 | 21.79 | 10,400,100 |
| 5/1/2025 | 22.36 | 22.38 | 21.7 | 22.12 | 22.12 | 8,397,400 |
| 5/2/2025 | 22.38 | 23.42 | 22.34 | 22.99 | 22.99 | 12,728,900 |
| 5/5/2025 | 22.56 | 22.92 | 22.26 | 22.48 | 22.48 | 8,016,300 |
| 5/6/2025 | 21.92 | 22.44 | 21.5 | 22.37 | 22.37 | 7,751,400 |
| 5/7/2025 | 22.4 | 22.48 | 21.84 | 22.29 | 22.29 | 7,727,300 |
| 5/8/2025 | 23.02 | 23.2 | 22.25 | 23.1 | 23.1 | 15,754,000 |
| 5/9/2025 | 22.9 | 22.9 | 20.23 | 20.51 | 20.51 | 30,349,700 |
| 5/12/2025 | 21.75 | 21.8 | 20.89 | 21.26 | 21.26 | 15,229,700 |
| 5/13/2025 | 21.68 | 22.37 | 21.44 | 21.83 | 21.83 | 14,950,700 |
| 5/14/2025 | 21.99 | 24.52 | 21.86 | 24.13 | 24.13 | 36,800,900 |
| 5/15/2025 | 23.59 | 25.23 | 22.77 | 25.22 | 25.22 | 27,530,600 |
| 5/16/2025 | 25.3 | 25.75 | 24.93 | 25.57 | 25.57 | 24,452,900 |
| 5/19/2025 | 24.3 | 25.82 | 24.29 | 25.8 | 25.8 | 17,316,300 |
| 5/20/2025 | 25.94 | 26.4 | 25.34 | 26 | 26 | 18,173,600 |
| 5/21/2025 | 25.66 | 26.66 | 25.04 | 25.17 | 25.17 | 17,081,800 |
| 5/22/2025 | 24.75 | 26.57 | 23.92 | 25.82 | 25.82 | 18,681,200 |
| 5/23/2025 | 25.33 | 25.51 | 24.67 | 25.42 | 25.42 | 14,249,900 |
| 5/27/2025 | 26.6 | 28.76 | 26.58 | 28.76 | 28.76 | 21,781,500 |
| 5/28/2025 | 29.91 | 30.78 | 28.52 | 28.93 | 28.93 | 30,832,500 |
| 5/29/2025 | 29.69 | 30.03 | 27.26 | 27.35 | 27.35 | 16,266,100 |
| 5/30/2025 | 27.01 | 27.22 | 26.03 | 26.79 | 26.79 | 12,706,300 |
| 6/2/2025 | 26.5 | 27 | 25.81 | 26.6 | 26.6 | 10,757,100 |
| 6/3/2025 | 27.39 | 28 | 26.47 | 26.72 | 26.72 | 12,186,500 |
| 6/4/2025 | 26.75 | 27.46 | 26.16 | 26.91 | 26.91 | 11,683,000 |
| 6/5/2025 | 26.88 | 26.96 | 25.52 | 26.45 | 26.45 | 27,953,900 |
| 6/6/2025 | 28.16 | 29.09 | 26.35 | 28.92 | 28.92 | 34,136,500 |
| 6/9/2025 | 30 | 32.7 | 28.35 | 29.64 | 29.64 | 60,217,100 |
| 6/10/2025 | 29.57 | 29.79 | 27 | 27.17 | 27.17 | 30,798,100 |
| 6/11/2025 | 27.72 | 28.04 | 26.89 | 27.36 | 27.36 | 21,283,400 |
| 6/12/2025 | 27.04 | 27.41 | 26.28 | 26.4 | 26.4 | 12,967,500 |
| 6/13/2025 | 25.65 | 26.51 | 25.24 | 25.41 | 25.41 | 15,593,900 |
| 6/16/2025 | 25.87 | 26.58 | 25.6 | 26.55 | 26.55 | 13,601,300 |

3

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 6/17/2025 | 26.1 | 27.22 | 25.71 | 26.42 | 26.42 | 14,498,900 |
| 6/18/2025 | 26.4 | 28.07 | 26.23 | 27.85 | 27.85 | 18,457,700 |
| 6/20/2025 | 28.35 | 30.11 | 27.84 | 30.04 | 30.04 | 37,066,000 |
| 6/23/2025 | 28.92 | 32.93 | 28.44 | 32.78 | 32.78 | 44,056,800 |
