Robert V. Prongay (SBN 270796)
  rprongay@glancylaw.com
Leanne H. Solish (SBN 280297)
  lsolish@glancylaw.com
Charles H. Linehan (SBN 307439)
  clinehan@glancylaw.com
GLANCY PRONGAY WOLKE & ROTTER LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Plaintiffs and Lead Counsel*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS BRAY, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ROCKET LAB USA, INC., PETER BECK, and ADAM SPICE, <br><br> Defendants. | Case No. 2:25-cv-01733-GW-KES <br><br> **DECLARATION OF LEANNE H. SOLISH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT** <br><br> Judge:  Hon. George H. Wu <br> Date:  March 23, 2026 <br> Time:  8:30 a.m. <br> Courtroom:  9D |

DECLARATION OF LEANNE H. SOLISH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT

I, Leanne H. Solish, hereby declare as follows:

1.    I am an attorney licensed to practice law in the state of California and before this Court. I am a partner with the law firm of Glancy Prongay Wolke & Rotter LLP, counsel of record for Lead Plaintiff Willie Croskrey and Plaintiff Douglas Bray in the above-entitled action. I make this Declaration in support of Plaintiffs' Opposition to Defendants' Motions to Dismiss Amended Class Action Complaint. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify to them.

2.    Attached as Exhibit A is a true and correct copy of a publicly available transcript of Rocket Lab's Second Quarter 2024 earnings call on August 8, 2024.

3.    Attached as Exhibit B is a true and correct copy of a publicly available transcript of Rocket Lab's Third Quarter 2024 earnings call on November 12, 2024.

4.    Attached as Exhibit C is a true and correct copy of a publicly available transcript of Rocket Lab's Second Quarter 2025 earnings call on August 7, 2025.

5.    Attached as Exhibit D is a true and correct copy of the Analysis page for the author Plainview on Seeking Alpha's website and is available online at https://seekingalpha.com/author/plainview/analysis.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this, the 16th day of February, 2026 at Los Angeles, California.

_s/ Leanne H. Solish_
Leanne H. Solish

DECLARATION OF LEANNE H. SOLISH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT

1

## PROOF OF SERVICE

I hereby certify that on this 16th day of February, 2026, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*s/ Leanne H. Solish*

Leanne H. Solish
