# EXHIBIT D



# Plainview

Seeking Alpha Analyst since 2018

**Follow**

Analysis (3)

## Analysis

All Ratings ▼

AAPL, GOOG, etc... 🔍



### The Next Big Biotech Blow-Up

Editor's Pick • **KYNB** • Nov. 04, 2019 • 15 Comments

**STRONG SELL**



### Refuting Nektar's Apparent Response To Our Initial Report

**NKTR** • Oct. 04, 2018 • 70 Comments

**SELL**



### Pegging The Value Of NKTR-214 At Zero

**NKTR** • Oct. 02, 2018 • 109 Comments

**SELL**

Plainview's Analysis | Seeking Alpha