Robert V. Prongay (SBN 270796)
 rprongay@glancylaw.com
Leanne H. Solish (SBN 280297)
 lsolish@glancylaw.com
Charles H. Linehan (SBN 308439)
 clinehan@glancylaw.com
GLANCY PRONGAY WOLKE & ROTTER LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Plaintiffs and Lead Counsel*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS BRAY, Individually And On Behalf Of All Others Similarly Situated, | Case No. 2:25-cv-01733-GW(KES) |
| Plaintiff, | **PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT** |
| v. | |
| ROCKET LAB USA, INC., PETER BECK, and ADAM SPICE, | Judge:     Hon. George H. Wu |
| Defendants. | Date:      March 23, 2026 |
| | Time:      8:30 a.m. |
| | Courtroom: 9D |

REQUEST FOR JUDICIAL NOTICE

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Rule 201 of the Federal Rules of Civil Procedure, Lead Plaintiff Willie Croskrey and Plaintiff Douglas Bray ("Plaintiffs") respectfully request that the Court take judicial notice of the following documents, attached to the accompanying Declaration of Leanne H. Solish (the "Solish Decl."), in connection with their concurrently filed Opposition to Defendants'[1] Motion to Dismiss the Second Amended Class Action Complaint (Dkt. 82):

- Exhibit A: A true and correct copy of a publicly available transcript of Rocket Lab's Second Quarter 2024 earnings call on August 8, 2024.

- Attached as Exhibit B is a true and correct copy of a publicly available transcript of Rocket Lab's Third Quarter 2024 earnings call on November 12, 2024.

- Attached as Exhibit C is a true and correct copy of a publicly available transcript of Rocket Lab's Second Quarter 2025 earnings call on August 7, 2025.

- Exhibit D: A true and correct copy of the Analysis page for the author Plainview on Seeking Alpha's website and is available online at https://seekingalpha.com/author/plainview/analysis.

## I.  ARGUMENT

In ruling on a motion to dismiss, courts "must consider the complaint in its entirety, as well as other sources courts ordinarily examine when ruling on Rule 12(b)(6) motions to dismiss, in particular, documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rights, Ltd*., 551 U.S. 308, 322 (2007). Plaintiffs request that the

---

[1] Defendants are Rocket Lab USA, Inc. ("Rocket Lab" or the "Company"), Peter Beck, Rocket Lab's CEO, and Adam Spice, Rocket Lab's CFO.

Court consider Exhibits A-D attached to the accompanying Solish Declaration because each Exhibit is subject to judicial notice.

Rule 201(b) of the Federal Rules of Evidence provides that "[a] judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Civ. P. 201(b).

The Court may take judicial notice of Exhibits A-D because they are all "matters of public record" (*Lee v. City of Los Angeles*, 250 F.3d 668, 688-89 (9th Cir. 2001)), the contents of which "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed R. Evid. 201(b)).

Exhibits A-C are publicly available transcripts from Rocket Lab's earning calls. Courts in this Circuit routinely take judicial notice of transcripts from company's earnings calls. *Weston v. DocuSign, Inc.*, 669 F. Supp. 3d 849, 871 (N.D. Cal. 2023) (taking judicial notice of earnings call transcripts); *Ardolino v. Mannkind Corp.*, 2016 WL 4505172, at *4 (C.D. Cal. Aug. 23, 2016) (same); *Garbaccio v. Starbucks Corp.*, 2025 WL 3228275, at *6 n.9, *7 (W.D. Wash. Nov. 19, 2025) (taking judicial notice of earnings call transcripts, *inter alia*).

Exhibit D is an internet page. Courts routinely take judicial notice of the contents of Internet webpages. *Al-Ahmed v. Twitter, Inc.*, 603 F. Supp. 3d 857, 869 (N.D. Cal. 2022) (noting that publicly accessible webpages are proper subjects for judicial notice); *Elizabeth Perez v. Rose Hills Co.*, 2025 WL 2631603, at *7 n.5 (C.D. Cal. Aug. 29, 2025) (same); *Plotsker v. Envato Pty Ltd.*, 2025 WL 2481422, at *3 (C.D. Cal. Aug. 26, 2025) (same); *Barton v. Kimberly-Clark Corp.*, 2025 WL 2345228, at *3 (S.D. Cal. Aug. 13, 2025) (same).

## II.    CONCLUSION

For the foregoing reasons, the Court should take judicial notice of Exhibits A-D to the Solish Declaration in connection with Plaintiffs' Opposition to Defendants'

Motion to Dismiss the Second Amended Complaint.

DATED:  February 16, 2026

**GLANCY PRONGAY WOLKE & ROTTER LLP**

By: */s/ Leanne H. Solish*
Robert V. Prongay
Leanne H. Solish
Charles Linehan
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email:  rprongay@glancylaw.com
          lsolish@glancylaw.com

*Counsel for Lead Plaintiff and Lead Counsel*

REQUEST FOR JUDICIAL NOTICE

# **<u>CERTIFICATE OF COMPLIANCE</u>**

The undersigned, counsel of record for Plaintiffs Willie Croskrey and Douglas Bray, certifies that this brief contains 605 words, which complies with the word limit of L.R. 11-6.1.

*s/ Leanne H. Solish*  
Leanne H. Solish

## **PROOF OF SERVICE**

I hereby certify that on this 16th day of February, 2026, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*s/ Leanne H. Solish*
Leanne H. Solish