**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS BRAY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ROCKET LAB USA, INC., PETER BECK, and ADAM SPICE,<br><br>Defendants. | Case No. 2:25-cv-01733-GW-KES<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE** |

On February 16, 2026, Plaintiffs filed a Request for Judicial Notice in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss Second Amended Class Action Complaint (the "Request"). The Court, having considered Plaintiffs' Request, all papers filed in support thereof and in opposition thereto, the argument of counsel, and good cause appearing, hereby **GRANTS** the Request in its entirety.

The Court judicially notices the exhibits to the Declaration of Leanne H. Solish filed on February 16, 2026.

1

**IT IS SO ORDERED.**


Dated:_____                    _____

                                                 HON. GEORGE H. WU
                                                 UNITED STATES DISTRICT JUDGE