Robert V. Prongay (SBN 270796)
  rprongay@glancylaw.com
Leanne H. Solish (SBN 280297)
  lsolish@glancylaw.com
Charles H. Linehan (SBN 307439)
  clinehan@glancylaw.com
GLANCY PRONGAY WOLKE & ROTTER LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Plaintiffs and Lead Counsel*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS BRAY, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>      v.<br><br>ROCKET LAB USA, INC., PETER BECK, and ADAM SPICE,<br><br>            Defendants. | Case No. 2:25-cv-01733-GW-KES<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' REQUEST FOR INCORPORATION BY REFERENCE AND JUDICIAL NOTICE**<br><br><br>Judge:      Hon. George H. Wu<br>Date:       March 23, 2026<br>Time:       8:30 a.m.<br>Courtroom:  9D |

PLAINTIFFS' RESPONSE TO DEFENDANTS' REQUEST FOR INCORPORATION BY REFERENCE AND JUDICIAL NOTICE

On January 19, 2026, Rocket Lab USA, Inc. ("Rocket Lab" or the "Company"), Peter Beck, and Adam Spice (collectively, "Defendants") requested incorporation by reference and judicial notice of various documents Pursuant to Federal Rule of Evidence 201. *See* Dkt. 84. Plaintiffs do not oppose the request to the extent that the Court only takes notice that those documents exist and what those documents say, but not for the truth of the factual matters stated therein.  To the extent that Defendants attempt to use the exhibits in their request to defeat Plaintiffs' adequately pled claims, that practice is improper and was criticized by the Ninth Circuit Court of Appeals. *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 998 (9th Cir. 2018) (recognizing a "concerning pattern in securities cases" where defendants attempt to exploit judicial notice "procedures improperly to defeat what would otherwise constitute adequately stated claims at the pleading stage"); *see also, e.g.*, *In re Bare Escentuals, Inc. Sec. Litig.*, 745 F. Supp. 2d 1052, 1067 (N.D. Cal. 2010) (taking judicial notice of exhibits referenced and relied upon in complaint, as well as other "unrelated" documents, but noting that, "where inappropriate, the court will not consider these documents for the truth of the matters asserted therein).".

DATED:  February 16, 2026

**GLANCY PRONGAY WOLKE & ROTTER LLP**

By:   *s/ Leanne H. Solish*

Robert V. Prongay
Leanne H. Solish
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160
Email:  info@glancylaw.com

*Counsel for Plaintiffs and Lead Counsel*

## <u>CERTIFICATE OF COMPLIANCE</u>

The undersigned, counsel of record for Plaintiffs Willie Croskrey and Douglas Bray, certifies that this brief contains 205 words, which complies with the word limit of L.R. 11-6.1.

*s/ Leanne H. Solish*
Leanne H. Solish

## <u>PROOF OF SERVICE</u>

I hereby certify that on this 16th day of February, 2026, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*s/ Leanne H. Solish*
Leanne H. Solish