**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS BRAY, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>     v.<br><br>ROCKET LAB USA, INC., PETER BECK, and ADAM SPICE,<br><br>     Defendants. | Case No. 2:25-cv-01733-GW-KES<br><br>**[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' REQUEST FOR INCORPORATION BY REFERENCE AND JUDICIAL NOTICE [DKT. 84]** |

On January 19, 2026, Defendants filed a Request for Incorporation by Reference and Judicial Notice in Support of Defendants' Motion to Dismiss Amended Class Action Complaint (Dkt. 84, the "Request"). On February 16, 2026, Plaintiffs responded to Defendants' Request.

The Court, having considered Defendants' Request, Plaintiffs' response to the Request, any reply submitted in support of the Request, any arguments presented for or against the Request, and the files and records in this action, hereby **GRANTS IN PART AND DENIES IN PART** Defendants' Request.

1

The Court judicially notices and/or incorporates by reference the exhibits to the Declaration of Zachary Faigen (Dkt. 83).  The Court will not, however, "consider these documents for the truth of the matters asserted therein." *In re Bare Escentuals Inc. Sec. Litig.*, 745 F. Supp. 2d 1052, 1067 (N.D. Cal. 2010).

**IT IS SO ORDERED.**

Dated:_____          _____

HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE