UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DOUGLAS BRAY, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ROCKET LAB USA, INC., PETER BECK, and ADAM SPICE,<br><br>　　　　　　　　Defendants. | No. CV 25-1733-GW-KESx<br><br>ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING DATE |

**<u>ORDER</u>**

This matter comes before the Court on the Parties' Joint Stipulation To Continue Hearing Date ("Joint Stipulation"). Having considered the Joint Stipulation and good cause appearing therefor:

The Court GRANTS the Joint Stipulation and ORDERS the following:

1.      The hearing on Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint shall be continued from March 23, 2026 until April 16, 2026, at 8:30 a.m.

DATED: March 2, 2026

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE

1