UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-1733-GW-KESx | | Date | April 16, 2026 |
|---|---|---|---|---|
| Title | *Douglas Bray v. Rocket Lab USA, Inc., et al.* | | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | ECRO / Court Smart | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Leanne H. Solish | Peter B. Morrison |
| | Zachary Faigen |

**PROCEEDINGS:** **DEFENDANTS' MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT [82]**

The Court's Tentative Ruling on Defendants' Motion [82] was issued on April 14, 2026 [96]. Oral argument is held. The Court's Tentative Ruling is adopted as the Court's Final Ruling. Defendants' Motion is GRANTED. Plaintiff's case is dismissed with prejudice. A separate order will issue.

| | : | 20 |
|---|---|---|
| Initials of Preparer | JG | |