JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DOUGLAS BRAY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ROCKET LAB USA, INC., PETER BECK, and ADAM SPICE, <br><br> Defendants. | No. CV 25-1733-GW-KESx <br><br> ORDER GRANTING DEFENDANTS' MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT <br><br> Judge:      Hon. George H. Wu <br> Courtroom: 9D <br> Date:       March 23, 2026 <br> Time:       8:30 a.m. |

## ORDER

The Court, having considered the Motion to Dismiss Second Amended Class Action Complaint filed by Defendants Rocket Lab USA, Inc., Peter Beck and Adam Spice (the "Motion"), all papers filed in support thereof and in opposition thereto, the argument of counsel, and good cause appearing, hereby GRANTS the Motion in its entirety with prejudice.

**IT IS SO ORDERED.**

DATED:  April 16, 2026

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1