| 6/24/2025 | 33.08 | 34.23 | 32.43 | 33.46 | 33.46 | 28,392,600 |
| 6/25/2025 | 34 | 34.5 | 31.78 | 32.35 | 32.35 | 22,969,800 |
| 6/26/2025 | 32.41 | 37.27 | 32.41 | 36.14 | 36.14 | 41,601,800 |
| 6/27/2025 | 36.65 | 37.66 | 34.83 | 35.38 | 35.38 | 75,749,300 |
| 6/30/2025 | 36.53 | 37.95 | 35.42 | 35.77 | 35.77 | 18,438,400 |
| 7/1/2025 | 37.01 | 38.26 | 33.88 | 34.33 | 34.33 | 26,656,500 |
| 7/2/2025 | 34.39 | 35.79 | 33.73 | 35.68 | 35.68 | 14,865,600 |
| 7/3/2025 | 35.79 | 36.21 | 35.25 | 35.66 | 35.66 | 7,976,000 |
| 7/7/2025 | 36.98 | 39.06 | 35.28 | 38.88 | 38.88 | 35,564,100 |
| 7/8/2025 | 38.49 | 39.94 | 37.98 | 38.74 | 38.74 | 27,769,400 |
| 7/9/2025 | 38.53 | 39.43 | 37.77 | 39.14 | 39.14 | 16,267,300 |
| 7/10/2025 | 39.17 | 39.68 | 38.13 | 39.1 | 39.1 | 13,663,800 |
| 7/11/2025 | 38.97 | 40.3 | 38.6 | 39.03 | 39.03 | 16,371,500 |
| 7/14/2025 | 39.3 | 43.47 | 38.77 | 43.21 | 43.21 | 29,196,200 |
| 7/15/2025 | 43.29 | 45.48 | 42.82 | 44.6 | 44.6 | 29,999,700 |
| 7/16/2025 | 45.55 | 48.07 | 44.86 | 47.69 | 47.69 | 26,692,300 |
| 7/17/2025 | 48.7 | 53.44 | 48.6 | 51.33 | 51.33 | 46,760,200 |
| 7/18/2025 | 50.65 | 51.85 | 47.91 | 51.39 | 51.39 | 32,919,600 |
| 7/21/2025 | 50.05 | 51.58 | 46.85 | 47.19 | 47.19 | 29,305,900 |
| 7/22/2025 | 45.99 | 47.87 | 44.46 | 46.88 | 46.88 | 24,381,700 |
| 7/23/2025 | 47.62 | 49.28 | 46.93 | 49.15 | 49.15 | 18,179,900 |
| 7/24/2025 | 49.3 | 49.62 | 47.31 | 48.13 | 48.13 | 12,600,600 |
| 7/25/2025 | 47.9 | 48.23 | 46.45 | 47.43 | 47.43 | 14,517,900 |
| 7/28/2025 | 47.96 | 48.17 | 44.41 | 45.11 | 45.11 | 20,928,700 |
| 7/29/2025 | 45.41 | 45.51 | 42.83 | 43.79 | 43.79 | 14,706,500 |
| 7/30/2025 | 43.86 | 46.56 | 43.36 | 46.44 | 46.44 | 16,853,400 |
| 7/31/2025 | 46.37 | 47.72 | 45.43 | 45.92 | 45.92 | 13,041,500 |
| 8/1/2025 | 43.19 | 46.17 | 42.31 | 44.81 | 44.81 | 16,566,300 |
| 8/4/2025 | 45.1 | 45.8 | 44.07 | 44.54 | 44.54 | 11,625,100 |
| 8/5/2025 | 45.12 | 45.38 | 43.13 | 44.75 | 44.75 | 10,920,400 |
| 8/6/2025 | 44.71 | 45.1 | 43.67 | 44.1 | 44.1 | 8,051,600 |
| 8/7/2025 | 44.19 | 44.58 | 43.1 | 44.21 | 44.21 | 21,522,100 |
| 8/8/2025 | 47.54 | 49.92 | 43.5 | 44.69 | 44.69 | 39,170,200 |
| 8/11/2025 | 44.65 | 46.1 | 41.51 | 45.02 | 45.02 | 24,893,500 |
| 8/12/2025 | 45.37 | 47.27 | 43.42 | 43.43 | 43.43 | 20,848,000 |

4

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 8/13/2025 | 44 | 44.7 | 42.44 | 43 | 43 | 14,523,600 |
| 8/14/2025 | 42.76 | 45.69 | 42.01 | 42.81 | 42.81 | 18,472,900 |
| 8/15/2025 | 42.97 | 44.88 | 41.75 | 44.27 | 44.27 | 14,183,100 |
| 8/18/2025 | 44.3 | 47.08 | 44.03 | 44.97 | 44.97 | 21,268,900 |
| 8/19/2025 | 45.1 | 45.16 | 40.9 | 40.92 | 40.92 | 24,104,800 |
| 8/20/2025 | 40.21 | 40.86 | 38.26 | 40.69 | 40.69 | 20,325,000 |
| 8/21/2025 | 40.78 | 41.87 | 40.22 | 41.53 | 41.53 | 14,951,500 |
| 8/22/2025 | 40.97 | 44.68 | 40.42 | 44.38 | 44.38 | 18,818,200 |
| 8/25/2025 | 45.16 | 49.59 | 44.05 | 47.22 | 47.22 | 30,133,200 |
| 8/26/2025 | 47.73 | 50.92 | 47 | 48.13 | 48.13 | 47,698,000 |
| 8/27/2025 | 48.68 | 48.74 | 45.82 | 46.25 | 46.25 | 16,784,700 |
| 8/28/2025 | 46.88 | 47.97 | 45.34 | 47.91 | 47.91 | 16,940,200 |
| 8/29/2025 | 47.85 | 48.8 | 46.02 | 48.6 | 48.6 | 15,897,800 |
| 9/2/2025 | 46.75 | 49.54 | 45.68 | 49.31 | 49.31 | 20,305,200 |
| 9/3/2025 | 50.27 | 50.9 | 43.51 | 43.53 | 43.53 | 33,322,300 |
| 9/4/2025 | 44.16 | 44.58 | 42.7 | 42.99 | 42.99 | 17,273,100 |
| 9/5/2025 | 43.56 | 45.99 | 42.39 | 45.84 | 45.84 | 17,362,000 |
| 9/8/2025 | 45.5 | 48.2 | 45.49 | 47.73 | 47.73 | 18,846,400 |
| 9/9/2025 | 47.01 | 47.53 | 45.51 | 47.03 | 47.03 | 13,243,700 |
| 9/10/2025 | 47.53 | 48.11 | 45.6 | 46.17 | 46.17 | 11,638,500 |
| 9/11/2025 | 46.32 | 49.67 | 46.06 | 48.43 | 48.43 | 22,816,300 |
| 9/12/2025 | 48.98 | 54.03 | 48.61 | 53.34 | 53.34 | 27,889,800 |
| 9/15/2025 | 53.58 | 55.17 | 52.72 | 54.04 | 54.04 | 23,957,100 |
| 9/16/2025 | 52 | 52.08 | 47.01 | 47.24 | 47.24 | 42,608,100 |
| 9/17/2025 | 47.56 | 48.54 | 46.45 | 48.08 | 48.08 | 20,731,000 |
| 9/18/2025 | 48.92 | 49.19 | 47 | 47.18 | 47.18 | 19,434,100 |
| 9/19/2025 | 47.68 | 48.93 | 47.13 | 47.79 | 47.79 | 26,870,000 |
| 9/22/2025 | 47.13 | 50.26 | 46.8 | 49.81 | 49.81 | 22,995,900 |
| 9/23/2025 | 49.03 | 54.16 | 47.91 | 52.91 | 52.91 | 38,064,000 |
| 9/24/2025 | 51.79 | 52.48 | 48.43 | 48.69 | 48.69 | 30,681,600 |
| 9/25/2025 | 48 | 48.62 | 45.21 | 46.63 | 46.63 | 22,418,500 |
| 9/26/2025 | 47.3 | 47.69 | 45.83 | 46.26 | 46.26 | 14,907,100 |
| 9/29/2025 | 47.4 | 48.1 | 46.37 | 47.01 | 47.01 | 16,145,400 |
| 9/30/2025 | 47.21 | 47.99 | 46.51 | 47.91 | 47.91 | 14,856,100 |
| 10/1/2025 | 47.38 | 49.42 | 47.12 | 47.97 | 47.97 | 25,640,200 |
| 10/2/2025 | 48.64 | 52.65 | 48.51 | 52.47 | 52.47 | 35,212,900 |
| 10/3/2025 | 52.05 | 56.94 | 51.26 | 56.16 | 56.16 | 37,741,900 |
| 10/6/2025 | 56.87 | 59.26 | 55.8 | 58.5 | 58.5 | 31,020,500 |
| 10/7/2025 | 59.01 | 62.56 | 57.02 | 61.51 | 61.51 | 36,545,600 |

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 10/8/2025 | 64.15 | 68.53 | 63.65 | 65.31 | 65.31 | 36,149,900 |
| 10/9/2025 | 64.9 | 68.54 | 64.42 | 66.42 | 66.42 | 25,844,500 |
| 10/10/2025 | 70.8 | 73.5 | 64.14 | 64.26 | 64.26 | 40,876,800 |
| 10/13/2025 | 67.88 | 70.44 | 64.62 | 65.42 | 65.42 | 26,180,300 |
| 10/14/2025 | 65.34 | 69.67 | 62.19 | 68.03 | 68.03 | 27,623,500 |
| 10/15/2025 | 70.02 | 73.97 | 67.08 | 69.27 | 69.27 | 26,290,800 |
| 10/16/2025 | 70.07 | 72.25 | 66.43 | 67 | 67 | 23,835,200 |
| 10/17/2025 | 65.89 | 68.5 | 63.7 | 66.27 | 66.27 | 16,892,900 |
| 10/20/2025 | 69.14 | 72.18 | 66.68 | 67.35 | 67.35 | 25,835,200 |
| 10/21/2025 | 68.04 | 68.04 | 64.86 | 65.4 | 65.4 | 17,508,200 |
| 10/22/2025 | 62.97 | 64.02 | 58.41 | 60.56 | 60.56 | 22,149,400 |
| 10/23/2025 | 61.56 | 64.7 | 60.75 | 63.57 | 63.57 | 13,226,400 |
| 10/24/2025 | 64.81 | 66.18 | 63.65 | 64.56 | 64.56 | 12,041,200 |
| 10/27/2025 | 66.19 | 66.35 | 64.15 | 65.62 | 65.62 | 19,183,300 |
| 10/28/2025 | 65.68 | 66.54 | 63.61 | 63.75 | 63.75 | 11,772,900 |
| 10/29/2025 | 64.14 | 67.39 | 63.48 | 66.16 | 66.16 | 17,907,200 |
| 10/30/2025 | 65 | 65.18 | 60.89 | 60.92 | 60.92 | 12,479,000 |
| 10/31/2025 | 61.77 | 63.45 | 60.4 | 62.98 | 62.98 | 13,830,100 |
| 11/3/2025 | 63.03 | 63.1 | 59.13 | 61.34 | 61.34 | 11,463,500 |
| 11/4/2025 | 57.8 | 59.49 | 56.51 | 56.57 | 56.57 | 13,725,500 |
| 11/5/2025 | 56.66 | 57.28 | 54.87 | 56.42 | 56.42 | 13,254,300 |
| 11/6/2025 | 56.21 | 56.21 | 49.41 | 49.61 | 49.61 | 21,053,100 |
| 11/7/2025 | 47.66 | 52.1 | 46.31 | 51.64 | 51.64 | 25,058,800 |
| 11/10/2025 | 53.74 | 54.5 | 50.76 | 51.9 | 51.9 | 22,929,800 |
| 11/11/2025 | 56 | 56.96 | 51.21 | 51.24 | 51.24 | 33,240,100 |
| 11/12/2025 | 51.93 | 55.33 | 49.66 | 49.97 | 49.97 | 21,987,100 |
| 11/13/2025 | 48.76 | 49.38 | 44.37 | 45.25 | 45.25 | 26,517,100 |
| 11/14/2025 | 43.71 | 47.22 | 43.3 | 45.54 | 45.54 | 21,107,100 |
| 11/17/2025 | 45.15 | 45.68 | 42.22 | 43.31 | 43.31 | 17,583,500 |
| 11/18/2025 | 42.22 | 43.61 | 41.23 | 42.78 | 42.78 | 16,982,000 |
| 11/19/2025 | 42.5 | 44.53 | 42.43 | 43.62 | 43.62 | 15,304,000 |
| 11/20/2025 | 46.08 | 46.26 | 39.32 | 39.48 | 39.48 | 25,029,300 |
| 11/21/2025 | 39.83 | 41.04 | 37.57 | 40.3 | 40.3 | 18,870,000 |
| 11/24/2025 | 40.76 | 42.53 | 39.3 | 42.45 | 42.45 | 20,281,000 |
| 11/25/2025 | 42.03 | 42.81 | 40.38 | 42.6 | 42.6 | 10,568,800 |
| 11/26/2025 | 43.24 | 43.59 | 41.38 | 41.93 | 41.93 | 10,906,100 |
| 11/28/2025 | 42.51 | 42.7 | 41.8 | 42.14 | 42.14 | 5,636,800 |
| 12/1/2025 | 41.15 | 41.3 | 39.98 | 40.37 | 40.37 | 13,260,600 |
| 12/2/2025 | 40.56 | 42.99 | 40.42 | 41.9 | 41.9 | 13,390,800 |

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 12/3/2025 | 41.9 | 44.74 | 41.5 | 44.72 | 44.72 | 14,385,200 |
| 12/4/2025 | 45.65 | 49.68 | 44.82 | 49.37 | 49.37 | 28,366,600 |
| 12/5/2025 | 48.88 | 49.7 | 47.7 | 49.06 | 49.06 | 14,633,100 |
| 12/8/2025 | 50.08 | 52.37 | 49.22 | 51.56 | 51.56 | 21,748,500 |
| 12/9/2025 | 51.23 | 53.75 | 50.34 | 53.43 | 53.43 | 17,526,200 |
| 12/10/2025 | 53.44 | 58.83 | 52.25 | 57.52 | 57.52 | 38,839,900 |
| 12/11/2025 | 57.51 | 64.15 | 56.85 | 63.53 | 63.53 | 31,378,800 |
| 12/12/2025 | 62.5 | 65.18 | 59.8 | 61.49 | 61.49 | 33,545,300 |
| 12/15/2025 | 63.05 | 64.56 | 55.08 | 55.41 | 55.41 | 32,932,200 |
| 12/16/2025 | 54.19 | 56.73 | 52.68 | 55.49 | 55.49 | 22,447,400 |
| 12/17/2025 | 56.1 | 56.91 | 53.08 | 53.96 | 53.96 | 23,761,100 |
| 12/18/2025 | 56.2 | 60.25 | 56.03 | 59.92 | 59.92 | 27,939,400 |
| 12/19/2025 | 61.12 | 70.56 | 60.75 | 70.52 | 70.52 | 52,764,800 |
| 12/22/2025 | 72.94 | 78.45 | 72.75 | 77.55 | 77.55 | 48,279,600 |
| 12/23/2025 | 73.81 | 79.18 | 73.29 | 77.18 | 77.18 | 35,673,300 |
| 12/24/2025 | 78.04 | 79.83 | 74.8 | 77.18 | 77.18 | 16,720,600 |
| 12/26/2025 | 76.68 | 76.99 | 70.39 | 70.65 | 70.65 | 23,157,800 |
| 12/29/2025 | 69.5 | 72.74 | 69.32 | 70.12 | 70.12 | 18,294,100 |
| 12/30/2025 | 73.03 | 74.69 | 70.44 | 70.45 | 70.45 | 30,151,700 |
| 12/31/2025 | 71.5 | 73.2 | 69.13 | 69.76 | 69.76 | 17,594,200 |
| 1/2/2026 | 70.63 | 76.24 | 66.85 | 75.99 | 75.99 | 31,517,600 |
| 1/5/2026 | 74.62 | 78.25 | 71.31 | 78.14 | 78.14 | 33,498,600 |
| 1/6/2026 | 77.76 | 86.25 | 74.05 | 86.03 | 86.03 | 43,669,700 |
| 1/7/2026 | 84.1 | 85.96 | 81.85 | 84.08 | 84.08 | 28,603,500 |
| 1/8/2026 | 85.5 | 89.87 | 82.26 | 83.08 | 83.08 | 29,874,200 |
| 1/9/2026 | 84.53 | 88.43 | 82.45 | 84.85 | 84.85 | 23,780,400 |
| 1/12/2026 | 84.98 | 88.84 | 83.42 | 87.9 | 87.9 | 22,125,000 |
| 1/13/2026 | 89.14 | 89.73 | 85.65 | 86.58 | 86.58 | 21,759,500 |
| 1/14/2026 | 86.35 | 92.19 | 84.5 | 91.8 | 91.8 | 28,346,000 |
| 1/15/2026 | 89.26 | 92.46 | 86.65 | 90.76 | 90.76 | 24,810,300 |
| 1/16/2026 | 86.28 | 99.58 | 92.4 | 96.3 | 96.3 | 35,728,090 |

7